AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br> v. <br> MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. CV13-00779-DOC (JCGx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MCGRAW-HILL COMPANIES, INC.
1221 Avenue of the Americas, New York, NY 10020.

STANDARD & POOR'S FINANCIAL SERVICES LLC
1100 Glendon Avenue, Los Angeles, CA 90024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   [Listed in "ATTACHMENT 1", which is attached hereto]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB - 4 2013                                            *Signature of Clerk or Deputy Clerk*

Civil Action No. CV 13-00779 DOC (JCGx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* McGraw-Hill Companies, Inc., et al.,
was received by me on *(date)* 02/12/2013 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* John Keker , who is
designated by law to accept service of process on behalf of *(name of organization)* McGraw-Hill Companies, Inc.,
and Standard & Poor's Financial Services LLC on *(date)* 02/13/2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/13/2013

Server's signature [for George S. Cardona]

Anoiel Khorshid, Assistant United States Attorney
*Printed name and title*

United States Attorney's Office, Central District of California
300 North Los Angeles Street, Suite 7516
Los Angeles, CA 90012
*Server's address*

Additional information regarding attempted service, etc:

# ATTACHMENT 1

Attorneys for Plaintiff UNITED STATES OF AMERICA

| | |
|---|---|
| ANDRÉ BIROTTE JR.<br>United States Attorney<br>GEORGE S. CARDONA<br>    California Bar No.:   135439<br>LEON W. WEIDMAN<br>    California Bar No.:   104078<br>ANOIEL KHORSHID<br>    California Bar No.:   223912<br>RICHARD E. ROBINSON<br>    California Bar No.:   090840<br>Assistant United States Attorneys<br><br>United States Attorney's Office, Central District of California<br>    Room 7516 Federal Building<br>    300 North Los Angeles Street<br>    Los Angeles, California 90012<br>    Telephone:<br>        (213) 894-8323/2404/6086/0713<br>    Facsimile:<br>        (213) 894-7819 [Main]<br>    Emails:<br>        George.S.Cardona@usdoj.gov<br>        Lee.Weidman@usdoj.gov<br>        Anoiel.Khorshid@usdoj.gov<br>        Richard.Robinson@usdoj.gov | STUART DELERY<br>Principal Deputy Assistant Attorney General<br>MAAME EWUSI-MENSAH FRIMPONG<br>    California Bar No.:   222986<br>MICHAEL S. BLUME<br>ARTHUR R. GOLDBERG<br>JAMES T. NELSON<br>SONDRA L. MILLS<br>    California Bar No.:   090723<br>BRADLEY COHEN<br>JENNIE KNEEDLER<br>THOMAS D. ZIMPLEMAN<br>Trial Attorneys, Civil Division<br><br>United States Department of Justice, Civil Division<br>    P.O. Box 261, Ben Franklin Station<br>    Washington, D.C. 20044<br>    Telephone:<br>        (202) 616-0219/8474 [Main]<br>    Facsimile:<br>        (202) 514-8742 & (202) 616-8470<br>    Emails:<br>        James.Nelson2@usdoj.gov<br>        Bradley.Cohen@usdoj.gov<br>        Jennie.L.Kneedler@usdoj.gov<br>        Sondra.Mills@usdoj.gov<br>        Thomas.D.Zimpleman@usdoj.gov |