KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS(*pro hac application forthcoming*)
fabrams@cahill.com
S. PENNY WINDLE (*pro hac application forthcoming*)
pwindle@cahill.com
80 Pine Street
New York, New York  10005-1702
Telephone: 212 701 3000
Facsimile:  212 269 5420

KELLER RACKAUCKAS  LLP
JENNIFER L. KELLER(SBN 84412)
keller@krlawllp.com
18500 Von Karman Avenue, Suite 560
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants THE MCGRAW-HILL
COMPANIES, INC. and STANDARD & POOR'S
FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>MCGRAW-HILL COMPANIES, INC.<br>and STANDARD & POOR'S<br>FINANCIAL SERVICES LLC,<br><br>                              Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**NOTICE OF APPEARANCE OF JOHN W. KEKER**<br><br>Dept.:       Courtroom 9D<br>Judge:      Honorable David O. Carter<br><br>Complaint filed February 4, 2013 |

1

728988.01

**TO THE COURT AND ALL COUNSEL/PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney hereby appears in this action as counsel of record for Defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC:

John W. Keker
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA  94111-1809
Telephone:  415.3915400
Facsimile:   415.397.7188
Email:       jkeker@kvn.com


Dated:  February 20, 2013            KEKER & VAN NEST LLP


                              By:  s/ *John W. Keker*
                                   John W. Keker

2

728988.01