```
 1  KEKER & VAN NEST LLP
    JOHN KEKER (SBN 49092)
 2  jkeker@kvn.com
    ELLIOT R. PETERS (SBN 158708)
 3  epeters@kvn.com
    633 Battery Street
 4  San Francisco, CA 94111-1809
    Telephone:  415 391 5400
 5  Facsimile:   415 397 7188

 6  CAHILL GORDON & REINDEL LLP
    FLOYD ABRAMS (pro hac application forthcoming)
 7  fabrams@cahill.com
    S. PENNY WINDLE (pro hac application forthcoming)
 8  pwindle@cahill.com
    80 Pine Street
 9  New York, New York  10005-1702
    Telephone: 212 701 3000
10  Facsimile:  212 269 5420

11  KELLER RACKAUCKAS  LLP
    JENNIFER L. KELLER (SBN 84412)
12  keller@krlawllp.com
    18500 Von Karman Avenue, Suite 560
13  Irvine, CA 92612
    Telephone: 949 476 8700
14  Facsimile: 949 476 0900

15
    Attorneys for Defendants THE MCGRAW-HILL
16  COMPANIES, INC. and STANDARD & POOR'S
    FINANCIAL SERVICES LLC
17
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>              Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**NOTICE OF APPEARANCE OF ELLIOT R. PETERS**<br><br>Dept.:      Courtroom 9D<br>Judge:     Honorable David O. Carter<br><br>Complaint filed February 4, 2013 |
|---|---|

**TO THE COURT AND ALL COUNSEL/PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney hereby appears in this action as counsel of record for Defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC:

> Elliot R. Peters
> KEKER & VAN NEST LLP
> 633 Battery Street
> San Francisco, CA  94111-1809
> Telephone:  415.391.5400
> Facsimile:   415.397.7188
> Email:          epeters@kvn.com

Dated:  February 20, 2013              KEKER & VAN NEST LLP

                                       By:  s/ *Elliot R. Peters*
                                            Elliot R. Peters