KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (*pro hac application forthcoming*)
fabrams@cahill.com
S. PENNY WINDLE (*pro hac application forthcoming*)
pwindle@cahill.com
80 Pine Street
New York, New York 10005-1702
Telephone: 212 701 3000
Facsimile: 212 269 5420

KELLER RACKAUCKAS LLP
JENNIFER L. KELLER (SBN 84412)
keller@krlawllp.com
18500 Von Karman Avenue, Suite 560
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants THE MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>              Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**NOTICE OF APPEARANCE OF STEVEN K. TAYLOR**<br><br>Dept.:   Courtroom 9D<br>Judge:   Honorable David O. Carter<br><br>Complaint filed February 4, 2013 |

**TO THE COURT AND ALL COUNSEL/PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney hereby appears in this action as counsel of record for Defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC:

> Steven K. Taylor
> KEKER & VAN NEST LLP
> 633 Battery Street
> San Francisco, CA  94111-1809
> Telephone:  415.391.5400
> Facsimile:   415.397.7188
> Email:        staylor@kvn.com

Dated:  February 20, 2013              KEKER & VAN NEST LLP


                                       By:  s/ *Steven K. Taylor*
                                            Steven K. Taylor