```
 1  KEKER & VAN NEST LLP
    JOHN KEKER (SBN 49092)
 2  jkeker@kvn.com
    ELLIOT R. PETERS (SBN 158708)
 3  epeters@kvn.com
    633 Battery Street
 4  San Francisco, CA 94111-1809
    Telephone:  415 391 5400
 5  Facsimile:   415 397 7188

 6  CAHILL GORDON & REINDEL LLP
    FLOYD ABRAMS(*pro hac application forthcoming*)
 7  fabrams@cahill.com
    S. PENNY WINDLE (*pro hac application forthcoming*)
 8  pwindle@cahill.com
    80 Pine Street
 9  New York, New York  10005-1702
    Telephone: 212 701 3000
10  Facsimile:  212 269 5420

11  KELLER RACKAUCKAS  LLP
    JENNIFER L. KELLER(SBN 84412)
12  keller@krlawllp.com
    18500 Von Karman Avenue, Suite 560
13  Irvine, CA 92612
    Telephone: 949 476 8700
14  Facsimile: 949 476 0900

15
    Attorneys for Defendants THE MCGRAW-HILL
16  COMPANIES, INC. and STANDARD & POOR'S
    FINANCIAL SERVICES LLC
17
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**NOTICE OF APPEARANCE OF PAVEN MALHOTRA**<br><br>Dept.:    Courtroom 9D<br>Judge:    Honorable David O. Carter<br><br>Complaint filed February 4, 2013 |
|---|---|

1  **TO THE COURT AND ALL COUNSEL/PARTIES OF RECORD:**

2      **PLEASE TAKE NOTICE** that the following attorney hereby appears in

3  this action as counsel of record for Defendants The McGraw-Hill Companies, Inc.

4  and Standard & Poor's Financial Services LLC:

5      Paven Malhotra
    KEKER & VAN NEST LLP
6      633 Battery Street
    San Francisco, CA  94111-1809
7      Telephone:  415.391.5400
    Facsimile:  415.397.7188
8      Email:  pmalhotra@kvn.com

10  Dated:  February 20, 2013        KEKER & VAN NEST LLP

12                                By:  s/ *Paven Malhotra*
13                                     Paven Malhotra