| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | JOHN KEKER (SBN 49092) |
| 2 | jkeker@kvn.com |
| | ELLIOT R. PETERS (SBN 158708) |
| 3 | epeters@kvn.com |
| | 633 Battery Street |
| 4 | San Francisco, CA 94111-1809 |
| | Telephone:  415 391 5400 |
| 5 | Facsimile:   415 397 7188 |
| 6 | CAHILL GORDON & REINDEL LLP |
| | FLOYD ABRAMS(*pro hac application forthcoming*) |
| 7 | fabrams@cahill.com |
| | S. PENNY WINDLE (*pro hac application forthcoming*) |
| 8 | pwindle@cahill.com |
| | 80 Pine Street |
| 9 | New York, New York  10005-1702 |
| | Telephone: 212 701 3000 |
| 10 | Facsimile:  212 269 5420 |
| 11 | KELLER RACKAUCKAS  LLP |
| | JENNIFER L. KELLER(SBN 84412) |
| 12 | keller@krlawllp.com |
| | 18500 Von Karman Avenue, Suite 560 |
| 13 | Irvine, CA 92612 |
| | Telephone: 949 476 8700 |
| 14 | Facsimile: 949 476 0900 |
| 15 | |
| 16 | Attorneys for Defendants THE MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC |
| 17 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV13-779 DOC (JCGx) |
| Plaintiff, | **LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES** |
| v. | Dept.:      Courtroom 9D |
| MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC, | Judge:      Honorable David O. Carter |
| | Complaint filed February 4, 2013 |
| Defendants. | |

Pursuant to Civil Local Rule 7.1-1, the undersigned counsel of record for Defendants The McGraw-Hill Companies, Inc. ("McGraw-Hill") and Standard & Poor's Financial Services LLC certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant The McGraw-Hill Companies, Inc.
2. Defendant Standard & Poor's Financial Services LLC
3. Illinois National Insurance Co., insurer
4. Risk Specialists Co. of NY, Inc., insurer
5. Continental Casualty Co., insurer
6. One Beacon Insurance Company, insurer
7. Illinois Union Ins. Co., insurer
8. AIG Excess Liability Ins. International Limited, insurer
9. Allied World Assurance Company, Ltd., insurer
10. Landmark American Ins. Co., insurer
11. Axis Surplus Insurance Company, insurer
12. Mt. Hawley Insurance Company, insurer
13. Axis Specialty Limited Bermuda, insurer
14. Executive Risk Specialty Insurance Company, insurer
15. Houston Casualty Company, insurer
16. Interstate Fire and Casualty Co., insurer
17. Nautilus Insurance Company, insurer
18. United Specialty Insurance Co., insurer

Dated: February 20, 2013                    KEKER & VAN NEST LLP


By: /s/ *John W. Keker*
John W. Keker