KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (*pro hac application forthcoming*)
fabrams@cahill.com
S. PENNY WINDLE (*pro hac application forthcoming*)
pwindle@cahill.com
80 Pine Street
New York, New York  10005-1702
Telephone: 212 701 3000
Facsimile:  212 269 5420

KELLER RACKAUCKAS  LLP
JENNIFER L. KELLER (SBN 84412)
keller@krlawllp.com
18500 Von Karman Avenue, Suite 560
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants THE MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>          Defendants. | Case No. CV13-00779 DOC (JCG)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS**<br><br>Complaint served:  Feb. 13, 2013<br>Current response date: Mar. 6, 2013<br>Proposed response date: Apr. 22, 2013 |

1  WHEREAS, the United States of America ("Government") filed a complaint against The McGraw-Hill Companies, Inc. and Standards & Poor's Financial Services LLC (collectively, "S&P") on February 4, 2013; and

WHEREAS, the Government provided to counsel for S&P via electronic email a courtesy copy of the filed complaint on February 5, 2013; and

WHEREAS, the Government requested S&P accept service of the summons and complaint via electronic mail on February 13, 2013, to which S&P agreed; and

WHEREAS, S&P has requested additional time to review and respond to the complaint given its length and the breadth of its allegations; and

WHEREAS, the Government has agreed to this requested extension on the condition that S&P provide a similar extension for the Government to respond to S&P's filing, should an extension be requested; and

WHEREAS, S&P has agreed to the Government's request.

NOW THEREFORE, the parties hereby stipulate that the deadline for S&P to respond to the Government's complaint, which is currently due on March 6, 2013, be extended to April 22, 2013, and request that the Court enter an order so providing.

Dated: February 20, 2013         KEKER & VAN NEST LLP


                                 By: /s/ *John W. Keker*
                                     John W. Keker


Dated: February 20, 2013         UNITED STATES OF AMERICA


                                 By: /s/ *George S. Cardona*[1]
                                     George S. Cardona

---

[1] George S. Cardona has concurred and authorized the filing of this Stipulation on his behalf by John W. Keker.