KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS(*pro hac application forthcoming*)
fabrams@cahill.com
S. PENNY WINDLE (*pro hac application forthcoming*)
pwindle@cahill.com
80 Pine Street
New York, New York 10005-1702
Telephone: 212 701 3000
Facsimile: 212 269 5420

KELLER RACKAUCKAS LLP
JENNIFER L. KELLER(SBN 84412)
keller@krlawllp.com
18500 Von Karman Avenue, Suite 560
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants THE MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT** |

1  Based on the stipulation by the United States of America, The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC to extend time to respond to the Complaint in this action, and good cause appearing, it is hereby ordered that the due date for The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC to respond to the Complaint is April 22, 2013.

Dated:

                                  Honorable David O. Carter
                                  United States District Judge

728913.01

1
**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**
CASE NO.  CV13-779 DOC (JCGX)