| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| 2 | JOHN KEKER (SBN 49092)<br>jkeker@kvn.com |
| 3 | ELLIOT R. PETERS (SBN 158708)<br>epeters@kvn.com |
| 4 | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 5 | Telephone:  415 391 5400<br>Facsimile:   415 397 7188 |
| 6 | CAHILL GORDON & REINDEL LLP |
| 7 | FLOYD ABRAMS(*pro hac application forthcoming*)<br>fabrams@cahill.com |
| 8 | S. PENNY WINDLE (*pro hac application forthcoming*)<br>pwindle@cahill.com |
| 9 | 80 Pine Street<br>New York, New York  10005-1702 |
| 10 | Telephone: 212 701 3000<br>Facsimile:  212 269 5420 |
| 11 | KELLER RACKAUCKAS  LLP |
| 12 | JENNIFER L. KELLER(SBN 84412)<br>keller@krlawllp.com |
| 13 | 18500 Von Karman Avenue, Suite 560<br>Irvine, CA 92612 |
| 14 | Telephone: 949 476 8700<br>Facsimile: 949 476 0900 |

Attorneys for Defendants THE MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>                    Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**NOTICE OF APPEARANCE OF JENNIFER L. KELLER**<br><br>Dept.:     Courtroom 9D<br>Judge:    Honorable David O. Carter<br><br>Complaint filed February 4, 2013 |

1  **TO THE COURT AND ALL COUNSEL/PARTIES OF RECORD:**

2  **PLEASE TAKE NOTICE** that the following attorney hereby appears in

3  this action as counsel of record for Defendants The McGraw-Hill Companies, Inc.

4  and Standard & Poor's Financial Services LLC:

5  Jennifer L. Keller (SBN 84412)
   Keller Rackauckas LLP
6  keller@krlawllp.com
   18500 Von Karman Avenue, Suite 560
7  Irvine, CA 92612
   Telephone: 949 476 8700
8  Facsimile: 949 476 0900

9

10  Dated:  February 20, 2013              KELLER RACKAUCKAS LLP

11

12
                                    By:   s/ *Jennifer L. Keller*
13                                        Jennifer L. Keller

14

15

...

28

1
NOTICE OF APPEARANCE OF JENNIFER L. KELLER
CASE NO.  CV13-779 DOC (JCGX)

729489.01