PROOF OF SERVICE
§ 1013A(3) C.C.P.

**STATE OF CALIFORNIA COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 18500 Von Karman Avenue, Suite 560, Irvine, California 92612.

On February 20, 2013, I served the foregoing documents described as follows: **NOTICE OF APPEARANCE OF JENNIFER L. KELLER** on all parties in this matter as follows:

**Sondra L Mills**
**United States Department of Justice**
**Civil Division**
**PO Box 261 Ben Franklin Station**
**Washington, DC 20044**

**Stuart F Delery**
**United States Department of Justice**
**Civil Division**
**PO Box 261 Ben Franklin Station**
**Washington, DC 20044**

[X]  **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service the same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 20, 2013, at Irvine, California.

/s/ Danielle Frederick
Danielle Frederick

---

1
PROOF OF SERVICE