| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | JOHN KEKER (SBN 49092) |
| 2 | jkeker@kvn.com |
| | ELLIOT R. PETERS (SBN 158708) |
| 3 | epeters@kvn.com |
| | 633 Battery Street |
| 4 | San Francisco, CA 94111-1809 |
| | Telephone:  415 391 5400 |
| 5 | Facsimile:    415 397 7188 |
| | |
| 6 | CAHILL GORDON & REINDEL LLP |
| | FLOYD ABRAMS(*pro hac application forthcoming*) |
| 7 | fabrams@cahill.com |
| | S. PENNY WINDLE (*pro hac application forthcoming*) |
| 8 | pwindle@cahill.com |
| | 80 Pine Street |
| 9 | New York, New York  10005-1702 |
| | Telephone: 212 701 3000 |
| 10 | Facsimile:  212 269 5420 |
| | |
| 11 | KELLER RACKAUCKAS  LLP |
| | JENNIFER L. KELLER(SBN 84412) |
| 12 | keller@krlawllp.com |
| | 18500 Von Karman Avenue, Suite 560 |
| 13 | Irvine, CA 92612 |
| | Telephone: 949 476 8700 |
| 14 | Facsimile: 949 476 0900 |

Attorneys for Defendants THE MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV13-779 DOC (JCGx) |
| Plaintiff, | **ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC, | |
| Defendants. | |

1  Based on the stipulation by the United States of America, The McGraw-Hill
2  Companies, Inc. and Standard & Poor's Financial Services LLC to extend time to
3  respond to the Complaint in this action, and good cause appearing, it is hereby
4  ordered that the due date for The McGraw-Hill Companies, Inc. and Standard &
5  Poor's Financial Services LLC to respond to the Complaint is April 22, 2013.

7  Dated:   February 21, 2013

*/s/ David O. Carter*
Honorable David O. Carter
United States District Judge