Name and address:
Floyd Abrams
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005-1702
Telephone: 212.701.3000
Facsimile: 212.269.5420

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br>v.<br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC<br>Defendant(s). | CASE NUMBER<br><br>CV13-00779 DOC (JCGx)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Floyd Abrams _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: McGraw-Hill Companies, Inc., et al. _____ by whom I have been retained.

My business information is:
Cahill Gordon & Reindel LLP
_____
*Firm Name*
80 Pine Street
_____
*Street Address*
New York, NY 10005-1702                 fabrams@cahill.com
_____
*City, State, Zip*                              *E-Mail Address*
212.701.3000                                     212.269.5420
_____
*Telephone Number*                          *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| See attached. | |
| | |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 8:10-cv-00398-CJC-MLG | Rice et al. v. Charles Schwab et al. | 4/26/2010 | Granted |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Jennifer L. Keller as local counsel, whose business information is as follows:

Keller Rackauckas LLP
*Firm Name*

18500 Von Karman Avenue, Suite 560
*Street Address*

Irvine, CA
*City, State, Zip*

keller@krlawllp.com
*E-Mail Address*

949 476 8700
*Telephone Number*

949 476 0900
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated 3.13.13

Floyd Abrams
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated 3/19/13

Jennifer L. Keller
*Designee's Name (please print)*

*Designee's Signature*

84412
*Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

MEMORANDUM                                                                  March 13, 2013

    Re:    <u>Floyd Abrams Pro Hac Application Supp. – Court Admissions</u>

I am a member in good standing and eligible to practice before the following courts:

- New York - 6/26/61
- Second Circuit - 4/16/71, renewed 4/6/10
- Southern District of New York - 10/20/64
- Eastern District of New York - 10/20/64
- Tenth Circuit - 5/13/80
- Ninth Circuit - 7/7/83
- U.S. Supreme Court - 9/15/71
- First Circuit - 9/6/72
- Fourth Circuit - 1/15/74
- Third Circuit - 1/13/81
- Fifth Circuit - 4/12/95
- Sixth Circuit - 6/18/90
- Seventh Circuit - 4/8/86
- Eleventh Circuit - 12/31/87
- D.C. Circuit - 6/14/73

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## FLOYD ABRAMS

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **June 26, 1961,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**February 22, 2013**

_Clerk of the Court_

557