Floyd Abrams
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY  10005-1709
(212) 701-3000
(212) 269-5420 - fax
pwindle@cahill.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV13-00779 DOC (JCGx) |
| v. | |
| MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of **FLOYD ABRAMS**, of **CAHILL GORDON & REINDEL LLP**
   *Applicant's Name*                              *Firm Name / Address*

**(212) 701-3000**                               **fabrams@cahill.com**
   *Telephone Number*                               *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   ☐ Plaintiff   ☑ Defendant
☐ Intervener or other interested person **THE MCGRAW-HILL COMPANIES, INC., et al.**

and the designation of **JENNIFER KELLER (SBN: 84412)**
   *Local Counsel Designee /State Bar Number*

of **KELLER RACKAUCKAS LLP, 18500 Von Karman Avenue, Suite 560  Irvine, CA  92612**
   *Local Counsel Firm / Address*

**(949) 476-8700**                               **keller@krlawllp.com**
   *Telephone Number*                               *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____                        _____
                                              U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**