Name and address:
S. Penny Windle
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005-1702
Telephone: 212.701.3000
Facsimile: 212.269.5420

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br>v.<br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC<br>Defendant(s). | CASE NUMBER<br><br>CV13-00779 DOC (JCGx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, S. Penny Windle _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: McGraw-Hill Companies, Inc., et al. _____ by whom I have been retained.

My business information is:
Cahill Gordon & Reindel LLP
*Firm Name*

80 Pine Street
*Street Address*

New York, NY 10005-1702                pwindle@cahill.com
*City, State, Zip*                     *E-Mail Address*

212.701.3000                            212.269.5420
*Telephone Number*                      *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| See attached. | |
| | |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Jennifer L. Keller as local counsel, whose business information is as follows:

Keller Rackauckas LLP
*Firm Name*

18500 Von Karman Avenue, Suite 560
*Street Address*

Irvine, CA 92612                    keller@krlawllp.com
*City, State, Zip*                    *E-Mail Address*

949 476 8700                        949 476 0900
*Telephone Number*                   *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   3/13/13                     S. Penny Windle
                                    *Applicant's Name (please print)*

                                    [signature]
                                    *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   3/19/13                     Jennifer L. Keller
                                    *Designee's Name (please print)*

                                    [signature]
                                    *Designee's Signature*

                                    84412
                                    *Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

MEMORANDUM											March 13, 2013

    Re:   <u>Penny Windle Pro Hac Application Supp. – Court Admissions</u>

I am a member in good standing and eligible to practice before the following courts:

- New York – 8/31/98
- Southern District of New York – 10/18/98
- Eastern District of New York – 8/26/99
- Second Circuit – 11/8/2010
- Third Circuit – 8/26/11
- Sixth Circuit – 3/7/12



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Sarah Pennyquick Windle** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 19th day of August 1998, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on March 05, 2013.



*Aprilanne Agostino*
Clerk of the Court