S. Penny Windle
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY  10005-1709
(212) 701-3000
(212) 269-5420 - fax
pwindle@cahill.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br>v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC<br><br>Defendant(s). | CASE NUMBER:<br><br>CV13-00779 DOC (JCGx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  S. PENNY WINDLE                         , of  CAHILL GORDON & REINDEL LLP
        *Applicant's Name*                                *Firm Name / Address*

(212) 701-3000                                              pwindle@cahill.com
    *Telephone Number*                                     *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ☑ Defendant

☐ Intervener or other interested person  THE MCGRAW-HILL COMPANIES, INC., et al.

and the designation of  JENNIFER KELLER (SBN: 84412)
                                  *Local Counsel Designee /State Bar Number*

of  KELLER RACKAUCKAS LLP, 18500 Von Karman Avenue, Suite 560, Irvine, CA  92612
                                  *Local Counsel Firm / Address*

(949) 476-8700                                              keller@krlawllp.com
    *Telephone Number*                                     *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____                 _____
                                                                 U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (11/10)        **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**