CLEAR FORM

Floyd Abrams
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY  10005-1709
(212) 701-3000
(212) 269-5420 - fax
fabrams@cahill.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA <br> Plaintiff(s) <br> v. <br> MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC <br> Defendant(s). | CASE NUMBER: <br> CV13-00779 DOC (JCGx) <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE  [12] |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  __FLOYD ABRAMS__  , of  __CAHILL GORDON & REINDEL LLP__
   *Applicant's Name*                *Firm Name / Address*

__(212) 701-3000__                  __fabrams@cahill.com__
   *Telephone Number*                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   Defendant
 THE MCGRAW-HILL COMPANIES, INC., et al.

and the designation of  __JENNIFER KELLER (SBN: 84412)__
                        *Local Counsel Designee /State Bar Number*

of  __KELLER RACKAUCKAS LLP, 18500 Von Karman Avenue, Suite 560, Irvine, CA  92612__
                        *Local Counsel Firm / Address*

__(949) 476-8700__                  __keller@krlawllp.com__
   *Telephone Number*                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be **GRANTED.**


Dated: April 16, 2013

*/s/ David O. Carter/*
David O. Carter, U. S. District Judge