CLEAR FORM

S. Penny Windle
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005-1709
(212) 701-3000
(212) 269-5420 - fax
pwindle@cahill.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br>v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC<br><br>Defendant(s). | CASE NUMBER:<br><br>CV13-00779 DOC (JCGx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE  [12] |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of S. PENNY WINDLE,  of CAHILL GORDON & REINDEL LLP
*Applicant's Name*     *Firm Name / Address*

(212) 701-3000        pwindle@cahill.com
*Telephone Number*    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of Defendant,

THE MCGRAW-HILL COMPANIES, INC., et al.

and the designation of JENNIFER KELLER (SBN: 84412)
*Local Counsel Designee /State Bar Number*

of KELLER RACKAUCKAS LLP, 18500 Von Karman Avenue, Suite 560  Irvine, CA  92612
*Local Counsel Firm / Address*

(949) 476-8700       keller@krlawllp.com
*Telephone Number*   *E-mail Address*

as local counsel, hereby **ORDERS** the Application be **GRANTED.**

Dated: April 16, 2013

*/s/ David O. Carter*

David O. Carter, U. S. District Judge

G–64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

737715.01