KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (*pro hac vice*)
fabrams@cahill.com
S. PENNY WINDLE (*pro hac vice*)
pwindle@cahill.com
80 Pine Street
New York, New York 10005-1702
Telephone: 212 701 3000
Facsimile: 212 269 5420

KELLER RACKAUCKAS LLP
JENNIFER L. KELLER (SBN 84412)
keller@krlawllp.com
18500 Von Karman Avenue, Suite 560
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants MCGRAW-HILL
COMPANIES, INC., and STANDARD & POOR'S
FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>　　　　　　　　Defendants. | Case No. CV 13-779 DOC (JCGx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date:　May 20, 2013, 8:30 a.m.<br>Dept.:　Courtroom 9D<br>Judge:　Honorable David O. Carter<br><br>Complaint filed February 4, 2013 |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on May 20, 2013, 8:30 a.m., or on such other date to be set by the Court, at 411 West Fourth Street, Santa Ana, California, in Courtroom 9D, before the Honorable David O. Carter, Defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC will and hereby do move the Court for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Complaint of the United States of America.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 12, 2013.

This motion is based on the Memorandum of Points and Authorities and the Declaration of John W. Keker filed concurrently herewith, on all pleadings and papers on file or to be filed in the above-entitled action, arguments of counsel and any other matters that may properly come before the Court for its consideration.

Dated:  April 22, 2013           KEKER & VAN NEST LLP


                                 By:  /s/ *John W. Keker*
                                      John W. Keker