1 | KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
2 | jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
3 | epeters@kvn.com
633 Battery Street
4 | San Francisco, CA 94111-1809
Telephone: 415 391 5400
5 | Facsimile:  415 397 7188

6 | CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (*pro hac vice*)
7 | fabrams@cahill.com
S. PENNY WINDLE (*pro hac vice*)
8 | pwindle@cahill.com
80 Pine Street
9 | New York, New York  10005-1702
Telephone: 212 701 3000
10 | Facsimile: 212 269 5420

11 | KELLER RACKAUCKAS LLP
JENNIFER L. KELLER (SBN 84412)
12 | keller@krlawllp.com
18500 Von Karman Avenue, Suite 560
13 | Irvine, CA 92612
Telephone: 949 476 8700
14 | Facsimile: 949 476 0900

15 | Attorneys for Defendants MCGRAW-HILL
COMPANIES, INC., and STANDARD & POOR'S
16 | FINANCIAL SERVICES LLC

17

18 | UNITED STATES DISTRICT COURT

19 | CENTRAL DISTRICT OF CALIFORNIA

20 | WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>   Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**DECLARATION OF JOHN W. KEKER**<br><br>Date:   May 20, 2013, 8:30 a.m.<br>Dept.:  Courtroom 9D<br>Judge:  Honorable David O. Carter<br><br>Complaint filed February 4, 2013 |

DECLARATION OF JOHN W. KEKER
CASE NO. CV13-779 DOC (JCGX)

748272.01

I, JOHN W. KEKER, declare and state:

1. I am an attorney licensed to practice law in the State of California and a partner at the law firm of Keker & Van Nest, LLP, counsel for Defendants McGraw-Hill Companies, Inc., and Standard & Poor's Financial Services LLC in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could do so competently under oath.

3. Attached hereto as Exhibit A is a true and correct copy of the Second Amended Consolidated Class Action Complaint considered by the Second Circuit in *Boca Raton Firefighters & Police Pension Fund* v. *Bahash*, 2012 WL 6621391 (2d Cir. Dec. 20, 2012).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 22, 2013 in San Francisco, California.

Dated: April 22, 2013     KEKER & VAN NEST LLP

By: /s/ *John W. Keker*
John W. Keker

1
DECLARATION OF JOHN W. KEKER
CASE NO. CV13-779 DOC (JCGX)

748272.01