```
 1  KEKER & VAN NEST LLP
    JOHN KEKER (SBN 49092)
 2  jkeker@kvn.com
    ELLIOT R. PETERS (SBN 158708)
 3  epeters@kvn.com
    633 Battery Street
 4  San Francisco, CA 94111-1809
    Telephone:  415 391 5400
 5  Facsimile:   415 397 7188

 6  CAHILL GORDON & REINDEL LLP
    FLOYD ABRAMS (*pro hac vice*)
 7  fabrams@cahill.com
    S. PENNY WINDLE (*pro hac vice*)
 8  pwindle@cahill.com
    80 Pine Street
 9  New York, New York 10005-1702
    Telephone: 212 701 3000
10  Facsimile:  212 269 5420

11  KELLER RACKAUCKAS LLP
    JENNIFER L. KELLER (SBN 84412)
12  keller@krlawllp.com
    18500 Von Karman Avenue, Suite 560
13  Irvine, CA 92612
    Telephone: 949 476 8700
14  Facsimile: 949 476 0900

15
    Attorneys for Defendants MCGRAW-HILL
16  COMPANIES, INC., and STANDARD & POOR'S
    FINANCIAL SERVICES LLC
17
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>   Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Dept.:   Courtroom 9D<br>Judge:   Honorable David O. Carter<br><br>Complaint filed February 4, 2013 |

---

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT
CASE NO.  CV13-779 DOC (JCGX)

747474.01

1  Pending before the Court is the motion of Defendants The McGraw-Hill
2  Companies, Inc. and Standard & Poor's Financial Services LLC (collectively,
3  "S&P") to dismiss the Complaint filed by Plaintiff United States of America.
4  After full consideration of the moving and opposing papers of each party, the
5  arguments of counsel, and all other matters presented to the Court, **IT IS**
6  **HEREBY ORDERED** that S&P's motion to dismiss is **GRANTED**.

8  **IT IS SO ORDERED.**

10  DATED:                        By:_____

12                                Hon. David O. Carter
                                  United States District Judge