STUART DELERY
Acting Assistant Attorney General
MAAME EWUSI-MENSAH FRIMPONG
   (CA Bar No.: 222986)
ARTHUR R. GOLDBERG
MICHAEL S. BLUME
JAMES T. NELSON
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS (CA Bar No. 090723)
THOMAS D. ZIMPLEMAN
United States Department of Justice, Civil Division
   P.O. Box 261, Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 616-2376
   Facsimile: (202) 514-8742
   Email: James.Nelson2@usdoj.gov

ANDRÉ BIROTTE JR.
United States Attorney
GEORGE S. CARDONA (CA Bar No. 135439)
LEON W. WEIDMAN (CA Bar No. 104078)
ANOIEL KHORSHID (CA Bar No. 223912)
RICHARD E. ROBINSON (CA Bar No. 090840)
Assistant United States Attorneys
   Room 7516 Federal Building
   300 N. Los Angeles St.
   Los Angeles, California 90012
   Telephone: (213) 894-8323/6086
   Facsimile: (213) 894-7819 [Main]
   Email: George.S.Cardona@usdoj.gov / Anoiel.Khorshid@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cv-00779-DOC-JCG |
| Plaintiff, | STIPULATION TO RESCHEDULE BRIEFING AND HEARING ON MOTION TO DISMISS |
| v. | |
| MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC, | Current Hearing Date: May 20, 2013 8:30 am |
| Defendants. | Proposed Hearing Date: June 17, 2013 8:30 a.m. |

1    WHEREAS, the United States of America ("Government") filed a
2 complaint against The McGraw-Hill Companies, Inc. and Standard &
3 Poor's Financial Services LLC (collectively, "S&P") on February 4,
4 2013;
5    WHEREAS, the Government provided to counsel for S&P via
6 electronic email a courtesy copy of the filed complaint on February
7 5, 2013;
8    WHEREAS, the Government requested S&P accept service of the
9 summons and complaint via electronic mail on February 13, 2013, to
10 which S&P agreed;
11    WHEREAS, S&P requested additional time to review and respond to
12 the complaint given its length and the breadth of its allegations;
13    WHEREAS, the Government agreed to this requested extension on
14 the condition that S&P provide a similar extension for the
15 Government to respond to S&P's filing, should an extension be
16 requested;
17    WHEREAS, on April 22, 2013, S&P filed a motion to dismiss the
18 complaint pursuant to Federal Rules of Civil Procedure 9(b) and
19 12(b)(6);
20    WHEREAS, the Government's response to S&P's motion to dismiss
21 currently is due April 29, 2013, with the hearing on the motion to
22 dismiss set for May 20, 2013;
23    WHEREAS, the Government has requested, and S&P has agreed, that
24 the time for the Government to respond to S&P's motion to dismiss be
25 extended by three weeks;
26    WHEREAS, as a result of the Government's request, the
27 Government and S&P have agreed to the following revised schedule for
28 briefing and hearing on S&P's motion to dismiss:  Government's

1  response to be filed by May 20, 2013; S&P's reply (if any) to be
2  filed by June 3, 2013; hearing on motion to be held on June 17,
3  2013, 8:30 a.m.;
4      NOW THEREFORE, the parties hereby stipulate and request that
5  the Court enter an order resetting the briefing and hearing schedule
6  for S&P's Motion To Dismiss The Complaint Pursuant to Fed. R. Civ.
7  P. 9(b) and 12(b)(6) as follows: Government's response to be filed
8  by May 20, 2013; S&P's reply (if any) to be filed by June 3, 2013;
9  hearing on motion to be held on June 17, 2013, 8:30 a.m.

Dated: April 24, 2013          UNITED STATES OF AMERICA


                          By:  /s/ *George S. Cardona*
                               George S. Cardona
                               Assistant United States Attorney

Dated: April 24, 2013          KEKER & VAN NEST LLP


                          By:  /s/ *John W. Keker*[1]
                               John W. Keker

---

[1] John W. Keker has concurred and authorized the filing of this Stipulation on his behalf by George S. Cardona.

3