STUART DELERY
Acting Assistant Attorney General
MAAME EWUSI-MENSAH FRIMPONG
  (CA Bar No.: 222986)
ARTHUR R. GOLDBERG
MICHAEL S. BLUME
JAMES T. NELSON
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS (CA Bar No. 090723)
THOMAS D. ZIMPLEMAN
United States Department of Justice, Civil Division
  P.O. Box 261, Ben Franklin Station
  Washington, D.C. 20044
  Telephone: (202) 616-2376
  Facsimile: (202) 514-8742
  Email: James.Nelson2@usdoj.gov

ANDRÉ BIROTTE JR.
United States Attorney
GEORGE S. CARDONA (CA Bar No. 135439)
LEON W. WEIDMAN (CA Bar No. 104078)
ANOIEL KHORSHID (CA Bar No. 223912)
RICHARD E. ROBINSON (CA Bar No. 090840)
Assistant United States Attorneys
  Room 7516 Federal Building
  300 N. Los Angeles St.
  Los Angeles, California 90012
  Telephone: (213) 894-8323/6086
  Facsimile: (213) 894-7819 [Main]
  Email: George.S.Cardona@usdoj.gov / Anoiel.Khorshid@usdoj.gov

Attorneys for United States of America

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>  Defendants. | No. 2:13-cv-00779-DOC-(JCGx)<br><br>ORDER RESCHEDULING BRIEFING AND HEARING ON MOTION TO DISMISS |

1    Based on the stipulation by The McGraw-Hill Companies, Inc.,
2 and Standard & Poor's Financial Services LLC (collectively "S&P")
3 and the United States of America ("Government"), and good cause
4 appearing, it is hereby ordered that the briefing and hearing
5 schedule on S&P's Motion To Dismiss The Complaint Pursuant To Fed.
6 R. Civ. P. 9(b) And 12(b)(6) is revised to be as follows:
7    Government's response: to be filed by May 20, 2013
8    S&P's reply (if any): to be filed by June 3, 2013
9    Hearing: to be held **July 8, 2013** at 8:30 a.m.
10 IT IS SO ORDERED.

12 Dated: April 30, 2013

*/s/ David O. Carter*
_____
HONORABLE DAVID O. CARTER
United States District Judge