| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
|   | JOHN KEKER (SBN 49092) |
| 2 | jkeker@kvn.com |
|   | ELLIOT R. PETERS (SBN 158708) |
| 3 | epeters@kvn.com |
|   | 633 Battery Street |
| 4 | San Francisco, CA 94111-1809 |
|   | Telephone: 415 391 5400 |
| 5 | Facsimile: 415 397 7188 |
| 6 | CAHILL GORDON & REINDEL LLP |
|   | FLOYD ABRAMS (*pro hac vice*) |
| 7 | fabrams@cahill.com |
|   | S. PENNY WINDLE (*pro hac vice*) |
| 8 | pwindle@cahill.com |
|   | 80 Pine Street |
| 9 | New York, New York 10005-1702 |
|   | Telephone: 212 701 3000 |
| 10 | Facsimile: 212 269 5420 |
| 11 | KELLER RACKAUCKAS UMBERG ZIPSER LLP |
|   | JENNIFER L. KELLER (SBN 84412) |
| 12 | jkeller@kruzlaw.com |
|   | 18300 Von Karman Avenue, Suite 930 |
| 13 | Irvine, CA 92612-1057 |
|   | Telephone: 949 476 8700 |
| 14 | Facsimile: 949 476 0900 |
| 15 | Attorneys for Defendants MCGRAW-HILL |
|   | COMPANIES, INC., and STANDARD & POOR'S |
| 16 | FINANCIAL SERVICES LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV13-779 DOC (JCGx) |
| Plaintiff, | **DECLARATION OF JOHN KEKER** |
| v. | Date:    July 8, 2013 |
|   | Time:    8:30am |
| MCGRAW-HILL COMPANIES, INC. | Dept.:   Courtroom 9D |
| and STANDARD & POOR'S | Judge:   Honorable David O. Carter |
| FINANCIAL SERVICES LLC, |   |
| Defendants. | Complaint filed February 4, 2013 |

I, JOHN KEKER, declare and state:

1. I am an attorney licensed to practice law in the State of California and a partner at the law firm of Keker & Van Nest, LLP, counsel for Defendants McGraw-Hill Companies, Inc., and Standard & Poor's Financial Services LLC ("S&P") in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could do so competently under oath.

3. Attached hereto as Exhibit A is a true and correct copy of S&P's 2004 Code of Conduct.

4. Attached hereto as Exhibit B is a true and correct copy of S&P's 2005 Code of Conduct.

5. Attached hereto as Exhibit C is a true and correct copy of S&P's 2007 Code of Conduct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 3, 2013 in San Francisco, California.

Dated:  June 3, 2013                    KEKER & VAN NEST LLP


By: /s/ *John Keker*
    John Keker