# EXHIBIT A



**SEPTEMBER 2004**

**STANDARD & POOR'S RATINGS SERVICES
CODE OF PRACTICES AND PROCEDURES**

**Introduction**

      Ratings Services has been providing the capital markets with credit ratings that are independent, objective, credible and reliable since 1916.  As a result, Ratings Services' credit ratings have become a valuable tool in the global capital markets for the evaluation and assessment of credit risk.

      Ratings Services' mission has always remained the same – to provide high-quality, objective, independent, and rigorous analytical information to the marketplace.  In order to achieve its mission, Ratings Services must continuously strive for analytic excellence and must continuously evaluate its criteria, methodologies and procedures, and modify or enhance them as necessary to respond to the needs of the global capital markets.

      Ratings Services endeavors to conduct the rating and surveillance processes in a manner that is transparent and credible and that also ensures that the integrity and independence of the rating and surveillance processes are not compromised by conflicts of interest, abuse of confidential information or other undue influences.  In all cases, Ratings Services' credit ratings must represent opinions based on its independent assessments.

      To continue Ratings Services acceptance as a worldwide provider of credible and reliable credit ratings, Ratings Services has established and implemented internal controls and policies and procedures to further the transparent, credible, independent and objective nature of its rating and surveillance processes.

      This Code of Practices and Procedures (the "<u>Code</u>") is a restatement of established policies and procedures that are relevant to the rating and surveillance processes of Ratings Services.

      **In order to disclose to the public information relating to Rating Services' policies and procedures, this Code is freely available to the public on Ratings Services' public website.  However, by making this Code available to the public Ratings Services does not assume any responsibility or liability to any third party arising out of or relating to this Code.  This Code shall not form a part of any contract with any third party and no third party shall have any right (contractual or otherwise) to enforce any of this Code's provisions, either directly or indirectly.  Rating Services in its sole discretion may revise this Code to reflect changes in market, legal and regulatory circumstances and changes to Rating Services' controls, policies and procedures.**

Ratings Services expects all employees to comply with this Code and the related policies and procedures.  Any exceptions to this Code or the related policies and procedures should be approved in writing by the Executive Vice President who shall be solely responsible for the interpretation of this Code and the related policies and procedures.

**Failure to comply with this Code and the related policies and procedures could be sufficient reason for disciplinary action, including discharge and possible legal sanctions.**

Capitalized terms used herein are defined in Section 5 of this Code.

**1.     What are Ratings; Rating Process; Rating Committees; Surveillance and Review; CreditWatch and Rating Indicators; Document Retention; Ratings Criteria, Methodologies and Default Studies; and Information to be Provided by Issuers**

**1.1     What are Ratings**

    **1.1.1**   Ratings are current opinions regarding creditworthiness and are not verifiable statements of fact.  In all cases, ratings are limited by their respective definitions. Ratings Services shall establish definitions for its ratings and shall review such definitions periodically.  Ratings Services shall publish on a regular basis the definitions associated with its ratings as well as a description of the purposes and limitations of its ratings, all of which shall be freely available to the public on Standard & Poor's public website.

    **1.1.2**   Ratings do not constitute investment or financial advice.  Ratings are not recommendations to purchase, sell, or hold a particular security.  Ratings do not comment on the suitability of an investment for a particular investor.

    **1.1.3**   Ratings are based on information supplied to Ratings Services by the issuer or its agents and information obtained by Ratings Services from other sources it considers reliable.  Ratings Services relies on the issuer, its accountants, counsel, advisors and other experts for the accuracy, completeness and timeliness of the information submitted in connection with the rating and surveillance processes.

    **1.1.4**   Ratings Services is not obligated to perform any due diligence or independent verification of any information submitted to, or obtained by, Ratings Services in connection with the rating and surveillance processes.  Ratings Services does not perform an audit and does not undertake to verify that the information submitted to, or obtained by, Ratings Services is complete.  The assignment of a rating to a security by Ratings Services should not be viewed as a guarantee of the accuracy, completeness, or timeliness of the information relied on in connection with the rating or the results obtained from the use of such information.

    **1.1.5**   Ratings Services does not act as an investment, financial, or other advisor to, and does not have a fiduciary relationship with, an issuer or any other person.  Ratings Services does not become involved with the actual structuring of any security it rates, and limits its comments to the potential impact that any structuring proposed by the issuer may have on the rating.

    **1.1.6**    Ratings Services reserves the right at any time to suspend, modify, lower, raise, or withdraw a rating or place a rating on CreditWatch in accordance with its policies and procedures.

**1.2**    **Rating Process**

    **1.2.1**    Ratings Services shall provide a rating only when it believes there is adequate information available to form a credible opinion and only after appropriate analyses have been performed. Ratings Services shall assemble a team of Analysts with appropriate training and experience to review information pertinent to the rating. A lead Analyst shall be responsible for leading the rating process. Analysts on the analytical team may, and at the request of an issuer shall, meet with the issuer's management to review in detail the issuer's key operating and financial plans, management policies, and other credit factors that have, or could potentially have, an impact on the rating. Analysts shall request from issuers only that information that Analysts believe is relevant to, or could reasonably be expected to lead to information that is relevant to, the rating and surveillance processes.

    **1.2.2**    Ratings Services shall assign employees to the various positions at Ratings Services only if the employees have the necessary education, training and experience to perform their job functions.

**1.3**    **Rating Committees**

    **1.3.1**    When sufficient information to reach a rating conclusion has been received and analyzed, Ratings Services shall convene a rating committee. The rating committee shall be composed of appropriately trained Analysts that have the necessary experience to determine the applicable rating. The lead Analyst shall present the relevant information to the rating committee and provide appropriate financial statistics and comparative analysis. The presentation shall include all matters that may be relevant to the rating pursuant to the applicable criteria and a rating recommendation.

    **1.3.2**    In order to maintain the integrity and objectivity of the rating and surveillance processes and the robustness of internal dialogue, Ratings Services internal deliberations and the identities of persons who participated in a rating committee shall be kept strictly confidential and shall not be disclosed to persons outside of Ratings Services.

    **1.3.3**    All rating decisions shall be made by the rating committee utilizing Ratings Services' established criteria and methodologies.

    **1.3.4**    Once the rating is determined by the rating committee, the issuer shall be notified as soon as possible of the rating and the major considerations supporting it. If circumstances permit, Ratings Services shall allow the issuer a brief period of time, which may vary depending on the circumstances, to notify Ratings Services of the issuer's desire to appeal the rating decision.

    **1.3.5**    If circumstances allow, upon the request of an issuer during the period of time referred to in Subsection 1.3.4, Ratings Services shall entertain an appeal based upon the availability of material new information or a significant clarification or interpretation of existing information.

    **1.3.6**    Ratings Services and its employees shall deal fairly and honestly with issuers, investors, other market participants and the public.

    **1.3.7**    During the rating or surveillance process, as described in Subsection 3.2.3, Analysts shall inform issuers of any material issues or concerns that may arise, or have arisen, during the rating or surveillance process and, upon the request of issuers, shall inform issuers of the status of the rating or surveillance process.

    **1.3.8**    Ratings Services may provide the issuer with a draft copy of a press release and rationale that will accompany a proposed rating when it is disseminated to the public. Whenever Ratings Services requests that an issuer review such documents, the Analyst shall inform the issuer that the documents are provided solely for the purpose of correcting any factual errors and preventing any Confidential Information from being inadvertently disseminated. Ratings Services shall not accept any qualitative or editorial revisions from issuers that affect the presentation of the rating. In all cases, Ratings Services expects the issuer to respond as quickly as possible; however, consistent with Ratings Services' desire to provide investors with timely and credible ratings and to reduce the likelihood of information leaks, Ratings Services shall not unduly delay publication of Rating Actions or press releases. Ratings Services retains full discretion to disseminate its press releases to the market in whatever form it, in its editorial judgment, determines to be the most appropriate.

    **1.3.9**    Ratings under appeal shall be placed on CreditWatch during the appeal process except in those cases where the appeal process does not risk, in the judgment of the rating committee, delaying the timeliness of Ratings Services' Rating Actions.

    **1.3.10**    Appeals shall be resolved by convening a new rating committee.

    **1.3.11**    Ratings Services reserves the right to disseminate a public rating, notwithstanding an appeal, if warranted under the circumstances – for example, if it comes to the attention of Ratings Services that news of the rating has been leaked by the issuer and/or its representatives or third parties and/or is circulating in the capital markets.

    **1.3.12**    Ratings Services may, in its sole discretion, agree to keep a rating confidential upon the request of the issuer. Ratings Services' policy relating to the disclosure of confidential ratings is set forth in Subsection 2.1.4.

**1.4**    **Surveillance and Review**

    **1.4.1**    Unless the issuer requests a rating without surveillance, once a rating is assigned, Ratings Services shall monitor the rating on an ongoing basis. Ratings shall be reviewed in accordance with a surveillance policy established by Ratings Services. The Chief Credit Officer and the Analytics Policy Board shall be responsible for overseeing and reviewing Ratings Services' surveillance policy and for ensuring that the surveillance policy results in credible credit ratings.

    **1.4.2**    Upon the request of an issuer, Ratings Services shall schedule a review meeting with management for corporate and financial sector ratings; electronic or telephonic communications may be used in connection with the meeting.

### 1.5 CreditWatch and Rating Indicators

**1.5.1** Ratings may be placed on CreditWatch when a significant event or deviation from an expected trend has occurred or is expected, and additional information is necessary to take a Rating Action. The rating reviews shall be completed as soon as reasonably practicable after Ratings Services has received the necessary information, unless the outcome of a specific event is pending.

**1.5.2** There is no appeal by an issuer for any CreditWatch listing.

**1.5.3** Rating changes may also occur without the issuer or issue being first placed on CreditWatch.

**1.5.4** To provide investors with timely and credible credit ratings, in addition to CreditWatch, Ratings Services may use other indicators in connection with its ratings. An example of these indicators would be an "outlook" assigned to a rating by Ratings Services. Ratings Services shall (i) establish definitions for its indicators, (ii) review its indicators on a regular basis and (iii) publish on a regular basis such definitions and the purposes and limitations of the indicators, all of which shall be freely available to the public on Standard & Poor's public website. There is no appeal by an issuer for any such indicator.

### 1.6 Document Retention

**1.6.1** Ratings Services shall maintain appropriate database records that include all Rating Actions as well as reviews thereof, and that identify the persons on the rating committees. The total number of votes for each rating shall be recorded; however, the breakdown of the actual vote for a rating by each person on the rating committee shall not be recorded.

**1.6.2** Ratings Services shall establish documentation policies and procedures that address the retention of relevant information provided to Ratings Services.

### 1.7 Ratings Criteria, Methodologies and Default Studies

**1.7.1** Ratings Services shall establish rating definitions, criteria and methodologies to be used in its rating and surveillance processes. Such definitions, criteria and methodologies shall be reviewed periodically. Ratings Services' rating definitions, criteria and methodology shall provide specific credit analysis factors to ensure that all relevant issues are considered during the credit rating and surveillance processes.

**1.7.2** Analysts and rating committees shall apply established rating definitions, criteria and methodologies in the analytical process for any Rating Action. During the rating and surveillance processes, Analysts shall explain to issuers and their advisors the ratings criteria and methodologies and the role of rating committees.

**1.7.3** In order to maintain consistency of ratings, the Analytics Policy Board shall be responsible for monitoring the quality of, and adherence to, the rating definitions, criteria, methodologies and procedures and for approving any significant changes to the rating definitions, criteria, methodologies and procedures.

  **1.7.4** Ratings Services shall conduct periodic default and transition studies on rating trends. Ratings Services' default and transition studies shall contain information as to the bases of its default analyses, key assumptions and methodologies, all of which will be designed to demonstrate to the marketplace the performance of its credit ratings and track record. Default and transition studies shall be conducted annually and may be conducted on a more frequent basis if appropriate for a particular market. The default and transition studies shall be freely available to the public on Standard & Poor's public website.

**1.8** **Information to be Provided by Issuers**

  **1.8.1** Ratings Services expects issuers to submit to Analysts accurate, complete and timely information that is relevant to the rating and surveillance processes, including, but not limited to, any relevant change in the financial condition of the issuer. Subject to any applicable laws, issuers are expected to provide relevant information to Ratings Services even if such information has not been publicly disclosed or specifically requested.

  **1.8.2** Ratings Services expects issuers to address Ratings Services' questions and requests as quickly as possible and, to inform Ratings Services of the bases for any delay in addressing such questions and requests.

  **1.8.3** In order to promote accuracy, Ratings Services may provide draft copies of documents to issuers for their review prior to publication of the documents as described in Subsection 1.3.8.

  **1.8.4** During the period of time that issuers are reviewing documents to be published by Ratings Services, issuers are expected not to (i) attempt to take advantage of the delay in the release of the rating to the market by making any debt issuance other than the refinancing of maturing short-term debt and (ii) take any preemptive action that would challenge or counter the release by Ratings Services.

2.  **Disclosure of Rating Actions; Disclosure of Ratings Definitions, Criteria, Methodologies and Default Studies; and Unsolicited Ratings**

    2.1   **Disclosure of Ratings Actions**

    2.1.1   Subject to Subsection 2.1.4, Ratings Services shall disseminate all Rating Actions as soon as possible after the Rating Actions have been finalized.  Ratings Services shall not unduly delay disseminating any Ratings Actions.  Ratings Services shall not wait until the financial markets close in any jurisdiction.

    2.1.2   Subject to Subsection 2.1.4, Ratings Services shall make Rating Actions available to the public without cost.  Rating Actions shall be disseminated via real time posts on Ratings Services' public website and through a wire feed to the news media as well as via electronic or print subscription services.  The public shall be able to obtain a current public rating for any issuer or issue without cost.  Rating Actions and a short explanation of the basis for the Rating Action shall remain on Ratings Services' public website for a minimum of twenty-four hours.

    2.1.3   Subscribers to Ratings Services' subscription services shall not have access to Rating Actions prior to the public.

    2.1.4   As set forth in Subsection 2.2.3, as a matter of policy, Ratings Services shall retain control over the content and the publication of its Rating Actions, commentary and credit opinions. Upon the request of an issuer, and in Ratings Services' sole discretion, Ratings Services may agree to keep a rating confidential, and evidence this agreement in the engagement letter with the issuer. If a rating is already public, a subsequent Rating Action shall also be public.

    2.2   **Disclosure of Ratings Definitions, Criteria, Methodologies and Default Studies**

    2.2.1   Ratings Services shall publish its ratings definitions and default and transition studies on a regular basis, all of which shall be freely available to the public on Standard & Poor's public website.

    2.2.2   Ratings Services shall make its criteria and methodologies freely available to the public on Standard & Poor's public website. Ratings Services shall endeavor to comment in writing on most aspects of criteria that have relevance to the capital markets. Whenever practicable, Ratings Services shall make significant modifications to its criteria and methodologies freely available to the public on Standard & Poor's public website prior to implementing such modifications in its rating and surveillance processes.

    2.2.3   In order to maintain Ratings Services' independence, objectivity and credibility, Ratings Services shall maintain complete editorial control at all times over Ratings Actions and all other materials it disseminates to the public, including, but not limited to, rating definitions and criteria, reports, research updates, studies, media releases or any other information relating to its ratings.  Ratings Services' editorial control shall include decisions as to when, or even if, any Rating Actions and such other materials and information should be disseminated.

### 2.3 Unsolicited Ratings

**2.3.1** Unsolicited ratings are ratings assigned by Ratings Services without the full participation of issuers in the rating process. Ratings Services reserves the right, in its sole discretion, to issue rating opinions without the full participation of issuers in the rating process if Ratings Services believes (i) there is a meaningful credit market or investor interest served by the publication of such a rating, and (ii) it has sufficient information to support adequate analysis and, if applicable, ongoing surveillance. Ratings Services shall indicate if its ratings are unsolicited ratings. In some cases, issuers may provide limited information to Ratings Services and Ratings Services would still consider those ratings to be unsolicited ratings.

**2.3.2** Services shall establish policies for issuing unsolicited ratings in the local and regional markets and jurisdictions in which it operates.

## 3. Independence and Avoidance of Conflicts of Interest

### 3.1 Conflicts of Interest

**3.1.1** Conflicts of interest or other undue influences if not managed properly could undermine Ratings Services' independence, objectivity and credibility.  Ratings Services is aware of the significant role it plays in the global securities markets and understands the public's concern about conflicts of interest and how such conflicts may affect the rating and surveillance processes.  Ratings Services endeavors to avoid conflicts of interest and, where this is not possible, has established policies and procedures to address the conflicts of interest through a combination of internal controls and disclosure.

**3.1.2** In all analytic processes, Ratings Services must preserve the objectivity, integrity and independence of its ratings.  In particular, the fact that Ratings Services receives a fee from the issuer must not be a factor in the decision to rate an issuer or in the analysis and the rating opinion.

**3.1.3** Ratings shall be determined and assigned solely by rating committees comprised only of Analysts.

**3.1.4** Ratings Services' criteria and methodology shall be determined solely by the Analytics Policy Board and Analysts.

**3.1.5** Ratings assigned by Ratings Services shall not be affected by an existing or a potential business relationship between Ratings Services (or any Non-Ratings Business) and the issuer or any other party, or the non-existence of such a relationship.

**3.1.6** Analysts shall not engage in any direct marketing or solicitation for any Related Products or any Non-Ratings Products.  Analysts shall refer all inquiries for Related Products or Non-Ratings Products to the appropriate product managers.

### 3.2 Relationships with Issuers

**3.2.1** Ratings Services receives compensation from issuers to enable it to perform credible credit analyses.  This compensation must not influence an Analyst's credit opinions or other analytic processes.

**3.2.2** An Analyst shall not be directly involved in (i) the negotiation of fees and commercial terms for any issuer or issue for which the Analyst assigns any rating, or for any analytical products or services, (ii) the billing and collection of fees, or (iii) any direct selling to any entity.  Analysts shall not distribute fee schedules or quote any fees to any entity.  If a "commercial" discussion arises, Analysts shall refer issuers to the appropriate non-Analyst in the business unit.

**3.2.3** Analysts shall explain to issuers and their advisors the nature of the rating and surveillance processes, rating criteria and methodologies and the application thereof to the particular rating.  Analysts shall keep issuers informed as to the factors that, in the rating committee's view, could cause the rating to be raised or lowered, including the potential impact of changes in criteria.  Analysts shall, whenever possible, inform the issuer of a pending rating committee review and potential outcomes, and arrange for a follow-up discussion with the issuer to review the rating committee results.

### 3.3 Securities Ownership and Trading

**3.3.1** No Analyst may vote on a Rating Action involving an obligor if the Analyst or a member of the Analyst's immediate family owns any Security of such obligor. No employee may participate in the discussions concerning a Rating Action involving an obligor if the employee or a member of the employee's immediate family owns any Security of such obligor unless the employee discloses such ownership to the other participants in the discussion.

**3.3.2** No employee or any member of an employee's immediate family may own any Security of any obligor or issuer if the employee regularly interacts with the obligor or issuer in the course of the employee's employment with Ratings Services.

**3.3.3** Employees (or any member of an employee's immediate family) who do not participate in the rating of a Security, obligor or issuer shall not purchase or sell any Security (i) if such employee has received any Confidential Information regarding the Security, the obligor of such Security or an issuer, until at least 4 days after such information has been made public, or (ii) if such employee knows or believes that a Rating Action is or may be pending with respect to such Security, the obligor of such Security or a issuer, until at least 4 days after such Rating Action has been made public.

**3.3.4** No employee or any member of an employee's immediate family may own any Security of any entity whose business competes with Ratings Services.

**3.3.5** Each employee must disclose all Securities owned by the employee or any member of his or her immediate family. The employee must also disclose the names of all brokerage firms where the employee or any member of his or her immediate family has an account to trade or hold Securities. The employee must also disclose any other potential conflict of interest and any conflict that might arise from family connections or employment.

**3.3.6** In addition to the annual disclosure memo, any change in a portfolio - that is, the purchase or sale of Securities (including establishing a new brokerage account) - must be reported, in writing. If a potential conflict arises after the disclosure memo is filed, the employee must promptly amend the memo.

### 3.4 Compensation for Analysts

**3.4.1** Analysts shall not receive any compensation (i) based on the number of ratings assigned or the nature of the ratings assigned, and (ii) that in any way links the level of ratings assigned to the level of Analysts' compensation.

**3.4.2** Analysts shall not receive any compensation directly tied to the sale of Related Products or Non-Ratings Products.

### 3.5 Gifts, Speaking Engagements, and Political Affiliations

**3.5.1** An Analyst or any member of the Analyst's immediate family shall not accept any item of more than nominal value from obligors or issuers, public relations firms or agents, or any other supplier of information. Ratings Services shall determine what amount will constitute a nominal value for each jurisdiction. A Ratings Services'

employee or member of the employee's immediate family shall not accept an item of more than nominal value from obligors or issuers, public relations firms or agents or any other supplier of information; provided, however, if it is customary in a particular country to give items of more than a nominal value, senior business managers may accept such items on behalf of Ratings Services and such items shall remain the property of Ratings Services.

**3.5.2** Senior business managers shall make the final decisions as to whether any conferences or speaking engagements serve the business needs of Ratings Services and who should participate.  Only speakers may have reasonable expenses relating to transportation, lodging, meals and typical conference events paid for by the conference sponsors.  Attendance at extraordinary events shall be approved by senior business managers and paid for by Ratings Services.

**3.5.3** Subject to Subsection 3.5.2, a conference sponsor shall not pay any expenses relating to a Ratings Services' employee or any member of the employee's immediate family, including travel, meals or conference events.

**3.5.4** A Ratings Services' employee accompanied by another Ratings Services' employee may accept invitations to attend dinners, lunches and other similar events where business is discussed with issuers and intermediaries to help maintain a business relationship.  Invitations to closing dinners hosted by issuers or intermediaries shall only be accepted with the approval of the applicable supervisor and only if other third parties outside the selling groups, such as the media, will be in attendance.

**3.5.5** Ratings Services may accept honoraria for speaking engagements to defray Ratings Services' cost of sending a speaker in lieu of having the sponsor pay for speaker expenses.  Honoraria shall not be accepted by Ratings Services' employees, but may only be accepted on behalf of and paid directly to Ratings Services.

**3.5.6** No Ratings Services' employee or any member of the employee's immediate family shall borrow from or be indebted to any obligor or issuer other than loans from lending institutions or broker-dealers made in the ordinary course of business and on ordinary commercial terms.

**3.5.7** Ratings Services' employees shall refrain from making public statements that could be misconstrued or reflect negatively on Ratings Services' freedom from any conflict of interest and/or bias.

**3.5.8** A Ratings Services' employee that is involved in any significant civic or political activity or involvement shall not: (i) make any public statements that are associated with or might appear to be associated with Ratings Services, (ii) engage in any activity that might become a conflict of interest, and (iii) participate in any rating decision related to the relevant civic or political entity.

**3.5.9** Subject to any applicable privacy laws, an Analyst shall disclose any activity, including any significant civic or political activity or involvement, to a senior business manager that the Analyst believes may jeopardize his or her analytic impartiality or which would create an appearance of a conflict of interest.

### 3.6 Compensation Arrangements with Issuers; Subscription and License Fees; and Disclosure of Fees

**3.6.1** Ratings Services shall disclose in its print and electronic publications that it receives compensation for engaging in the analytic activities that may result in ratings and that such compensation is normally paid either by the issuers of the securities or third parties participating in marketing the securities.

**3.6.2** Fee structures and ranges are summarized in a fee schedule, which shall be communicated to the issuer prior to executing a rating agreement. Ratings Services may prepare annual fee or other periodic schedules for its analytic activities. Precise fee amounts shall be negotiated with the issuer according to the magnitude of the issuance supported by the rating and/or the complexity of the analysis required to perform the rating. Fees should be agreed upon before the start of the rating process. Surveillance fees may be reviewed periodically and may be adjusted by Ratings Services in accordance with its then current fee schedules.

**3.6.3** Ratings Services shall not accept payments from issuers for disseminating issuers' ratings, including, but not limited to, publishing the ratings and any related analyses or commentaries in Ratings Services' electronic or print subscription services or posting the ratings or any related materials on its website, or providing any analyses to third parties as part of Ratings Services' marketing activities.

**3.6.4** Ratings Services charges subscription and license fees for its publications, software and information products. Ratings Services prepares annual schedules of its subscription and license fees for its publication, software and information products. Ratings Services may negotiate subscriptions or license fees on commercially reasonable terms.

## 4. Confidential Information

### 4.1 Protection of Confidential Information

**4.1.1** Ratings Services shall publish or otherwise notify issuers of the standard terms and conditions pursuant to which it maintains the confidentiality of Confidential Information.

**4.1.2** To maintain objectivity, Ratings Services does not modify the standard terms and conditions related to Confidential Information except in exceptional circumstances where, for objective reasons, legal or regulatory, the issuer is not able to enter into a contract on those terms. In those circumstances, the standard terms and conditions may be modified with the approval of a member of Ratings Services' legal department. Such approval shall only be given if the member of Ratings Services' legal department determines that the proposed modifications would not affect the integrity of the rating process.

**4.1.3** Confidential Information that is received in hard-copy form shall be stored by Ratings Services in secure areas that are not readily accessible to third parties or employees of a Non-Ratings Business.

**4.1.4** Confidential Information that is received in electronic form shall be stored by Ratings Services in a manner so that it is not accessible to third parties or employees of a Non-Ratings Business.

**4.1.5** Ratings Services may transmit and receive Confidential Information over the Internet, including the Intranet of The McGraw-Hill Companies unless the issuer objects in writing to such electronic transmission.

**4.1.6** All outgoing electronic mail from Ratings Services shall include a confidentiality legend.

**4.1.7** Access to Ratings Services' offices and conference rooms where Confidential Information is used shall be restricted only to Ratings Services' employees through security systems such as card-keys. Third-parties, including employees of a Non-Ratings Business, shall not have access to restricted work areas unless accompanied by a Ratings Services' employee. Restricted work areas shall be physically separated in coordination with the facilities management of the applicable office.

### 4.2 Use of Confidential Information

**4.2.1** Ratings Services shall use Confidential Information only for the purposes for which it is given to Ratings Services. Ratings Services shall not use its ratings relationship to require clients to provide information that is not relevant to the rating.

**4.2.2** Ratings Services may use Confidential Information in any manner that is agreed to in writing by an issuer.

**4.2.3** Ratings Services and its counsel and agents may use Confidential Information in connection with assigning and monitoring ratings, and for publishing ratings related analytical reports, provided that the Confidential Information is not presented in a way that can be directly tied to the issuer.

**4.2.4** Ratings Services and its counsel and agents may use Confidential Information for ratings related research and modeling purposes, provided that the Confidential Information is not presented in a way that can be directly tied to the issuer.

**4.2.5** Subject to Subsections 4.2.3 and 4.2.4, Ratings Services shall not directly disclose any Confidential Information to any third party without the prior written consent of the issuer.

**4.2.6** If any of Ratings Services' counsel and agents receive any Confidential Information, Ratings Services shall obtain the agreement of such counsel and agents to comply with the applicable provisions of this Section 4 of this Code.

5. **Definitions**

For purposes of this Code, the terms set forth below shall have the following meanings:

"**Analyst**" shall mean, with respect to any issuer, any employee whose primary job functionis to determine and vote on ratings.

"**Analytics Policy Board**" shall mean a group of experienced credit rating staff from around the world representing Ratings Services' diverse field of expertise in credit analysis that is chaired by the Chief Credit Officer of Ratings Services.

"**Confidential Information**" shall mean information received by Ratings Services from an issuer or its accountants, attorneys, or other agents which has been marked "Proprietary and Confidential" or in respect of which Ratings Services has received from the issuer specific written notice of its proprietary and confidential nature.  Notwithstanding the foregoing, information disclosed by the issuer or its accountants, attorneys, or other agents will not be deemed to be Confidential Information if such information (i) was substantially known by Ratings Services at the time of such disclosure, (ii) was known to the public at the time of such disclosure, (iii) becomes known to the public (other than by Ratings Services' act) subsequent to such disclosure, (iv) is disclosed lawfully to Ratings Services by a third party subsequent to such disclosure,  (v) is developed independently by Ratings Services without reference to the Confidential Information, (vi) is approved in writing by the issuer for public disclosure, or (vii) is required by law to be disclosed by the issuer or Ratings Services.

"**Non-Ratings Product**" shall mean any product, service or business that is provided by a Non-Ratings Business.

"**Non-Ratings Business**" shall mean all segments and operating groups of The McGraw-Hill Companies, Inc. as well as segments and operating groups of McGraw-Hill Companies subsidiaries, other than Ratings Services.

"**Rating Action**" shall mean any initial rating, any change, withdrawal, or suspension of an existing rating, any CreditWatch action, and any other rating indicators including, but not limited to, a rating outlook.

"**Related Product**" shall mean any product, service or business provided by Ratings Services that is not a rating.

"**Security**" shall mean any note, stock, treasury stock, bond, debenture, evidence of indebtedness, certificate of participation, limited partnership share, futures contract, derivative contract or other financial instrument commonly known as a security and also includes any legal or equitable interest in or any put or call option relating to anything which is otherwise a security, but for the purpose of Subsection 3.3, does not include:

(1) (for individuals not regularly following managed funds), shares of diversified mutual funds or money market funds;

(2) securities that were purchased through an automatic dividend reinvestment plan (if the individual may otherwise own the underlying security);

(3) direct obligations of the United States or any agency thereof and obligations the principal and interest on which is fully guaranteed by the United States or any agency thereof;

(4) for persons in offices outside the United States, any direct obligation of the national or federal government in the country in which their office is located, and obligations the principal and interest on which is fully guaranteed by the national or federal government in the country in which their office is located;

(5) investments in any retirement plan or savings and investment plan sponsored by Ratings Services or any Non-Ratings Services Business or by any employer of any member of the individual's Family (if the individual cannot direct such plan's investment in specific Securities);

(6) personal insurance policies, such as homeowners, life, auto, disability and individual annuity policies; and

(7) deposits in and certificates of deposits of banks, savings and loans, and credit unions.