# Exhibit A

# United States of America's Proposed Schedule of Trial and Pretrial Dates

| Event | Proposed Date |
|---|---:|
| Complaint Filed **[Actual]** | 2/4/2013 |
| Complaint Served **[Actual]** | 2/13/2013 |
| Defendants' Notice of Appearance **[Actual]** | 2/20/2013 |
| S&P's Motion to Dismiss Complaint **[Actual]** | 4/22/2013 |
| Rule 26(f) Conference **[Actual]** | 4/25/2013, 5/22/2013, 6/3/2013, 6/17/2013 |
| US Response to Motions to Dismiss **[Actual]** | 5/20/2013 |
| S&P Reply re Motions to Dismiss **[Actual]** | 6/3/2013 |
| Rule 26(f) Report **[Actual]** | 6/24/2013 |
| Hearing on Motions to Dismiss **[Actual]** | 7/8/2013 |
| Scheduling Conference **[Actual]** | 7/8/2013 |
| Filing of Answer | 14 days after ruling on motion to dismiss |
| US Motion for Leave to Amend | 28 days after ruling on motion to dismiss |
| S&P Response to Motion for Leave to Amend | 7 days after motion |
| US Reply re Motion for Leave to Amend | 14 days after motion |
| Hearing on Motion for Leave to Amend | 28 days after motion |
| Amendment of Pleadings | 14 days after ruling on Motion for Leave to Amend |
| Filing of Answer to Amended Pleadings | 14 days after amended complaint |
| Non-Expert Discovery Cutoff | 6/23/2014 |
| Expert Witness Disclosure | 7/7/2014 |
| Rebuttal Expert Witness Disclosure | 8/4/2014 |
| Expert Discovery Cutoff | 9/1/2014 |
| Dispositive Motions | 9/15/2014 |
| Responses to Dispositive Motions | 10/13/2014 |
| Replies on Dispositive Motions | 10/27/2014 |
| Last Day for Hearing Dispositive Motions | 11/17/2014 |
| Meeting of Counsel Before Final Pretrial Conference; Last Day to Conduct Settlement Conference | 12/8/2014 |
| Lodge Pretrial Conference Order; File Exhibit and Witness Lists; File Memorandum of Contentions of Fact and Law; File Status Report re Settlement; File Agreed-On Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Jury Instructions and Verdict Forms; File Motions in Limine | 1/5/2015 |
| Responses to Motions in Limine | 1/19/2015 |
| Final Pretrial Conference; Proposed Voir Dire Questions lodged; Agreed-to Statement of Case filed; Hearing on Motions in Limine; Hearing on Disputed Jury Instructions | 1/26/2015 |
| Trial Date | 2/17/2015 |