# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| # | Field | Value |
|---|---|---|
| 1. | NAME | George Cardona |
| 2. | PHONE NUMBER | (213) 894-6283 |
| 3. | DATE | 7/10/2013 |
| 4. | FIRM NAME: | U.S. Attorney's Office, CDCA |
| 5. | E-MAIL ADDRESS: | nicole.piccolini@usdoj.gov |
| 6. | MAILING ADDRESS | 312 N. Spring Street, Suite 1702 |
| 7. | CITY | Los Angeles |
| 8. | STATE | CA |
| 9. | ZIP CODE | 90012 |
| 10. | CASE NUMBER | CV 13-779 |
| 11. | CASE NAME | U.S. v. McGraw-Hill Co, et al |
| 12. | JUDGE | DOC |
| 13. | APPEAL CASE NUMBER | |
| 14. | ORDER FOR | ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☑ AUSA  ☐ FPD  ☐ OTHER |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 7/8/2013 | Debbie Gale | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): MINUTES OF Defendants' Motion |
| | | |
| | | |
| | | |
| | | |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month: Jul   Day: 10   Year: 2013
Transcript payment arrangements were made with: Debbie Gale

17. DATE: 7/10/2013

NAME OF OFFICIAL:
Payment of estimated transcript fees were sent on the following date:
Month: Jul   Day: 10   Year: 2013

18. SIGNATURE: /s/ Nicole Piccolini

G-120 (09/12)