1  KEKER & VAN NEST LLP
   JOHN KEKER (SBN 49092)
2  jkeker@kvn.com
   ELLIOT R. PETERS (SBN 158708)
3  epeters@kvn.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
5  Facsimile:   415 397 7188

6  CAHILL GORDON & REINDEL LLP
   FLOYD ABRAMS
7  fabrams@cahill.com
   S. PENNY WINDLE
8  pwindle@cahill.com
   80 Pine Street
9  New York, New York  10005-1702
   Telephone: 212 701 3000
10 Facsimile:  212 269 5420

11 KELLER RACKAUCKAS UMBERG ZIPSER LLP
   JENNIFER L. KELLER (SBN 84412)
12 jkeller@kruzlaw.com
   18300 Von Karman Avenue, Suite 930
13 Irvine, CA 92612
   Telephone: 949 476 8700
14 Facsimile: 949 476 0900

15

16 Attorneys for Defendants THE MCGRAW-HILL
   COMPANIES, INC., and STANDARD & POOR'S
   FINANCIAL SERVICES LLC
17

18                  UNITED STATES DISTRICT COURT

19                 CENTRAL DISTRICT OF CALIFORNIA

20                      SOUTHERN DIVISION

21

22 UNITED STATES OF AMERICA,          Case No. CV13-00779 DOC (JCG)

                         Plaintiff,   **STIPULATION TO EXTEND TIME**
23                                     **TO ANSWER THE INITIAL**
        v.                             **COMPLAINT**
24
   MCGRAW-HILL COMPANIES, INC.
25 and STANDARD & POOR'S
   FINANCIAL SERVICES LLC,
26
                         Defendants.
27

28

---

STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT
CASE NO.  CV13-00779 DOC (JCG)

772316.01

1   WHEREAS, the United States of America ("Government") filed a complaint

2 against The McGraw-Hill Companies, Inc. (now known as McGraw Hill Financial,

3 Inc.) and Standards & Poor's Financial Services LLC (collectively, "S&P") on

4 February 4, 2013; and

5   WHEREAS, on February 21, 2013, the Court, upon joint request of the

6 parties, extended the time for S&P to respond to the initial complaint from

7 February 13, 2013 to April 22, 2013 [Dkt. 11];

8   WHEREAS, on April 22, 2013 S&P filed a motion to dismiss, which the

9 Court denied in an order dated July 16, 2013 [Dkt. 34];

10   WHEREAS, by operation of Federal Rule of Civil Procedure 12(a)(4)(A),

11 S&P's Answer is currently due on July 30, 2013;

12   WHEREAS, S&P has requested until September 3, 2013 to answer the

13 complaint given its length and the breadth of its allegations;

14   WHEREAS, the Government has agreed to S&P's request.

15   NOW THEREFORE, the parties hereby stipulate that the deadline for S&P

16 to answer the Government's complaint, which is currently due on July 30, 2013, be

17 extended to September 3, 2013, and request that the Court so enter an order.

18 Dated:  July 26, 2013     KEKER & VAN NEST LLP

19

20

21        By:  /s/ *John W. Keker*
         John W. Keker

22

23 Dated:  July 26, 2013     UNITED STATES OF AMERICA

24

25        By:  /s/ *George S. Cardona*[1]
         George S. Cardona

26

27

28 [1] George S. Cardona has concurred and authorized the filing of this Stipulation on his behalf.

772316.01