1 | KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
2 | jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
3 | epeters@kvn.com
633 Battery Street
4 | San Francisco, CA 94111-1809
Telephone:  415 391 5400
5 | Facsimile:   415 397 7188

6 | CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS
7 | fabrams@cahill.com
S. PENNY WINDLE
8 | pwindle@cahill.com
80 Pine Street
9 | New York, New York  10005-1702
Telephone: 212 701 3000
10 | Facsimile:  212 269 5420

11 | KELLER RACKAUCKAS UMBERG ZIPSER LLP
JENNIFER L. KELLER (SBN 84412)
12 | jkeller@kruzlaw.com
18300 Von Karman Avenue, Suite 930
13 | Irvine, CA 92612
Telephone: 949 476 8700
14 | Facsimile: 949 476 0900

15 | Attorneys for Defendants MCGRAW-HILL
COMPANIES, INC., and STANDARD & POOR'S
16 | FINANCIAL SERVICES LLC

17 |

18 | UNITED STATES DISTRICT COURT

19 | CENTRAL DISTRICT OF CALIFORNIA

20 | SOUTHERN DIVISION

21 | UNITED STATES OF AMERICA,            Case No. CV13-779 DOC (JCGx)

22 |                          Plaintiff,    **[PROPOSED] ORDER EXTENDING TIME TO ANSWER INITIAL COMPLAINT**

23 |       v.

24 | MCGRAW-HILL COMPANIES, INC.
and STANDARD & POOR'S
25 | FINANCIAL SERVICES LLC,

26 |                          Defendants.

27 |

28 |

772317.01

1        Based on the stipulation by the United States of America, McGraw Hill

2    Financial, Inc. (formerly known as The McGraw-Hill Companies, Inc.) and

3    Standard & Poor's Financial Services LLC to extend time to answer the Complaint

4    in this action, and good cause appearing, it is hereby ordered that the due date for

5    McGraw Hill Financial, Inc. and Standard & Poor's Financial Services LLC to

6    answer the Complaint is September 3, 2013.

7    Dated:                      By: _____

8                                    Honorable David O. Carter
                                      United States District Court Judge

---

1

[PROPOSED] ORDER EXTENDING TIME TO ANSWER INITIAL COMPLAINT
CASE NO.  CV13-779 DOC (JCGX)

772317.01