KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendants MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC

ANDRÉ BIROTTE JR.
United States Attorney
GEORGE S. CARDONA (CA Bar No. 135439)
LEON W. WEIDMAN (CA Bar No. 104078)
ANOIEL KHORSHID (CA Bar No. 223912)
RICHARD E. ROBINSON (CA Bar No. 090840)
Assistant United States Attorneys
   Room 7516 Federal Building
   300 N. Los Angeles St.
   Los Angeles, California 90012
   Telephone: (213) 894-8323/6086
   Facsimile: (213) 894-6269/7819
   Email: George.S.Cardona@usdoj.gov / Anoiel.Khorshid@usdoj.gov

Attorneys for Plaintiff UNITED STATES OF AMERICA

*(Additional counsel on next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**SUPPLEMENTAL JOINT REPORT OF PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)**<br><br>**[Fed. R. Civ. P. 26(f); Local Civil Rule 26-1]**<br><br>Scheduling Conference:  7/29/2013<br>Time:     3:00 p.m.<br>Dept.:    Courtroom 9D<br>Judge:   Honorable David O. Carter |

*(Additional counsel):*

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS
fabrams@cahill.com
S. PENNY WINDLE
pwindle@cahill.com
80 Pine Street
New York, New York 10005-1702
Telephone: 212 701 3000
Facsimile:  212 269 5420

KELLER RACKAUCKAS LLP
JENNIFER L. KELLER (SBN 84412)
jkeller@kruzlaw.com
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC

STUART DELERY
Acting Assistant Attorney General
MAAME EWUSI-MENSAH FRIMPONG
    (CA Bar No.: 222986)
ARTHUR R. GOLDBERG
MICHAEL S. BLUME
JAMES T. NELSON
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS (CA Bar No. 090723)
THOMAS D. ZIMPLEMAN
United States Department of Justice, Civil Division
   P.O. Box 261, Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 616-2376
   Facsimile: (202) 514-8742
   Email: James.Nelson2@usdoj.gov

Attorneys for Plaintiff UNITED STATES OF AMERICA

After the scheduling conference conducted by the Court on July 8, 2013, the parties, through telephone conferences on July 22, 2013, July 24, 2013, July 25, 2013, and July 26, 2013, and the exchange of written documents, conducted additional conferences of counsel, and jointly submit the following supplemental report pursuant to Federal Rule of Civil Procedure 26(f):

## A. Initial Phase of Limited Discovery

The parties have agreed that, to enable the United States to designate a limited set of RMBS and CDOs and affected financial institutions that will form the basis for its proof at trial, and thereby facilitate the parties' ability to more clearly define the breadth and necessary time for subsequent discovery, there should be an initial phase of limited discovery.  In this initial phase of limited discovery, the United States expects to serve third-party document subpoenas, take a limited number of depositions, and serve limited requests for documents on S&P for the purpose of: (1) determining whether particular CDOs and RMBS rated by S&P were, in the United States' view, affected by the alleged fraud; (2) determining the losses to financial institutions, if any, resulting from S&P's alleged fraud as it related to these particular CDOs and RMBS; and (3) determining which of these particular CDOs and RMBS will best serve as a basis for the United States' proof at trial.  In order to avoid unnecessary delay in the overall discovery phase, during this initial phase of limited discovery, S&P will begin to conduct discovery relating to aspects of its defense that do not depend on the government's designation of the RMBS and CDOs at issue by seeking document discovery from the Department of Justice and other federal government entities and officials (collectively, the "Government") relating to: (1) Government investigations of S&P and others prior to the filing of this lawsuit, including notes and transcripts of interviews and testimony that were not part of the United States' initial disclosure to S&P; (2) the Department of Justice's decision to authorize the filing of this litigation; (3) Government analysis, opinion, and projections regarding the residential mortgage

1  market and its potential impact on the broader economy; and (4) information
2  received by the Government in investigations of entities other than S&P that relate
3  to CDOs and RMBS, including investigations of arrangers, sponsors, underwriters,
4  issuers, sellers, and other rating agencies.  The parties anticipate that S&P will not
5  be able to complete all such discovery during the initial phase of limited discovery.
6  The parties also anticipate that S&P's document discovery in these areas will
7  generate objections from the Government that may require motion practice that can
8  be initiated during the initial phase of limited discovery.
9      To accomplish this initial phase of limited discovery, the parties jointly propose
10 the schedule attached as Exhibit A which calls for it to be completed by no later
11 than November 18, 2013, with the United States serving on S&P by that date a
12 supplemental disclosure that will: (1) identify the limited set of RMBS and CDOs,
13 together with the particular tranches and tranche purchasers, that will form the
14 basis for its proof at trial; and (2) with respect to this limited set of RMBS and
15 CDOs (a) identify the financial institutions the United States will contend were
16 affected by the alleged fraud and (b) identify the financial institution losses the
17 United States will contend provide a basis for the determination of FIRREA
18 penalties.  Once this supplemental disclosure is made, the parties will confer to
19 attempt to arrive at an agreed-upon schedule for the balance of this case, and will
20 submit a further supplemental Rule 26(f) report in advance of a scheduling
21 conference for the balance of this case, which the parties propose be conducted on
22 December 16, 2013.
23     The parties have agreed that any depositions conducted during the initial phase
24 of limited discovery will be only for the limited purposes set forth above.  As a
25 result the parties have further agreed that the conduct of any such depositions shall
26 be without prejudice to either party's ability to seek to depose the same deponent
27 further during the general discovery phase that will follow.  The parties
28 respectfully request that the Court note in any case management or scheduling

order issued following the July 29, 2013 hearing that the conduct of any depositions or discovery on third parties during the initial phase of limited discovery will not prejudice any party's ability to seek further depositions or discovery on those third parties.

### B. Protective Order

The parties have met and conferred on several occasions regarding the terms of a proposed protective order.  As a result, the parties have resolved all but a few remaining issues with respect to the protective order they will seek to have the court issue.  Attached as Exhibit B is a draft protective order in which the language disputed by the parties is highlighted.  The parties anticipate seeking the Court's resolution of the few remaining issues relating to the proposed protective order at the scheduling conference to be conducted on July 29, 2013.

///

///

**C. <u>Conclusion</u>**

Counsel for plaintiff and defendants jointly submit this report and request that the Court issue the proposed initial scheduling order being submitted concurrently.

Dated: July 26, 2013                                  KEKER & VAN NEST LLP

By: /s/
John W. Keker

Dated: July 26, 2013                                  Respectfully Submitted,

STUART F. DELERY                                      ANDRE BIROTTE JR.
Acting Assistant Attorney General                     United States Attorney
United States Department of Justice
Civil Division
MAAME EWUSI-MENSAH
FRIMPONG
Deputy Assistant Attorney General                     //s//George S. Cardona/
MICHAEL S. BLUME                                      GEORGE S. CARDONA
Director, Consumer Protection Branch                  LEON W. WEIDMAN
ARTHUR R. GOLDBERG                                    ANOIEL KHORSHID
Assistant Director, Fed. Prog. Branch                 RICHARD E. ROBINSON
JAMES T. NELSON                                       Assistant United States Attorneys
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS
THOMAS D. ZIMPLEMAN
Trial Attorneys, Civil Division