1  KEKER & VAN NEST LLP
   JOHN KEKER (SBN 49092)
2  jkeker@kvn.com
   ELLIOT R. PETERS (SBN 158708)
3  epeters@kvn.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
5  Facsimile:   415 397 7188

6  CAHILL GORDON & REINDEL LLP
   FLOYD ABRAMS
7  fabrams@cahill.com
   S. PENNY WINDLE
8  pwindle@cahill.com
   80 Pine Street
9  New York, New York  10005-1702
   Telephone: 212 701 3000
10 Facsimile:  212 269 5420

11 KELLER RACKAUCKAS UMBERG ZIPSER LLP
   JENNIFER L. KELLER (SBN 84412)
12 jkeller@kruzlaw.com
   18300 Von Karman Avenue, Suite 930
13 Irvine, CA 92612
   Telephone: 949 476 8700
14 Facsimile: 949 476 0900

15 Attorneys for Defendants MCGRAW-HILL
   COMPANIES, INC., and STANDARD & POOR'S
16 FINANCIAL SERVICES LLC

17

18               UNITED STATES DISTRICT COURT

19              CENTRAL DISTRICT OF CALIFORNIA

20                     SOUTHERN DIVISION

21 UNITED STATES OF AMERICA,        | Case No. CV13-779 DOC (JCGx)
22                     Plaintiff,   | **ORDER EXTENDING TIME TO ANSWER INITIAL COMPLAINT**
23      v.                          |
24 MCGRAW-HILL COMPANIES, INC.      |
   and STANDARD & POOR'S            |
25 FINANCIAL SERVICES LLC,          |
26                     Defendants.  |

27

28

1  Based on the stipulation by the United States of America, McGraw Hill
2  Financial, Inc. (formerly known as The McGraw-Hill Companies, Inc.) and
3  Standard & Poor's Financial Services LLC to extend time to answer the Complaint
4  in this action, and good cause appearing, it is hereby ordered that the due date for
5  McGraw Hill Financial, Inc. and Standard & Poor's Financial Services LLC to
6  answer the Complaint is September 3, 2013.

7  Dated: July 29, 2013         By: *David O. Carter*
8                                    Honorable David O. Carter
                                     United States District Court Judge