UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No.   CV 13-0779-DOC(JCGx) | | Date   August 2, 2013 |
| Title   UNITED STATES OF AMERICA -V- MCGRAW-HILL COMPANIES, INC., ET AL. | | |

Present: The Honorable   DAVID O. CARTER, United States District Judge

| Julie Barrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| James Nelson<br>George Cardova<br>Anoiel Khorshid | John Keker<br>Paven Malhotra<br>Jennifer Keller<br>Floyd Abrams<br>Penny Windle |

Proceedings:   STATUS CONFERENCE
SCHEDULING CONFERENCE

     The case is called and counsel make their appearances. The Court and counsel confer on and off the record. The Court hears argument regarding protective orders. Separate minute order to issue regarding issuance of protective orders.

     Scheduling Conference not heard and taken off calendar.


|  | 1 | : | 29 |
|---|---|---|---|
| Initials of Clerk | jcb | | |