ANDRÉ BIROTTE JR.
United States Attorney
GEORGE S. CARDONA (CA Bar No. 135439)
ANOIEL KHORSHID (CA Bar No. 223912)
Assistant United States Attorneys
 Room 7516 Federal Building
 300 N. Los Angeles St.
 Los Angeles, California 90012
 Telephone: 213-894-8323/6086
 Facsimile: 213-894-6269/7819
 Email: george.s.cardona@usdoj.gov / anoiel.khorshid@usdoj.gov

STUART DELERY
Acting Assistant Attorney General
MAAME EWUSI-MENSAH FRIMPONG
 (CA Bar No.: 222986)
ARTHUR R. GOLDBERG
MICHAEL S. BLUME
JAMES T. NELSON
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS (CA Bar No. 090723)
THOMAS D. ZIMPLEMAN
United States Department of Justice, Civil Division
 P.O. Box 261, Ben Franklin Station
 Washington, D.C. 20044
 Telephone: (202) 616-2376
 Facsimile: (202) 514-8742
 Email: James.Nelson2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MCGRAW-HILL COMPANIES, INC.<br>and STANDARD & POOR'S<br>FINANCIAL SERVICES LLC,<br><br>            Defendants. | Case No. CV 13-779 DOC (JCGx)<br><br>**NOTICE OF LODGING OF [PROPOSED] PROTECTIVE ORDER**<br><br>[Submitted In Accordance With the Court's August 2, 2013 Minute Order] |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In accordance with the Court's August 2, 2013 Minute Order regarding the parties' proposed protective order, counsel for plaintiff, United States of America, hereby lodges with the Court a [Proposed] Protective Order that reflects the Court's rulings in the August 2, 2013 Minute Order.  Counsel for defendants have given their approval to submit this [Proposed] Protective Order.

Dated: August 9, 2013                    Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney


/s/ George S. Cardona
GEORGE S. CARDONA
ANOIEL KHORSHID
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA