| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
|   | JOHN KEKER (SBN 49092) |
| 2 | jkeker@kvn.com |
|   | ELLIOT R. PETERS (SBN 158708) |
| 3 | epeters@kvn.com |
|   | 633 Battery Street |
| 4 | San Francisco, CA 94111-1809 |
|   | Telephone: 415 391 5400 |
| 5 | Facsimile:  415 397 7188 |
| 6 | CAHILL GORDON & REINDEL LLP |
|   | FLOYD ABRAMS |
| 7 | fabrams@cahill.com |
|   | S. PENNY WINDLE |
| 8 | pwindle@cahill.com |
|   | 80 Pine Street |
| 9 | New York, New York 10005-1702 |
|   | Telephone: 212 701 3000 |
| 10 | Facsimile: 212 269 5420 |
| 11 | KELLER RACKAUCKAS UMBERG ZIPSER LLP |
|    | JENNIFER L. KELLER (SBN 84412) |
| 12 | jkeller@kruzlaw.com |
|    | 18300 Von Karman Avenue, Suite 930 |
| 13 | Irvine, CA 92612 |
|    | Telephone: 949 476 8700 |
| 14 | Facsimile: 949 476 0900 |
| 15 | Attorneys for Defendants MCGRAW-HILL |
|    | COMPANIES, INC., and STANDARD & POOR'S |
| 16 | FINANCIAL SERVICES LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV13-779 DOC (JCGx) |
| Plaintiff, | **NOTICE OF ERRATA REGARDING DOCKET ENTRY 51** |
| v. | Dept.:    Courtroom 9D |
| MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC, | Judge:    Honorable David O. Carter |
|  | Complaint filed February 4, 2013 |
| Defendants. | |

NOTICE OF ERRATA
CASE NO.  CV13-779 DOC (JCGX)

778955.01

PLEASE TAKE NOTICE that Defendants McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC hereby correct the date listed on the signature block of Dkt. 51, Answer and Demand for Jury Trial.  A Corrected Answer and Demand for Jury Trial is being electronically filed concurrently herewith.

Dated:  September 3, 2013                     KEKER & VAN NEST LLP

By:  /s/ *John W. Keker*
John W. Keker