# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 13-779 DOC (JCGx)                                          Date: October 7, 2013

Title: UNITED STATES v. McGRAW-HILL COMPANIES, INC., et al.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

|   Julie Barrera   |   Not Present   |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   NONE PRESENT                                                    NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER REQUESTING STATUS UPDATE

  On August 2, 2013, pursuant to the parties' stipulation, the Court issued an Initial Scheduling Order that called for "an initial phase of limited discovery" to "enable the United States to designate a limited set of RMBS and CDOs and affected financial institutions that will form the basis for its proof at trial, and thereby facilitate the parties' ability to more clearly define the breadth and necessary time for subsequent discovery." Init. Sched. Order (Dkt. 44) at 1. In this initial phase of discovery, the United States was to "serve third-party document subpoenas, take a limited number of depositions, and serve limited requests for documents on S&P." *Id.* At the same time, S&P was to commence initial discovery on issues that are not dependent on the United States' narrowed set of RMBSs and CDOs. *Id.*

  Following this initial phase of discovery, by no later than November 18, 2013, the United States is to serve on S&P a supplemental disclosure that will:

    (1) identify the limited set of RMBS and CDOs, together with the particular tranches and tranche purchasers, that will form the basis for its proof at trial; and (2) with respect to this limited set of RMBS and CDOs (a) identify the financial institutions the United States will contend were affected by the alleged fraud and

>           (b) identify the financial institution losses the United States will contend provide a basis for the determination of FIRREA penalties.

*Id.* at 2. The parties are then to submit a supplemental Rule 26(f) report with a proposed schedule for the rest of the case by no later than December 2, 2013. A scheduling conference is set for December 16, 2013, at 3pm.

In light of the upcoming deadlines on November 18, 2013, and December 2, 2013, and because the Court will not be inclined to extend them, this order requests a brief status update confirming that the parties are on schedule with their initial discovery. The parties will each submit a brief description of what discovery has been completed, along with what is scheduled for the remainder of the initial discovery period. This brief description (no more than 5 pages) is to include a list of all depositions completed, and all depositions scheduled to take place prior to November 18, 2013, and the location of each of these depositions.

The parties are to file their status update **on or before October 14, 2013**.

The Clerk will serve this Minute Order on all parties.