STUART DELERY
Acting Assistant Attorney General
MAAME EWUSI-MENSAH FRIMPONG
  (CA Bar No.: 222986)
ARTHUR R. GOLDBERG
MICHAEL S. BLUME
JAMES T. NELSON
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS (CA Bar No. 090723)
THOMAS D. ZIMPLEMAN
United States Department of Justice, Civil Division
  P.O. Box 261, Ben Franklin Station
  Washington, D.C. 20044
  Telephone: (202) 616-2376
  Facsimile: (202) 514-8742
  Email: James.Nelson2@usdoj.gov

ANDRÉ BIROTTE JR.
United States Attorney
GEORGE S. CARDONA (CA Bar No. 135439)
ANOIEL KHORSHID (CA Bar No. 223912)
Assistant United States Attorneys
  Room 7516 Federal Building
  300 N. Los Angeles St.
  Los Angeles, California 90012
  Telephone: (213) 894-8323/6086
  Facsimile: (213) 894-6269/7819
  Email: george.s.cardona@usdoj.gov / anoiel.khorshid@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>    Defendants. | No. 2:13-cv-00779-DOC-JCG<br><br><u>NOTICE OF LODGING OF [PROPOSED] FEDERAL RULE OF EVIDENCE 502(d) ORDER</u><br><br>Hon. David O. Carter. |

Counsel for plaintiff, United States of America, hereby lodges with the Court a [Proposed] Federal Rule Of Evidence 502(d) Order, the language of which has been agreed to among the parties.  Counsel for defendants have given their approval to the submission of this [Proposed] Federal Rule Of Evidence 502(d) Order.

Dated: October 10, 2013                Respectfully submitted,

STUART F. DELERY                       ANDRÉ BIROTTE JR.
Acting Assistant Attorney General      United States Attorney
United States Department of Justice
Civil Division
MAAME EWUSI-MENSAH FRIMPONG
Deputy Assistant Attorney General      /S//George S. Cardona/
MICHAEL S. BLUME                       GEORGE S. CARDONA
Director, Consumer Protection Branch   LEON W. WEIDMAN
ARTHUR R. GOLDBERG                     ANOIEL KHORSHID
Assistant Director, Fed.Prog.Branch    RICHARD E. ROBINSON
JAMES T. NELSON                        Assistant U.S. Attorneys
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS
THOMAS D. ZIMPLEMAN
Trial Attorneys, Civil Division