# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __David O. Carter__

From: __A. Gonzalez__, Deputy Clerk    Date Received: __10/2/13__

Case No.: __CV13-779 DOC (JCGx)__  Case Title: __U.S.A. v. McGraw-Hill etc. et al.__

Document Entitled: __Ex Parte Application, Memo of P&A's, Proposed Order, Motion to Intervene, Cert. of Interested Parties, and Brief Submitted Under Rule 24.__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 19-1 — Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6 — Pretrial conference order not signed by all counsel
- ☒ FRCvP Rule 5(d) — Incorrect proof of service attached to document(s)
- ☒ Other: __Proof of service has incorrect caption as well.__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

__10/11/13__    _/s/ David O. Carter_
Date             U.S. District Judge / ~~U.S. Magistrate Judge~~
                 DAVID O. CARTER

☒ The document is ~~NOT to be filed~~, but instead REJECTED, and is ~~ORDERED~~ returned to *counsel. *Counsel shall immediately notify, in writing, all parties ~~previously served~~ with the attached documents that said documents have **not** been filed with the Court.

__10/3/13__    _/s/ David O. Carter_
Date             U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)    NOTICE OF DOCUMENT DISCREPANCIES

GPO U.S. GOVERNMENT PRINTING OFFICE: 2007 672-579