FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

1  William Michael Cunningham, PRO SE
   5308 Ludlow Drive
   Temple Hills, MD 20748
2  202-455-0430

3

4           UNITED STATES DISTRICT COURT FOR

5             THE CENTRAL DISTRICT OF CALIFORNIA

6

7  UNITED STATES OF AMERICA,            ) Case No.: 2:13-cv00779-DOC- JCG
                                        )
8           Plaintiff,                  ) Ex Parte Application
                                        )
9      vs.                              ) Hearing Date: EX PARTE
                                        ) Time: N/A
10 MCGRAW-HILL COMPANIES, INC.,         ) Judge: Hon. David O. Carter
                                        ) Courtroom: 9D, Santa Ana
11 and STANDARD & POOR'S                )
                                        )
12 FINANCIAL SERVICES, LLC, ET.         )
                                        )
13 AL.,                                 )
                                        )
14          Defendant(s)                )

15 TO THE HONORABLE COURT AND ALL PARTIES:

16 PLEASE TAKE NOTICE that on _____ at _____, (date) (time)

17 or as soon thereafter as this matter may be heard in the above-entitled Court

18 located at the Ronald Reagan Federal Building and United States Courthouse

19 411 West Fourth Street, Santa Ana, CA 92701-4516, the Movant, William Michael

20 Cunningham in this case, will move this Court to intervene pursuant to Fed. R. Civ.

21 P. 24(a) and (b), or, in the alternative, allow the Movant to submit a brief Amicus

22 Curiae. Movant also requests the Court waive all irregularities and defects in this

23 filing. This motion is based upon the following documents:

24 Memorandum of Points and Authorities, Appendix to the Memorandum of Points

25 and Authorities and Declaration, the complete files and records in this action, and

26

RECEIVED
BUT NOT FILED

OCT - 2 2013

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY

upon such oral and documentary evidence as may be allowed at the hearing of this motion.

Dated this 30th day of September, 2013

By: *[signature]*

William Michael Cunningham, PRO SE
5308 Ludlow Drive
Temple Hills, MD 20748
202-455-0430