

1  William Michael Cunningham, PRO SE
   5308 Ludlow Drive
2  Temple Hills, MD 20748
   202-455-0430

3

4            UNITED STATES DISTRICT COURT FOR

5            THE CENTRAL DISTRICT OF CALIFORNIA

6

7  UNITED STATES OF AMERICA,              ) Case No.: 2:13-cv00779-DOC- JCG
                                          )
8              Plaintiff,                  ) **BRIEF SUBMITTED UNDER RULE
                                          ) 24 BY WILLIAM MICHAEL
9        vs.                               ) CUNNINGHAM**
                                          )
10  MCGRAW-HILL COMPANIES, INC.,           ) Hearing Date:
                                          ) Time:
11  and STANDARD & POOR'S                  ) Judge: Hon. David O. Carter
                                          ) Courtroom: 9D, Santa Ana
12  FINANCIAL SERVICES, LLC, ET.           )
                                          )
13  AL.,                                   )
                                          )
14              Defendant(s)               )

15

16

17

18  

19

20

21

22

23

24

25

26

# Contents

TABLE OF AUTHORITIES .................................................................................................3

STATUTES .............................................................................................................................3

OTHER AUTHORITIES ........................................................................................................3

ARGUMENT ..........................................................................................................................5

I. Market participants, including the Defendants, abandoned ethical principles in the pursuit of material wellbeing, damaging the Public ..............................................................................................................5

II. The Public is Unprotected ...............................................................................................7

III. NRSRO Status of Defendant .........................................................................................10

Free Speech, NRSROs and Credit Ratings .........................................................................11

NRSRO performance standard ............................................................................................11

The Role of Transaction Costs ...........................................................................................12

CONCLUSION .....................................................................................................................14

Appendix 1 – Financial Marketplace Malfeasance from 2003 to 2011 ..............................16

**TABLE OF AUTHORITIES**

CASES

Supreme Court of the United States. No. 97–5066. William Michael Cunningham, Petitioner v. Board of Governors of the Federal Reserve System. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit.

United States Court of Appeals FOR THE DISTRICT OF COLUMBIA CIRCUIT. No. 97-1256 William Michael Cunningham, APPELLANT v. Board of Governors of the Federal Reserve System, Appellee. Decided April 30, 1997.

United States Court of Appeals FOR THE DISTRICT OF COLUMBIA CIRCUIT. No. 98-1459 William Michael Cunningham, APPELLANT v. Board of Governors of the Federal Reserve System, Appellee. October, 1998.


**STATUTES**

PUBLIC LAW 109–291—SEPT. 29, 2006 120 STAT. 1327

12 U.S.C § 1833a

18 U.S.C. §§ 1341, 1343 & 1344.


**OTHER AUTHORITIES**

Adam Smith on the Current Financial Crisis.

http://twisri.blogspot.com/2009/04/adam-smith-on-current-financial-crisis.html

"Bank accused of predatory practices. Lawsuit alleges black neighborhood, churches targeted." Gazette.net. Online at:

http://www.gazette.net/stories/06182009/collnew182411_32521.shtml

Comments dated 12/22/2003 - Warning the SEC of the Coming Crisis

http://www.sec.gov/rules/proposed/s71903/wmccir122203.pdf

Exhibits from the Hearing on Wall Street and the Financial Crisis: The Role of
Investment Banks. United States Senate Permanent Subcommittee on
Investigations. Committee on Homeland Security and Govenmental Affairs. April
27, 2010.

George Stigler, "The Theory of Economic Regulation," Bell Journal of Economics,
2, 1971:3-21

"Giving Wall Street a Break." New York Times on the Web 2 Feb. 2012.
<http://www.nytimes.com/interactive/2012/02/02/business/Giving-Wall-Street-a-
Break.html?ref=business>.

Global Market Turmoil Graphic and Financial Crisis Calendar Graphic, Creative
Investment Research, Inc., December, 2008 and November, 2009.

Letter from Mr. Cunningham to Mr. Phil Angelides, Chairman, Financial Crisis
Inquiry Commission dated Wednesday, June 14, 2010.

Letter to US Senator Richard Shelby commenting on the financial rescue plan
currently under consideration by the US House and the US Senate. In the appendix
to that letter, we provided a four step plan for dealing with the crisis. See:
http://www.ethicalmarkets.com//wp-
content/uploads/2008/12/financialbailoutcomment1.pdf

Mortgage GSE's, Predatory Lending and Minority Banks (2007 Prediction: Bear
Stearns Will Fail.) http://twisri.blogspot.com/2007/08/morgage-gses-predatory-
lending-and.html

Partial Revised Transcript from the Global Research Analyst Settlement Fairness
Hearing. April 11, 2005. Before Judge William H. Pauley. In the U.S. District
Court for the District of New York.
http://www.creativeinvest.com/sri/fairness.html

1  Property Flipping Remediation Yields Investment-grade Security

2  http://www.socialfunds.com/news/article.cgi?sfArticleId=682

3  Racial Bias in Securitization and Community Lending

4  http://twisri.blogspot.com/2009/08/wells-fargo-sued-for-racially-biased.html

5  The relationship between investment banks and the economy

6  http://twisri.blogspot.com/2009/04/commercial-and-investment-banks-used.html

7  This Week in Socially Responsible Investing, August 16, 2011. (Published August

8  15, 2011) http://eepurl.com/fd3BE

9  Transaction Cost Theory of the Crisis http://www.prlog.org/10746429-firm-

10  releases-transaction-cost-theory-of-the-financial-crisis.html

11  "Wall Street's Repeat Violations, Despite Repeated Promises." New York Times

12  on the Web 7 Nov. 2011.

13  <http://www.nytimes.com/interactive/2011/11/08/business/Wall-Streets-Repeat-

14  Violations-Despite-PromisesStsssss.html>.

15

16  **ARGUMENT**

17

18  **I. Market participants, including the Defendants, abandoned ethical**

19  **principles in the pursuit of material wellbeing, damaging the Public**

20  The following are the simple facts. Repeatedly over the past thirty years, signal

21  market participants, operating in the most materially advantaged country ever to

22  exist, abandoned ethical principles in the pursuit of material wellbeing to the

23  detriment of the general welfare. By 2013, marketplace ethics reached a new low,

24  as detailed in Appendix 1. Senior management at major firms unfairly transferred

25  value from outsider to insider shareholders and/or engaged in fraudulent and

26  unethical business behavior. This is no trivial matter. This is a multi-decade set of

unethical business practices spanning every major firm in the country. There are hundreds of other cases.[1] Envy, hate, and greed[2] have flourished in capital market institutions, propelling ethical standards of behavior downward. Thus, unethical behavior has become standard in the financial services marketplace, to the benefit of a narrow set of non-minority individuals. Markets cannot survive continuously elevated levels of fraud, since fraudulent practices mask an entity's true value and misallocates capital by moving investment dollars from deserving entities and companies to unworthy ones. Without meaningful reform there remains a significant and growing risk that our economic system will simply cease functioning.[3] Given this, the future of American democratic capitalism is at stake. Fully identifiable entities engaged in illegal activities.[4] They have, for the most part, evaded prosecution of any consequence. We note that Goldman Sachs, fined $1.159 billion by the Plaintiff for various efforts to defraud investors, subsequently received $75 million in Federal Government tax credits.[5]
The aforementioned Alliance Capital Management, fined $250 million by the Plaintiff for defrauding mutual fund investors, received a contract[6] in August, 2004

---

[1] For each successfully prosecuted incident, we estimate nine others either go undetected or do not make it to the prosecution and settlement phase.
[2] See: Transaction Cost Theory of the Crisis http://www.prlog.org/10746429-firm-releases-transaction-cost-theory-of-the-financial-crisis.html. Also see: Letter from Mr. Cunningham to Mr. Phil Angelides, Chairman, Financial Crisis Inquiry Commission dated Wednesday, June 14, 2010.
[2] "Bank accused of predatory practices. Lawsuit alleges black neighborhood, churches targeted." Gazette.net. Online at: http://www.gazette.net/stories/06182009/collnew182411_32521.shtml
[2] The relationship between investment banks and the economy. http://twisri.blogspot.com/2009/04/commercial-and-investment-banks-used.html and http://twisri.blogspot.com/2009/03/why-market-failed.html
[3] Proportional hazard models created by WMC and reflecting the probability of system wide market failure first spiked in September, 1998. The models spiked again in January and August, 2001. On December 22, 2005, we met with Ms. Elaine M. Hartmann and others from the Division of Market Regulation, U.S. Securities and Exchange Commission and specifically detailed our model findings.
[4] See: Racial Bias in Securitization and Community Lending http://twisri.blogspot.com/2009/08/wells-fargo-sued-for-racially-biased.html, Mortgage GSE's, Predatory Lending and Minority Banks (2007 Prediction: Bear Stearns Will Fail.) http://twisri.blogspot.com/2007/08/mortgage-gses-predatory-lending-and.html
[5] The tax credits were awarded under the U.S. Department of the Treasury New Markets Tax Credit (NMTC) Program. (See: http://www.cdfifund.gov/programs/nmtc/).
[6] Contract number NBCTC040039.

1    from the U.S Department of the Interior (DOI) Office of Special Trustee for

2    American Indians, to manage $404 million in Federal Government trust funds.[7]

3    Recently, we have observed several cases where corporate management unfairly

4    transferred value from outsider to insider shareholders.[8] These abuses have been

5    linked to the abandonment of ethical principles noted earlier. Faulty market

6    practices mask a company's true value and misallocate capital by moving

7    investment dollars from deserving companies to unworthy companies.

8

9                        **II. The Public is Unprotected**

10   The economic crisis of 2006 to 2013 resulted in the loss of millions of jobs, cost

11   thousands of lives and imposed trillions of dollars in actual and potential losses.

12   This downturn was entirely predictable. According to the SEC Fact Sheet on the

13   Global Analyst Research Settlements,

14   "The Commission announced..settled enforcement actions against ten Wall Street

15   firms and two individual analysts arising from an investigation of research analyst

16   conflicts of interest. The 10 firms are: Bear, Stearns & Co. Inc. (Bear Stearns),

17   Credit Suisse First Boston LLC (CSFB), Goldman, Sachs & Co. (Goldman),

18   Lehman Brothers Inc. (Lehman), J.P. Morgan Securities Inc. (J.P. Morgan), Merrill

19

---

20   [7] The contract was awarded despite the fact that placing Alliance Capital Management in a position of trust is, given
     the Commission's enforcement action, inconsistent with common sense, with the interests of justice and efficiency
21   and with the interests of Indian beneficiaries. Alliance is also in violation of DOI Contractor Personnel Security &
     Suitability Requirements.
22   [8] Including, but not limited to, Adlephia Communications, the aforementioned Alliance Capital Management,
     American Express Financial, American Funds, AXA Advisors, Bank of America's Nations Funds, Bank One,
23   Canadian Imperial Bank of Commerce, Canary Capital, Charles Schwab, Cresap, Inc., Empire Financial Holdings,
     Enron, Federated Investors, FleetBoston, Franklin Templeton, Fred Alger Management, Freemont Investment
     Advisors, Gateway, Inc., Global Crossing, H.D. Vest Investment Securities, Heartland Advisors, Homestore, Inc.,
24   ImClone, Interactive Data Corp., Invesco Funds Group Inc., Janus Capital Group Inc., Legg Mason, Limsco Private
     Ledger, Massachusetts Financial Services Co., Millennium Partners, Mutuals.com, PBHG Funds, Pilgrim Baxter,
25   PIMCO, Prudential Securities, Putnam Investment Management LLC, Raymond James Financial, Samaritan Asset
     Management, Security Trust Company, N.A., State Street Research, Strong Mutual Funds, Tyco, UBS AG, Veras
26   Investment Partners, Wachovia Corp., and WorldCom. Accounting firms, including Arthur Andersen and Ernst &
     Young aided and abetted efforts to do so. We believe there are hundreds of other cases.

1  Lynch, Pierce, Fenner & Smith, Incorporated (Merrill Lynch), Morgan Stanley &
2  Co. Incorporated (Morgan Stanley), Citigroup Global Markets Inc., f/k/a Salomon
3  Smith Barney Inc. (SSB), UBS Warburg LLC (UBS Warburg), and U.S. Bancorp
4  Piper Jaffray Inc. (Piper Jaffray). Under the terms of the firm settlements, an
5  injunction will be entered against each of the firms, enjoining it from violating the
6  statutes and rules that it is alleged to have violated."
7  These firms "..issued fraudulent research reports in violation of Section 15(c) of
8  the Securities Exchange Act of 1934."
9  "..issued research reports that were not based on principles of fair dealing and good
10 faith and did not provide a sound basis for evaluating facts, contained exaggerated
11 or unwarranted claims about the covered companies, and/or contained opinions for
12 which there were no reasonable bases.."
13 "..failed to maintain appropriate supervision over their research and investment
14 banking operations.."
15 Firms paid "disgorgement and civil penalties totaling $875 million..."
16 Further, as noted in the New York Times and shown in Figure 1 below, "Many big
17 Wall Street firms have settled fraud cases brought by the government with a
18 promise to never violate the same law. But an analysis of Securities and Exchange
19 Commission documents by The New York Times[9] found that since 1996, there
20 have been at least 51 repeat violations by those firms."

21
22
23
24
25

---

26 [9] "Wall Street's Repeat Violations, Despite Repeated Promises." New York Times on the Web 7 Nov. 2011.
http://www.nytimes.com/interactive/2011/11/08/business/Wall-Streets-Repeat-Violations-Despite-
PromisesStsssss.html.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26



Figure 1

Investment banks and brokerage firms that have settled allegations of wrongdoing with the SEC are supposed to have certain aspects of their business activity limited as a result of the (settled) infraction. The New York Times found that "the (Securities and Exchange) commission routinely waived..(penalties) for Wall Street firms. In total, the S.E.C. issued at least 344 waivers.

1   Those shown (Figure 2 below) allowed the banks to keep their status as 'well-
known seasoned issuers,' and to be protected when making forward-looking statements."



## III. NRSRO Status of Defendant

The current lawsuit claims that Defendant S&P knew that its credit ratings were "materially false, and concealed material facts, in that S&P's desire for increased revenue and market share in the RMBS and CDO ratings markets led S&P to downplay and disregard the true extent of the credit risks posed by RMBS and CDO tranches in order to favor the interests of large investment banks and others in the issuance of RMBS and CDOs.." They did so in order to "maintain and grow S&P's share of the market for credit ratings of RMBS and CDOs and the high fees and profits those ratings generated."

Figure 2

**Free Speech, NRSROs and Credit Ratings**

Legal experts appear confused about the "freedom of speech" based protected status of credit ratings. Text written by NRSROs that describes issuers and instruments are protected by free speech. Ratings (AAA, AA, A, BBB, BB, B, etc.) are not: they are product warning labels. Their consideration and review is not optional for institutional market participants.


**NRSRO performance standard**

It is our belief that the Court must enforce an NRSRO performance standard[10] to determine if a credit rating agency's credit ratings should be relied on by the marketplace. That is, if the point of having NRSRO ratings is to determine the probability of default, then NRSRO rating agencies should be evaluated based on their performance in predicting default.

By any reasonable standard, the Defendant failed and in so doing damaged the public. Even if the Defendant is found not to have known its ratings were faulty, the result was, at best, gross incompetence. Its status as an NRSRO credit rating agency should be suspended or terminated immediately, regardless of the outcome of this case. Given that profits generated were based on NRSRO status, all profits generated over the relevant time period should be recaptured.

Finally, we suggest the creation of a database showing the transaction chain (seller, buyer, intermediary) for each and every financial instrument at issue. As part of this process, data showing all commission or bonus payments made that were

---

[10] Public Law 109–291 provides a performance standard. The Plaintiff "shall censure, place limitations on the activities, functions, or operations of, suspend for a period not exceeding 12 months, or revoke the registration of any nationally recognized statistical rating organization if the (Plaintiff) finds..that such censure, placing of limitations, suspension, or revocation is necessary for the protection of investors and in the public interest.."

1   based on the securities at issue is one way to get highly relevant information on all
2   transactions.
3   Those responsible for creating and selling the securities at issue received
4   compensation based on assuming the securities performed in a manner consistent
5   with NRSRO credit rating agency data. That is, they were paid as if NRSRO
6   ratings were true and accurate. Compensation was calculated as if these securities
7   were designed to perform in a manner consistent with their NRSRO ratings. They
8   were not and did not.
9   In addition, to trace the impact this behavior had on the general public, data
10  detailing the exact identity and standing (profit and/or loss) of each and every
11  security investor should be compiled.
12
13  **The Role of Transaction Costs**
14  To understand the role transaction costs played in the financial crisis, it helps to
15  definite them as financial instrument market existence costs, or as exchange-related
16  costs that arise due to the existence of the financial instrument marketplace.
17  Our research shows that as marketplace ethics decreased, transaction costs
18  increased. Eventually, transaction costs rose to a level that caused general market
19  failure, or the financial crisis. General market failure is defined as an inefficient
20  allocation of liquidity in the global financial marketplace. This liquidity crisis was
21  caused, at core, by an inability to either independently determine or believe (trust)
22  the value of securities pledged as collateral for short term, or repo, loans.
23  Declining trust increased transaction costs in three ways:
24  •       First, opportunistic behavior on the part of key financial market participants,
25  commercial, investment banks, and NRSRO's, led to higher security prices. They
26  simply gouged customers.

•       Second, these same institutions developed a set of racially biased, low added value, high cost financial practices and products, designed solely to maximize firm revenue and profit. They concealed the fact that these products had limited value from both customers and regulators.

•       Financial market participants attempted to use imagination to deal with the ethics/trust/ transaction cost issue. They did so via swaps, derivatives and other financial market "innovations" designed as 'safe-guards' to protect parties vulnerable to opportunistic behavior in financial transactions. These contracts were supposed to eliminate the need to be concerned about the behavior of unscrupulous actors and the impact that behavior might have on one's financial standing. Ratings on securities served as another type of insurance policy. Both sets of "insurance policies" proved ineffective, however, and only increased transaction costs. These significantly increased transaction costs precipitated and caused global market failure in 2007 and 2008.

Practices and policies that increase trust and thereby reduce transaction costs will restore functionality to the financial and economic marketplace. These will also help prevent a reoccurrence of the financial crisis.

Until the generalized level of fraud and malfeasance in the financial marketplace is lowered and trust is increased, aggregate economic activity will remain at a lower than normal levels. Our models indicate that successful prosecution of this lawsuit is one critically important step along the path to the restoration of normalcy.

**CONCLUSION**

The global financial crisis, at peak, cost US households $17 trillion dollars.[11] A loss of this magnitude shows that Plaintiff is incapable of protecting the public and carrying out its mission. The creation of new federal agencies (such as the Consumer Financial Protection Bureau) and the expansion of federal law (such as the Dodd-Frank Wall Street Reform and Consumer Protection Act) testifies to the ineffectiveness of the Plaintiff.[12] Under these circumstances, with the Plaintiff captured[13] by the financial service industry, a Court must protect the public



interest. This is clearly warranted given events listed in Appendix 1.[14] Courts must also determine what punishment is reasonable. Figure 3, left, shows a maroon demand curve, a blue supply curve,

Figure 3

---

[11] "The housing downturn, financial market crisis, and job losses were major setbacks for U.S. households. On net, household wealth fell by about $17 trillion, or 26 percent…" Statement for the Treasury Borrowing Advisory Committee of the Securities Industry and Financial Markets Association Alan B. Krueger Assistant Secretary for Economic Policy & Chief Economist. 5/3/2010. At http://www.treasury.gov/press-center/press-releases/Pages/tg683.aspx
[12] See comments dated 12/22/2003 - Warning the SEC of the Coming Crisis at http://www.sec.gov/rules/proposed/s71903/wmccir122203.pdf
[13] George Stigler, "The Theory of Economic Regulation," Bell Journal of Economics, 2, 1971:3-21
[14] See: Global Market Turmoil Graphic and Financial Crisis Calendar Graphic, Creative Investment Research, Inc., December, 2008 and November, 2009.

1  a market equilibrium, and a green triangle supporting the market. The green
2  triangle represents the full set of cultural/ethical traditions and legal practices,
3  including the ability to enforce contracts. Normally, this triangle is invisible: it is a
4  given that markets depend upon the rule of law to function. Our models show the
5  base of this triangle has gotten narrower over time. As a result, markets have
6  become less stable. Faulty regulatory practices, ineffective prosecution, and
7  collusion (too big to fail, etc.) have moved the triangle in the direction of
8  supporting suppliers in the financial service marketplace. Our economic models
9  show the global economy remains at risk.

10

11  Respectfully submitted,

12

13  Dated this 20 day of September, 2013

14                                          By:

15

16                                          William Michael Cunningham, PRO
                                            SE
17                                          5308 Ludlow Drive
                                            Temple Hills, MD 20748
18                                          202-455-0430

19

20

21

22

23

24

25

26

1

2 **Appendix 1 – Financial Marketplace Malfeasance from 2003 to 2011**

3

4 • April 28, 2003, every major US investment bank, including Merrill Lynch,

Goldman Sachs, Morgan Stanley, Citigroup, Credit Suisse First Boston, Lehman

5 Brothers Holdings, J.P. Morgan Chase, UBS Warburg, and U.S. Bancorp Piper

6 Jaffray, were found to have aided and abetted efforts to defraud investors.

7 • May, 2003, the Securities and Exchange Commission ("SEC") disclosed that

8 several "brokerage firms paid rivals that agreed to publish positive reports on

9 companies whose shares..they issued to the public."

10 • September 3, 2003, the New York State Attorney General "obtained

11 evidence of widespread illegal trading schemes, 'late trading' and 'market timing,'

12 that potentially cost mutual fund shareholders billions of dollars annually."

13 • September 4, 2003, Goldman Sachs, admitted that it had misused material,

14 nonpublic information that the US Treasury would suspend issuance of the 30-year

15 bond.

16 • December 18, 2003, the SEC "announced an enforcement action against

17 Alliance Capital Management L.P. (Alliance Capital) for defrauding mutual fund

18 investors.. the Commission found that Alliance Capital breached its fiduciary duty

19 to (it's) funds and misled those who invested in them."

20 • October 8, 2004, the SEC "announced..enforcement actions against Invesco

21 Funds Group, Inc. (IFG), AIM Advisors, Inc. (AIM Advisors), and AIM

22 Distributors, Inc. (ADI) that required IFG to pay $215 million in disgorgement and

23 $110 million in civil penalties, and require AIM Advisors and ADI to pay, jointly

24 and severally, $20 million in disgorgement and an aggregate $30 million in civil

25 penalties."

26

1  •      November 4, 2004, the SEC "filed a settled civil action in the US District
2  Court for the District of Columbia against Wachovia Corporation. Wachovia paid a
3  $37 million penalty."

4  •      November 17, 2004, the SEC announced "charges concerning undisclosed
5  market timing against Harold J. Baxter and Gary L. Pilgrim in the Commissions'
6  pending action in federal district court in Philadelphia." Baxter and Pilgrim agreed
7  to "pay $80 million – $60 million in disgorgement and $20 million in civil
8  penalties."

9  •      November 30, 2004, the SEC announced "American International Group,
10  Inc. (AIG) agreed to pay a total of $126 million, consisting of a penalty of $80
11  million, and disgorgement and prejudgment interest of $46 million."

12  •      December 22, 2004, "the SEC, NASD and the New York Stock Exchange
13  announced Edward D. Jones & Co., L.P., a registered broker-dealer in St. Louis,
14  Missouri.. agreed to pay $75 million in disgorgement and civil penalties."

15  •      January 25, 2005, "the SEC announced separate settled civil injunctive
16  actions against Morgan Stanley & Co. Incorporated (Morgan Stanley) and
17  Goldman, Sachs & Co. (Goldman Sachs) relating to the firms' allocations of stock
18  to institutional customers in initial public offerings (IPOs) underwritten by the
19  firms during 1999 and 2000."

20  •      January 31, 2005, "the nation's largest insurance brokerage company, Marsh
21  & McLennan Companies Inc., (paid) $850 million to policyholders and issues a
22  public apology calling its conduct "unlawful" and "shameful.."

23  •      February 9, 2005, the SEC "announced the settlement of an enforcement
24  action against Columbia Management Advisors, Inc. (Columbia Advisors),
25  Columbia Funds Distributor, Inc. (Columbia Distributor), and three former
26  Columbia executives. Columbia paid $140 million."

- March 23, 2005, the SEC "announced Putnam Investment Management, LLC (Putnam) will pay $40 million for failing to adequately disclose conflicts of interest."
- March 23, 2005, the SEC "announced that it settled an enforcement action against Citigroup Global Markets, Inc. (CGMI)."
- April 19, 2005, the SEC "announced that KPMG LLP settled charges against it in connection with the audits of Xerox Corp. from 1997 through 2000." KPMG paid a fine totaling $22.475 million.
- April 12, 2005, the SEC "settled an enforcement action against the New York Stock Exchange, Inc."
- April 28, 2005, the SEC announced "that it has instituted settled enforcement proceedings against Tyson Foods, Inc. and its former Chairman and CEO Donald "Don" Tyson.
- May 31, 2005, the SEC "announced settled fraud charges against two subsidiaries of Citigroup, Inc. Citigroup paid $208 million in disgorgement and penalties."
- June 2, 2005, the SEC "filed securities fraud charges against Amerindo Investment Advisors, Inc., et. al., for misappropriating at least $5 million from an Amerindo client."
- June 9, 2005, the SEC announced that "Roys Poyiadjis, a former CEO of AremisSoft Corporation, consented to disgorge approximately $200 million of unlawful profit from his trading in AremisSoft stock."
- July 20, 2005, the SEC "announced a settled administrative proceeding against Canadian Imperial Bank of Commerce's (CIBC) for..facilitating deceptive market timing and late trading of mutual funds by certain customers. The firm paid $125 million in disgorgement and penalties."

1  •       August 15, 2005, the SEC "charged four brokers and a day trader with

2  cheating investors through a fraudulent scheme that used squawk boxes to

3  eavesdrop on the confidential order flow of major brokerages."

4  •       August 22, 2005, the SEC "filed civil fraud charges against two former

5  officers of Bristol-Myers Squibb Company for orchestrating a fraudulent earnings

6  management scheme."

7  •       August 23, 2005, the SEC "filed charges against two former top Kmart

8  executives for misleading investors."

9  •       November 2, 2005, the SEC "filed enforcement actions against seven

10  individuals alleging they aided and abetted a massive financial fraud at U.S.

11  Foodservice, Inc. subsidiary of Royal Ahold (Koninklijke Ahold N.V.)."

12  •       November 28, 2005, the SEC announced "that three affiliates of one of the

13  country's largest mutual fund managers..agreed to pay $72 million to settle charges

14  they harmed long-term mutual fund shareholders."

15  •       December 1, 2005, the SEC "announced settled enforcement proceedings

16  against American Express Financial Advisors Inc. AEFA paid $30 million in

17  disgorgement and civil penalties."

18  •       December 1, 2005, the SEC "announced a settled administrative proceeding

19  against Millennium Partners, L.P., et. al., The respondents paid $180 million in

20  disgorgement and penalties."

21  •       December 19, 2005, the SEC "announced that it filed and settled insider

22  trading charges both against an accountant and a former executive of Sirius

23  Satellite Radio, Inc."

24  •       On December 21, 2005, the SEC "sued top executives of National Century

25  Financial Enterprises, Inc. (NCFE), alleging that they participated in a scheme to

26  defraud investors. NCFE suddenly collapsed in October 2002, causing investor

1   losses exceeding $2.6 billion and approximately 275 health-care providers were
2   forced to file for bankruptcy protection."
3   •       January 3, 2006, the SEC announced "that it filed charges against six former
4   officers of Putnam Fiduciary Trust Company (PFTC)."
5   •       January 4, 2006, the SEC "filed securities fraud charges against McAfee,
6   Inc. McAfee paid a $50 million civil penalty."
7   •       January 9, 2006, the SEC "announced that Daniel Calugar and Security
8   Brokerage, Inc. (SBI), agreed to settle the SEC's charges. Calugar disgorged $103
9   million in ill-gotten gains and paid a civil penalty of $50 million."
10  •       February 2, 2006, the SEC "announced that it filed an enforcement action
11  against five former senior executives of General Re Corporation (Gen Re) and
12  American International Group, Inc. (AIG) for helping AIG mislead investors."
13  •       February 9, 2006, the SEC announced "the settlement of charges that
14  American International Group, Inc. (AIG) committed securities fraud. AIG paid in
15  $1.6 billion to resolve claims related to improper accounting, bid rigging and
16  practices involving workers' compensation funds."
17  •       March 9, 2006, the SEC filed a lawsuit "against BMA Ventures, Inc. and its
18  president, William Robert Kepler, 35, of Dallas, Texas, alleging that they illegally
19  obtained approximately $1.9 million in a fraudulent scheme from January 2004
20  through March 2005.
21  •       On March 16, 2006, the SEC "announced a settled enforcement action
22  against Bear, Stearns & Co., Inc. (BS&Co.) and Bear, Stearns Securities Corp.
23  (BSSC). Bear Stearns paid $250 million in disgorgement penalties."
24  •       April 11, 2006, the SEC announced "charges against individuals involved in
25  widespread and brazen international schemes of serial insider trading. The schemes
26

1   were orchestrated by..a research analyst in the Fixed Income division of Goldman

2   Sachs."

3   •    April 17, 2006, the SEC brought  "Settled Charges Against Tyco

4   International Ltd. Alleging (a) Billion Dollar Accounting Fraud."

5   •    May 10, 2006, the SEC ordered "Former Chairman and CEO of Gemstar-TV

6   Guide International, Inc. .. to Pay Over $22 Million For Role in Accounting

7   Fraud."

8   •    May 10, 2006, the SEC sued "Morgan Stanley."

9   •    "May 23, 2006, the (SEC) filed a settled enforcement proceeding against the

10   Federal National Mortgage Association ('Fannie Mae')."

11   •    May 30, 2006, the SEC brought "Settled Charges Against Tribune Company

12   for Reporting Inflated Circulation Figures and Misstating Circulation Revenues."

13   •    May 31, 2006, Bear, Stearns & CO. Inc.; Citigroup Global Markets, Inc.;

14   Goldman, Sachs & Co.; J.P. Morgan Securities, Inc.; Lehman Brothers Inc.;

15   Merrill Lynch, Pierce, Fenner & Smith Incorporated; Morgan Stanley & Co.

16   Incorporated and Morgan Stanley DW Inc.; RBC Dain Rauscher Inc.; Banc of

17   America Securities LLC; A.G. Edwards & Sons, Inc.; Morgan Keegan &

18   Company, Inc.; Piper Jaffray & Co.; Suntrust Capital Markets inc.; and Wachovia

19   Capital Markets, LLC,  settled "SEC Charges Involving Violative Practices in the

20   Auction Rate Securities Market."

21   •    June 27, 2006, the SEC charged "Morgan Stanley With Failure To Maintain

22   And Enforce Policies To Prevent Misuse of Inside Information."

23   •    June 28, 2006, the SEC settled with "Raytheon Company, it's former CEO,

24   and Subsidiary Controller for Improper Disclosure and Accounting Practices."

25   •    June 30, 2006, a jury found "Former PIMCO Equity Funds Chairman

26   Defrauded Investors in Market Timing Case."

1  • August 7, 2006, "Martha Stewart and Peter Bacanovic Settle(d) SEC's
2  Insider Trading Charges."
3  • August 28, 2006, Prudential Securities Inc. (APSI) was ordered "to Pay
4  $600 Million in Global Settlement of Fraud Charges..."
5  • September 27, 2006, the SEC charged "Former CEO and Two Former
6  Executives Affiliated with RenaissanceRe Holdings Ltd. with Securities Fraud."
7  • October 30, 2006, the SEC charged "Delphi Corporation and Nine
8  Individuals in wide-ranging financial fraud."
9  • November 2, 2006, the SEC settled "Charges against Eight Former Officers
10 and Directors of Spiegel, Inc."
11 • November 14, 2006, the SEC sanctioned "the City Of San Diego for
12 Fraudulent Municipal Bond Offerings and Order(ed) the City to Retain an
13 Independent Consultant."
14 • December 4, 2006, "Jefferies & Co., Inc. (Jefferies) Settle(d) SEC Charges."
15 • January 18, 2007, "Fred Alger Management and Fred Alger & Company
16 (agreed) to Pay $40 Million to Settle Market Timing and Late Trading Violations."
17 • January 29, 2007, "MBIA Settle(d) Securities Fraud Charges for Misuse of
18 Reinsurance Contracts."
19 • March 1, 2007, "The SEC announced insider trading charges against
20 fourteen defendants in connection with two..insider trading schemes."
21 • March 12, 2007, the SEC charged "Four Former Senior Executives of Nortel
22 Networks Corporation in Wide-Ranging Financial Fraud Scheme."
23 • March 14, 2007, the SEC and the NYSE settled "Enforcement Actions
24 Against (a) Goldman Sachs Unit for Role in Customers' Illegal Trading Scheme."
25
26

1   •       March 14, 2007, the SEC brought an enforcement action "Against Banc of

2   America Securities for Failing to Safeguard Nonpublic Research Information and

3   Publishing Fraudulent Research." The firm agreed to pay $26 Million.

4   •       March 15, 2007, the SEC settled "With Former Raytheon Officers For

5   Improper Disclosure and Accounting Practices."

6   •       March 15, 2007, the SEC announced a "$28.7 Million Settlement of Fraud

7   Charges against F. David Radler, Former COO of Hollinger International, Inc."

8   •       March 22, 2007, the SEC charged "American Stock Exchange and Former

9   Chairman and CEO Salvatore Sodano with Failing to Exercise Regulatory

10  Oversight Responsibilities."

11  •       March 29, 2007, Nicor paid "$10 Million to Settle Fraud Charges."

12  •       April 2, 2007, the SEC charged "Tenet Healthcare Corporation and Four

13  Former Senior Executives With Concealing Scheme to Meet Earnings Targets by

14  Exploiting Medicare System."

15  •       April 24, 2007, the SEC charged the "Former Apple General Counsel for

16  Illegal Stock Option Backdating."

17  •       April 26, 2007, the SEC charged "Baker Hughes With Foreign Bribery and

18  With Violating 2001 Commission Cease-and-Desist Order."

19  •       May 9, 2007, "Morgan Stanley (agreed) to Pay $7.9 Million to Settle Best

20  Execution Case."

21  •       May 14, 2007, the SEC charged "Former Oracle Vice President with Illegal

22  Insider Trading in Stocks of Oracle Acquisition Targets."

23  •       "May 23, 2007, the SEC filed a civil injunctive action in US District Court

24  for the Southern District of New York charging the BISYS Group, Inc. with

25  violating the financial reporting, books-and-records, and internal control provisions

26

1   of the Securities Exchange Act of 1934. BISYS paid $25 million in disgorgement
2   and interest."
3   •       May 31, 2007, "The SEC..filed civil fraud charges against Mercury
4   Interactive, LLC and four former senior officers of Mercury. The SEC alleges that
5   the former senior officers perpetrated a fraudulent and deceptive scheme from
6   1997 to 2005 to award themselves and other employees undisclosed, secret
7   compensation by backdating stock option grants and failing to record hundreds of
8   millions of dollars of compensation expense."
9   •       July 25, 2007, "The SEC..filed civil charges against ConAgra Foods, Inc. for
10  fraudulent, accounting practices."
11  •       July 26, 2007, "The SEC..filed a civil action against Cardinal Health, Inc.
12  Cardinal agreed to pay $35 million."
13  •       September 5, 2007, the SEC charged "26 Defendants in $428 Million
14  Securities Fraud That Targeted Senior Citizens and Retirement Savings."
15  •       September 19, 2007, "Evergreen Investment Management Company and
16  Affiliates (agreed) to Pay $32.5 Million to Settle Market Timing Violations."
17  •       September 19, 2007, "HSBC Bank Settle(d) SEC Charges and Agree(d) to
18  Pay $10.5 Million."
19  •       "September 20, 2007, the SEC filed a civil injunctive action charging 28
20  defendants in a series of fraudulent schemes."
21  •       "September 27, 2007, the SEC filed a settled enforcement action charging
22  the Federal Home Loan Mortgage Corporation ('Freddie Mac')."
23  •       October 25, 2007, "the SEC.. announced the filing of securities fraud
24  charges against David H. Brooks, the former Chief Executive Officer and
25  Chairman of the Board at DHB Industries, Inc., charging that Brooks engaged in a
26  pervasive accounting fraud at DHB between 2003 and 2005, violated insider

1  trading laws in 2004, and used millions of dollars in corporate funds to pay

2  personal expenses."

3  •      November 14, 2007, "the SEC.. filed Foreign Corrupt Practices Act books

4  and records and internal controls charges against Chevron Corporation

5  ('Chevron')."

6  •      February 5, 2008, "the SEC..announced settled insider trading charges

7  against four Hong Kong residents for illegal tipping and trading in the securities of

8  Dow Jones & Company, Inc. ('Dow Jones'). The alleged tip originated with David

9  Li Kwok Po ('David Li'), who served on the Dow Jones board of directors."

10  •      May 1, 2008, "The Securities and Exchange Commission..filed a civil

11  injunctive action against McCann-Erickson Worldwide, Inc. ('McCann') and the

12  Interpublic Group of Companies, Inc. ('IPG')."

13  •      May 1, 2008, the SEC charged "Banc of America Investment Services With

14  Failing to Disclose It Favored Affiliated Mutual Funds."

15  •      July 30, 2008, "The Securities and Exchange Commission..charged New

16  Hampshire-based Pax World Management Corp. with violating investment

17  restrictions."

18  •      August 11, 2008, "The Securities and Exchange Commission..filed charges

19  against Wextrust Capital, LLC (Wextrust), its principals, and four affiliated

20  Wextrust entities, alleging that defendants conducted a massive Ponzi-type scheme

21  from 2005 or earlier that raised approximately $255 million from approximately

22  1,200 investors. The targets of the fraudulent offerings are primarily members of

23  the Orthodox Jewish community."

24  •      September 3, 2008, the "Securities and Exchange Commission..charged two

25  Wall Street brokers (at Credit Suisse Securities (USA) LLC) with defrauding their

26

1  customers when making more than $1 billion in unauthorized purchases of
2  subprime-related auction rate securities."
3  •       September 3, 2008, The "SEC charged former Kellogg, Brown & Root, Inc.
4  (KBR) executive Albert Jackson Stanley with violating the anti-bribery provisions
5  of the Foreign Corrupt Practices Act (FCPA).."
6  •       September 14, 2008, the SEC "announced..that, together with the Treasury
7  and the Federal Reserve, it is working with Lehman Brothers to address the issues
8  that it faces."
9  •       September 15, 2008, the SEC "charged the former chairman and CEO of
10  ..KB Home, Inc., for his participation in a multi-year scheme to backdate stock
11  options to himself and other company officers and employees, depriving investors
12  of accurate information about executive compensation at the company."
13  •       October 7, 2008, the "SEC..charged a former vice president at..Restoration
14  Hardware with insider trading."
15  •       November 18, 2008, the SEC "charged four individuals for engaging in a
16  fraudulent scheme to overvalue the commodity derivatives trading portfolio at
17  Bank of Montreal (BMO)."
18  •       December 11, 2008, the SEC "finalized settlements with Citigroup Global
19  Markets, Inc. (Citi) and UBS Securities LLC and UBS Financial Services, Inc.
20  (UBS) that will provide nearly $30 billion to tens of thousands of customers."
21  •       December 11, 2008, the SEC "charged Bernard L. Madoff and his
22  investment firm, Bernard L. Madoff Investment Securities LLC, with securities
23  fraud."
24  •       December 18, 2008, the SEC "charged seven individuals and two companies
25  involved in an insider trading ring, alleging that Matthew Devlin, at Lehman
26  Brothers, Inc. in NY,, traded on confidential information."

1   •      December 22, 2008, the SEC "filed a civil injunctive action against

2   UnitedHealth Group Inc., alleging that it engaged in a scheme to backdate stock $1

3   billion in options."

4   •      February 5, 2009, the SEC "charged seven individuals involved in an insider

5   trading ring that generated more than $11.6 million in illegal profits and avoided

6   losses.

7   •      The SEC allege(d) that two mergers and acquisitions professionals, at UBS

8   Investment Bank and at Blackstone Advisory Services, L.P., tipped five

9   individuals with material nonpublic information about three impending corporate

10  acquisitions."

11  •      February 5, 2009, the SEC "filed an enforcement action against UBS AG,

12  charging the firm with acting as an unregistered broker-dealer and investment

13  adviser."

14  •      February 17, 2009, the SEC "charged Robert Allen Stanford with

15  orchestrating a fraudulent, multi-billion dollar investment scheme."

16  •      March 2, 2009, the SEC "charged Sunwest Management Inc. with securities

17  fraud."

18  •      February 25, 2009, the SEC "obtained an asset freeze against two New York

19  residents and their three affiliated entities, who orchestrated a brazen investment

20  fraud involving the misappropriation of as much as $554 million in investor

21  assets."

22  •      March 4, 2009, the SEC "brought enforcement actions against 14 specialist

23  firms for unlawful proprietary trading on several regional and options exchanges."

24  •      March 11, 2009, the SEC "charged Merrill Lynch, Pierce, Fenner & Smith

25  Inc. with securities laws violations."

26

1  • 	May 12, 2009, the SEC "charged Julio Ramirez, Jr., in connection with a

2  multi-million dollar kickback scheme involving New York's largest pension fund."

3  • 	June 24, 2009, the SEC "charged a money manager.. in Wayland, Mass., for

4  conducting a multi-million dollar Ponzi scheme."

5  • 	July 22, 2009, the SEC "asked a court to order the former chief executive

6  officer of CSK Auto Corporation to reimburse the company and its shareholders

7  more than $4 million that he received in bonuses and stock sale profits while CSK

8  was committing accounting fraud."

9  • 	July 28, 2009, the SEC "obtained a court order to halt an alleged offering

10 fraud and Ponzi scheme being conducted in the Detroit area by two individuals and

11 two companies they control."

12 • 	August 3, 2009, the SEC "charged Bank of America Corporation for

13 misleading investors about billions of dollars in bonuses that were being paid to

14 Merrill Lynch & Co. executives at the time of its acquisition of the firm."

15 • 	September 28, 2009, the SEC "charged (a) Detroit-area stock broker..with

16 fraud, alleging that he lured elderly investors into a $250 million Ponzi scheme."

17 • 	October 16, 2009 — the SEC "charged billionaire Raj Rajaratnam and his

18 New York-based hedge fund advisory firm Galleon Management LP with

19 engaging in a massive insider trading scheme."

20 • 	November 4, 2009, the SEC "charged J.P. Morgan Securities Inc. and two of

21 its former managing directors for their roles in an unlawful payment scheme."

22 • 	November 4, 2009, the SEC "charged Milwaukee-based Merge Healthcare

23 Incorporated and two former senior executives for their roles in an accounting

24 fraud."

25

26

1    •       November 4, 2009, the SEC "charged New York City-based investment

2    adviser Value Line Inc., its CEO, its former Chief Compliance Officer and its

3    affiliated broker-dealer with defrauding the Value Line family of mutual funds."

4    •       November 5, 2009, the SEC "charged a pair of lawyers for tipping inside

5    information in exchange for kickbacks."

6    •       November 16, 2009, the SEC "charged four individuals and two companies

7    involved in perpetrating a $30 million Ponzi scheme."

8    •       December 7, 2009, the SEC "charged three former top officers of New

9    Century Financial Corporation with securities fraud for misleading investors as

10   New Century's subprime mortgage business was collapsing in 2006."

11   •       January 5, 2010, the SEC "announced that a former Perot family companies

12   employee it charged with insider trading in September has agreed to return all of

13   his illicit profits — a total of more than $8.6 million."

14   •       January 20, 2010, the SEC "charged General Re Corporation for its

15   involvement in separate schemes by American International Group (AIG) and

16   Prudential Financial, Inc. to manipulate and falsify their reported financial results."

17   •       On February 4, 2010, the SEC "charged Boston-based State Street Bank and

18   Trust Company with misleading its investors about their exposure to subprime

19   investments while selectively disclosing more complete information to specific

20   investors."

21   •       On March 4, 2010, the SEC "charged a self-proclaimed psychic who

22   fraudulently raised $6 million after telling investors he could predict stock market

23   highs and lows."

24   •       On March 5, 2010, the SEC "charged a San Diego-based broker-dealer with

25   failing to reasonably supervise one of its registered representatives who engaged in

26   unauthorized fraudulent trading in the accounts of two Florida municipalities."

1 • Om March 24, 2010, the SEC "filed fraud charges against a prominent New
2 Mexico realtor and obtained an emergency court order to halt his $80 million Ponzi
3 scheme."
4 • On March 29, 2010, the SEC "charged an Ohio-based investment adviser
5 with fraud for lying about his investment strategy, fabricating account statements
6 to hide losses, and using investor money to buy property and pay unrelated
7 business expenses."
8 • On April 1, 2010, the SEC "announced a settlement with Daimler AG for
9 violations of the Foreign Corrupt Practices Act (FCPA), alleging that
10 the..automobile manufacturer engaged in a repeated and systematic practice of
11 paying bribes to foreign government officials to secure business in Asia, Africa,
12 Eastern Europe and the Middle East."
13 • On April 7, 2010, the SEC charged "Morgan Keegan and Two Employees
14 With Fraud Related to Subprime Mortgages."
15 • On April 15, 2010, the SEC "charged a private investment firm and one of
16 its affiliated entities for participating in a widespread kickback scheme to obtain
17 investments from New York's largest pension fund."
18 • On April 16, 2010, the SEC "charged Goldman, Sachs & Co. and one of its
19 vice presidents for defrauding investors by misstating and omitting key facts about
20 a financial product tied to subprime mortgages as the U.S. housing market was
21 beginning to falter."
22 • On April 22, 2010, the SEC "charged a private equity firm, a money
23 manager and his friend with participating in a fraudulent scheme through which
24 they stole more than $3 million invested by three Detroit-area public pension
25 funds."
26

1    •       On May 7, 2010, the California's attorney general announced a lawsuit

2    targeting "two former officials from Calpers, the nation's largest public pension

3    fund, alleging that they took kickbacks in exchange for a piece of the fund's

4    lucrative investment portfolio."

5    •       On June 16, 2010, the SEC "charged the former chairman and majority

6    owner of what was once the nation's largest non-depository mortgage lender with

7    orchestrating a large-scale securities fraud scheme and attempting to scam the U.S.

8    Treasury's Troubled Asset Relief Program (TARP)."

9    •       On June 21, 2010, the SEC "charged a New York-based investment adviser

10   and three of his affiliated firms with fraudulently managing investment products

11   tied to the mortgage markets as they came under pressure in 2007."

12   •       On July 15, 2010, the SEC "announced that Goldman, Sachs & Co. will pay

13   $550 million and reform its business practices to settle SEC charges that Goldman

14   misled investors in a subprime mortgage product just as the U.S. housing market

15   was starting to collapse."

16   •       On July 22, 2010, the SEC "charged Dell Inc. with failing to disclose

17   material information to investors and using fraudulent accounting to make it falsely

18   appear that the company was consistently meeting Wall Street earnings targets and

19   reducing its operating expenses. Dell Inc. agreed to pay a $100 million penalty to

20   settle the SEC's charges."

21   •       On July 29, 2010, the SEC "charged Citigroup Inc. with misleading

22   investors about the company's exposure to subprime mortgage-related assets."

23   •       On August 4, 2010, the SEC "charged a former Deloitte and Touche LLP

24   partner and his son with insider trading in the securities of several of the firm's

25   audit clients."

26

1 •      On August 6, 2010, the SEC "charged two global tobacco companies with

2 violations of the Foreign Corrupt Practices Act (FCPA) for paying more than $5

3 million in bribes to government officials in Thailand and other countries to illicitly

4 obtain tobacco sales contracts."

5 •      On August 18, 2010, the SEC "charged the State of New Jersey with

6 securities fraud for misrepresenting and failing to disclose to investors in billions

7 of dollars worth of municipal bond offerings that it was underfunding the state's

8 two largest pension plans."

9 •      On September 29, 2010, the SEC "charged ABB Ltd with violations of the

10 Foreign Corrupt Practices Act (FCPA) for using subsidiaries to pay bribes to

11 Mexican officials to obtain business with government-owned power companies,

12 and to pay kickbacks to Iraq to obtain contracts under the U.N. Oil for Food

13 Program."

14 •      On October 15, 2010, the SEC "announced that former Countrywide

15 Financial CEO Angelo Mozilo will pay a record $22.5 million penalty to settle

16 SEC charges that he and two other former Countrywide executives misled

17 investors as the subprime mortgage crisis emerged."

18 •      On November 4, 2010, the SEC "announced sweeping settlements with

19 global freight forwarding company Panalpina, Inc., Pride International, Inc.,

20 Tidewater Inc., Transocean, Inc., GlobalSantaFe Corp., and Noble Corporation, all

21 companies in the oil services industry who, according to the SEC, violated the

22 Foreign Corrupt Practices Act (FCPA) by paying millions of dollars in bribes to

23 foreign officials to receive preferential treatment and improper benefits during the

24 customs process."

25 •      On December 27, 2010, the SEC "charged Paris-based telecommunications

26 company Alcatel-Lucent, S.A. with violating the Foreign Corrupt Practices Act

1  (FCPA) by paying bribes to foreign government officials to illicitly win business in
2  Latin America and Asia."
3  •      On January 25, 2011, the SEC "charged Merrill Lynch, Pierce, Fenner &
4  Smith Incorporated with securities fraud for misusing customer order information
5  to place proprietary trades for the firm and for charging customers undisclosed
6  trading fees. To settle the SEC's charges, Merrill..agreed to pay a $10 million
7  penalty and consent to a cease-and-desist order."
8  •      On February 3, 2011, the SEC "charged three AXA Rosenberg entities with
9  securities fraud for concealing a significant error in the computer code of the
10 quantitative investment model that they use to manage client assets. The error
11 caused $217 million in investor losses."
12 •      On March 1, 2011, the SEC "announced insider trading charges against a
13 business consultant who has served on the boards of directors at Goldman Sachs
14 and Procter & Gamble for illegally tipping Galleon Management founder and
15 hedge fund manager Raj Rajaratnam with inside information about the quarterly
16 earnings at both firms as well as an impending $5 billion investment by Berkshire
17 Hathaway in Goldman."
18 •      On April 6, 2011, the SEC "charged a corporate attorney and a Wall Street
19 trader with insider trading in advance of at least 11 merger and acquisition
20 announcements involving clients of the law firm where the attorney worked."
21 •      On June 21, 2011, the SEC "announced that J.P. Morgan Securities LLC
22 will pay $153.6 million to settle SEC charges that it misled investors in a complex
23 mortgage securities transaction just as the housing market was starting to
24 plummet."
25 •      On June 22, 2011, the Securities and Exchange Commission, state
26 regulators, and the Financial Industry Regulatory Authority (FINRA)

1    announced..that Morgan Keegan & Company and Morgan Asset Management have

2    agreed to pay $200 million to settle fraud charges related to subprime mortgage-

3    backed securities."

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26