William Michael Cunningham, PRO SE
5308 Ludlow Drive
Temple Hills, MD 20748
202-455-0430

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cv00779-DOC- JCG |
| Plaintiff, | Ex Parte Application - *Proof of Service* |
| vs. | Hearing Date:<br>Time: |
| MCGRAW-HILL COMPANIES, INC., | Judge: Hon. David O. Carter<br>Courtroom: 9D, Santa Ana |
| and STANDARD & POOR'S | |
| FINANCIAL SERVICES, LLC, ET. | |
| AL., | |
| Defendant(s) | |

I, William Michael Cunningham, declare as follows:

My address is 5308 Ludlow Drive, Temple Hills, MD 20748.

On September 30, 2013, I served the document(s) described as:

S&PFilingMotion.pdf – Motion to intervene or file Amicus Curiae Brief.

S&PBrief.pdf – Amicus Curiae Brief.

S&PFilingMotionNotice.pdf -- Notice that Motion was being filed.

S&PFilingMotionOrder.pdf – Order granting motion.

S&PFilingNotice&Motion.pdf- Notice and Motion.

on all interested parties in this action by placing a true and correct copy thereof via electronic mail, and sent addressed to:

| | | | |
|---|---|---|---|
| 1 | **McGraw-Hill Companies Inc** | represented by | **Floyd Abrams** |
| 2 | *(Defendant)* | | Cahill Gordon and Reindel LLP |
| | | | fabrams@cahill.com |
| 3 | | | |
| 4 | | | **John W Keker** |
| | | | Keker and Van Nest LLP |
| 5 | | | jkeker@kvn.com |
| 6 | | | |
| 7 | | | **Jennifer L Keller** |
| | | | Keller Rackauckas Umberg Zipser LLP |
| 8 | | | jkeller@kruzlaw.com |
| 9 | | | |
| 10 | | | **Paven Malhotra** |
| | | | Keker and Van Nest LLP |
| 11 | | | pmalhotra@kvn.com |
| 12 | | | |
| 13 | | | **Elliot R Peters** |
| | | | Keker and Van Nest LLP |
| 14 | | | epeters@kvn.com |
| 15 | | | **Steven K Taylor** |
| 16 | | | Keker and Van Nest LLP |
| | | | staylor@kvn.com |
| 17 | | | |
| 18 | | | **S Penny Windle** |
| | | | Cahill Gordon and Reindel LLP |
| 19 | | | pwindle@cahill.com |
| 20 | | | |
| 21 | **Standard and Poors Financial Services LLC** | represented by | **Floyd Abrams** |
| | *Added: 02/04/2013* | | Cahill Gordon and Reindel LLP |
| 22 | *(Defendant)* | | fabrams@cahill.com |
| 23 | | | |
| 24 | | | **John W Keker** |
| | | | Keker and Van Nest LLP |
| 25 | | | jkeker@kvn.com |
| 26 | | | |

|   |   |   |
|---|---|---|
|   |   | **Jennifer L Keller**<br>Keller Rackauckas Umberg Zipser LLP<br>jkeller@kruzlaw.com |
|   |   | **Paven Malhotra**<br>Keker and Van Nest LLP<br>pmalhotra@kvn.com |
|   |   | **Elliot R Peters**<br>Keker and Van Nest LLP<br>epeters@kvn.com |
|   |   | **Steven K Taylor**<br>Keker and Van Nest LLP<br>staylor@kvn.com |
|   |   | **S Penny Windle**<br>Cahill Gordon and Reindel LLP<br>pwindle@cahill.com |
| **United States of America**<br>*Added: 02/04/2013*<br>*(Plaintiff)* | represented by | **George S Cardona**<br>AUSA - Office of US Attorney<br>Chief Assistant United State Attorney<br>USACAC.Criminal@usdoj.gov |
|   |   | **Stuart F Delery**<br>United States Department of Justice<br>Civil Division<br>USACAC.Criminal@usdoj.gov |
|   |   | **Anoiel Khorshid**<br>AUSA - Office of US Attorney<br>Civil Division - Federal Building<br>anoiel.khorshid@usdoj.gov |
|   |   | **Sondra L Mills** |

US Department of Justice
Office of Consumer Litigation
sondra.mills@usdoj.gov

**Richard E Robinson**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
USACAC.Criminal@usdoj.gov

**Leon W Weidman**
AUSA - Office of US Attorney
Chief - Civil Division
USACAC.Civil@usdoj.gov

Movant notes his application and request for access to the PACER system on September 12, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2013 at Washington, DC.

Dated this 30th day of September, 2013

By:

/S/
William Michael Cunningham, PRO SE
5308 Ludlow Drive
Temple Hills, MD 20748
202-455-0430