UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

REQUEST BY PRO SE LITIGANT (People without Lawyers)
FOR CM/ECF
LOGIN AND PASSWORD

This form is to be used by people who do not have an attorney, who are not currently incarcerated and who want to request a login and password for the CM/ECF System (Court's Case Management/Electronic Case Filing).

| Cunningham, William Michael | n/a |
|---|---|
| Name: (Last, First, M) | Have you ever filed a case while incarcerated? If yes, please provide the prisoner ID number you were assigned. |

**For verification purposes, please provide the following information:**

| 5308 Ludlow Drive | Temple Hills | MD | 20748 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 202-455-0430 | williamcunningham840@gmail.com |
|---|---|
| Phone Number | E-mail address |

Civil Case(s) filed in Central District of California:

**Note:** You must list all case numbers assigned to your cases (pending and terminated) filed in the Central District of California and include the division code (2 if Los Angeles case, 5 if Riverside case, or 8 if Santa Ana case), year (year case was filed), case type (CV for civil cases), and case number. (For example: 2:10-CV-01234)

2:13-cv00779-DOC- JCG

Once a signed copy of this form is received, a login and password will be assigned. You can expect to receive your login and password by e-mail within three (3) business days. Thereafter, an e-mail notifying you of each document filed in your case will be sent to the e-mail address you provided on this form. If your e-mail address changes, it is very **IMPORTANT** that you file a Notice of Change of E-Mail Address in every pending case you have with this court.



| 9/12/13 | Pro Se |
|---|---|
| Date | Signature (Typed or Block Signature is Sufficient) |

A Public Access to Court Electronic Records (PACER) account is required to access documents through your computer. To open a PACER account, call 1-800-676-6856 or go to www.pacer.psc.uscourts.gov

E-Mail completed form to: ecf-helpdesk@cacd.uscourts.gov
Attention: ECF Helpdesk

Form G-80     Request by Pro Se Litigant (People without Lawyers) for CM/ECF Login and Password