NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

William Michael Cunningham
5308 Ludlow Drive
Temple Hills, MD 20748
866-867-3795



ATTORNEY(S) FOR: William Michael Cunningham PRO SE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:13-cv00779-DOC- JCG |
| v. | |
| MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES, LLC, ET. AL. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _William Michael Cunningham_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| William Michael Cunningham | Forthcoming MOTION TO FILE UNDER Federal Rules of Civil Procedure 24(a) and (b). |
| | Interest re: Nationally Recognized Statistical Rating Organization (NRSRO) status of Defendant STANDARD & POOR'S FINANCIAL SERVICES, LLC and application for such by William Michael Cunningham. |

September 12, 2013
Date

Signature  PRO SE

Attorney of record for (or name of party appearing in pro per):

William Michael Cunningham