1  KEKER & VAN NEST LLP
   JOHN KEKER (SBN 49092)
2  jkeker@kvn.com
   ELLIOT R. PETERS (SBN 158708)
3  epeters@kvn.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
5  Facsimile:   415 397 7188

6  CAHILL GORDON & REINDEL LLP
   FLOYD ABRAMS
7  fabrams@cahill.com
   S. PENNY WINDLE
8  pwindle@cahill.com
   80 Pine Street
9  New York, NY 10005-1702
   Telephone: 212 701 3000
10 Facsimile:  212 269 5420

11 KELLER RACKAUCKAS UMBERG ZIPSER LLP
   JENNIFER L. KELLER (SBN 84412)
12 jkeller@kruzlaw.com
   18300 Von Karman Avenue, Suite 930
13 Irvine, CA 92612
   Telephone: 949 476 8700
14 Facsimile: 949 476 0900

15 Attorneys for Defendants MCGRAW-HILL
   COMPANIES, INC., and STANDARD & POOR'S
16 FINANCIAL SERVICES LLC

17

18              UNITED STATES DISTRICT COURT

19              CENTRAL DISTRICT OF CALIFORNIA

20                   SOUTHERN DIVISION

21 UNITED STATES OF AMERICA,          | Case No. CV13-779 DOC (JCGx)

22                      Plaintiff,    | **PROOF OF SERVICE**

23     v.                             | Dept.:    Courtroom 9D
                                      | Judge:    Honorable David O. Carter
24 MCGRAW-HILL COMPANIES, INC.        |
   and STANDARD & POOR'S              | Complaint filed February 4, 2013
25 FINANCIAL SERVICES LLC,            |

26                      Defendants.   |

27

28

                          PROOF OF SERVICE
                     CASE NO.  CV13-779 DOC (JCGX)

787447.01

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On October 17, 2013, I caused the following document to be served as follows:

**NOTICE OF INTENT TO OPPOSE MOTION TO INTERVENE**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format.  The transmission was reported as complete and without error.

☑ by regular **UNITED STATES MAIL** by placing Copy in a sealed envelope addressed as shown below.  I am readily familiar with the practice of Keker & Van Nest LLP for collection and processing of correspondence for mailing.  According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid.  I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

William Michael Cunningham
5308 Ludlow Drive
Temple Hills, MD  20748

williamcunningham840@gmail.com

Executed on October 17, 2013, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ John Keker*
John Keker

PROOF OF SERVICE
CASE NO.  CV13-779 DOC (JCGX)

787447.01