STUART DELERY
Acting Assistant Attorney General
MAAME EWUSI-MENSAH FRIMPONG
   (CA Bar No. 222986)
ARTHUR R. GOLDBERG
MICHAEL S. BLUME
JAMES T. NELSON
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS (CA Bar No. 090723)
THOMAS D. ZIMPLEMAN
United States Department of Justice, Civil Division
   P.O. Box 261, Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 616-2376
   Facsimile: (202) 514-8742
   Email: James.Nelson2@usdoj.gov

ANDRÉ BIROTTE JR.
United States Attorney
GEORGE S. CARDONA (CA Bar No. 135439)
ANOIEL KHORSHID (CA Bar No. 223912)
Assistant United States Attorneys
   Room 7516 Federal Building
   300 N. Los Angeles St.
   Los Angeles, California 90012
   Telephone: (213) 894-8323/6086
   Facsimile: (213) 894-6269/7819
   Email: george.s.cardona@usdoj.gov / anoiel.khorshid@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>　　　　Defendants. | No. 2:13-cv-00779-DOC-JCG<br><br>UNITED STATES' JOINDER IN OPPOSITION TO MOTION TO INTERVENE OF WILLIAM MICHAEL CUNNINGHAM, PRO SE |

Plaintiff, United States of America, hereby joins in defendants' opposition to the request to intervene in this action submitted by William Michael Cunningham.  For the reasons set forth in Sections III(A) and III(B) of Defendants' Opposition To Motion To Intervene Of William Michael Cunningham, Pro Se (Docket No. 72), the United States agrees with defendants that Mr. Cunningham has not identified any valid basis for either intervention as of right or permissive intervention.  As a result, Mr. Cunningham's request to intervene should be denied.

Dated: October 21, 2013                     Respectfully submitted,

STUART F. DELERY                            ANDRÉ BIROTTE JR.
Acting Assistant Attorney General           United States Attorney
United States Department of Justice
Civil Division
MAAME EWUSI-MENSAH FRIMPONG
Deputy Assistant Attorney General           /S//George S. Cardona/
MICHAEL S. BLUME                            GEORGE S. CARDONA
Director, Consumer Protection Branch        LEON W. WEIDMAN
ARTHUR R. GOLDBERG                          ANOIEL KHORSHID
Assistant Director, Fed.Prog.Branch         RICHARD E. ROBINSON
JAMES T. NELSON                             Assistant U.S. Attorneys
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS
THOMAS D. ZIMPLEMAN
Trial Attorneys, Civil Division

1

## PROOF OF SERVICE BY UNITED STATES MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On October 21, 2013, I served: <u>UNITED STATES' JOINDER IN OPPOSITION TO MOTION TO INTERVENE OF WILLIAM MICHAEL CUNNINGHAM, PRO SE</u> on persons or entities named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing by United States mail on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for United States mail. On the same day that correspondence is placed for collection and mailing by United States Mail, it is deposited in the ordinary course of business within the United States Mail in a sealed envelope with postage fully prepaid.

Date of mailing:    October 21, 2013
Place of mailing:   Los Angeles, California.
Person(s) and/or Entity(is) To Whom Mailed:

William Michael Cunningham
5308 Ludlow Drive
Temple Hills, MD 20748

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on: October 21, 2013, at Los Angeles, California.

/s/ /Anoiel Khorshid/
Anoiel Khorshid