# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. CV 13-0779-DOC(JCGx) | | Date October 30, 2013 |
| Title UNITED STATES OF AMERICA -V- MCGRAW-HILL COMPANIES, INC., ET AL. | | |

Present: The Honorable   DAVID O. CARTER, U.S. District Judge

| Julie Barrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearances | No Appearance |

Proceedings:   (IN CHAMBERS)   ORDER SETTING HEARING ON MOTION TO INTERVENE [63] [66]

    The Court SETS a hearing on William Michael Cunningham's Motion to Intervene. The hearing is set on November 18, 2013 at 8:30 a.m.

                                                                                                         : 00

Initials of Preparer   jcb