KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile:   415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS
fabrams@cahill.com
S. PENNY WINDLE
pwindle@cahill.com
80 Pine Street
New York, New York  10005-1702
Telephone: 212 701 3000
Facsimile:  212 269 5420

KELLER RACKAUCKAS UMBERG ZIPSER LLP
JENNIFER L. KELLER (SBN 84412)
jkeller@kruzlaw.com
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants THE MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>          Defendants. | Case No. CV13-00779 DOC (JCG)<br><br>**STIPULATION REGARDING HEARING ON MOTION TO INTERVENE** |

1     WHEREAS, on October 16, 2013, the United States of America and Defendants McGraw Hill Financial, Inc., and Standard & Poor's Financial Services LLC (collectively "S&P") received notice by ECF that Mr. William M. Cunningham filed on October 12 a Motion to Intervene in the above-captioned action [Dkt. 62-69];

    WHEREAS, on October 17, 2013 S&P notified all parties that S&P would and did oppose Mr. Cunningham's motion [Dkt. 70]; and on October 18, 2013 filed an Opposition to Motion to Intervene [Dkt. 71];

    WHEREAS, on October 21, 2013, Plaintiff United States filed a Joinder in Opposition to Motion to Intervene [Dkt. 74];

    WHEREAS, on November 1, 2013, the Court issued an Order Setting Hearing On Motion to Intervene [Dkt. 76], setting a hearing for November 18, 2013 at 8:30 a.m.;

    WHEREAS, lead counsel for S&P will be in a hearing in federal court in Washington D.C. on Monday, November 18, would like to attend any hearing on a Motion to Intervene in this action and wishes to continue the hearing to either December 2, or December 9; and

    WHEREAS, counsel for the United States has agreed to S&P's request.

    NOW THEREFORE, the parties hereby stipulate and jointly request that the hearing on Mr. Cunningham's Motion to Intervene be continued to December 2, or December 9 at the Court's convenience.

Dated: November 1, 2013      KEKER & VAN NEST LLP

By: /s/ *John W. Keker*
John W. Keker

Dated: November 1, 2013      UNITED STATES OF AMERICA

By: /s/ *George S. Cardona*[1]
George S. Cardona

---

[1] George S. Cardona has concurred and authorized the filing of this Stipulation on his behalf.