KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS
fabrams@cahill.com
S. PENNY WINDLE
pwindle@cahill.com
80 Pine Street
New York, New York 10005-1702
Telephone: 212 701 3000
Facsimile: 212 269 5420

KELLER RACKAUCKAS UMBERG ZIPSER LLP
JENNIFER L. KELLER (SBN 84412)
jkeller@kruzlaw.com
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>             Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO INTERVENE** |

Based on the stipulation by the United States of America, McGraw Hill Financial, Inc. (formerly known as The McGraw-Hill Companies, Inc.) and Standard & Poor's Financial Services LLC to continue the hearing on the Motion to Intervene filed by William M. Cunningham, and good cause appearing, it is hereby ordered that hearing be continued to December _____, 2013 at _____.

Dated:                                    By: _____
                                               Honorable David O. Carter
                                               United States District Court Judge

---

1

[PROPOSED] ORDER EXTENDING TIME TO ANSWER INITIAL COMPLAINT
CASE NO. CV13-779 DOC (JCGX)

789496.01