KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS
fabrams@cahill.com
S. PENNY WINDLE
pwindle@cahill.com
80 Pine Street
New York, New York  10005-1702
Telephone: 212 701 3000
Facsimile:  212 269 5420

KELLER RACKAUCKAS UMBERG ZIPSER LLP
JENNIFER L. KELLER (SBN 84412)
jkeller@kruzlaw.com
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>　　　　　　　　Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO INTERVENE** |

1  Based on the stipulation by the United States of America, McGraw Hill
2  Financial, Inc. (formerly known as The McGraw-Hill Companies, Inc.) and
3  Standard & Poor's Financial Services LLC to continue the hearing on the Motion
4  to Intervene filed by William M. Cunningham, and good cause appearing, it is
5  hereby ordered that hearing be continued to December _____, 2013 at _____.
6  Dated:                              By: _____
                                            Honorable David O. Carter
7                                           United States District Court Judge

789496.01

1
[PROPOSED] ORDER EXTENDING TIME TO ANSWER INITIAL COMPLAINT
CASE NO.  CV13-779 DOC (JCGX)