UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 13-0779-DOC (JCGx)                          Date: November 5, 2013

Title: UNITED STATES OF AMERICA v. MCGRAW-HILL COMPANIES INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Denise Vo | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| NONE PRESENT | NONE PRESENT |

PROCEEDING (IN CHAMBERS): ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION

     Before the Court is Mr. William Michael Cunningham's application to intervene, filed on October 2, 2013.  (Dkt. 63).  On the same day, Mr. Cunningham also filed a motion to intervene.  (Dkt. 66).  For all intents and purposes, the filings appear to be the same, so the Court will treat them as such.

     The Court finds this matter appropriate for decision without oral argument.  Fed. R. Civ. P. 78; Local Rule 7-15.

     Accordingly, the hearing set for November 18, 2013 is removed from the calendar, and the matter is taken under submission.

     The Clerk shall serve this minute order on all parties to the action.

                                                                                              Clerk's Initials: dv