**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 13-00779-DOC (JCGx)                                    Date: December 3, 2013

Title: UNITED STATES OF AMERICA v. MCGRAW-HILL COMPANIES, INC., ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Denise Vo | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:
                None Present                                                  None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER ADVANCING SCHEDULING CONFERENCE**

Parties are set to appear before the Court for a scheduling conference on December 16, 2013 at 3:00 p.m. Initial Scheduling Order (Dkt. 44). The Court hereby ADVANCES the December 16, 2013 scheduling conference to Wednesday, December 11, 2013 at 3:00 p.m.

The Clerk shall serve this minute order on the parties.

Clerk's Initials: dv