William Michael Cunningham, PRO SE
5308 Ludlow Drive
Temple Hills, MD 20748
202-455-0430

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES, LLC, ET. AL., <br><br> Defendant(s) | Case No.: 2:13-cv00779-DOC- JCG <br><br> MOTION TO FILE BRIEF AMICUS CURIAE <br><br> Hearing Date: <br> Time: <br> Judge: Hon. David O. Carter <br> Courtroom: 9D, Santa Ana |

TO THE HONORABLE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that on _____ at _____, (date) (time) or as soon thereafter as this matter may be heard in the above-entitled Court located at the Ronald Reagan Federal Building and United States Courthouse 411 West Fourth Street, Santa Ana, CA 92701-4516, the Movant, William Michael Cunningham in this case, will move this Court to allow the Movant to submit a brief Amicus Curiae. Movant also requests the Court waive all irregularities and defects in this filing. This motion is based upon the following documents: Memorandum of Points and Authorities, Appendix to the Memorandum of Points and Authorities and Declaration, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

Notice of Motion and Motion - 1

Dated this 6th day of December, 2013

By: /s/
/William Michael Cunningham/
PRO SE
5308 Ludlow Drive
Temple Hills, MD 20748
202-455-0430