William Michael Cunningham, PRO SE
5308 Ludlow Drive
Temple Hills, MD 20748
202-455-0430

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES, LLC, ET. AL.,

    Defendant(s)

Case No.: 2:13-cv00779-DOC- JCG

**MOTION TO FILE A BRIEF AMICUS CURIAE**
Hearing Date:
Time:
Judge: Hon. David O. Carter
Courtroom: 9D, Santa Ana

I, William Michael Cunningham, declare as follows:

My address is 5308 Ludlow Drive, Temple Hills, MD 20748.

On November 29, 2013, I served the document(s) described as:

S&PAmicusFilingMotion.pdf – Motion to intervene or file Amicus Curiae Brief.

S&PAmicusBrief.pdf – Amicus Curiae Brief.

S&PAmicusFilingMotionNotice.pdf – Notice that Motion was being filed.

S&PAmicusFilingMotionOrder.pdf – Order granting motion.

on all interested parties in this action by placing a true and correct copy thereof via electronic mail, and sent addressed to:

Certificate of Service - 1

| | | |
|---|---|---|
| **McGraw-Hill Companies Inc**<br>*(Defendant)* | represented by | **Floyd Abrams**<br>Cahill Gordon and Reindel LLP<br>fabrams@cahill.com |
| | | **John W Keker**<br>Keker and Van Nest LLP<br>jkeker@kvn.com |
| | | **Jennifer L Keller**<br>Keller Rackauckas Umberg Zipser LLP<br>jkeller@kruzlaw.com |
| | | **Paven Malhotra**<br>Keker and Van Nest LLP<br>pmalhotra@kvn.com |
| | | **Elliot R Peters**<br>Keker and Van Nest LLP<br>epeters@kvn.com |
| | | **Steven K Taylor**<br>Keker and Van Nest LLP<br>staylor@kvn.com |
| | | **S Penny Windle**<br>Cahill Gordon and Reindel LLP<br>pwindle@cahill.com |
| **Standard and Poors Financial Services LLC**<br>*Added: 02/04/2013*<br>*(Defendant)* | represented by | **Floyd Abrams**<br>Cahill Gordon and Reindel LLP<br>fabrams@cahill.com |
| | | **John W Keker**<br>Keker and Van Nest LLP<br>jkeker@kvn.com |

| | | |
|---|---|---|
| | | **Jennifer L Keller**<br>Keller Rackauckas Umberg Zipser LLP<br>jkeller@kruzlaw.com |
| | | **Paven Malhotra**<br>Keker and Van Nest LLP<br>pmalhotra@kvn.com |
| | | **Elliot R Peters**<br>Keker and Van Nest LLP<br>epeters@kvn.com |
| | | **Steven K Taylor**<br>Keker and Van Nest LLP<br>staylor@kvn.com |
| | | **S Penny Windle**<br>Cahill Gordon and Reindel LLP<br>pwindle@cahill.com |
| **United States of America**<br>*Added: 02/04/2013*<br>*(Plaintiff)* | represented by | **George S Cardona**<br>AUSA - Office of US Attorney<br>Chief Assistant United State Attorney<br>USACAC.Criminal@usdoj.gov |
| | | **Stuart F Delery**<br>United States Department of Justice<br>Civil Division<br>USACAC.Criminal@usdoj.gov |
| | | **Anoiel Khorshid**<br>AUSA - Office of US Attorney<br>Civil Division - Federal Building<br>anoiel.khorshid@usdoj.gov |
| | | **Sondra L Mills** |

US Department of Justice
Office of Consumer Litigation
sondra.mills@usdoj.gov

**Richard E Robinson**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
USACAC.Criminal@usdoj.gov

**Leon W Weidman**
AUSA - Office of US Attorney
Chief - Civil Division
USACAC.Civil@usdoj.gov

Movant notes his application and request for access to the PACER system on September 12, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 29, 2013 at Washington, DC.

Dated this 6th day of December, 2013

By: /S/
William Michael Cunningham, PRO SE
5308 Ludlow Drive
Temple Hills, MD 20748
202-455-0430

