1  William Michael Cunningham, PRO SE
   5308 Ludlow Drive
   Temple Hills, MD 20748
2  202-455-0430

3

4             UNITED STATES DISTRICT COURT FOR

5             THE CENTRAL DISTRICT OF CALIFORNIA

6

7  UNITED STATES OF AMERICA,         )  Case No.: 2:13-cv00779-DOC- JCG
                                     )
8            Plaintiff,              )  ~~PROPOSED~~ ORDER GRANTING
                                     )  WILLIAM MICHAEL
9       vs.                          )  CUNNINGHAM's MOTION TO FILE
                                     )  A BRIEF AMICUS CURAIE
10 MCGRAW-HILL COMPANIES, INC.,      )
                                     )  Hearing Date:
11 and STANDARD & POOR'S             )  Time:
                                     )  Judge: Hon. David O. Carter
12 FINANCIAL SERVICES, LLC, ET.      )  Courtroom: 9D, Santa Ana
                                     )
13 AL.,                              )
                                     )
14           Defendant(s)            )

15 On December 6, 2013, Mr. William Michael Cunningham requested leave to file

16 an amicus curiae brief with this Court regarding United States of America v.

17 McGraw-Hill Companies Inc., et al., no. CV-13-0779-DOC (JCGx).

18

19 The Court hereby GRANTS Mr. Cunningham's request.

20 DATED: ~~tof~~ 12/10/13

                                        _[signature]_

                                        _____
                                        Hon. David O. Carter, District Court Judge

ORDER - 1