UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No.   CV 13-0779-DOC(JCGx) | | Date   December 12, 2013 |
| Title   UNITED STATES OF AMERICA -V- MCGRAW-HILL COMPANIES, INC., ET AL. | | |

Present: The Honorable   DAVID O. CARTER, United States District Judge

| Julie Barrera | Debbie Gale (partially) | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| James Nelson<br>George Cardona<br>Anoiel Khorshid | John Keker, Elliot Peters<br>Steven Taylor, Jennifer Keller<br>Floyd Abrams, Penny Windle<br>Michelle Ybarra |

Proceedings:   SCHEDULING CONFERENCE

The case is called and counsel make their appearances. The Court confers with counsel.

Counsel to file motions to compel discovery with a hearing date of March 11, 2014 at 7:30 a.m.

|  |  | 2 | : | 39 |
|---|---|---|---|---|
|  | Initials of Clerk | jcb | | |