**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 13-0779-DOC (JCGx)                                                          Date: January 2, 2014

Title: UNITED STATES OF AMERICA v. MCGRAW-HILL COMPANIES INC., ET AL.

PRESENT:   THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:
              None Present                                                       None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER REGARDING DISCOVERY STATUS AND SCHEDULE**

On December 12, 2013, the Court held a scheduling conference. *See* Minutes of December 12, 2013 Scheduling Conference (Dkt. 92). In response to issues raised in the Rule 26(f) Report, Parties were ordered to file a comprehensive motion to compel production. *See id; see also* Rule 26(f) Report at 21-24 (Dkt. 82). The motion is set to be heard on March 11, 2014.

Initially, the Court was inclined to hear the motion in January, expressing concern that, "if it goes to March, it starts holding up the depositions, which [the Court] intend[s] to start and help [Parties] with almost immediately." December 12, 2013 Scheduling Conference Transcript 25:16-19. Attorney for Defendants, John Keker, explained that the proposed briefing schedule would not "slow down anything because there is a lot of work to do in matters that do not have anything to do with [the depositions at issue in the forthcoming motion to compel production]." *Id.* 34:17-19. Attorney for Plaintiff, Assistant United States Attorney George Cardona, concurred, explaining that, "I think there is more than enough for both [parties] to do to fill our time over the next three months." *Id.* 42:5-7.

In light of the Court's concern that discovery disputes will delay progress in this action and both parties' representations in response to that concern, the Court hereby ORDERS the parties to file, jointly or separately, a status update. The update must include: (1) a list of depositions that have already taken place and (2) a list of depositions that will take place between the date of this order and March 11, 2014. Parties must file this update by January 15, 2014.

                                                                                                                Clerk's Initials: jcb