KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC

ANDRÉ BIROTTE JR.
United States Attorney
GEORGE S. CARDONA (CA Bar No. 135439)
LEON W. WEIDMAN (CA Bar No. 104078)
ANOIEL KHORSHID (CA Bar No. 223912)
RICHARD E. ROBINSON (CA Bar No. 090840)
Assistant United States Attorneys
    Room 7516 Federal Building
    300 N. Los Angeles St.
    Los Angeles, California 90012
    Telephone: (213) 894-8323/6086
    Facsimile: (213) 894-6269/7819
    Email: George.S.Cardona@usdoj.gov / Anoiel.Khorshid@usdoj.gov

Attorneys for Plaintiff UNITED STATES OF AMERICA

*(Additional counsel on next page)*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>  v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>                  Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**JOINT DISCOVERY STATUS UPDATE** |

1  *(Additional counsel):*

3  CAHILL GORDON & REINDEL LLP
   FLOYD ABRAMS
4  fabrams@cahill.com
   S. PENNY WINDLE
5  pwindle@cahill.com
   80 Pine Street
6  New York, New York 10005-1702
   Telephone: 212 701 3000
7  Facsimile:  212 269 5420

8  KELLER RACKAUCKAS LLP
   JENNIFER L. KELLER (SBN 84412)
9  jkeller@kruzlaw.com
   18300 Von Karman Avenue, Suite 930
10 Irvine, CA 92612
   Telephone: 949 476 8700
11 Facsimile: 949 476 0900

12 Attorneys for Defendants MCGRAW-HILL COMPANIES, INC., and
   STANDARD & POOR'S FINANCIAL SERVICES LLC

14 STUART DELERY
   Acting Assistant Attorney General
15 MAAME EWUSI-MENSAH FRIMPONG (CA Bar No. 222986)
   ARTHUR R. GOLDBERG
16 MICHAEL S. BLUME
   JAMES T. NELSON
17 BRADLEY COHEN
   JENNIE KNEEDLER
18 SONDRA L. MILLS (CA Bar No. 090723)
   THOMAS D. ZIMPLEMAN
19 United States Department of Justice, Civil Division
       P.O. Box 261, Ben Franklin Station
20     Washington, D.C. 20044
       Telephone: (202) 616-2376
21     Facsimile: (202) 514-8742
       Email: James.Nelson2@usdoj.gov

23 Attorneys for Plaintiff UNITED STATES OF AMERICA

CASE NO.  CV13-779 DOC (JCGx)

799497.01

Pursuant to the Court's January 2, 2014 Order Regarding Discovery Status and Schedule [Dkt. 95], the parties submit the following joint status update regarding ongoing discovery.

## I. UNITED STATES' DISCOVERY STATUS UPDATE

Between July 29, 2013 and November 18, 2013, the parties engaged in the initial phase of limited discovery authorized by the initial scheduling order issued by the Court on August 2, 2013 [Dkt. 44]. The parties previously described the progress of this initial phase of limited discovery in status reports filed with the Court on October 14, 2013 [Dkt. 60, 61] and in the parties' Second Supplemental Joint Report of Parties Pursuant to Federal Rule of Civil Procedure 26(f) filed with the Court on December 2, 2013. [Dkt. 82]. Set out below is an update on the progress of discovery since December 2, 2013.

### A. United States' Rule 45 Subpoenas

On August 5, 6, and 9, 2013, pursuant to Federal Rule of Civil Procedure 45(b)(1), the United States served subpoenas for documents as set forth in the United States' Status Update Re: Initial Discovery; Exhibits 1-4 filed with the Court on October 14, 2013 [Dkt. 61]. The recipients of these document subpoenas included: federally insured financial institutions, foreign banks, collateral managers, investment banks, and trustees, from whom the subpoenas sought records relating to certain specifically identified CDOs; and broker/dealers, from whom the subpoenas sought records identifying purchasers of a broader set of CDOs and RMBS.

Pursuant to agreement with S&P, in response to certain of S&P's Rule 34 document requests, and subject to the protections of the protective order in this case, the United States has been producing to S&P on an ongoing basis the records received pursuant to these subpoenas. On December 18, 2013, the United States produced to S&P additional materials received pursuant to these subpoenas.

### B. United States' Rule 34 Document Requests

On September 27, 2013, the United States served on S&P the United States' First Request for Production of Documents ("US First Request"), which set forth 9 document requests. On December 18, 2013, the United States served on S&P the United States' Second Request For Production of Documents ("US Second Request"), which set forth 40 document requests. After communications among the parties regarding the scheduling of depositions, S&P agreed to expedite its production of documents responsive to requests 7(b), 7(e), 7(f), 7(j), and 7(l), of the US First Request, and requests 3(c), 3(d), and 3(z) of the US Second Request, all of which relate to communications of S&P CDO analysts currently scheduled for depositions as set forth in Section D below.

On October 30, 2013, defendants served a formal written response to the US First Request (Defendants' Responses and Objections to Plaintiff's First Request for Production of Documents). Also on October 30, 2013, defendants produced an initial set of documents responsive to requests 1-6 in the US First Request. The parties will continue to discuss production of the balance of the documents sought by the US First Request and the US Second Request.

### C. S&P's Rule 34 Document Request

On August 20, 2013, S&P served on the United States Defendants' First Request for Production of Documents ("S&P's First Request"), which set forth 53 requests for categories of documents. The United States served its formal written response to S&P's First Request on October 18, 2013 (United States' Response To Defendants' First Request For Production Of Documents; Exhibits 1-2). The United States produced to S&P on December 23, 2013, an additional hard drive containing documents gathered by the United States in the course of its FIRREA investigation of S&P. The United States has advised S&P that it anticipates producing to S&P by January 17, 2014, an additional hard drive containing the

2
JOINT DISCOVERY STATUS UPDATE
CASE NO. CV13-779 DOC (JCGx)

799497.01

balance of the documents gathered in the course of its FIRREA investigation of S&P that the United States will produce, together with a letter identifying the limited set of documents that have not been produced and the reasons for such non-production.

### D. United States' Depositions

With the agreement of S&P, the United States has scheduled six depositions of current S&P employees. Three CDO analysts have been scheduled for depositions on January 30, February 4, and February 6, and the parties are working on scheduling three additional CDO analysts for depositions during the weeks of February 10 and February 17, 2014.

The United States is discussing with S&P the scheduling of three additional depositions (one current S&P employee and two former S&P employees) for the weeks of February 24 and March 3, 2014.

## II. S&P DISCOVERY STATUS UPDATE

S&P is undertaking extensive third-party discovery of the financial institutions likely to have discoverable information relating to the more than 150 securities identified in the Government's November 18, 2013 supplemental disclosure. S&P also continues to pursue discovery from government institutions and agencies in possession of information relevant to S&P's defenses in this case. In parallel, S&P is preparing to present nine witnesses for depositions in New York, beginning in late January.

### A. Third Party Discovery by S&P

S&P has issued 16 document subpoenas to financial institutions that the Government alleges suffered losses in connection with the matters addressed in the Complaint. By week's end, S&P anticipates serving another batch of subpoenas to various government regulatory bodies and additional financial institutions identified in the Government's November 18, 2013 disclosure. S&P will proceed

799497.01

with depositions of the financial institutions and regulatory agencies described above following receipt and review of documents received pursuant to these subpoenas.

S&P previously served subpoenas on the Open Market Committee of the Federal Reserve, the Board of Governors of the Federal Reserve, and the New York Federal Reserve Bank. After objections to these subpoenas were received, S&P initiated meet-and confer sessions with attorneys for each entity; those discussions continue. The first production by the New York Federal Reserve Bank, a product of those meet-and-confer sessions, occurred on January 10, 2014.

### B. Rule 34 Requests to the United States

On August 20, 2013, S&P served on the Government Defendants' First Request for the Production of Documents under Federal Rule 34 ("S&P's First Requests"), which set forth 53 requests for categories of documents. As of the date of this status update, the Government has produced some, but not all, responsive documents in three categories: (1) some, but not all, of the documents it gathered during the course of its pre-Complaint investigation of S&P; (2) some, but not all, of the documents it obtained from third parties pursuant to Rule 45 subpoenas issued during the course of this Action; and (3) copies or references to a handful of public documents. S&P's review of these materials it has received to date proceeds on a parallel track with the other discovery activities described herein.

### C. S&P Depositions

As S&P noted at the December 16 scheduling conference, depositions of the financial institutions and regulators from which it seeks discovery must necessarily follow S&P's receipt and review of what we expect to be very significant document productions. S&P will notice depositions of relevant witnesses promptly after receiving and reviewing responsive documents.

S&P is preparing to present nine current and former S&P employees for

deposition between the weeks of January 27 and March 3, as requested by the Government. These witnesses and the dates of their depositions are discussed in section I.D, *supra*. S&P has spent the last several weeks expediting its production of documents relevant to these witnesses so that depositions can begin before the end of this month.

## III.  CONCLUSION

Counsel for plaintiff and defendants jointly submit this discovery status update. The joint submission should not be taken as reflecting agreement with respect to any position identified as being that of an individual party.

Dated:   January 15, 2014                                KEKER & VAN NEST LLP


                                                         By: /s/ John W. Keker
                                                              John W. Keker


Dated:   January 15, 2014                                Respectfully Submitted,

STUART F. DELERY                                         ANDRE BIROTTE JR.
Acting Assistant Attorney General                        United States Attorney
United States Department of Justice
Civil Division
MAAME EWUSI-MENSAH
FRIMPONG
Deputy Assistant Attorney General                        /s/George S. Cardona/
MICHAEL S. BLUME                                         GEORGE S. CARDONA
Director, Consumer Protection Branch                     LEON W. WEIDMAN
ARTHUR R. GOLDBERG                                       ANOIEL KHORSHID
Assistant Director, Fed. Prog. Branch                    RICHARD E. ROBINSON
JAMES T. NELSON                                          Assistant United States Attorneys
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS
THOMAS D. ZIMPLEMAN
Trial Attorneys, Civil Division