KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (*pro hac vice*)
fabrams@cahill.com
S. PENNY WINDLE (*pro hac vice*)
pwindle@cahill.com
80 Pine Street
New York, New York 10005-1702
Telephone: 212 701 3000
Facsimile: 212 269 5420

KELLER RACKAUCKAS LLP
JENNIFER L. KELLER (SBN 84412)
keller@krlawllp.com
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants THE MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**DECLARATION OF FLOYD ABRAMS**<br><br>Date:    March 11, 2014 7:30 a.m.<br>Dept.:   Courtroom 9D<br>Judge:  Honorable David O. Carter<br><br>Complaint filed February 4, 2013 |

I, FLOYD ABRAMS, declare under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of the State of New York and a member of the firm of Cahill Gordon & Reindel LLP, counsel for Defendants McGraw Hill Financial, Inc. (formerly The McGraw-Hill Companies, Inc.) and Standard & Poor's Financial Services LLC ("S&P") in this action. I have been admitted *pro hac vice* to appear before the Court in this action. I submit this declaration to place before the Court certain documents and information in support of the Defendants' Motion to Compel (the "Motion").

2. Annexed hereto as <u>Exhibit A</u> is a true and correct copy of "Defendants' First Request for Production of Documents," served in this action, dated August 20, 2013. (Exhibits to the Request have been omitted)

3. Annexed hereto as <u>Exhibit B</u> is a true and correct copy of "United States' Response to Defendants' First Request for Production of Documents," served in this action, dated October 18, 2013. (Exhibits to the Response have been omitted)

4. Annexed hereto as <u>Exhibit C</u> is a true and correct copy of pages 1 to 10 and 29 from the transcript of the Scheduling Conference in this action, dated July 29, 2013.

5. Annexed hereto as <u>Exhibit D</u> is a true and correct copy of pages 1 to 3, 41 to 46, 53 to 72 and 102 of Volume 1 of the transcript of the Hearing on Motion to Dismiss in this action, dated July 8, 2013.

6. Annexed hereto as <u>Exhibit E</u> is a true and correct copy of the "Second Supplemental Joint Report of Parties Pursuant to Federal Rule of Civil Procedure 26(f)," filed in this action, dated December 2, 2013.

7. Annexed hereto as <u>Exhibit F</u> is a true and correct copy of an article entitled "Testing Conflicts of Interest at Bond Ratings Agencies with Market

1

Anticipation: Evidence that Reputation Incentives Dominate," by Daniel M. Covitz and Paul Harrison, dated December 2003, available at http://www.federalreserve.gov/pubs/feds/2003/200368/200368pap.pdf, last visited on January 16, 2014.

8. Annexed hereto as <u>Exhibit G</u> is a true and correct copy of a document entitled "Moody's Investors Services Code of Professional Conduct," dated October 2007, available at https://web.archive.org/web/20081117183459/http://www.moodys.com/cust/content/Content.ashx?source=StaticContent/Free%20Pages/Regulatory%20Affairs/Documents/professional_conduct.pdf, last visited on January 16, 2014.

9. Annexed hereto as <u>Exhibit H</u> is a true and correct copy of pages 1 to 2, 9 to 11 and 36 to 37 of the transcript of the Department of Justice's Examination of James Hotchkiss, dated July 18, 2012.

10. Annexed hereto as <u>Exhibit I</u> is a true and correct copy of pages 1 to 2, 9 to 11, 16 and 43 of the transcript of the Department of Justice's Examination of Alexander Craig, dated June 28, 2012.

11. Annexed hereto as <u>Exhibit J</u> is a true and correct copy of pages 1 to 2, 5, 9 to 10 and 34 to 35 of the transcript of the Department of Justice's Examination of Dale Gibbons, dated July 19, 2012.

12. Annexed hereto as <u>Exhibit K</u> is a true and correct copy of the "Second Supplement to Plaintiff United States' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A); Exhibits A and B," served in this action, dated November 18, 2013. (Exhibits to this document have been omitted)

13. Annexed hereto as <u>Exhibit L</u> is a true and correct copy of a press release entitled "SEC Charges Mizuho Securities USA with Misleading Investors by Obtaining False Credit Ratings for CDO: Firm to Pay $127.5 Million to Settle Charges," dated July 18, 2012, available at http://www.sec.gov/News/

PressRelease/Detail/PressRelease/1365171483316, last visited on January 19, 2014.

14. Annexed hereto as Exhibit M is a true and correct copy of a Memorandum of Decision, *United States* v. *National Broadcasting Company, Inc.*, 65 F.R.D. 415 (C.D. Cal. 1974).

15. Annexed hereto as Exhibit N is a true and correct copy of an unpublished Order and accompanying attachments in the matter of *United States* v. *National Broadcasting Company, Inc.*, Civ. No. 72-819-RJK (C.D. Cal.), dated July 17, 1974.

16. Annexed hereto as Exhibit O, which is a true and correct copy of the Affidavit of Harold McGraw III, sworn to October 28, 2013.

17. Annexed hereto as Exhibit P, the Chronology in Support of S&P's First Amendment Retaliation Defense, including Exhibits P(1) – (39). Exhibits P(1) – (39) are each a true and correct copy of the documents described in the Chronology in Support of S&P's First Amendment Retaliation Defense.

I declare under penalty of perjury that the foregoing is true and correct.

                         /s/ Floyd Abrams
                         Floyd Abrams

Executed:   New York, New York
             January 20, 2014