STUART DELERY
Assistant Attorney General
MAAME EWUSI-MENSAH FRIMPONG
   (CA Bar No.: 222986)
ARTHUR R. GOLDBERG
MICHAEL S. BLUME
JAMES T. NELSON
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS (CA Bar No. 090723)
THOMAS D. ZIMPLEMAN
United States Department of Justice, Civil Division
   P.O. Box 261, Ben Franklin Station
   Washington, D.C. 20044
   Telephone:  (202) 616-2376
   Facsimile:  (202) 514-8742
   Email: James.Nelson2@usdoj.gov

ANDRÉ BIROTTE JR.
United States Attorney
GEORGE S. CARDONA (CA Bar No. 135439)
LEON W. WEIDMAN (CA Bar No. 104078)
ANOIEL KHORSHID (CA Bar No. 223912)
RICHARD E. ROBINSON (CA Bar No. 090840)
Assistant United States Attorneys
   Room 7516 Federal Building
   300 N. Los Angeles St.
   Los Angeles, California 90012
   Telephone:  (213) 894-8323/6086
   Facsimile:  (213) 894-7819 [Main]
   Email: George.S.Cardona@usdoj.gov / Anoiel.Khorshid@usdoj.gov

Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:13-cv-00779-DOC-JCG |
| Plaintiff, | ) |
| v. | ) **UNITED STATES OF AMERICA'S *EX PARTE* APPLICATION TO EXCEED THE TWENTY-FIVE (25) PAGE LIMITATION** |
| MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC, | ) L.R. 7-19, 11-6, & 37-2.1 |
| Defendants. | ) Honorable David O. Carter |

1   On January 20, 2014, Defendants McGraw-Hill Companies,
2 Inc., and Standard & Poor's Financial Services, LLC
3 (collectively, "S&P") filed S&P's "NOTICE OF MOTION & MOTION TO
4 COMPEL DISCOVERY." See Docket No. 100. Rather than submitting a
5 Local Rule 37-2 "Joint Stipulation" to resolve discovery-related
6 issues, in accordance with the court's order, the parties have
7 filed separate memoranda of points and authorities pursuant to
8 Federal Rule of Civil Procedure 37.  In order to fully address
9 the many issues and arguments raised by the motion to compel,
10 the United States requests leave to file an opposition to the
11 motion that exceeds twenty-five pages.[1]  S&P does not object to
12 the United States filing an oversized opposition.
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///

---

[1] Although there are no page limitations when parties submit a "Joint Stipulation," see L.R. 37-2.1 ("The page limitation established by L.R. 11-6 does not apply to stipulations regarding discovery disputes"), Local Rule 11-6 requires that a memorandum of points and authorities not exceed twenty-five (25) pages in length.

Accordingly, the United States hereby applies for an order to file an opposition to S&P's motion to compel that exceeds twenty-five pages.

DATED: February 17, 2014                        Respectfully submitted,

STUART F. DELERY                                ANDRÉ BIROTTE JR.
Acting Assistant Attorney General               United States Attorney
United States Department of Justice
Civil Division
MAAME EWUSI-MENSAH FRIMPONG                     /S//George S. Cardona/
Deputy Assistant Attorney General               GEORGE S. CARDONA
MICHAEL S. BLUME                                LEON W. WEIDMAN
Director, Consumer Protection Branch            ANOIEL KHORSHID
ARTHUR R. GOLDBERG                              RICHARD E. ROBINSON
Assistant Director, Fed.Prog.Branch             Assistant U.S. Attorneys
JAMES T. NELSON
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS
THOMAS D. ZIMPLEMAN
Trial Attorneys, Civil Division