```
STUART DELERY
Assistant Attorney General
MAAME EWUSI-MENSAH FRIMPONG
   (CA Bar No.: 222986)
ARTHUR R. GOLDBERG
MICHAEL S. BLUME
JAMES T. NELSON
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS (CA Bar No. 090723)
THOMAS D. ZIMPLEMAN
United States Department of Justice, Civil Division
     P.O. Box 261, Ben Franklin Station
     Washington, D.C. 20044
     Telephone:    (202) 616-2376
     Facsimile:    (202) 514-8742
     Email: James.Nelson2@usdoj.gov

ANDRÉ BIROTTE JR.
United States Attorney
GEORGE S. CARDONA (CA Bar No. 135439)
LEON W. WEIDMAN (CA Bar No. 104078)
ANOIEL KHORSHID (CA Bar No. 223912)
RICHARD E. ROBINSON (CA Bar No. 090840)
Assistant United States Attorneys
Room 7516 Federal Building
300 N. Los Angeles St.
Los Angeles, California 90012
Telephone:    (213) 894-8323/6086
Facsimile:    (213) 894-7819 [Main]
Email: George.S.Cardona@usdoj.gov / Anoiel.Khorshid@usdoj.gov

Attorneys for Plaintiff United States of America
```

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:13-cv-00779-DOC-JCG |
| Plaintiff, | ) |
| v. | ) **[PROPOSED]ORDER RE: UNITED STATES OF AMERICA'S EX PARTE APPLICATION TO EXCEED THE TWENTY-FIVE (25) PAGE LIMITATION** |
| MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC, | ) |
| Defendants. | ) Honorable David O. Carter |

- 1 -

1    IT IS HEREBY ORDERED that the United States of America's *ex*
2  *parte* application for an Order granting leave to file an
3  opposition to S&P's motion to compel that exceeds twenty-five
4  pages is **APPROVED**.
5  DATED:

                                        _____
                                        Honorable David O. Carter
                                        UNITED STATES DISTRICT JUDGE