STUART DELERY
Assistant Attorney General
MAAME EWUSI-MENSAH FRIMPONG
   (CA Bar No. 222986)
ARTHUR R. GOLDBERG
MICHAEL S. BLUME
JAMES T. NELSON
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS (CA Bar No. 090723)
THOMAS D. ZIMPLEMAN
United States Department of Justice, Civil Division
   P.O. Box 261, Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 616-2376
   Facsimile: (202) 514-8742
   Email: James.Nelson2@usdoj.gov

ANDRÉ BIROTTE JR.
United States Attorney
GEORGE S. CARDONA (CA Bar No. 135439)
LEON W. WEIDMAN (CA Bar No. 104078)
ANOIEL KHORSHID (CA Bar No. 223912)
RICHARD E. ROBINSON (CA Bar No. 090840)
Assistant United States Attorneys
   Room 7516 Federal Building
   300 N. Los Angeles St.
   Los Angeles, California 90012
   Telephone: (213) 894-8323/6086
   Facsimile: (213) 894-7819
   Email: George.S.Cardona@usdoj.gov / Anoiel.Khorshid@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>          Defendants. | No. 2:13-cv-00779-DOC (JCGx)<br><br>DECLARATION OF GEORGE S. CARDONA IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY AND CROSS-MOTION FOR PROTECTIVE ORDER AND TO STRIKE DEFENSE; EXHIBITS 1-38<br><br>Date: March 11, 2014 7:30 a.m.<br>Location: Courtroom 9D<br>Judge: Hon. David O. Carter |

## DECLARATION OF GEORGE S. CARDONA

I, George S. Cardona, hereby declare as follows:

1. I am the Chief Assistant United States Attorney for the Central District of California. I have been assigned to serve as counsel for the United States in this action. I submit this declaration to place before the Court certain documents and information in support of the United States' Opposition To Defendant's Motion To Compel And Cross-Motion For Protective Order And To Strike Defense.

### Selected Materials from United States v. NBC, et al., 65 F.R.D. 415 (C.D. Cal. 1974)

2. Attached hereto as **Exhibits 1-3** are true and correct copies of the Complaints filed by the United States Antitrust Division against the three major television networks that relate to *United States v. NBC, et al.*, 65 F.R.D. 415 (C.D. Cal. 1974) (hereafter "*NBC*"), a case cited by S&P in its motion to compel in this case.

3. Attached hereto as **Exhibit 4** is a true and correct copy of the April 26, 1974 "Memorandum for CBS and ABC in Opposition to the Government's Motions to Strike Defenses and Bar Discovery" filed in *NBC*.

4. Attached hereto as **Exhibit 5** is a true and correct copy of "Exhibit 1 Memorandum Made Public by the Senate Select Committee on Presidential Campaign Activities, Dated October 17, 1969," which was filed as an exhibit in support of the April 26, 1974 "Memorandum for CBS and ABC in Opposition to the Government's Motions to Strike Defenses and Bar Discovery" in *NBC*.

5. Attached hereto as **Exhibit 6** is a true and correct copy of "Exhibit 26 Excerpts from White House Statement on ITT Antitrust Decision, Weekly Compilation Presidential Documents, Vol. 10, No. 2, pp. 28-32," which was filed as an exhibit in support of the April 26, 1974 "Memorandum for CBS and ABC in Opposition to the Government's Motions to Strike Defenses and Bar Discovery" in *NBC*.

6. Attached hereto as **Exhibit 7** is a true and correct copy of the March 8, 1974 Affidavit of Hamilton P. Fox, III, Assistant Special Prosecutor in the office of the Watergate Special Prosecution Force, which was submitted by the Antitrust Division in *NBC*.

7. Attached hereto as **Exhibit 8** is a true and correct copy of the November 5, 1974 Memorandum of the Special Prosecutor submitted by the Antitrust Division in NBC as a follow-up to the March 8, 1974 Affidavit of Assistant Special Prosecutor Fox referenced in paragraph 6 above.

8. Attached hereto as **Exhibit 9** is a true and correct copy of the transcripts from a November 12, 1974 hearing in *NBC* relating to the issue of the government's non-compliance with the court's prior discovery orders.

**Selected Materials Regarding the FIRREA Investigation of S&P**

9. Based on records maintained in connection with this case, I am advised that, in November 2009, the Department of Justice's Civil Division ("DOJ-Civil") served S&P with the first of 24 investigative subpoenas issued pursuant to FIRREA, 12 U.S.C. § 1833a(g)(1), seeking information from S&P related to S&P's rating of Residential Mortgage Backed Securities ("RMBS") and Collateralized Debt Obligations ("CDO").

10. Based on records maintained in connection with this case, I am advised that between November 2009 and the beginning of April 2011, DOJ-Civil served S&P with seven FIRREA subpoenas and S&P produced to DOJ-Civil approximately 3.78 million pages of documents in response to FIRREA subpoenas.

### Selected Materials Regarding Discovery and Correspondence
### In Connection With this Case

11. Attached hereto as **Exhibit 10** is a chronology of selected correspondence and discovery related to Requests Number 31 and 32 in S&P's First RFP. Attached hereto as **Exhibit 11** is a chronology of selected correspondence and discovery related to Request Number 45 in S&P's First RFPs. True and correct copies (some redacted as noted below) of the documents described in these two chronologies are attached hereto as Exhibits 12 to 31 as described below and as Exhibits A and B to the Declaration of Floyd Abrams.

12. On August 20, 2013, the United States of America was served with S&P's First Request for Production of Documents ("S&P's First RFP"). A copy of S&P's First RFP is attached as Exhibit A to the Declaration Of Floyd Abrams. See Dkt. 101-1 at pp. 1-22.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Defendants' Rule 45 Subpoena issued to the Board of Governors of the Federal Reserve System ("the Board"), dated August 26, 2013.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Defendants' Rule 45 Subpoena issued to the Federal Open Market Committee ("FOMC"), dated August 26, 2013.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Defendants' Rule 45 Subpoena issued to the Federal Reserve Bank of New York ("FRBNY"), dated August 26, 2013.

16.   Attached hereto as **Exhibit 15** is a true and correct copy of the October 1, 2013 letter I sent to S&P's counsel relating to S&P's First RFP.

17.   Attached hereto as **Exhibit 16** is a true and correct redacted copy of the October 8, 2013 letter I received from S&P's counsel relating to S&P's First RFP.  Portions of the letter have been redacted and the referenced attachments have been omitted to avoid disclosure of non-public information.

18.   On October 18, 2013, the United States of America served its response to S&P's First RFP.  A copy of the United States' response to S&P's First RFP is attached as Exhibit B to Abrams' Declaration.  See Dkt. 101-1 at pp. 23-98.

19.   Attached hereto as **Exhibit 17** is a true and correct copy of the October 25, 2013 letter I received from S&P's counsel relating to S&P's First RFP.

20.   Attached hereto as **Exhibit 18** is a true and correct redacted copy of the November 18, 2013 letter I sent to S&P's counsel relating to S&P's First RFP.  Portions of the letter have been redacted and the referenced attachments have been omitted to avoid disclosure of non-public information.

21.   Attached hereto as **Exhibit 19** is a true and correct copy of the December 19, 2013 letter I received from S&P's counsel relating to S&P's First RFP.

22.   Attached hereto as **Exhibit 20** is a true and correct redacted copy of Defendants' Rule 45 Subpoena issued to the Federal Home Loan Bank ("FHLB")-Atlanta, dated January 14, 2014.  To avoid disclosure of non-public documents and/or to reduce the size of the exhibit, the attachments referenced in Exhibit 20 (and the

attachments referenced in the other Rule 45 Subpoenas issued by Defendants as described in paragraphs 23-24, 26-30, and 32-34 below) have been omitted.

23. Attached hereto as **Exhibit 21** is a true and correct copy of Defendants' Rule 45 Subpoena issued to FHLB-Chicago, dated January 14, 2014.

24. Attached hereto as **Exhibit 22** is a true and correct copy of Defendants' Rule 45 Subpoena issued to FHLB-Seattle, dated January 14, 2014.

25. Attached hereto as **Exhibit 23** is a true and correct redacted copy of the January 16, 2014 letter I sent to S&P's counsel relating to S&P's First RFP. Portions of the letter have been redacted and the referenced attachments have been omitted to avoid disclosure of non-public information.

26. Attached hereto as **Exhibit 24** is a true and correct copy of Defendants' Rule 45 Subpoena issued to the Federal Deposit Insurance Corporation, dated January 17, 2014.

27. Attached hereto as **Exhibit 25** is a true and correct copy of Defendants' request for information issued to the Federal Housing Finance Agency, dated January 17, 2014.

28. Attached hereto as **Exhibit 26** is a true and correct copy of Defendants' Rule 45 Subpoena issued to the National Credit Union Administration ("NCUA"), dated January 17, 2014.

29. Attached hereto as **Exhibit 27** is a true and correct copy of Defendants' Rule 45 Subpoena issued to the Office of the Comptroller of Currency, dated January 17, 2014.

30. Attached hereto as **Exhibit 28** is a true and correct copy of Defendants' Rule 45 Subpoena issued to the NCUA, dated January 23, 2014.

31. Attached hereto as **Exhibit 29** is a redacted true and correct copy of Defendants' Second Request for the Production of Documents, which was served on the government on January 31, 2014. Referenced attachments have been omitted to avoid disclosure of non-public information.

32. Attached hereto as **Exhibits 30-31** are true and correct copies of Defendants' Rule 45 Subpoenas issued to the NCUA, dated February 5, 2014.

33. Attached hereto as **Exhibit 32** is a true and correct copy of Defendants' Rule 45 Subpoena issued to former Treasury Secretary Timothy F. Geithner, dated February 10, 2014.

34. Attached hereto as **Exhibit 33** is a true and correct copy of Defendants' Rule 45 Subpoena issued to former Executive Vice President of the FRBNY, Terrence F. Checki, dated February 11, 2014.

35. Between February 10 and 12, 2014, I had discussions with S&P's counsel in an effort to narrow the issues raised by S&P's motion to compel, as described in footnote 23 of the United States' opposition to the motion to compel. Attached hereto as **Exhibit 34** is a true and correct copy of email correspondences between me and S&P's counsel relating to these discussions.

36. Attached hereto as **Exhibit 35** is a true and correct copy of the redacted transcript of the testimony taken on June 28, 2012 from Alexander Craig, Portfolio Manager for M&T Bank during 2007. Portions of the transcript have been redacted or omitted to avoid disclosure of non-public information.

37. Attached hereto as **Exhibit 36** is a true and correct copy of the redacted transcript of the testimony taken on July 18, 2012 from James Hotchkiss, Executive Vice President and Treasurer for First Midwest Bank. Portions of the transcript have been redacted or omitted to avoid disclosure of non-public information.

38. Attached hereto as **Exhibit 37** is a true and correct copy of the redacted transcript of the testimony taken on July 19, 2012 from Dale Gibbons, Chief Financial Officer for Western Alliance Bancorp (f/k/a BankWest Nevada Corporation) and Executive Vice President for Bank of Nevada. Portions of the transcript have been redacted or omitted to avoid disclosure of non-public information.

39. Attached hereto as **Exhibit 38** is a true and correct copy of the transcript of the February 5, 2013 "Press Conference with Attorney General Holder, Associate Attorney General Tony West, Deputy Assistant Attorney General Stuart Delery, Announcement of a Major Financial Fraud Enforcement Action, Washington, D.C.," FED. NEWS SERV. (Feb. 5, 2013), which was filed by S&P on April 22, 2013 as Exhibit A to "Defendants' Response to United States of America's Statement of Interest Supporting Motions to Remand Filed by State Attorneys General" in *Delaware v. The McGraw-Hill Companies, Inc., and Standard & Poor's Financial Services LLC*, Case No. 1:13-cv-00363-RGA (D. Del.) (Dkt. 31-1).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of February, 2014, in Los Angeles, California.

_____
GEORGE S. CARDONA