# **Exhibit 5**

(Cardona Declaration)

A-4

Exhibit 1

**Memorandum Made Public by the Senate Select Committee on Presidential Campaign Activities, Dated October 17, 1969**

MEMORANDUM

## THE WHITE HOUSE

### WASHINGTON

October 17, 1969

MEMORANDUM FOR:    H. R. HALDEMAN

FROM:    J. S. MAGRUDER

RE:   ·   The Shot-gun versus the Rifle

Yesterday you asked me to give you a talking paper on specific problems we've had in shot-gunning the media and anti-Administration spokesmen on unfair coverage.

I have enclosed from the log approximately 21 requests from the President in the last 30 days requesting specific action relating to what could be considered unfair news coverage. This enclosure only includes actual memos sent out by Ken Cole's office. In the short time that I have been here, I would gather that there have been at least double or triple this many requests made through various other parties to accomplish the same objective.

It is my opinion this continual daily attempt to get to the media or to anti-Administration spokesmen because of specific things they have said is very unfruitful and wasteful of our time. This is not to say that they have not been unfair, without question many situations that have been indicated are correct, but I would question the approach we have taken. When an editor gets continual calls from Herb Klein or Pat Buchanan on a situation that is difficult to document as to unfairness, we are in a very weak area. Particularly when we are talking about interpretation of the news as against factual reporting.

The real problem that faces the Administration is to get to this unfair coverage in such a way that we make major impact on a basis which the networks-newspapers and Congress will react to and begin to look at things somewhat differently. It is my opinion that we should begin

## *Exhibit 1*

### *Memorandum Made Public by the Senate Select Committee on
Presidential Campaign Activities, Dated October 17, 1969*

concentrated efforts in a number of major areas that will have much
more impact on the media and other anti-Administration spokesmen
and will do more good in the long run. The following is my suggestion
as to how we can achieve this goal:

1. Begin an official monitoring system through the FCC as soon
as Dean Burch is officially on board as Chairman. If the monitoring
system proves our point, we have then legitimate and legal rights to go
to the networks, etc., and make official complaints from the FCC. This
will have much more effect than a phone call from Herb Klein or Pat
Buchanan.

2. Utilize the anti-trust division to investigate various media relat-
ing to anti-trust violations. Even the possible threat of anti-trust
action I think would be effective in changing their views in the above
matter.

3. Utilizing the Internal Revenue Service as a method to look into
the various organizations that we are most concerned about. Just a
threat of an IRS investigation will probably turn their approach.

4. Begin to show favorites within the media. Since they are basic-
ally not on our side let us pick the favorable ones as Kennedy did. I'm
not saying we should eliminate the open Administration, but by being
open we have not gotten anyone to back us on a consistent basis and
many of those who were favorable towards us are now giving it to us
at various times, i.e. Ted Lewis, Hugh Sidey.

5. Utilize Republican National Committee for major letter writing
efforts of both a class nature and a quantity nature. We have set-up a
situation at the National Committee that will allow us to do this, and
I think by effective letter writing and telegrams we will accomplish our
objective rather than again just the shot-gun approach to one specific
Senator or one specific news broadcaster because of various comments.
I would liken this to the Kennedy Administration in that they had no
qualms about using the power available to them to achieve their objec-
tives. On the other hand, we seem to march on tip-toe into the political

*Exhibit 1*

**Memorandum Made Public by the Senate Select Committee on Presidential Campaign Activities, Dated October 17, 1969**

situation and are unwilling to use the power at hand to achieve our long term goals which is eight years of a Republican Administration. I clearly remember Kennedy sending out the FBI men to wake-up the Steel Executives in the middle of the night. It caused an uproar in certain cases but he achieved his goal and the vast majority of the American public was with him. If we convince the President that this is the correct approach, we will find that various support groups will be much more productive and much more cooperative; and at the same time I think we will achieve the goals this Administration has set out to do on a much more meaningful planned basis.

PRESIDENT'S REQUEST—

| To: | Item: | Date: |
|---|---|---|
| P. Flanigan | President's request that you take action to counter Dan Rather's allegation that the Hershey move was decided upon because of the moratorium. (Log 1733) | October 17 |
| J. Ehrlichman | President's request that you talk to Ted Lewis concerning the present status of discipline within the Administration. (Log 1699) | October 15 |
| P. Buchanan | President's request for a report on what actions were taken to complain to NBC, *Time* and *Newsweek* concerning a recent article coverage on the Administration. (Log 1688) | October 14 |
| H. Klein | President's request for letters to the editor of *Newsweek* mentioning the President's tremendous reception in Miss. and last Sat. Miami Dolphin football game. (Log 1627) | October 10 |
| H. Klein | President's request that you take appropriate action to counter biased TV coverage of the Adm. over the summer. (Log 1644) CONFIDENTIAL | October 14 |
| H. Klein | President's request that you ask Rogers Morton to take action to counter Howard K. Smith's remarks concerning the three House seats lost by the GOP this year. (Log 1558) | October 8 |
| P. Buchanan | President's request that appropriate columnists be informed of the extemporaneous character of Presidential press conferences. (Log 1551) | October 10 |
| H. Klein | President's request that you demand equal time to counter John Chancellor's commentary regarding the Haynsworth nomination. (Log 1559) | October 7 |

A-7

*Exhibit 1*

## Memorandum Made Public by the Senate Select Committee on Presidential Campaign Activities, Dated October 17, 1969

PRESIDENT'S REQUEST—

| To: | Item: | Date: |
|---|---|---|
| H. Klein | President's request for a report on what action is taken concerning Sen. Muskie's appearance on the "Merv Griffin Show." | October 8 |
| A. Butterfield | President's request for a report what resulted from our PR efforts following up the Friday Press Conference. (Log 1496) | October 3 |
| H. Klein | President's request that we have the CHICAGO TRIBUNE hit Senator Percy hard on his ties with the peace group. (Log 1495) CONFIDENTIAL | October 3 |
| H. Klein | President's request for letters to the editor regarding *Newsweek's* lead article covering the President's U.N. speech. (Log 1443) | September 3 |
| H. Klein | President's request that we counter Ralph Nader's remarks regarding Virginia Knauer accessibility to the President. (Log 1404) | September 3 |
| H. Klein Ron Ziegler | President's request that you attack *Life* Magazine's editorial accusing the Administration of creating a Coherence Gap. (Log 1366) | September 27 |
| H. Klein | President's request that you contact Howard K. Smith and give him the true record on what the Administration has done. (Log 1367) | September 26 |
| A. Butterfield | Sen. Kennedy's Boston speech alleging that the war in Vietnam remains virtually unchanged. (Log 1292) | September 23 |
| P. Flanigan | Ralph Nader's charge that the President pays little attention to consumer affairs. (Log 1293) | September 24 |
| Dr. Kissinger | Article by Jack Anderson which alleges that some U. S. officers in Vietnam favor Thieu's hard line over the President's moderate policy and are sabotaging the truce efforts. (Log 1281) | September 23 |
| H. Klein | President's request that you inform Walter Trohan about our substantive programs and that you place the blame for inaction on the democratic Congress. (Log 1246) | September 20 |
| J. Ehrlichman | President request for a report on possible answers to Evans-Novak charge of an Administration retreat on tax reform. (Log 1224) | September 23 |
| Dr. Kissinger | President's request for a report on Walter Cronkite's comment that the South Vietnamese did not observe the truce resulting from Ho Chi Minh's death. (Log 1154) | September 16 |