# Exhibit 7

(Cardona Declaration)

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 72-819-RJK |
| NATIONAL BROADCASTING COMPANY, INC. | ) | |
| | | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 72-820-RJK |
| COLUMBIA BROADCASTING SYSTEM, INC. | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| v. | ) | No. 72-821-RJK |
| AMERICAN BROADCASTING COMPANIES, INC. | ) | |
| | | |
| AFFIDAVIT of Hamilton P. Fox, III | ) | |
| CITY OF WASHINGTON, DISTRICT OF COLUMBIA | ) | SS |

Hamilton P. Fox, III, being duly sworn, deposes and says:

I make this affidavit for filing with the United States District Court for the Central District of California in the above entitled matters.

1. I am an Assistant Special Prosecutor in the office of the Watergate Special Prosecution Force, and as such am in charge of the investigation by the Watergate Special Prosecution Force into, inter alia, the allegations that the civil antitrust suits brought by the Department of Justice against the three major television networks were improperly motivated.

2

2. The Special Prosecutor's office has taken the steps, which it regards as appropriate and consistent with the nature of the allegations of improper motivation, to investigate the above described matter. The Justice Department documents relevant to the suits have been reviewed and examined, and the Justice Department personnel involved in the decision to file suit as well as some witnesses outside the Department have been interviewed.

3. I am familiar with all the documents and other evidence, in the possession of the Watergate Special Prosecution Force, relating to these suits. None of this evidence supports the claim that these suits were filed for the purpose of influencing network news reports or as a result of campaign contributions by parties having direct or indirect interest in these suits or for any other improper motive or purpose. Although the investigation is not yet complete, all the evidence with which I am familiar indicates that these suits originated with the staff of the Antitrust Division through normal processes and were motivated by proper, antitrust considerations. In the event that any evidence of improper motivation comes to my attention, appropriate steps to inform the Court will be taken.

*Hamilton P. Fox, III*
Hamilton P. Fox, III

Sworn to before me on the _____ day of March, 1974.

_____
Notary Public
My Commission Expires March 14, 1975