# Exhibit 8

(Cardona Declaration)

HENRY S. RUTH, JR.
PETER M. KREINDLER
THOMAS F. McBRIDE
HAMILTON P. FOX, III
Watergate Special Prosecution Force
1425 K Street, N. W.
Washington, D. C. 20005
Telephone: (202) 393-2300

WILLIAM D. KELLER, United States Attorney
DZINTRA J. JANAVS, Assistant United States Attorney
1100 U. S. Court House
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 688-2443
Of Local Counsel

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. NATIONAL BROADCASTING COMPANY, INC., Plaintiff, v. COLUMBIA BROADCASTING SYSTEM, INC., et. al Defendants | Civil Action No. 72-819-RJK  Civil Action No. 72-820-RJK |
| UNITED STATES OF AMERICA Plaintiff, v. AMERICAN BROADCASTING COMPANIES, INC., Defendant. | Civil Action No. 72-821-RJK |

MEMORANDUM OF THE SPECIAL PROSECUTOR

Hamilton P. Fox, III, an Assistant Special Prosecutor in the Office of the Watergate Special Prosecution Force, previously filed an affidavit with the Court concerning its investigation with respect to the

above-captioned matters. In that affidavit, Mr. Fox represented that he would advise the Court if the Special Prosecutor became aware of any "improper motivation" underlying the filing of these suits.

Since the time that affidavit was filed, the Special Prosecutor has conducted further investigation into the origin of the network suits. The investigation has not produced any evidence of criminal activity in connection with the filing of these suits and, accordingly, is now closed. This memorandum is to notify the Court of that fact. In addition, we wish to inform the Court that although none of the witnesses whom we have interviewed since the filing of Mr. Fox's affidavit have indicated that the network suits were filed for improper purposes or motives, one witness, Charles W. Colson, has some information, which may or may not be relevant or helpful to the issues in the civil suit.

Respectfully submitted,

HENRY S. RUTH, Jr.
Special Prosecutor

PETER M. KREINDLER
Counsel to the Special
 Prosecutor

THOMAS F. MCBRIDE
Associate Special Prosecutor

HAMILTON P. FOX, III
Assistant Special Prosecutor

Dated: November 5, 1974.

## CERTIFICATE OF SERVICE

I, Hamilton P. Fox, III hereby certify that the foregoing "Memorandum Of The Special Prosecutor" was served this 5th day of November, 1974, by mailing true copies thereof, postage prepaid, to the following persons at the addresses shown below:

Bernard M. Hollander, Esq.
Stanley E. Disney, Esq.
Antitrust Division
U. S. Department of Justice
1444 United States Court House
312 No. Spring Street
Los Angeles, California 90012
    Counsel for United States of America

Bernard G. Segal, Esq.
Schnader Harrison Segal & Lewis
1719 Packard Building
Philadelphia, Pennsylvania 19102
    and
Samuel O. Pruitt, Jr., Esq.
Gibson Dunn & Crutcher
515 South Flower Street
Los Angeles, California 90071
    Counsel for NBC

Bruce Bromley, Esq.
Cravath Swaine & Moore
One Chase Manhattan Plaza
New York, New York 10005
    and
Lloyd N. Cutler, Esq.
Wilmer Cutler & Pickering
900 17th Street, N. W.
Washington, D. C. 20006
    and
William W. Vaughn, Esq.
O'Melveny & Myers
611 West Sixth Street
Los Angeles, California 90017
    Counsel for CBS

Herbert A. Bergson, Esq.
Bergson Borkland Margolis
  & Adler
21 Dupont Circle, N. W.
Washington, D. C. 20036
    and
Anthony Liebig, Esq.
Lillick McHose Wheat Adams
  & Charles
611 West Sixth Street
Los Angeles, California 90017
    Counsel for ABC

_____
HAMILTON P. FOX, III

```
 1  HENRY S. RUTH, JR.
    PETER M. KREINDLER
 2  THOMAS F. McBRIDE
    HAMILTON P. FOX, III
 3  Watergate Special Prosecution Force
    1425 K Street, N. W.
    Washington, D. C. 20005
 4  Telephone: (202) 393-2300

 5  WILLIAM D. KELLER, United States Attorney
    DZINTRA J. JANAVS, Assistant United States Attorney
 6  1100 U. S. Court House
    312 North Spring Street
 7  Los Angeles, California 90012
    Telephone: (213) 688-2443
 8  Of Local Counsel
```

UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>        Plaintiff, <br><br>    v. <br><br>NATIONAL BROADCASTING COMPANY, INC., <br><br>        Plaintiff, <br><br>    v. <br><br>COLUMBIA BROADCASTING SYSTEM, INC., et. al. <br><br>        Defendants, <br><br>UNITED STATES OF AMERICA <br><br>        Plaintiff, <br><br>    v. <br><br>AMERICAN BROADCASTING COMPANIES, INC., <br><br>        Defendant. | Civil Action No. 72-819-RJK <br><br><br><br><br><br><br>Civil Action No. 72-820-RJK <br><br><br><br><br><br><br><br><br><br>Civil Action No. 72-821-RJK |

MOTION FOR LEAVE TO FILE<br>MEMORANDUM OF THE SPECIAL<br>PROSECUTOR

The Special Prosecutor respectfully seeks leave to file the attached memorandum. We believe the memorandum may be helpful to the Court.

16—76775-1
GPO

-2-

                    Respectfully submitted,

*[signature]*

HENRY S. RUTH, JR.
Special Prosecutor

*[signature]*

PETER M. KREINDLER
Counsel to the Special
  Prosecutor

*[signature]*

THOMAS F. McBRIDE
Associate Special Prosecutor

*[signature]*

HAMILTON P. FOX, III
Assistant Special Prosecutor

Dated: November 5, 1974.

CERTIFICATE OF SERVICE

I, Hamilton P. Fox, III, hereby certify that the foregoing "Motion For Leave To File Memorandum Of The Special Prosecutor" was served this 5th day of November, 1974, by mailing true copies thereof, postage prepaid, to the following persons at the addresses shown below:

Bernard M. Hollander, Esquire
Stanley E. Disney, Esquire
Antitrust Division
U. S. Department of Justice
1444 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
    Counsel for United States
    of America

Bernard G. Segal, Esquire
Schnader Harrison Segal & Lewis
1719 Packard Building
Philadelphia, Pennsylvania 19102
    and
Samuel O. Pruitt, Jr., Esquire
Gibson Dunn & Crutcher
515 South Flower Street
Los Angeles, California 90071
    Counsel for NBC

Bruce Bromley, Esquire
Cravath Swaine & Moore
One Chase Manhattan Plaza
New York, New York 10005
    and
Lloyd N. Cutler, Esquire
Wilmer Cutler & Pickering
900 17th Street, N. W.
Washington, D. C. 20006
    and
William W. Vaughn, Esquire
O'Melveny & Myers
611 West Sixth Street
Los Angeles, California 90017
    Counsel for CBS

Herbert A. Bergson, Esquire
Bergson Borkland Margolis & Adler
21 Dupont Circle, N. W.
Washington, D. C. 20036
    and
Anthony Liebig, Esquire
Lillick McHose Wheat Adams & Charles
611 West Sixth Street
Los Angeles, California 90017
    Counsel for ABC

*/s/ Hamilton P. Fox, III*
HAMILTON P. FOX, III