# Exhibit 10

(Cardona Declaration)

<u>**Exhibit 10**</u>

<u>Chronology</u>
<u>Requests 31 & 32: Studies and Assessments Relating to NRSROs and RMBS/CDO Credit Ratings</u>

| Date | Event |
|---|---|
| Aug. 20, 2013 | United States is served with S&P's First Request for Documents (Abrams Decl., Exh. A) |
| Aug. 26, 2013 | S&P Issues Rule 45 Subpoenas to Board of Governors of the Federal Reserve System, Federal Open Market Committee, and Federal Reserve Bank of New York (Cardona Decl., Exh. 12, 13, 14)<br>• Request 12:  "All documents relating to, consisting of or reflecting any evaluation, assessment, study, finding or analysis made by You between 2004 and 2008 regarding the independence of any NRSRO."<br>• Request 13:  "All documents relating to, consisting of, or reflecting any evaluation, assessment, study, finding or analysis made by or for You concerning credit ratings issued with respect to RMBS and/or CDOs backed by RMBS issued between 2004 and 2008, relating to [6 categories related to NRSRO performance and ratings]." |
| Oct. 1, 2013 | Letter from U.S. Counsel to S&P Counsel (Cardona Decl., Exh. 15):<br>• "With respect to requests 31 and 32, which seek assessments and studies of NRSRO independence and NRSRO credit ratings of RMBS and CDOs, you agreed to consider our request that you let us know if you are aware of any such assessments and studies other than those performed by the SEC, Senate Permanent Subcommittee, and FCIC, or provide us with other guidance that would narrow the request and assist in identifying any other relevant assessments and studies."<br>• "With respect to the SEC and Senate subcommittee assessments, we advised you that non-public documents would have to be sought from those entities by way of Rule 45 subpoena, but that as a matter of practicality and convenience we were willing to assist in facilitating discussions regarding any such subpoenas." |

| Date | Event |
|---|---|
|  | • "With respect to FCIC, we advised you that it no longer existed and that its records (approximately 550 boxes of hardcopy documents and more than 16 Terabytes of electronic data) had been transferred to NARA.  You agreed to consider our request for additional information to narrow your requests so that we could work with NARA to determine whether meaningful searches of this volume of material could be done." |
| Oct. 8, 2013 | Letter from S&P Counsel to U.S. Counsel (Cardona Decl., Exh. 16)<br><br>• "You have asked S&P to identify any responsive assessments or studies that have been conducted other than those conducted by the Senate Permanent Subcommittee on Investigations, the SEC or the FCIC.  We believe that the requests reach inquiries made by many other agents of the United States and not just these three large inquiries."<br><br>• S&P provides four additional examples of studies "that appear to contain responsive material" -- studies prepared by or on behalf of or presented to the President's Working Group on Financial Markets, the Council of Economic Advisors, the OCC, the FDIC, and the Board. |
| Oct. 18, 2013 | United States' Response To Defendants' First Request For Production Of Documents (Abrams Decl., Exh. B)<br><br>• "To the extent this request seeks non-public exhibits and documents supporting and/or gathered in the course of preparing the FCIC study and analysis, the FCIC ceased to exist on February 13, 2011, and its records were transferred to and are in the possession, custody, and control of the National Archives and Records Administration ("NARA").  Attached as Exhibit 2 is a February 10, 2011 letter from FCIC chairman Phil Angelides to NARA confirming that FCIC records transferred to NARA that were not already publicly available would not be made public until February 13, 2016, and that certain specified categories of records would remain non-public even after that date."<br><br>• "Subject to and without waiving either the General Objections or these specific |

| Date | Event |
|---|---|
| | objections, the United States is willing to engage in further discussions with S&P to attempt to identify with particularity any specific types of relevant, non-privileged information and documents gathered in the course of the FCIC's investigation that are not readily available from another source that are sought pursuant to this request and that can be searched for and reviewed within the massive volume of documents held by NARA without posing undue burdens."<br>• "With respect to the additional studies identified by S&P as examples in its October 8 letter, subject to and without waiving either the General Objections or the specific objections set forth above, US counsel has agreed to consult with White House counsel and counsel for the OCC, FDIC, and Board regarding these studies, and then advise S&P further regarding its positions." |
| Oct. 25, 2013 | Letter from S&P counsel to U.S. counsel (Cardona Decl., Exh. 17)<br>• "You agreed in response to Requests 31 and 32 to consult with counsel for the White House OCC, FDIC, and Federal Reserve Board regarding evaluations, studies, findings or analyses made by the United Sates regarding NRSRO independence and credit ratings issued with respect to RMBS and/or CDOs exposed to RMBS issued between 2004 and 2008.  (Req. 31-32) (We also request date(s) for inquiry reaching Treasury and HUD and identifying other potentially relevant agencies.)" |
| Nov. 18, 2013 | Letter from U.S. Counsel to S&P Counsel (Cardona Decl., Exh. 18)<br>• "As we advised you in our November 1, 2013 call, the following agencies take the position that they are independent regulatory agencies from whom documents are properly sought directly through Rule 45 subpoenas, rather than through a Rule 34 request directed at the United States as party-plaintiff in this case: (a) Board of Governors of the Federal Reserve System ("Board"); (b) Federal Open Market Committee ("FOMC"); (c) Office of the Comptroller of the Currency ("OCC"); (d) Federal Deposit Insurance Corporation ("FDIC");   (e) National Credit Union Administration ("NCUA"); and (f) Securities |

| Date | Event |
|---|---|
| | and Exchange Commission ("SEC")." |
| | • "As an independent regulatory agency, FHFA believes any document requests directed at it should be served in accordance with 12 C.F.R. § 1215, to which it will respond appropriately.  Any request should be addressed to FHFA's General Counsel ...." |
| | • Government provides: <br> o "Preliminary finding aids" generated by NARA for the non-public "documents, both hardcopy and electronic, of the [FCIC] over which NARA has current custody" <br> o A link to the "Annual Economic Reports of the President for 2004 through 2008" |
| | • "Once you have reviewed the materials cited, if you have narrowed, more specific requests for documents falling within the scope of [these requests], we will be happy to discuss those with you." |
| Jan. 14, 2014 | S&P Issues Rule 45 Subpoena to FHLB-Atlanta (Cardona Decl., Exh. 20) <br><br> • Request 34: "Any reports, studies, or other analyses performed, created, received or disseminated by You relating to Your knowledge or awareness of instances of fraud or deceptive practices relating to RMBS or CDOs backed by RMBS, including but not limited to reports, studies, or other analyses relating to complaints and investigations relating to the practices of any issuer, arranger, sponsor, underwriter or seller of RMBS or CDOs." <br> • Request 35: "Any documents referring to or concerning independence or objectivity of one or more NRSROs." <br> • Request 36: "Any evaluations, assessments, studies, findings or analyses made or received by You from 2004 to the present relating to the independence or objectivity of any NRSRO, including but not limited to S&P." <br> • Request 38:  "Any evaluations, assessments, studies, findings or analyses made or received by You from 2004 to the present concerning credit ratings issued with respect to RMBS and/or CDOs backed by RMBS issued between 2004 and 2008, relating to [5 categories related to NRSRO performance and ratings]." |
| Jan. 14, 2014 | S&P Issues Rule 45 Subpoena to FHLB-Chicago |

| Date | Event |
|---|---|
|  | (Cardona Decl., Exh. 21)<br><br>• Same Requests 34, 35, 36, 38 |
| Jan. 14, 2014 | S&P Issues Rule 45 Subpoena to FHLB-Seattle (Cardona Decl., Exh. 22)<br><br>• Same Requests 34, 35, 36, 38 |
| Jan. 16, 2014 | Letter from U.S. Counsel to S&P Counsel (Cardona Decl., Exh. 23)<br><br>• "With this production, we believe that we have provided you with all of the materials we have received to date in response to the Rule 45 subpoenas issued to date by the United States in the above-captioned case.  We will continue to check to confirm this, and will let you know if we learn of any such materials that we have not provided."<br><br>• "With this production, we also believe that we have provided you with all the materials we gathered from third-parties (other than materials provided to us by S&P, which are already in your possession) in the course of the United States' FIRREA investigation of S&P that led to the filing of the Complaint in this case ("FIRREA Investigation"), with the following exceptions: [list of eight exceptions]. We will continue to check to confirm the above, and will let you know if we learn of any additional FIRREA Investigation materials that we have not provided." |
| Jan. 17, 2014 | S&P Issues Rule 45 Subpoena to FDIC (Cardona Decl., Exh. 24)<br><br>• Request 14: "Any reports, evaluations, assessments, studies or findings made by or for You or received by You from 2004 to the present concerning fraud or deceptive practices by any Bank relating to RMBS and/or CDOs backed by RMBS issued between 2004 and 2008."<br><br>• Request 23: "Any documents referring to or concerning independence or objectivity of one or more NRSROs."<br><br>• Request 24: "Any reports, evaluations, assessments, studies, findings or analyses made or received by or for You or received by You from 2004 to the present concerning credit ratings issued with respect to RMBS and/or CDOs backed by RMBS issued between 2004 and 2008, relating to [5 categories related to |

5

| Date | Event |
|---|---|
| | NRSRO performance and ratings]."<br>• Request 34: "Any reports, evaluations, assessments, studies or findings made by or for You or received by You from 2004 to the present concerning the role of any Bank as the arranger or issuer of RMBS or CDOs backed by RMBS." |
| Jan. 17, 2014 | S&P Issues Rule 45 Subpoena to OCC (Cardona Decl., Exh. 27)<br><br>• Same Requests 14, 23, 24, 35 |
| Jan. 17, 2014 | S&P Issues Request for Information to FHFA (Cardona Decl., Exh. 25)<br>• Request 24: "Any documents referring to or concerning independence or objectivity of one or more NRSROs."<br>• Request 25: "Any reports, evaluations, assessments, studies, findings or analyses made by or for You or received by You from 2004 to the present concerning credit ratings issued with respect to RMBS and/or CDOs backed by RMBS issued between 2004 and 2008, relating to [5 categories related to NRSRO performance and ratings]." |
| Jan. 17, 2014<br>Jan. 23, 2014<br>Feb. 5, 2014 | S&P Issues Rule 45 Subpoenas to NCUA (Cardona Decl., Exh. 26, 28, 30, 31)<br>• Same Requests 24 and 25 |