# Exhibit 11

(Cardona Declaration)

**Exhibit 11**

<u>Chronology</u>
<u>Request 45: Residential Mortgage Loan Origination Fraud</u>

| Date | Event |
|---|---|
| Aug. 20, 2013 | United States is served with S&P's First Request for Documents (Abrams Decl., Exh. A) |
| Aug. 26, 2013 | S&P Issues Rule 45 Subpoenas to Board of Governors of the Federal Reserve System, Federal Open Market Committee, and Federal Reserve Bank of New York (Cardona Decl., Exh. 12, 13, 14) Request 16: "All documents and communications relating to Your knowledge or awareness, whenever acquired, of instances between 2004 and 2008 of residential mortgage loan origination fraud, including but not limited to complaints and investigations relating to the practices of any issuer, arranger, sponsor, underwriter or seller of RMBS or CDOs." |
| Oct. 1, 2013 | Letter from U.S. Counsel to S&P Counsel (Cardona Decl., Exh. 15): <br>• "With respect to request 45, which seeks documents relating to the United States' knowledge of mortgage fraud during the period 2004 to 2008, we noted issues with respect to relevance, overbreadth, and burden, explaining, in particular, that this would encompass a huge volume of documents, potentially involving every mortgage fraud investigation pending in every district in the country during the specified time period. With this as background, you agreed to consider our request that you provide additional information to narrow the request." |
| Oct. 8, 2013 | Letter from S&P Counsel to U.S. Counsel (Cardona Decl., Exh. 16) <br>• "As a first step, in order to enable us to consider narrowing the scope of this request, we believe that the United States should determine whether any reports, studies or similar analysis was conducted by any of the following entities during the 2004 to 2008 time frame concerning mortgage loan origination fraud: DOJ, FBI, HUD (including OFHEO), OCC, Treasury, and the Board of Governors.  (We intentionally refer to reports, studies, or analyses to make clear that the inquiries in this letter focus on relatively formal work and not on anecdotal reports or emails at this time.)" |

| Date | Event |
|---|---|
| Oct. 18, 2013 | United States' Response To Defendants' First Request For Production Of Documents (Abrams Decl., Exh. B)<br>• "Subject to and without waiving either the General Objections or the specific objections set forth above, US counsel has agreed to consult with certain agency counsel regarding this request for 'formal work' of the type referenced in S&P's October 8, 2013 letter and then advise S&P further regarding its positions." |
| Oct. 25, 2013 | Letter from S&P Counsel to U.S. Counsel (Cardona Decl., Exh. 17)<br>• "You agreed to consult with DOJ, FBI, HUD (including OFHEO), OCC, Treasury and the Federal Reserve Board concerning 'formal work' such as 'any reports, studies or similar analysis conducted by [those agencies] during the 2004 to 2008 time frame concerning mortgage loan origination fraud.' (Req. 45) (We also request date(s) for inquiry reaching FDIC and identifying other potentially relevant agencies.)" |
| Nov. 18, 2013 | Letter from U.S. Counsel to S&P Counsel (Cardona Decl., Exh. 18)<br>• "As we advised you in our November 1, 2013 call, the following agencies take the position that they are independent regulatory agencies from whom documents are properly sought directly through Rule 45 subpoenas, rather than through a Rule 34 request directed at the United States as party-plaintiff in this case: (a) Board of Governors of the Federal Reserve System ("Board"); (b) Federal Open Market Committee ("FOMC"); (c) Office of the Comptroller of the Currency ("OCC"); (d) Federal Deposit Insurance Corporation ("FDIC");  (e) National Credit Union Administration ("NCUA"); and (f) Securities and Exchange Commission ("SEC")."<br>• "As an independent regulatory agency, FHFA believes any document requests directed at it should be served in accordance with 12 C.F.R. § 1215, to which it will respond appropriately.  Any request should be addressed to FHFA's General Counsel, ...."<br>• Government provides:<br>    o  A link to the location on FHFA's public |

| Date | Event |
|---|---|
| | website containing "[r]esearch papers and staff working papers sponsored by FHFA and/or OFHEO on various topics, as well as housing and mortgage data gathered and/or compiled at various times by FHFA and/or OFHEO."<br>o A link to the locations on FHFA's public website containing "[r]eleases describing the suits and settlements" and "the FHFA filings initiating the suits" for "18 lawsuits" filed by FHFA "alleging violations of federal and state securities laws in connection with private-label, residential mortgage-backed securities purchased by Fannie Mae and Freddie Mac."<br>o A link to the location on the FBI's website providing access to the following reports that "contain information relating to mortgage fraud": Financial Crimes Reports for the years 2005, 2006, 2007, 2008, 2009, and 2010; and Mortgage Fraud Reports for the years 2006, 2007, 2008, 2009, and 2010.<br>o Copies of two non-public documents relating to mortgage fraud obtained from the FBI<br>o A link to the website of FinCen (an entity within Treasury) containing "publicly available reports on mortgage and real estate fraud," including the "FinCEN Mortgage Loan Fraud Assessment (November 2006)" and "Mortgage Loan Fraud: An Update of Trends based Upon an Analysis of Suspicious Activity Reports (April 2008)."<br>o A link to the United States Attorneys' Annual Statistical Reports, which in 2008 "began including statistical data regarding mortgage fraud."<br>o A link to the "Annual Economic Reports of the President for 2004 through 2008"<br>o Links to "[w]orking papers and reports generated and/or gathered by HUD's Office of Policy Development and Research," including in particular "publications addressing mortgages and mortgage lending," and "working papers addressing housing finance." |

3

| Date | Event |
|---|---|
| | o Links to "publicly available Board and/or FOMC materials" including FOMC minutes.<br>o A link to a "white paper on mortgage fraud against financial institutions" issued by the Federal Financial Institutions Examination Council (FFIEC), an interagency body responsible for issuing uniform principles, standards, and report forms for the federal examination of financial institutions"<br>• "Once you have reviewed the materials cited, if you have narrowed, more specific requests for documents falling within the scope of [this request], we will be happy to discuss those with you." |
| Dec. 19, 2013 | Letter from S&P Counsel to U.S. Counsel (Cardona Decl., Exh. 19)<br>"S&P is willing to narrow Requests 44, 45, and 46 to those documents relating to financial institutions implicated by the set of RMBS and CDOs identified in the 11.18.13 Disclosure, including the tranche purchasers you have identified as well as the issuers, arrangers, sponsors, underwriters or sellers of the securities listed. Responsive documents would include those obtained in the course of investigations conducted by the United States, but would not be so limited." |
| Jan. 14, 2014 | S&P Issues Rule 45 Subpoena to FHLB-Atlanta (Cardona Decl., Exh. 20)<br>• Request 33: "Any reports, studies, or other analyses performed, created, received or disseminated by You regarding the U.S. residential housing market in any portion of the period 204-2008, including but not limited to reports, studies, or other analyses relating to mortgage fraud by borrowers, loan broker or loan originators, deterioration of loan underwriting standards; or the decline in the housing market." |
| Jan. 14, 2014 | S&P Issues Rule 45 Subpoena to FHLB-Chicago (Cardona Decl., Exh. 21)<br>• Same Request 33 |

| | |
|---|---|
| Jan. 14, 2014 | S&P Issues Rule 45 Subpoena to FHLB-Seattle (Cardona Decl., Exh. 22<br><br>• Same Request 33 |
| Jan. 16, 2014 | Letter from U.S. Counsel to S&P Counsel (Cardona Decl., Exh. 23)<br><br>• "With this production, we believe that we have provided you with all of the materials we have received to date in response to the Rule 45 subpoenas issued to date by the United States in the above-captioned case.  We will continue to check to confirm this, and will let you know if we learn of any such materials that we have not provided."<br><br>• "With this production, we also believe that we have provided you with all the materials we gathered from third-parties (other than materials provided to us by S&P, which are already in your possession) in the course of the United States' FIRREA investigation of S&P that led to the filing of the Complaint in this case ("FIRREA Investigation"), with the following exceptions: [list of eight exceptions]. We will continue to check to confirm the above, and will let you know if we learn of any additional FIRREA Investigation materials that we have not provided." |
| Jan. 17, 2014 | S&P Issues Rule 45 Subpoena to FDIC (Cardona Decl., Exh. 24)<br><br>• Request 15: "Any reports, evaluations, assessments, studies or findings made by or for You or received by You from 2004 to the present concerning instances of residential mortgage loan origination fraud and relating to the practices of any Bank between 2004 and 2008."<br><br>• Request 43: "Documents sufficient to identify economic working papers written by or received by You from 2004 to the present concerning the U.S. residential housing market, residential mortgage loan origination fraud, and RMBS and/or CDOs backed by RMBS issued between 2004 and 2008." |
| Jan. 17, 2014 | S&P Issues Rule 45 Subpoena to OCC (Cardona Decl., Exh. 27)<br><br>• Same Requests 15 and 43 |
| Jan. 17, 2014 | S&P Issues Request for Information to FHFA |

5

| | |
|---|---|
| | (Cardona Decl., Exh. 25)<br>• Request 11: "Any reports, evaluations, assessments, studies, findings or analyses made by or for You or received by You from 2004 to the present relating to: [list of 8 topics, including] "the increase in mortgage fraud by borrowers, loan brokers or loan originators, deterioration of underwriting standards, or the decline in the U.S. residential housing market."<br>• Request 15: "Any documents from 2004 to the present relating to Your knowledge or awareness of instances of residential mortgage loan origination fraud, including but not limited to complaints and investigations relating to the practices of any Government Designated Credit Union." |
| Jan. 17, 2014<br>Jan. 23, 2014<br>Feb. 5, 2014 | S&P Issues Rule 45 Subpoenas to NCUA<br>(Cardona Decl., Exh. 26, 28, 30, 31)<br>• Same Requests 11 and 15 |