# Exhibit 17

(Cardona Declaration)

### CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| FLOYD ABRAMS | CHARLES A. GILMAN | TELEPHONE: (212) 701-3000 | ANN S. MAKICH | HOWARD G. SLOANE |
| L. HOWARD ADAMS | STEPHEN A. GREENE | FACSIMILE: (212) 269-5420 | JONATHAN I. MARK | JOSIAH M. SLOTNICK |
| ROBERT A. ALESSI | JASON M. HALL | | BRIAN T. MARKLEY | RICHARD A. STIEGLITZ JR. |
| HELENE R. BANKS | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | WILLIAM J. MILLER | SUSANNA M. SUH |
| ANIRUDH BANSAL | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | NOAH B. NEWITZ | ANTHONY K. TAMA |
| LANDIS C. BEST | DOUGLAS S. HOROWITZ | (202) 862-8900 | MICHAEL J. OHLER | JONATHAN D. THIER |
| SUSAN BUCKLEY | TIMOTHY B. HOWELL | FAX: (202) 862-8958 | ATHY A. O'KEEFFE | JOHN A. TRIPODORO |
| KEVIN J. BURKE | DAVID G. JANUSZEWSKI | | DAVID R. OWEN | GLENN J. WALDRIP, JR. |
| JAMES J. CLARK | ELAI KATZ | | JOHN PAPACHRISTOS | HERBERT S. WASHER |
| BENJAMIN J. COHEN | THOMAS J. KAVALER | | LUIS R. PENALVER | MICHAEL B. WEISS |
| STUART G. DOWNING | BRIAN S. KELLEHER | AUGUSTINE HOUSE | DEAN RINGEL | S. PENNY WINDLE |
| ADAM M. DWORKIN | DAVID N. KELLEY | 6A AUSTIN FRIARS | JAMES ROBINSON | COREY WRIGHT |
| JENNIFER B. EZRING | CHÉRIE R. KISER* | LONDON, ENGLAND EC2N 2HA | THORN ROSENTHAL | DANIEL J. ZUBKOFF |
| JOAN MURTAGH FRANKEL | EDWARD P. KRUGMAN | (011) 44.20.7920.9800 | TAMMY L. ROY | ADAM ZUROFSKY |
| JONATHAN J. FRANKEL | JOEL KURTZBERG | FAX: (011) 44.20.7920.9825 | JONATHAN A. SCHAFFZIN | |
| BART FRIEDMAN | ALIZA R. LEVINE | | JOHN SCHUSTER | |
| CIRO A. GAMBONI | JOEL H. LEVITIN | | MICHAEL A. SHERMAN | *ADMITTED IN DC ONLY |
| WILLIAM B. GANNETT | GEOFFREY E. LIEBMANN | WRITER'S DIRECT NUMBER | DARREN SILVER | |

(212) 701-3521

October 25, 2013

Re:     In the Matter of Standard & Poor's Financial Services, LLC

Dear George:

      As discussed during our meet and confer of October 24, 2013, I write to provide you with a list of subjects contained in Defendants' First Document Requests as to which you indicated in your Responses and Objections that the United States is still conducting inquiries necessary to determine its position. We offered to collect these items in convenient form and this letter reflects that effort. We anticipate that you will be able to supply us the dates sought in our next call, scheduled for Friday, November 1. As we indicated in the call, this list is drawn from the specific written responses of the United States and does not encompass follow-up issues arising from discussions on our October 24 call.

      We request that you provide us with an approximate date of completion for each of the following inquiries.

      a)  You agreed in response to Request 4 to search, using examples provided by S&P as guidelines, for policies concerning the creation, use and retention of witness interview and depositions notes and summaries. (Req. 4)

      b)  You agreed in response to Request 21 to "conduct inquiries and/or searches for documents" to determine "the date on which the phrase ["Alchemy"] was first put to use," "who selected the code phrase" and "what the phrase refers to." (You reserved the right to produce the answers to these inquiries or instead to make further objections.) (Req. 21)

      c)  You agreed to consult with counsel for the Treasury Department, Federal Reserve Board and the Federal Open Markets Committee relating to several of our requests for certain

CAHILL GORDON & REINDEL LLP

      documents reviewed, considered or relied upon by Henry Paulson, Ben Bernanke and Timothy Geithner in making certain specified statements, including "residential mortgage delinquency and loss data, reports on residential mortgage fraud and economic projections relating to the residential housing and residential mortgage markets." (Req. 22, 24, 25, 27, 28, 30)

d) You agreed in response to Requests 31 and 32 to consult with counsel for the White House, OCC, FDIC, and Federal Reserve Board regarding evaluations, studies, findings or analyses made by the United States regarding NRSRO independence and credit ratings issued with respect to RMBS and/or CDOs exposed to RMBS issued between 2004 and 2008. (Req. 31-32) (We also request date(s) for inquiry reaching Treasury and HUD and identifying other potentially relevant agencies.)

e) You agreed to consult with DOJ, FBI, HUD (including OFHEO), OCC, Treasury and the Federal Reserve Board concerning "formal work" such as "any reports, studies or similar analysis conducted by [those agencies] during the 2004 to 2008 time frame concerning mortgage loan origination fraud." (Req. 45) (We also request date(s) for inquiry reaching FDIC and identifying other potentially relevant agencies.)

f) You agreed in response to Requests 51-52 to consult with White House and Treasury counsel regarding collection of communications to and from Gene Sperling or Tim Geithner relating to any adverse action against S&P. (Req. 51-52)

      With regards to items c, d, and e please let us know on Friday whether the position taken by you on the October 24 call as to the "independent agencies" and Rule 45 means that you will not be working with the Federal Reserve Board, the Open Markets Committee or the FDIC to accomplish identification or production of the referenced materials.

      Please notify us no later than the call on November 1, 2013 as to the approximate expected date of completion for each of these tasks.

Very truly yours,

Dean Ringel

CAHILL GORDON & REINDEL LLP

George S. Cardona, Esq.
Chief Assistant United States Attorney
Central District of California
United States Courthouse
312 North Spring Street, 12th Floor
Los Angeles, California  90012

BY E-MAIL

cc:    Anoiel Korshid, Esq.
        James Nelson, Esq.

        Floyd Abrams, Esq.
        John W. Keker, Esq.
        Jennifer Keller, Esq.