# Exhibit 23

(Cardona Declaration)



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*George S. Cardona*
*Phone: (213) 894-8323*
*E-mail: George.S.Cardona@usdoj.gov*

*United States Courthouse*
*312 North Spring Street, 12th Floor*
*Los Angeles, California 90012*

January 16, 2014

**VIA FEDERAL EXPRESS**

S. Penny Windle, Esq.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

      Re:    <u>United States v. McGraw-Hill Companies, Inc., et al.</u>, Case No. 13-cv-0779 DOC (C.D. Cal.); Discovery Production

Dear Ms. Windle:

Please find enclosed the following productions of materials responsive to various requests set forth in Defendants' First Request for Production of Documents (the "First Request").

First, enclosed is one encrypted "DataLocker" 500 GB hard drive (the box for which is marked "HD9") that contains copies of materials produced in response to investigative subpoenas issued by the United States pursuant to 12 U.S.C. § 1833a(g)(1) in the course of the FIRREA investigation that led to the filing of the Complaint in the above-captioned case ("FIRREA Subpoenas"). The enclosed spreadsheet ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ identifies the 3rd Party FIRREA Subpoena respondents and the corresponding Bates Numbers for each respondent's materials. The password for HD9 will be provided to you in a separate email. The materials on the hard drive marked "HD9" are part of a continuing production of materials that are responsive, in part, to requests for production 5 through 9; 12; 14 through 15; 17; and 19 through 20 within the First Request. The materials on the hard drive marked "HD9" were produced to us, and are being provided to you, with the understanding that they will be treated as subject to the terms of the Protective Order in place in this case, in accordance with the terms set forth in the letter agreement dated October 1, 2013 and signed by Mr. Keker regarding the confidential treatment of documents produced by third parties in response to FIRREA Subpoenas.

Second, enclosed is an encrypted DVD (marked "R.45 Subpoena Productions") that contains copies of documents produced in response to Rule 45 subpoenas issued by the United States in the above-captioned case. The TrueCrypt password for this DVD will be provided to you in a separate email. In order to get these documents to you more quickly after we first received them, we previously provided you with copies of these documents that did not contain Bates numbers because they were provided to us by their sources without Bates numbers. We have now provided Bates numbers for these documents, as set forth in the enclosed spreadsheet ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. In accordance with the agreement

S. Penny Windle, Esq.
Cahill Gordon & Reindel LLP
RE: *United States v. McGraw-Hill Companies, Inc., et al.*
January 16, 2014
Page 2

under which we provided these documents without Bates numbers as received in order to get them to you more quickly, please replace the documents without Bates numbers with these substitute documents bearing Bates numbers.

Third, enclosed is a CD (marked "3rd Party Communications – 11/22/13 through 1/14/14") that contains an encrypted PDF portfolio containing email communications with Rule 45 subpoena respondents through January 14, 2014. The password for this encrypted PDF portfolio will be provided to you in a separate email.

The documents on the DVD and CD referenced above are part of a continuing production of materials that are responsive, in part, to requests for production 17 and 18 within the First Request. As you will note, many of these documents have been individually marked and/or otherwise designated (often in the cover correspondence) as "confidential" or "confidential information" by the parties producing them. All of these documents (regardless of the individual marking and/or designation) were produced to us, and are being provided to you, with the understanding that they will be treated as subject to the terms of the Protective Order in place in this case.

With this production, we believe that we have provided you with all of the materials we have received to date in response to the Rule 45 subpoenas issued to date by the United States in the above-captioned case. We will continue to check to confirm this, and will let you know if we learn of any such materials that we have not provided.

With this production, we also believe that we have provided you with all the materials we gathered from third-parties (other than materials provided to us by S&P, which are already in your possession)[1] in the course of the United States' FIRREA investigation of S&P that led to the filing of the Complaint in this case ("FIRREA Investigation"), with the following exceptions:

(1) 

S. Penny Windle, Esq.
Cahill Gordon & Reindel LLP
RE: *United States v. McGraw-Hill Companies, Inc., et al.*
January 16, 2014
Page 3



(2)

(3)

(4)

(5)

(6)

S. Penny Windle, Esq.
Cahill Gordon & Reindel LLP
RE: *United States v. McGraw-Hill Companies, Inc., et al.*
January 16, 2014
Page 4



(7)

(8)

We will continue to check to confirm the above, and will let you know if we learn of any additional FIRREA Investigation materials that we have not provided.

///

///

S. Penny Windle, Esq.
Cahill Gordon & Reindel LLP
RE: *United States v. McGraw-Hill Companies, Inc., et al.*
January 16, 2014
Page 5

As we have discussed, we anticipate producing additional materials responsive to the First Request on a rolling basis. This production, and the information contained in this letter, are being provided to you subject to, and without waiving, any objections set forth in our formal response to the First Request, which was served on you on October 18, 2013. If you have questions or wish to discuss any of the above, please let me know.

Very truly yours,

*[signature]*

George S. Cardona
Chief Assistant United States Attorney

Enclosures

cc:   Floyd Abrams, Esq. (w/out enclosures)
      John W. Keker, Esq. (w/out enclosures)
      Elliot R. Peters, Esq. (w/out enclosures)
      Steve Taylor, Esq. (w/out enclosures)
      Paven Malhotra, Esq. (w/out enclosures)
      Jennifer L. Keller, Esq. (w/out enclosures)
      Anoiel Khorshid, Assistant United States Attorney
      James Nelson, Trial Attorney (w/out enclosures)