# Exhibit 34

(Cardona Declaration)

## Cardona, George S. (USACAC)

| | |
|---|---|
| **From:** | Steven Taylor <STaylor@kvn.com> |
| **Sent:** | Wednesday, February 12, 2014 9:17 AM |
| **To:** | Cardona, George S. (USACAC) |
| **Cc:** | John Keker; Elliot Peters; Paven Malhotra; Floyd Abrams; Penny Windle; Ringel, Dean (DRingel@Cahill.com); Khorshid, Anoiel (USACAC); Nelson, James (CIV) |
| **Subject:** | RE: U.S. v. McGraw Hill Companies, Response to February 10 call |

George

While we appreciate your efforts to limit the issues in our Motion to Compel, we have discussed the proposal you made on the call yesterday and will not agree to it at this time.   In many ways we think that the proposal does not eliminate issues for the Court's consideration, but instead delays them for later.

Regarding Department of Justice interview memoranda and notes, we are not, at this time, moving to compel internal DOJ notes regarding particular witness interviews in other FIRREA investigations.  That said, we maintain our position that we are entitled to the notes and memoranda for any deponent who is or will be a witness in the case, and any memoranda or notes that contain Brady-like materials.

Feel free to call me if you want to discuss this further.

Thanks

Steve

**From:** Cardona, George S. (USACAC) [mailto:George.S.Cardona@usdoj.gov]
**Sent:** Tuesday, February 11, 2014 1:31 PM
**To:** Steven Taylor
**Cc:** John Keker; Elliot Peters; Paven Malhotra; Floyd Abrams; Penny Windle; Ringel, Dean (DRingel@Cahill.com); Khorshid, Anoiel (USACAC); Nelson, James (CIV)
**Subject:** RE: U.S. v. McGraw Hill Companies, Response to February 10 call

Do you have some time to discuss this afternoon.   After some thought, I have an alternative proposal that I think might address both side's concerns while significantly narrowing the issues before the court.

**From:** Steven Taylor [mailto:STaylor@kvn.com]
**Sent:** Tuesday, February 11, 2014 1:29 PM
**To:** Cardona, George S. (USACAC); Khorshid, Anoiel (USACAC); Nelson, James (CIV)
**Cc:** John Keker; Elliot Peters; Paven Malhotra; Floyd Abrams; Penny Windle; Ringel, Dean (DRingel@Cahill.com)
**Subject:** U.S. v. McGraw Hill Companies, Response to February 10 call

George

At your request, as a follow up to our call yesterday, we can confirm that we are willing to exclude the following categories of documents from the scope of our document requests and pending Motion to Compel:

- Documents relating to criminal grand jury investigations; and
- Portions of documents that reflect settlement demands or offers of the parties.  However, to the extent that communications that you generally referred to as "White Papers" were exchanged between the Government and private parties, we believe we are entitled to those portions of the communications that are not strictly

1

offers or demands of settlement.  We would expect that portions of communications that contain the terms of a settlement offer would be redacted to exclude privileged information.

As to the remaining categories of documents and information that you discussed, we continue to believe that we are entitled to production of that material, as well as production of the material that you have suggested we seek directly from third parties, and we will not narrow or limit our requests further at this time.

If you have any questions, we would be happy to discuss this further.

Steve