# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

[Stamp: SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT FEB -4 2014 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY]

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge _David O. Carter_

From: _Denise Vo_____, Deputy Clerk   Date Received: _January 31, 2014_

Case No.: _CV13-00779-DOC (JCGx)_   Case Title: _United States of America v. McGraw Hill Companies_

Document Entitled: _(1) Motion to stay Proceeding, (2) Brief submitted by Amicus Inc, et al william michael cunningham in support of his motion to stay the proceeding pending appeal, (3) Motion for a stay pending appeal_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1   Document not legible
- ☐ Local Rule 11-3.8   Lacking name, address, phone, facsimile numbers and email address
- ☒ Local Rule 11-4.1   No copy provided for judge
- ☐ Local Rule 19-1   Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1   Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6   Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8   Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1   Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1   Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2   Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-7   Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)   No proof of service attached to document(s)
- ☐ General Order 08-02   Case is designated for electronic filing
- ☐ Other: _____

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_2/4/14_   _/s/ David O. Carter_
Date   U.S. District Judge / U.S. Magistrate Judge
   DAVID O. CARTER

☐ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

Date   U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 - ORIGINAL - OFFICE   COPY 2 - JUDGE   COPY 3 - SIGNED & RETURNED TO FILER   COPY 4 - FILER RECEIPT