William Michael Cunningham, PRO SE
5308 Ludlow Drive
Temple Hills, MD 20748
202-455-0430

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>MCGRAW-HILL COMPANIES, INC.,<br>and STANDARD & POOR'S<br>FINANCIAL SERVICES, LLC, ET.<br>AL.,<br><br>                Defendant(s) | Case No.: 2:13-cv00779-DOC- JCG<br>**MOTION FOR A STAY PENDING APPEAL**<br>Hearing Date:<br>Time:<br>Judge: Hon. David O. Carter<br>Courtroom: 9D, Santa Ana |

I, William Michael Cunningham, declare as follows:

My address is 5308 Ludlow Drive, Temple Hills, MD 20748.

On January 28, 2014, I served the document(s) described as:

S&PStayFilingMotion.pdf – Motion to stay this proceeding matter.

S&PStayBrief.pdf – Stay Brief.

S&PStayFilingMotionNotice.pdf – Notice that Motion was being filed.

S&PStayFilingMotionOrder.pdf – Order granting motion.

on all interested parties in this action by placing a true and correct copy thereof via electronic mail, and sent addressed to:

Certificate of Service - 1

| | | | |
|---|---|---|---|
| 1 2 3 | **McGraw-Hill Companies Inc**<br>*(Defendant)* | represented by | **Floyd Abrams**<br>Cahill Gordon and Reindel LLP<br>fabrams@cahill.com |
| 4 5 | | | **John W Keker**<br>Keker and Van Nest LLP<br>jkeker@kvn.com |
| 6 7 8 | | | **Jennifer L Keller**<br>Keller Rackauckas Umberg Zipser LLP<br>jkeller@kruzlaw.com |
| 9 10 11 | | | **Paven Malhotra**<br>Keker and Van Nest LLP<br>pmalhotra@kvn.com |
| 12 13 14 | | | **Elliot R Peters**<br>Keker and Van Nest LLP<br>epeters@kvn.com |
| 15 16 | | | **Steven K Taylor**<br>Keker and Van Nest LLP<br>staylor@kvn.com |
| 17 18 19 | | | **S Penny Windle**<br>Cahill Gordon and Reindel LLP<br>pwindle@cahill.com |
| 20 21 22 | **Standard and Poors Financial Services LLC**<br>*Added: 02/04/2013*<br>*(Defendant)* | represented by | **Floyd Abrams**<br>Cahill Gordon and Reindel LLP<br>fabrams@cahill.com |
| 23 24 25 | | | **John W Keker**<br>Keker and Van Nest LLP<br>jkeker@kvn.com |
| 26 | | | |

| | | | |
|---|---|---|---|
| 1 | | | **Jennifer L Keller**<br>Keller Rackauckas Umberg Zipser LLP<br>jkeller@kruzlaw.com |
| 2 | | | |
| 3 | | | |
| 4 | | | **Paven Malhotra**<br>Keker and Van Nest LLP<br>pmalhotra@kvn.com |
| 5 | | | |
| 6 | | | |
| 7 | | | **Elliot R Peters**<br>Keker and Van Nest LLP<br>epeters@kvn.com |
| 8 | | | |
| 9 | | | |
| 10 | | | **Steven K Taylor**<br>Keker and Van Nest LLP<br>staylor@kvn.com |
| 11 | | | |
| 12 | | | |
| 13 | | | **S Penny Windle**<br>Cahill Gordon and Reindel LLP<br>pwindle@cahill.com |
| 14 | | | |
| 15 | | | |
| 16 | **United States of America**<br>*Added: 02/04/2013*<br>*(Plaintiff)* | represented by | **George S Cardona**<br>AUSA - Office of US Attorney<br>Chief Assistant United State Attorney<br>USACAC.Criminal@usdoj.gov |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | **Stuart F Delery**<br>United States Department of Justice<br>Civil Division<br>USACAC.Criminal@usdoj.gov |
| 21 | | | |
| 22 | | | |
| 23 | | | **Anoiel Khorshid**<br>AUSA - Office of US Attorney<br>Civil Division - Federal Building<br>anoiel.khorshid@usdoj.gov |
| 24 | | | |
| 25 | | | |
| 26 | | | **Sondra L Mills** |

US Department of Justice
Office of Consumer Litigation
sondra.mills@usdoj.gov

**Richard E Robinson**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
USACAC.Criminal@usdoj.gov

**Leon W Weidman**
AUSA - Office of US Attorney
Chief - Civil Division
USACAC.Civil@usdoj.gov

Movant notes his application and request for access to the PACER system on September 12, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 28, 2014 at Washington, DC.

Dated this 28th day of January, 2014

By: /s/
William Michael Cunningham, PRO SE
5308 Ludlow Drive
Temple Hills, MD 20748
202-455-0430

