KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (*pro hac vice*)
fabrams@cahill.com
S. PENNY WINDLE (*pro hac vice*)
pwindle@cahill.com
80 Pine Street
New York, New York 10005-1702
Telephone: 212 701 3000
Facsimile: 212 269 5420

KELLER RACKAUCKAS LLP
JENNIFER L. KELLER (SBN 84412)
keller@krlawllp.com
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants THE MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**REPLY DECLARATION OF FLOYD ABRAMS**<br><br>Date:     March 11, 2014 7:30 a.m.<br>Dept.:    Courtroom 9D<br>Judge:   Honorable David O. Carter<br><br>Complaint filed February 4, 2013 |

I, FLOYD ABRAMS, declare under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of the State of New York and a member of the firm of Cahill Gordon & Reindel LLP, counsel for Defendants McGraw Hill Financial, Inc. (formerly The McGraw-Hill Companies, Inc.) and Standard & Poor's Financial Services LLC ("S&P") in this action. I have been admitted *pro hac vice* to appear before the Court in this action. I submit this declaration to place before the Court certain documents and information referenced in the Reply Memorandum in Support of Defendants' Motion to Compel Discovery. I make this declaration of my own personal knowledge, and if called to do so, could testify competently to the facts stated herein under oath.

2. Annexed hereto as Exhibit A is a true and correct copy of "Defendants' Second Request for Production of Documents," served in this action, dated January 31, 2014. (A copy of this document was annexed as Exhibit 29 to the Declaration of George S. Cardona, Esq. dated February 17, 2014, but that exhibit omitted the calendar entries included as attachments to the Second Request that were included with the service copy.)

3. Annexed hereto as Exhibit B is a true and correct copy of "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Terrence J. Checki," served in this action, dated February 11, 2014. (A copy of this document was annexed as Exhibit 33 to the Declaration of George S. Cardona, Esq. dated February 17, 2014, but that exhibit omitted the calendar entries included as attachments to the subpoena that were included with the service copy of the subpoena and the notice of the issuance of such subpoena served on the United States.)

4. Annexed hereto as Exhibit C is a true and correct copy of "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

1

in a Civil Action to Timothy F. Geithner," served in this action, dated February 7, 2014.  (A copy of this document was annexed as Exhibit 32 to the Declaration of George S. Cardona, Esq. dated February 17, 2014, but that exhibit omitted the calendar entries included as attachments to the service copy of the subpoena and the notice of the issuance of such subpoena served on the United States.)

I declare under penalty of perjury that the foregoing is true and correct.

      /s/ Floyd Abrams
      Floyd Abrams

Executed:   New York, New York
             February 24, 2014