STUART DELERY
Assistant Attorney General
MAAME EWUSI-MENSAH FRIMPONG
  (CA Bar No.: 222986)
ARTHUR R. GOLDBERG
MICHAEL S. BLUME
JAMES T. NELSON
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS (CA Bar No. 090723)
THOMAS D. ZIMPLEMAN
United States Department of Justice, Civil Division
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Telephone:     (202) 616-2376
    Facsimile:     (202) 514-8742
    Email: James.Nelson2@usdoj.gov

ANDRÉ BIROTTE JR.
United States Attorney
GEORGE S. CARDONA (CA Bar No. 135439)
LEON W. WEIDMAN (CA Bar No. 104078)
ANOIEL KHORSHID (CA Bar No. 223912)
RICHARD E. ROBINSON (CA Bar No. 090840)
Assistant United States Attorneys
Room 7516 Federal Building
300 N. Los Angeles St.
Los Angeles, California 90012
Telephone:     (213) 894-8323/6086
Facsimile:     (213) 894-7819 [Main]
Email: George.S.Cardona@usdoj.gov / Anoiel.Khorshid@usdoj.gov

Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>MCGRAW-HILL COMPANIES, INC.,<br>and STANDARD & POOR'S FINANCIAL<br>SERVICES LLC,<br><br>          Defendants. | Case No. 2:13-cv-00779-DOC-JCG<br><br>**EXHIBIT 1 TO UNITED STATES'**<br>**REPLY IN SUPPORT OF CROSS-**<br>**MOTION FOR PROTECTIVE ORDER AND**<br>**TO STRIKE DEFENSE**<br><br>**Date: March 11, 2014 7:30 a.m.**<br>**Location: Courtroom 9D**<br>**Judge: Hon. David O. Carter** |

- 1 -



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

February 20, 2014

VIA E-MAIL AND FIRST-CLASS MAIL

Floyd Abrams, Esq.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York 10005

Re: *United States of America v McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC*, Civ. A. No. 2:13-cv-00779-DOC-JCG (CDCA)

Dear Mr. Abrams:

I write in response to your third-party subpoena to former Treasury Secretary Timothy F. Geithner, dated February 7, 2014, seeking Mr. Geithner's production of documents in connection with the above-referenced litigation. Pursuant to Treasury's *Touhy* regulations, codified at 31 C.F.R. Part 1, Subpart B, the former Secretary cannot produce these documents without prior authorization from Treasury's Office of the General Counsel. *See* 31 C.F.R. § 1.11(c).

In determining whether to grant such authorization, this Office will consider the factors set forth at 31 C.F.R. § 1.11(e), including whether the information requested would be unduly burdensome and whether it is relevant and material to the action pending, genuinely necessary to the proceeding, unavailable from other sources, and reasonable in its scope. If you are still interested in the production of documents by Mr. Geithner, we request that you provide us with additional information bearing on these and the other factors set forth in the regulation.

We note that the Department of Justice filed a motion for protective order with regard to the above-referenced subpoena on February 17, 2014. Treasury reserves its right to object to any or all aspects of your subpoena, including on the grounds set forth in that motion. If you have questions regarding this matter, please contact attorney Andrew Stein at 202-622-1177.

Sincerely,

Brian J. Sonfield
Deputy Assistant General Counsel
(General Law & Regulation)

cc: John S. Kiernan, Debevoise & Plimpton, LLP (Attorney for Mr. Geithner)