LOEB & LOEB LLP
DANIEL G. MURPHY (SBN 141006)
Email: dmurphy@loeb.com
AURELE A. DANOFF
Email: adanoff@loeb.com (SBN 253043)
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, California 90067
Telephone: (310) 282-2000
Facsimile: (310) 282-2200

DEBEVOISE & PLIMPTON LLP
JOHN S. KIERNAN (*pro hac vice* to be filed)
Email: jskiernan@debevoise.com
NICHOLAS C. TOMPKINS (*pro hac vice* to be filed)
Email: ntompkins@debevoise.com
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Non-Party Timothy F. Geithner*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>Defendants. | No. 2:13-cv-00779-DOC (JCGx)<br><br>**NOTICE OF MOTION & MOTION TO QUASH SUBPOENA TO NON-PARTY TIMOTHY F. GEITHNER**<br><br>Date: March 11, 2014 7:30 a.m.<br>Location: Courtroom 9D<br>Judge: Hon. David O. Carter |

# NOTICE OF MOTION & MOTION TO QUASH SUBPOENA TO NON-PARTY TIMOTHY F. GEITHNER

**PLEASE TAKE NOTICE** that on March 11, 2014 at 7:30 a.m. or such other date and time as may be determined by the Court, at 411 West Fourth Street, Santa Ana, California in Courtroom 9D, before the Honorable David O. Carter, the undersigned attorneys for non-party Timothy F. Geithner, will and hereby do move the Court for an order to quash the subpoena served on him on February 10, 2014 by Defendants McGraw-Hill Companies and Standard & Poor's Financial Services LLC ("S&P"). This motion is based on the Memorandum of Non-Party Timothy F. Geithner in Support of Motion to Quash Subpoena and United States' Cross-Motion for Protective Order filed concurrently herewith. The parties have agreed that any response papers to this motion will be filed no later than March 7, 2014 by S&P, that no reply papers will be submitted on behalf of Secretary Geithner, and that this motion may be considered on March 11, 2014, in conjunction with related motions previously filed with the Court.

Dated: March 3, 2014

        Respectfully submitted,

        LOEB & LOEB LLP

        DEBEVOISE & PLIMPTON LLP

By:    /s/ *Daniel G. Murphy*

        John S. Kiernan
        Nicholas C. Tomkins
        Daniel G. Murphy
        Aurele A. Danoff

*Attorneys for Non-Party Timothy F. Geithner*