Name and address:
Daniel G. Murphy (SBN 141006)/Aurele A. Danoff (SBN 253043)
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310-282-2000
Facsimile: 310-282-2200

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>          Plaintiff(s)<br>v.<br>McGraw-Hill Companies, Inc. and<br>Standard & Poor's Financial Services LLC<br><br>          Defendant(s). | CASE NUMBER<br><br>CV13-00779-DOC (JCGx)<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Tompkins, Nicholas C.    of  Debevoise & Plimpton LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*  919 Third Avenue
         New York, New York 10022
212-909-6949  212-909-6836
*Telephone Number*  *Fax Number*

ntompkins@debevoise.com  *Firm Name & Address*
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Timothy F. Geithner

*Name(s) of Party(ies) Represented* ☐ Plaintiff ☐ Defendant ☒ Other:

**and designating as Local Counsel**
Murphy, Daniel G.  of  Loeb & Loeb LLP
*Designee's Name (Last Name, First Name & Middle Initial)*  10100 Santa Monica Blvd.
         Suite 1900
141006  310-282-2215  Los Angeles, CA 90067
*Designee's Cal. Bar Number* *Telephone Number*

  310-919-3895  *Firm Name & Address*
  *Fax Number*

  dmurphy@loeb.com
  *E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated _____  _____
         **U.S. District Judge/U.S. Magistrate Judge**