Name and address:
Daniel G. Murphy (SBN 141006)/Aurele A. Danoff (SBN 253043)
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310-282-2000
Facsimile: 310-282-2200

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV13-00779-DOC (JCGx) |
| v. | |
| McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kiernan, John S.                          of   Debevoise & Plimpton LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*      919 Third Avenue
                                              New York, NY 10022
212-909-6692          212-521-7692
*Telephone Number*      *Fax Number*            *Firm Name & Address*

jskiernan@debevoise.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Timothy F. Geithner

*Name(s) of Party(ies) Represented*   ☐ Plaintiff   ☐ Defendant   ☒ Other: _____

**and designating as Local Counsel**

Murphy, Daniel G.                         of   Loeb & Loeb LLP
*Designee's Name (Last Name, First Name & Middle Initial)*      10100 Santa Monica Blvd.
                                              Suite 2200
141006           310-282-2215                 Los Angeles, CA 90067
*Designee's Cal. Bar Number*   *Telephone Number*

                 310-919-3895                 *Firm Name & Address*
                 *Fax Number*
                                              dmurphy@loeb.com
                                              *E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated _____

                                              **U.S. District Judge/U.S. Magistrate Judge**