| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | JOHN KEKER (SBN 49092) |
| 2 | jkeker@kvn.com |
| | ELLIOT R. PETERS (SBN 158708) |
| 3 | epeters@kvn.com |
| | 633 Battery Street |
| 4 | San Francisco, CA 94111-1809 |
| | Telephone:  415 391 5400 |
| 5 | Facsimile:   415 397 7188 |
| 6 | CAHILL GORDON & REINDEL LLP |
| | FLOYD ABRAMS (*pro hac vice*) |
| 7 | fabrams@cahill.com |
| | S. PENNY WINDLE (*pro hac vice*) |
| 8 | pwindle@cahill.com |
| | 80 Pine Street |
| 9 | New York, New York 10005-1702 |
| | Telephone: 212 701 3000 |
| 10 | Facsimile: 212 269 5420 |
| 11 | KELLER RACKAUCKAS LLP |
| | JENNIFER L. KELLER (SBN 84412) |
| 12 | keller@krlawllp.com |
| | 18300 Von Karman Avenue, Suite 930 |
| 13 | Irvine, CA 92612 |
| | Telephone: 949 476 8700 |
| 14 | Facsimile: 949 476 0900 |
| 15 | Attorneys for Defendants MCGRAW HILL |
| | FINANCIAL, INC., and STANDARD & POOR'S |
| 16 | FINANCIAL SERVICES LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV13-779 DOC (JCGx) |
| Plaintiff, | **NOTICE OF MOTION & MOTION TO COMPEL DISCOVERY FROM THIRD PARTY NATIONAL CREDIT UNION ADMINISTRATION** |
| v. | |
| MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC, | Date:    April 28, 2014 8:30 a.m. |
| | Dept.:   Courtroom 9D |
| | Judge:   Honorable David O. Carter |
| Defendants. | Complaint filed February 4, 2013 |

NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY FROM THIRD PARTY NATIONAL
CREDIT UNION ADMINISTRATION
CASE NO.  CV13-779 DOC (JCGX)

**NOTICE OF MOTION & MOTION TO COMPEL DISCOVERY**

PLEASE TAKE NOTICE that on April 28, 2014, 8:30 a.m., or such other date to be set by the Court, at 411 West Fourth Street, Santa Ana, California, in Courtroom 9D, before the Honorable David O. Carter, Defendants McGraw Hill Financial, Inc. (formerly The McGraw-Hill Companies, Inc.) and Standard & Poor's Financial Services LLC ("S&P") will and hereby do move the Court for an order, pursuant to Federal Rule of Civil Procedure 45, compelling the production of certain documents by the third party National Credit Union Administration ("NCUA").

This motion is made following several conferences of counsel that culminated in a letter of final determination by the NCUA not to produce any documents, consistent with this Court's instructions for the resolution of discovery disputes.

This motion is based on the Memorandum in Support of Defendants' Motion to Compel Discovery and the Declaration of Janet A. Beer (including the exhibits thereto) filed concurrently herewith, all pleadings and papers on file or to be filed in the above-entitled action, arguments of counsel and any other matters that may properly come before the Court for its consideration.

Dated: March 21, 2014         CAHILL GORDON & REINDEL LLP

                              By:    /s/ Floyd Abrams
                                     Floyd Abrams