1  KEKER & VAN NEST LLP
   JOHN KEKER (SBN 49092)
2  jkeker@kvn.com
   ELLIOT R. PETERS (SBN 158708)
3  epeters@kvn.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
5  Facsimile:   415 397 7188

6  CAHILL GORDON & REINDEL LLP
   FLOYD ABRAMS  (*pro hac vice*)
7  fabrams@cahill.com
   S. PENNY WINDLE  (*pro hac vice*)
8  pwindle@cahill.com
   80 Pine Street
9  New York, NY 10005-1702
   Telephone:  212 701 3000
10 Facsimile:   212 269 5420

11 KELLER RACKAUCKAS LLP
   JENNIFER L. KELLER (SBN 84412)
12 jkeller@krlawllp.com
   18300 Von Karman Avenue, Suite 930
13 Irvine, CA 92612
   Telephone:  949 476 8700
14 Facsimile:   949 476 0900

15 Attorneys for Defendants MCGRAW-HILL
   FINANCIAL, INC., and STANDARD & POOR'S
16 FINANCIAL SERVICES LLC

17                UNITED STATES DISTRICT COURT

18                CENTRAL DISTRICT OF CALIFORNIA

19                       SOUTHERN DIVISION

| | |
|---|---|
| 20  UNITED STATES OF AMERICA, | Case No. CV13-779 DOC (JCGx) |
| 21                 Plaintiff, | **NOTICE OF MOTION AND MOTION FOR PHASED TRIALS PURSUANT TO RULE 42(B)** |
| 22  v. | |
| 23  MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S | Date       April 14, 2014<br>Dept.:      Courtroom 9D |
| 24  FINANCIAL SERVICES LLC, | Judge:     Honorable David O. Carter |
| 25                 Defendants. | Complaint filed February 4, 2013 |

26
27
28

---

NOTICE OF MOTION AND MOTION FOR PHASED TRIALS PURSUANT TO RULE 42(B)
CASE NO.  CV13-779 DOC (JCGX)

809170.01

# NOTICE OF MOTION & MOTION FOR PHASED TRIALS PURSUANT TO RULE 42(B)

PLEASE TAKE NOTICE that on April 14, 2014, or on such other date to be set by the Court, at 411 West Fourth St., Santa Ana, California, in Courtroom 9D, before the Honorable David O. Carter, Defendants McGraw Hill Financial, Inc. (formerly The McGraw-Hill Companies, Inc.) and Standard & Poor's Financial Services LLC will and hereby do move the Court for an order, pursuant to Federal Rule of Civil Procedure 42, providing for phased trials.

This motion is made following several conferences of counsel and was discussed with the Court on December 12, 2013, and on March 11, 2014, and in the Parties' Joint Statement Regarding Scheduling, filed on March 18, 2014.

This motion is based on the Memorandum in Support of Defendants' Motion for Phased Trials Pursuant to Rule 42(b) filed concurrently herewith, on all pleadings and papers on file or to be filed in the above-entitled action, arguments of counsel and any other matters that may properly come before the Court for its consideration.

Dated:  March 25, 2014                    KEKER & VAN NEST LLP

By:  /s/ *John W. Keker*
     John W. Keker

Attorneys for Defendants MCGRAW-HILL FINANCIAL, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC