KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS  (*pro hac vice*)
fabrams@cahill.com
S. PENNY WINDLE  (*pro hac vice*)
pwindle@cahill.com
80 Pine Street
New York, NY 10005-1702
Telephone:  212 701 3000
Facsimile:   212 269 5420

KELLER RACKAUCKAS LLP
JENNIFER L. KELLER (SBN 84412)
jkeller@krlawllp.com
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone:  949 476 8700
Facsimile:   949 476 0900

Attorneys for Defendants MCGRAW-HILL
FINANCIAL, INC., and STANDARD & POOR'S
FINANCIAL SERVICES LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV13-779 DOC (JCGx) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR PHASED TRIALS PURSUANT TO RULE 42(B)** |
| v. | |
| MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC, | Date        April 14, 2014<br>Dept.:      Courtroom 9D<br>Judge:     Honorable David O. Carter |
| Defendants. | Complaint filed February 4, 2013 |

809170.01

**NOTICE OF MOTION & MOTION FOR PHASED TRIALS
PURSUANT TO RULE 42(B)**

PLEASE TAKE NOTICE that on April 14, 2014, or on such other date to be set by the Court, at 411 West Fourth St., Santa Ana, California, in Courtroom 9D, before the Honorable David O. Carter, Defendants McGraw Hill Financial, Inc. (formerly The McGraw-Hill Companies, Inc.) and Standard & Poor's Financial Services LLC will and hereby do move the Court for an order, pursuant to Federal Rule of Civil Procedure 42, providing for phased trials.

This motion is made following several conferences of counsel and was discussed with the Court on December 12, 2013, and on March 11, 2014, and in the Parties' Joint Statement Regarding Scheduling, filed on March 18, 2014.

This motion is based on the Memorandum in Support of Defendants' Motion for Phased Trials Pursuant to Rule 42(b) filed concurrently herewith, on all pleadings and papers on file or to be filed in the above-entitled action, arguments of counsel and any other matters that may properly come before the Court for its consideration.

Dated:  March 25, 2014              KEKER & VAN NEST LLP


                                    By:  /s/ *John W. Keker*
                                    John W. Keker

                                    Attorneys for Defendants MCGRAW-HILL
                                    FINANCIAL, INC., and STANDARD &
                                    POOR'S FINANCIAL SERVICES LLC