KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS
fabrams@cahill.com
S. PENNY WINDLE
pwindle@cahill.com
80 Pine Street
New York, New York 10005-1702
Telephone:  212 701 3000
Facsimile:   212 269 5420

KELLER RACKAUCKAS LLP
JENNIFER L. KELLER (SBN 84412)
jkeller@krlawllp.com
18300 Von Karman Avenue, Suite 930
Irvine, California 92612
Telephone:  949 476 8700
Facsimile:   949 476 0900

Attorneys for Defendants THE MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION FOR PHASED TRIALS PURSUANT TO RULE 42(B)** |

Based on Defendants' McGraw Hill Financial, Inc. and Standard & Poor's Financial Services LLC (collectively "S&P") Motion for Phased Trials Pursuant to Rule 42(b), in addition to the memorandum of points and authorities in support thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

S&P's Motion for Phased trials is GRANTED. An initial trial will be conducted in this matter, beginning in September 2015, in which the securities at issue will be limited to those previously identified by the Government in which Citigroup Global Markets, Inc., in addition to affiliated companies, are alleged to have suffered losses.

SO ORDERED:

_____
Hon. David O. Carter
United States District Judge
_____, 2014