TERRY W. BIRD (49038)
twb@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1 875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Telephone : 310-201-2100
Fax: 310-201-2110

Attorneys for Third-party National Credit Union Administration
(See Signature Page for Names and Addresses of Additional Counsel)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**THIRD PARTY NCUA'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL**<br><br>Date:   May 27, 2014 8:30 a.m.<br>Dept:   Courtroom 9D<br>Judge:  Hon. David O. Carter<br><br>Complaint filed February 4, 2013 |

NOTICE OF SUPPLEMENTAL AUTHORITY

1    Third-party National Credit Union Administration ("NCUA") respectfully
2 submits this Notice to inform the Court of a recent Order that bears on S&P's
3 pending Motion to Compel (Dkt. 152). On May 6, 2014, three separate courts – Judge
4 Wu in this District, Judge Cote in the Southern District of New York, and Judge
5 Lungstrum and Magistrate Judge O'Hara in the District of Kansas – concurrently
6 issued an order regarding a request for discovery against NCUA. Ex. A.[1] NCUA, as
7 liquidating agent for several failed credit unions, filed a number of securities claims
8 against financial institutions. The defendants in those cases sought extensive discovery
9 not only from the files of the failed credit unions, but from NCUA itself. Judges Cote,
10 Lungstrum, Wu, and O'Hara denied the defendants requests for discovery from
11 NCUA. As context for the Court's ruling, we attach relevant portions of Defendants'
12 request for materials from NCUA as agency, and NCUA's response, as Ex. B.
13    NCUA believes the May 6 Order is relevant to S&P's pending motion to
14 compel NCUA to produce documents for two main reasons. *First*, even in a case
15 where NCUA as liquidating agent is a party, the Court rejected defendants' claims –
16 similar to those raised by S&P here – that discovery from the agency would be
17 relevant. *See* Exs. A & B. *Second*, the May 6 Order is also relevant to the burden of
18 collecting, searching, and producing materials from the agency for the first time as a
19 third-party in this case.

---

[1] The orders were issued in: *National Credit Union Administration Board v. Morgan Stanley & Co.*, Nos. 13-cv-6705, 6719, 6721, 6726, 6727, 6731, 6736 (DLC), (S.D.N.Y. May 6, 2014) (Cote, D.J.); *National Credit Union Administration Board v. RBS Securities, Inc.*, Nos. 11 Civ. 2340 & 2649, 12 Civ. 2591, 12 Civ. 2648, 12 Civ. 2418 (JWL); and *National Credit Union Administration Board v. RBS Securities, Inc.*, Nos. 11 Civ. 5887, 6521 (GW).

Dated: May 20, 2014

| | |
|---|---|
| TERRY W. BIRD (49038)<br>BIRD, MARELLA, BOXER,<br>WOLPERT, NESSIM, DROOKS,<br>LINCENBERG & RHOW, P.C.<br><br>MICHAEL J. MCKENNA<br>  *General Counsel*<br>JOHN K. IANNO<br>  *Associate General Counsel*<br>IAN MARENNA<br>  *Trial Attorney*<br>KEVIN S. TUININGA<br>  *Trial Attorney*<br>NATIONAL CREDIT UNION<br>  ADMINISTRATION<br>1775 Duke Street<br>Alexandria, Virginia 22314-3428<br>Telephone: (703) 518-6350<br>Fax: (703) 518-6569 | DAVID C. FREDERICK (*Pro Hac Vice*)<br>dfrederick@khhte.com<br>ANDREW M. HETHERINGTON (*Pro Hac Vice*)<br>KELLOGG, HUBER, HANSEN,<br> TODD, EVANS & FIGEL, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Fax: (202) 326-7999<br><br><br>By:    /s/ *Andrew M. Hetherington*<br>        Andrew M. Hetherington<br><br>Attorneys for Third-party National<br>Credit Union Administration |