# Exhibit A

Case 2:13-cv-00779-DOC-JCG   Document 179-1   Filed 05/20/14   Page 1 of 6   Page ID #:4370

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,
                                      :
                        Plaintiff,   :      13 Civ. 6705 (DLC)
            -v-                       :      13 Civ. 6719 (DLC)
                                      :      13 Civ. 6721 (DLC)
MORGAN STANLEY & CO., et al.,         :      13 Civ. 6726 (DLC)
                                      :      13 Civ. 6727 (DLC)
                        Defendants.   :      13 Civ. 6731 (DLC)
                                      :      13 Civ. 6736 (DLC)
And other NCUA Actions.               :
-------------------------------------------X
```

NICAL

5/6/2014

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,
                                      :
                        Plaintiff,   :      11  Civ. 2340 &
            -v-                       :      2649 (JWL)
                                      :      12 Civ. 2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :      12 Civ. 2648 (JWL)
CAPITAL MARKETS, INC., et al.,        :      13 Civ. 2418 (JWL)
                                      :
                        Defendants.   :
                                      :
And other NCUA Actions.               :
-------------------------------------------X



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,
                                      :
                        Plaintiff,   :
            -v-                       :
                                      :      11 Civ. 5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH :      11 Civ. 6521 (GW)
CAPITAL MARKETS, INC., et al.,        :
                                      :
                        Defendants.   :              ORDER
                                      :
And other NCUA Actions.               :
-------------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

Having reviewed the parties' May 2, 2014 submissions regarding the scope of electronic discovery and the history of their negotiations on this issue, the parties are reminded of the requirement in the April 9, 2014 Master Discovery Protocol that "all parties will confer in good faith with each other whenever required by the Court to do so, and where it will promote the efficient management of the Actions." Accordingly, it is hereby

ORDERED that the parties shall promptly exchange relevant information and respond to each others' reasonable inquiries so that the parties have an opportunity to meet and confer and to narrow disputes in advance of the date submissions to the Court are due.

IT IS FURTHER ORDERED that

1) Defendants must search for the names of originators that contributed more than 5% of the loans to an RMBS.

2) Shelf names need not be used as an additional term in search strings in most searches. NCUA may, however, identify a limited number of search strings to include shelf names as an additional term. If the defendants object, they must promptly share with NCUA their basis for asserting that the proposed search will generate an excessive number of false hits.

2

3) Searches shall include the loan numbers for each of the loans in the pools supporting a Certificate purchased by the Credit Unions.  The parties shall confer further about five digit loan numbers.

4) Unless the parties agree, the parties shall not limit searches through the use of proximity limiters.

5) The request to include the term "warehouse" in a search is granted.

IT IS FURTHER ORDERED that the searches conducted by Barclays shall begin as of the date that is two months before the first relevant whole loan purchase transaction.

IT IS FURTHER ORDERED that Credit Suisse shall search the databases that track the life of a loan, including those identified in the May 2 NCUA submission.

IT IS FURTHER ORDERED that Goldman Sachs shall by **May 9, 2014** identify to NCUA all of its document custodians from other RMBS litigation, the senior executives and members of committees relevant to the claims in these lawsuits, and the individuals who were involved in the eight functions identified in NCUA's letter of April 18; shall include Gething, Knox, Morris, Murray, Shuey, and Sparks as custodians, as requested in the NCUA May 2 submission; and shall run the same search terms across all custodians.  NCUA and Goldman Sachs shall promptly confer regarding additional document custodians and present any remaining dispute to the Court by **May 16, 2014.**

3

IT IS FURTHER ORDERED that Morgan Stanley shall by **May 9, 2014** identify to NCUA all of its document custodians from other RMBS litigation, the senior executives and members of committees relevant to the claims in these lawsuits, and the individuals who were involved in the eight functions identified in NCUA's letter of April 18.  NCUA and Morgan Stanley shall promptly confer regarding document custodians and present any remaining dispute to the Court by **May 16, 2014.**

IT IS FURTHER ORDERED that RBS shall include as custodians those senior managers and personnel from credit and risk management groups that were custodians in the FHFA RMBS litigation, and to the extent that they are not already included among that number, Gallagher, Goudie, Anderson, Esposito, Mathis, McGinnis, Davala, Crawford, Jha, DiModica, Parrett, Petrovcik, Spiridigliozzi and Zegar, as requested in the NCUA May 2 submission; and shall run all search terms across the documents of all custodians from a date that is two months before the first relevant whole loan purchase transaction until December 31, 2009.

IT IS FURTHER ORDERED that Wachovia shall include Robertson, Truslow, Ashbaugh, Schwartz, Cary, Watson, Incoglu, Setoodeh, Schuman, Halili, O'Connor, and Bolster as custodians, as requested in the NCUA May 2 submission.

IT IS FURTHER ORDERED that NCUA's request to not run 9 search strings, as described in its letter of May 2, is granted.

4

In the event that the defendants agree to run equivalent searches for these search strings, the parties may confer further regarding this issue and bring any remaining dispute to the Court's attention.

IT IS FURTHER ORDERED that the defendants' request for additional custodians from NCUA itself is denied.


        SO ORDERED:

Dated:    New York, New York
          May 6, 2014


                              _____
                                     DENISE COTE
                              United States District Judge
                          Coordination Judge in these NCUA Actions