UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAY 16 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff - Appellee,<br><br>and<br><br>MCGRAW-HILL COMPANIES, INC.;<br>STANDARD AND POORS<br>FINANCIAL SERVICES LLC,<br><br>          Defendants - Appellees,<br><br>          v.<br><br>WILLIAM MICHAEL CUNNINGHAM,<br><br>          Real-party-in-interest -<br>Appellant. | No. 14-55085<br><br>D.C. No. 2:13-cv-00779-DOC-JCG<br>U.S. District Court for Central<br>California, Los Angeles<br><br>**ORDER** |



RECEIVED
CLERK, U.S. DISTRICT COURT

5/16/14

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Tina S. Price
Deputy Clerk