

**THE RESOLUTION EXPERTS°**

NOTICE TO ALL PARTIES                                                      June 11, 2014

        RE:    **United States of America vs. McGraw-Hill Companies, Inc., et al.**
               Reference #: 1200048789
               Case: CV13-779 DOC (JCGx)
               Hon. David O. Carter

Dear Parties:

In accordance with the California Rules of Court 3.904, 3.924, CCP § 170.1, Canon 6 of the Code of Judicial Ethics, and California Rules of Court Ethics Standards, please see the enclosed disclosure reports.

Based on my own knowledge as well as a good faith search of records available to me and JAMS personnel and, further based on the information supplied concerning the names of the parties and their counsel, the attached report indicates any prior or pending proceedings wherein I have acted as judge pro tem, referee, arbitrator, mediator, or settlement facilitator involving the parties, counsel or counsels' firms in the past five years.  The attached report was prepared by a JAMS associate and reviewed by me. Nothing in this report would, in my opinion, prohibit me from impartially serving in this case.

If you should have any questions or wish to discuss my qualifications to act in this case, please contact Denise Mitchell at 714-937-8229 who will arrange for a conference call.

I remind you that any objection to my appointment should be put in writing, filed and served upon all parties and me.

Sincerely,

Hon. James L. Smith (Ret.)



**THE RESOLUTION EXPERTS**

## DISCLOSURE CHECKLIST FOR CALIFORNIA COURT REFERENCE MATTERS

| | |
|---|---|
| **Disclosure Checklist pursuant to:** | Case Title: United States of America vs. McGraw-Hill |
| • CCP §§ 170.1 | Companies, Inc., et al. |
| • Rules of Ct. 3.904, 3.924; 2.831 | Case:    CV13-779 DOC (JCGx)    JAMS Ref. #: |
| • Canon 6 of the Code of Judicial Ethics | 1200048789 |
| | Panelist Name: Hon. James L. Smith (Ret.) |
| | Checklist supplements disclosure reports 16A & 16C |

**The term 'Master' is used to refer to Special Master, Discovery Referee and Judge Pro Tem.**

|  |  | **Yes** | **No** |
|---|---|---|---|
| 1. | Master is serving or within preceding 24 months has served: | | |
| | (A) As a neutral Master in another hearing involving a party to the current hearing or lawyer for a party? | ( ) | (✗) |
| | (B) As a party-appointed Master in another hearing for either a party to the current hearing or lawyer for a party? | ( ) | (✗) |
| | (C) As a neutral Master in another hearing in which s/he was selected by a person serving as a party-appointed Master in the current hearing? | ( ) | (✗) |
| 2. | Master has any significant personal relationship with a party, attorney, or law firm in the instant case. | ( ) | (✗) |
| 3. | Master has any significant professional relationship with a party, attorney, or law firm in the instant case, including the number and nature of any other proceedings in the past 24 months in which the master has been privately compensated by a party, attorney, law firm, or insurance company in the instant case for any service, including, but not limited to, service as an attorney, expert witness, or consultant or as a judge, referee, arbitrator, mediator, settlement facilitator, or other alternative dispute resolution neutral. | ( ) | (✗) |

    (A)    If the Master is serving or has served in such capacity, s/he must disclose:
- (i) the names of the parties in each prior or pending case and, where applicable, the name of the attorney in the current hearing who is involved in the pending case, who was involved in the prior case, or whose current associate is involved in the pending case or was involved in the prior case;
- (ii) the dispute resolution neutral capacity (mediator, referee, etc.) in which the Master is serving or served in the case; and
- (iii) in each such case in which the Master rendered a decision as a judge pro tem or referee, the date of the decision, the prevailing party, the amount of monetary damages awarded, if any, and the names of the parties' attorneys.

**This information is set forth in the attached Disclosure Reports.  For confidentiality reasons, JAMS does not disclose the names of the parties in prior or pending mediations who are not parties in the current matter.**

<table>
<tr><td></td><td></td><td></td><td align="right">**Yes**</td><td>**No**</td></tr>
</table>

4.    Master has or has had an attorney-client relationship with a party or lawyer for a party to the current hearing, including:

    (A)    An officer, a director, or trustee of a party is or, within the preceding 2 years, was a client of the Master in the Master's private practice of law or a client of a lawyer with whom the Master is or was associated in the private practice of law?    ( )   (✓)

    (B)    In any other proceeding involving the same issues, the Master gave advice to a party or a lawyer in the hearing concerning any matter involved in the hearing?    ( )   (✓)

    (C)    The Master served as a lawyer for or as an officer of a public agency which is a party and personally advised or in any way represented the public agency concerning the factual or legal issues in the hearing.    ( )   (✓)

5.    Master or member of Master's Immediate Family has a Financial Interest in a party?    ( )   (✓)
The term "Financial Interest" according to Calif. Code of Civil Procedure § 170.5 means ownership of more than a 1% legal or equitable interest in a party, or a legal or equitable interest in a party of a fair market value in excess of $1,500, or a relationship as director, advisor or other active participant in the affairs of a party except as follows:  (1) Ownership in a mutual or common investment fund that holds securities is not a "financial interest" in those securities unless the judge participates in the management of the fund.  (2) An office in an educational, religious, charitable, fraternal, or civic organization is not a "financial interest" in securities held by the organization. (3) The proprietary interest of a policyholder in a mutual insurance company, or a depositor in a mutual savings association, or a similar proprietary interest, is a "financial interest" in the organization only if the outcome of the proceeding could substantially affect the value of the interest.

6.    Master or member of Master's Immediate Family has a financial interest in the subject matter of the hearing?    ( )   (✓)

7.    Master or member of Master's Immediate Family has an interest that could be substantially affected by the outcome of the hearing?    ( )   (✓)

8.    Is the Master a member of an organization that practices invidious discrimination on the basis of race, sex, religion, national origin, or sexual orientation?    ( )   (✓)

    Membership in a religious organization, official military organization of the United States, or a nonprofit youth organization need not be disclosed unless it would interfere with the Master's proper conduct of the proceeding or would cause a person aware of the fact to reasonably entertain a doubt concerning the Master's ability to act impartially.

9.    Is there any other matter that:

    (A)    Might cause a person aware of the facts to reasonably entertain a doubt that the Master would be able to be impartial?    ( )   (✓)

|  |  | | **Yes** | **No** |
|---|---|---|---|---|

(B)     Leads the proposed Master to believe there is a substantial doubt as to his or her capacity to be impartial, including, but not limited to, bias or prejudice toward a party, lawyer, or law firm in the hearing?     ( ) (✓)

(C)     Otherwise leads the Master to believe that his or her disqualification will further the interests of justice?     ( ) ( )

                                                                         **Yes**    **No**

10.     Are there any constraints on the Master's availability known to the Master that will interfere with his or her ability to commence or complete the hearing in a timely manner?     ( ) (✓)

11.     Will the Master entertain offers of employment or new professional relationships in any capacity other than as a lawyer, expert witness, or consultant from a party, lawyer in the hearing, or lawyer or law firm that is currently associated in the private practice of law with a lawyer in the hearing while that hearing is pending, including offers to serve as a dispute resolution neutral in another case?     **(X)** ( )

**This disclosure constitutes a waiver of any further requirement to disclose offers of subsequent employment involving the same parties or lawyers or law firms.**

12.     Does the Master have any current arrangement with a party concerning prospective employment or other compensated service as a dispute resolution neutral or is he or she participating in or, within the last two years, has he or she participated in discussions regarding such prospective employment or service with a party?     **(X)** ( )

    The Master is a full-time dispute resolution neutral, working exclusively through JAMS. You can assume that over the past two (2) years, the neutral or JAMS has been contacted by one or more of the attorneys in this case regarding prospective employment on another matter which may or may not have resulted in his or her selection.

13.     Has the Master sought information about relationships or other matters involving his or her Immediate Family, Extended Family living in his or her household, and former spouse?     **(X)** ( )

    Unless otherwise disclosed below, the Master has made a general inquiry of his or family members about their potential connection to matters that may be handled by the Master. Those family members have indicated they do not intend to provide the Master with specific information or answer specific inquiries. The Master will advise the parties of any connections of which s/he is independently aware by virtue of his/her direct knowledge and will make specific inquiries where so warranted or specifically requested by a party. Otherwise, this satisfies the disclosure requirements of Ethics Standard 9(b) and constitutes a waiver of any further requirement to make specific inquiry of family members.

14.     Does Master participate in social networking sites such as Facebook, Twitter, or LinkedIn?     ( ) (✓)

If the Master marked this question, "Yes," it is possible that one of the lawyers or member of a law firm involved in this matter is in some way connected to the Master through this professional networking application. However, none of these contacts rises to the level of a prior business relationship that might cause a person aware of the facts to reasonably entertain a doubt that the Master would be able to be impartial, unless otherwise noted below.

**If the Master has answered "yes" to any of the above questions, except questions 10, 11 and 12 s/he will explain below and/or see attached rider:**

<u>Question #:</u>        <u>Explanation:</u>

--------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------

**Declarations of Master:**

1.  Having been nominated or appointed as a Master, I have made a reasonable effort to inform myself of any matters that could cause a person aware of the facts to reasonably entertain a doubt that as the proposed Master I would be able to be impartial. In addition, I have disclosed all such matters to the parties.

2.  I practice in association with JAMS. Each JAMS neutral, including me, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an hearing, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.

3.  My responses to the questions above are true and correct to the best of my knowledge.

4.  Please note JAMS neutrals regularly engage in speaking engagements, CLEs, discussion groups and other professional activities, and it is possible that a lawyer or law firm connected with this proceeding either attended, participated or was on a panel with the Master.

Date:  06/10/14          Signature of Master: _____

**Consent and Certification of Master:**

I consent to serve as Referee/Special Master/Judge ProTem in this matter pursuant to the terms stated above. I certify that I am aware of and will comply with the applicable provisions of Canon 6 of the Code of Judicial Ethics and of Rules of Court 3.904, 3.924, 2.831 and CCP §§ 170.1.

Date:  06/10/14          Signature of Master: _____

**JAMS, Inc.**

---

**MKT016A**   Generic Disclosure of Client Activity from 06/10/2009 through 06/10/2014. Panelist:
James L. Smith. Insurance company employees and firms are included. All branches of
counsel firms are included.

6/10/2014                                                                     200 - Orange  06/10/2014

---

United States of America vs. McGraw-Hill Companies, Inc., et al.

---

- ## Co-Counsel(s)

  Unites States of America

  * No Address Listed *
  Cases heard with Unites States of America                          All Locations

  * no other case found *

- ## Co-Counsel(s)

  Dean  Ringel

  Cahill Gordon & Reindel LLP

  80 Pine St.

  New York, NY 10005
  Cases heard with Dean  Ringel                                      All Locations

  * no other case found *

  Brian  Markley

  Cahill Gordon & Reindel LLP

  80 Pine St.

  New York, NY 10005
  Cases heard with Brian  Markley                                    All Locations

  * no other case found *

  Steven  Taylor

  Keker & Van Nest

  633 Battery St.

  San Francisco, CA 94111
  Cases heard with Steven  Taylor                                    All Locations

  * no other case found *

  Paven  Malhotra

  Keker & Van Nest

  633 Battery St.

  San Francisco, CA 94111

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

**JAMS, Inc.**

**MKT016A**   Generic Disclosure of Client Activity from 06/10/2009 through 06/10/2014. Panelist:
James L. Smith. Insurance company employees and firms are included. All branches of
counsel firms are included.

6/10/2014                                                                                    200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

| | |
|---|---|
| Cases heard with Paven  Malhotra | All Locations |
| * no other case found * | |
| Andre  Birotte, Jr. | |
| U.S. Department of Justice | |
| 300 N. Los Angeles St. | |
| Room 7516 Federal Building | |
| Los Angeles, CA 90012<br>Cases heard with Andre  Birotte, Jr. | All Locations |
| * no other case found *<br>Cases heard with U.S. Department of Justice | All Locations |
| * no other case found * | |
| Penny  Windle | |
| Cahill Gordon & Reindel LLP | |
| 80 Pine St. | |
| New York, NY 10005<br>Cases heard with Penny  Windle | All Locations |
| * no other case found * | |
| Anoiel  Khorshid | |
| United States Attorney's Office | |
| 300 N. Los Angeles St. | |
| Room 7516, Federal Building (Civil Div.) | |
| Los Angeles, CA 90012<br>Cases heard with Anoiel  Khorshid | All Locations |
| * no other case found *<br>Cases heard with United States Attorney's Office | All Locations |
| * no other case found * | |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in
the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or
more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution
proceeding with the parties, counsel or insurers in this case and may do so in the future.*

**JAMS, Inc.**

| MKT016A | Generic Disclosure of Client Activity from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included. |

6/10/2014                                                                                    200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

Richard E. Robinson

United States Attorney's Office

300 N. Los Angeles St.

Room 7516, Federal Building (Civil Div.)

Los Angeles, CA 90012
Cases heard with Richard E. Robinson                                            All Locations

* no other case found *

Arthur R. Goldberg

United States Department of Justice

Civil Division

PO Box 261 Ben Franklin Station

Washington, DC 20044
Cases heard with Arthur R. Goldberg                                             All Locations

* no other case found *

Michael S. Blume

United States Department of Justice

Civil Division

PO Box 261 Ben Franklin Station

Washington, DC 20044
Cases heard with Michael S. Blume                                               All Locations

* no other case found *

James T. Nelson

United States Department of Justice

Civil Division

PO Box 261 Ben Franklin Station

Washington, DC 20044
Cases heard with James T. Nelson                                                All Locations

* no other case found *

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

**JAMS, Inc.**

| | |
|---|---|
| MKT016A | Generic Disclosure of Client Activity from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included. |

6/10/2014                                                                                     200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

Bradley  Cohen

United States Department of Justice

Civil Division

PO Box 261 Ben Franklin Station

Washington, DC 20044
Cases heard with Bradley  Cohen                                                     All Locations

* no other case found *

Jennie  Kneedler

United States Department of Justice

Civil Division

PO Box 261 Ben Franklin Station

Washington, DC 20044
Cases heard with Jennie  Kneedler                                                   All Locations

* no other case found *

Sondra L. Mills

United States Department of Justice

Civil Division

PO Box 261 Ben Franklin Station

Washington, DC 20044
Cases heard with Sondra L. Mills                                                     All Locations

* no other case found *

Thomas D. Zimpleman

United States Department of Justice

Civil Division

PO Box 261 Ben Franklin Station

Washington, DC 20044
Cases heard with Thomas D. Zimpleman                                           All Locations

* no other case found *

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

## JAMS, Inc.

| MKT016A | Generic Disclosure of Client Activity from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included. |
|---|---|

6/10/2014                                                                                   200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

Maame Ewusi-Mensah Frimpong

United States Department of Justice

Civil Division

PO Box 261 Ben Franklin Station

Washington, DC 20044
Cases heard with Maame Ewusi-Mensah Frimpong                               All Locations

* no other case found *

Elliot R. Peters

Keker & Van Nest

633 Battery St.

San Francisco, CA 94111
Cases heard with Elliot R. Peters                                          All Locations

* no other case found *

Leon W. Weidman

Department of Justice

Civil Fraud

300 N. Los Angeles St. Suite 7516

Los Angeles, CA 90012-3335
Cases heard with Leon W. Weidman                                           All Locations

* no other case found *
Cases heard with Department of Justice                                     All Locations

* no other case found *

- Defendant(s)

McGraw-Hill Companies, Inc.

* No Address Listed *
Cases heard with McGraw-Hill Companies, Inc.                               All Locations

* no other case found *

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

**JAMS, Inc.**

| | |
|---|---|
| **MKT016A** | Generic Disclosure of Client Activity from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included. |

6/10/2014                                                                                     200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

Standard & Poor's Financial Services LLC

* No Address Listed *
Cases heard with Standard & Poor's Financial Services LLC                    All Locations

* no other case found *

- ## Counsel for Defendant

John W. Keker

Keker & Van Nest

633 Battery St.

San Francisco, CA 94111
Cases heard with John W. Keker                                               All Locations

* no other case found *
Cases heard with Keker & Van Nest                                           All Locations

* no other case found *

Floyd  Abrams

Cahill Gordon & Reindel LLP

80 Pine St.

New York, NY 10005
Cases heard with Floyd  Abrams                                              All Locations

* no other case found *
Cases heard with Cahill Gordon & Reindel LLP                               All Locations

* no other case found *

Jennifer L. Keller

Keller Rackauckas LLP

18300 Von Karman Ave.

Suite 930

Irvine, CA 92612
Cases heard with Jennifer L. Keller                                         All Locations

Court Reference                                                   1
Cases heard with Keller Rackauckas LLP                                     All Locations

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

**JAMS, Inc.**

**MKT016A**    Generic Disclosure of Client Activity from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included.

6/10/2014                                                          200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

Court Reference                                      1

- ## Plaintiff(s)

  United States of America

  \* No Address Listed \*
  Cases heard with United States of America                 All Locations

  \* no other case found \*

  United States of America

  \* No Address Listed \*
  Cases heard with United States of America                 All Locations

  \* no other case found \*

- ## Counsel for Plaintiff

  George S. Cardona

  United States Attorney's Office

  300 N. Los Angeles St.

  Room 7516 Federal Building

  Los Angeles, CA 90012
  Cases heard with George S. Cardona                       All Locations

  \* no other case found \*
  Cases heard with United States Attorney's Office         All Locations

  \* no other case found \*

  Stuart  Delery

  United States Department of Justice

  Civil Division

  PO Box 261 Ben Franklin Station

  Washington, DC 20044
  Cases heard with Stuart  Delery                          All Locations

  \* no other case found \*
  Cases heard with United States Department of Justice     All Locations

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

**JAMS, Inc.**

**MKT016A**    Generic Disclosure of Client Activity from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included.

6/10/2014                                                                                    200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

\* no other case found \*

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

**JAMS, Inc.**

| MKT016C | Disclosure of Activity in Arbitration, Med-Arb, and Court Reference cases (hereafter referred to as "Relevant Cases") from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included. |
|---|---|

6/10/2014                                                                                           200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

- **Co-Counsel(s)**

☐ Unites States of America

   * No Address Listed *

   ▪ Relevant Cases heard with Unites States of America                                ▪ All Locations
      * no Relevant Cases found *

- **Co-Counsel(s)**

☐ Dean Ringel

   Cahill Gordon & Reindel LLP

   80 Pine St.

   New York, NY 10005

   ▪ Relevant Cases heard with Dean Ringel                                              ▪ All Locations
      * no Relevant Cases found *

☐ Brian Markley

   Cahill Gordon & Reindel LLP

   80 Pine St.

   New York, NY 10005

   ▪ Relevant Cases heard with Brian Markley                                            ▪ All Locations
      * no Relevant Cases found *

☐ Steven Taylor

   Keker & Van Nest

   633 Battery St.

   San Francisco, CA 94111

   ▪ Relevant Cases heard with Steven Taylor                                            ▪ All Locations
      * no Relevant Cases found *

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

**JAMS, Inc.**

| MKT016C | Disclosure of Activity in Arbitration, Med-Arb, and Court Reference cases (hereafter referred to as "Relevant Cases") from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included. |

6/10/2014                                                                                                200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

☐ Paven Malhotra

Keker & Van Nest

633 Battery St.

San Francisco, CA 94111

- Relevant Cases heard with Paven Malhotra                                    ▪ All Locations
  * no Relevant Cases found *


☐ Andre Birotte, Jr.

U.S. Department of Justice

300 N. Los Angeles St.

Room 7516 Federal Building

Los Angeles, CA 90012

- Relevant Cases heard with Andre Birotte, Jr.                                ▪ All Locations
  * no Relevant Cases found *

- Relevant Cases heard with U.S. Department of Justice                        ▪ All Locations
  * no Relevant Cases found *


☐ Penny Windle

Cahill Gordon & Reindel LLP

80 Pine St.

New York, NY 10005

- Relevant Cases heard with Penny Windle                                      ▪ All Locations
  * no Relevant Cases found *

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

6/10/2014                                                                                                                        2

**JAMS, Inc.**

| | |
|---|---|
| **MKT016C** | Disclosure of Activity in Arbitration, Med-Arb, and Court Reference cases (hereafter referred to as "Relevant Cases") from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included. |

6/10/2014                                                                                           200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

☐ Anoiel Khorshid

<u>United States Attorney's Office</u>

300 N. Los Angeles St.

Room 7516, Federal Building (Civil Div.)

Los Angeles, CA 90012

- Relevant Cases heard with Anoiel Khorshid
  * no Relevant Cases found *                                                      ▪ All Locations

- Relevant Cases heard with United States Attorney's Office
  * no Relevant Cases found *                                                      ▪ All Locations

☐ Richard E. Robinson

<u>United States Attorney's Office</u>

300 N. Los Angeles St.

Room 7516, Federal Building (Civil Div.)

Los Angeles, CA 90012

- Relevant Cases heard with Richard E. Robinson
  * no Relevant Cases found *                                                      ▪ All Locations

☐ Arthur R. Goldberg

<u>United States Department of Justice</u>

Civil Division

PO Box 261 Ben Franklin Station

Washington, DC 20044

- Relevant Cases heard with Arthur R. Goldberg
  * no Relevant Cases found *                                                      ▪ All Locations

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

**JAMS, Inc.**

| MKT016C | Disclosure of Activity in Arbitration, Med-Arb, and Court Reference cases (hereafter referred to as "Relevant Cases") from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included. |
|---------|---|

6/10/2014                                                                                     200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

☐ Michael S. Blume

United States Department of Justice

Civil Division

PO Box 261 Ben Franklin Station

Washington, DC 20044

- Relevant Cases heard with Michael S. Blume                              ▪ All Locations
  * no Relevant Cases found *

☐ James T. Nelson

United States Department of Justice

Civil Division

PO Box 261 Ben Franklin Station

Washington, DC 20044

- Relevant Cases heard with James T. Nelson                              ▪ All Locations
  * no Relevant Cases found *

☐ Bradley Cohen

United States Department of Justice

Civil Division

PO Box 261 Ben Franklin Station

Washington, DC 20044

- Relevant Cases heard with Bradley Cohen                               ▪ All Locations
  * no Relevant Cases found *

☐ Jennie Kneedler

United States Department of Justice

Civil Division

PO Box 261 Ben Franklin Station

Washington, DC 20044

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

6/10/2014                                                                                                    4

**JAMS, Inc.**

**MKT016C**   Disclosure of Activity in Arbitration, Med-Arb, and Court Reference cases (hereafter referred to as "Relevant Cases") from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included.

6/10/2014                                                                                            200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

- Relevant Cases heard with Jennie Kneedler                                    ▪ All Locations
  * no Relevant Cases found *


☐ Sondra L. Mills

   United States Department of Justice

   Civil Division

   PO Box 261 Ben Franklin Station

   Washington, DC 20044

- Relevant Cases heard with Sondra L. Mills                                    ▪ All Locations
  * no Relevant Cases found *


☐ Thomas D. Zimpleman

   United States Department of Justice

   Civil Division

   PO Box 261 Ben Franklin Station

   Washington, DC 20044

- Relevant Cases heard with Thomas D. Zimpleman                                ▪ All Locations
  * no Relevant Cases found *


☐ Maame Ewusi-Mensah Frimpong

   United States Department of Justice

   Civil Division

   PO Box 261 Ben Franklin Station

   Washington, DC 20044

- Relevant Cases heard with Maame Ewusi-Mensah Frimpong                        ▪ All Locations
  * no Relevant Cases found *


*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

**JAMS, Inc.**

| | |
|---|---|
| **MKT016C** | Disclosure of Activity in Arbitration, Med-Arb, and Court Reference cases (hereafter referred to as "Relevant Cases") from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included. |

6/10/2014                                                                                    200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

☐ Elliot R. Peters

Keker & Van Nest

633 Battery St.

San Francisco, CA 94111

- Relevant Cases heard with Elliot R. Peters                                    ▪ All Locations
  \* no Relevant Cases found \*

☐ Leon W. Weidman

Department of Justice

Civil Fraud

300 N. Los Angeles St. Suite 7516

Los Angeles, CA 90012-3335

- Relevant Cases heard with Leon W. Weidman                                ▪ All Locations
  \* no Relevant Cases found \*

- Relevant Cases heard with Department of Justice                          ▪ All Locations
  \* no Relevant Cases found \*

- **Defendant(s)**

☐ McGraw-Hill Companies, Inc.

  \* No Address Listed \*

- Relevant Cases heard with McGraw-Hill Companies, Inc.                  ▪ All Locations
  \* no Relevant Cases found \*

☐ Standard & Poor's Financial Services LLC

  \* No Address Listed \*

- Relevant Cases heard with Standard & Poor's Financial Services LLC    ▪ All Locations
  \* no Relevant Cases found \*

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

**JAMS, Inc.**

| | |
|---|---|
| **MKT016C** | Disclosure of Activity in Arbitration, Med-Arb, and Court Reference cases (hereafter referred to as "Relevant Cases") from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included. |

6/10/2014                                                                                              200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

- **Counsel for Defendant**

☐ John W. Keker

Keker & Van Nest

633 Battery St.

San Francisco, CA 94111

- Relevant Cases heard with John W. Keker                                    ▪ All Locations
  * no Relevant Cases found *

- Relevant Cases heard with Keker & Van Nest                            ▪ All Locations
  * no Relevant Cases found *

☐ Floyd Abrams

Cahill Gordon & Reindel LLP

80 Pine St.

New York, NY 10005

- Relevant Cases heard with Floyd Abrams                                     ▪ All Locations
  * no Relevant Cases found *

- Relevant Cases heard with Cahill Gordon & Reindel LLP           ▪ All Locations

☐ Jennifer L. Keller

Keller Rackauckas LLP

18300 Von Karman Ave.

Suite 930

Irvine, CA 92612

- Relevant Cases heard with Jennifer L. Keller                                ▪ All Locations

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

6/10/2014                                                                                                                          7

**JAMS, Inc.**

**MKT016C**  Disclosure of Activity in Arbitration, Med-Arb, and Court Reference cases (hereafter referred to as "Relevant Cases") from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included.

6/10/2014                                                                                                         200 – Orange  06/10/2014

---

United States of America vs. McGraw-Hill Companies, Inc., et al.

---

Mattel, Inc. vs. MGA Entertainment, Inc.  -  Court Reference    Panelist Role:

Case Result(s):
 not available

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| John B. Quinn, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Mattel, Inc. |
| Michael T. Zeller, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Mattel, Inc. |
| Warrington Parker III, Esq. | Orrick, Herrington & Sutcliffe LLP | DEF | MGA Entertainment, Inc. |
| Annette L. Hurst, Esq. | Orrick, Herrington & Sutcliffe LLP | DEF | MGA Entertainment, Inc. |
| Thomas S. McConville, Esq. | Orrick, Herrington & Sutcliffe LLP | DEF | MGA Entertainment, Inc. |
| Tamara Jih, Esq. | Quinn Emanuel Urquhart, et al. | PL | Mattel, Inc. |
| David O. Carter | U.S. District Court | NP | * no party listed * |
| Diane E. Barry, Esq. | International Litigation Services, Inc. | NP | * no party listed * |
| Alexander Cote, Esq. | Scheper Kim & Harris LLP | XDEF | Gustavo Machado |
| B. Dylan Proctor, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Mattel, Inc. |
| Joseph C. Sarles, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Mattel, Inc. |
| Paul B. Rorie, Esq. | L/O Paul B. Rorie | 3DEF | Ron Brawer |
| Diana M. Rutowski, Esq. | Orrick, Herrington & Sutcliffe LLP | DEF | MGA Entertainment, Inc. & MGA Entertainment HK & MGA de Mexico S.R.L. & Isaac Larian |
| Denise Mingrone | Orrick, Herrington & Sutcliffe LLP | CC | * no party listed * |
| Ketan Parekh | International eDiscovery Experts | NP | * no party listed * |
| Jennifer L. Keller, Esq. | Keller Rackauckas Umberg Zipser LLP | DEF | MGA Entertainment, Inc. |

---

▪ Relevant Cases heard with Keller Rackauckas LLP                                                    ▪ All Locations
Mattel, Inc. vs. MGA Entertainment, Inc.  -  Court Reference    Panelist Role:

Case Result(s):
 not available

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| John B. Quinn, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Mattel, Inc. |
| Michael T. Zeller, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Mattel, Inc. |
| Warrington Parker III, Esq. | Orrick, Herrington & Sutcliffe LLP | DEF | MGA Entertainment, Inc. |
| Annette L. Hurst, Esq. | Orrick, Herrington & Sutcliffe LLP | DEF | MGA Entertainment, Inc. |
| Thomas S. McConville, Esq. | Orrick, Herrington & Sutcliffe LLP | DEF | MGA Entertainment, Inc. |
| Tamara Jih, Esq. | Quinn Emanuel Urquhart, et al. | PL | Mattel, Inc. |
| David O. Carter | U.S. District Court | NP | * no party listed * |

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

6/10/2014                                                                                                                             8

**JAMS, Inc.**

**MKT016C**  Disclosure of Activity in Arbitration, Med-Arb, and Court Reference cases (hereafter referred to as "Relevant Cases") from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included.

6/10/2014                                                                                                      200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

| | | | |
|---|---|---|---|
| Diane E. Barry, Esq. | International Litigation Services, Inc. | NP | * no party listed * |
| Alexander Cote, Esq. | Scheper Kim & Harris LLP | XDEF | Gustavo Machado |
| B. Dylan Proctor, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Mattel, Inc. |
| Joseph C. Sarles, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Mattel, Inc. |
| Paul B. Rorie, Esq. | L/O Paul B. Rorie | 3DEF | Ron Brawer |
| Diana M. Rutowski, Esq. | Orrick, Herrington & Sutcliffe LLP | DEF | MGA Entertainment, Inc. & MGA Entertainment HK & MGA de Mexico S.R.L. & Isaac Larian |
| Denise Mingrone | Orrick, Herrington & Sutcliffe LLP | CC | * no party listed * |
| Ketan Parekh | International eDiscovery Experts | NP | * no party listed * |
| Jennifer L. Keller, Esq. | Keller Rackauckas Umberg Zipser LLP | DEF | MGA Entertainment, Inc. |

- **Plaintiff(s)**

☐ United States of America

   * No Address Listed *

   - Relevant Cases heard with United States of America
     * no Relevant Cases found *

     ▪ All Locations

- **Counsel for Plaintiff**

☐ George S. Cardona

   United States Attorney's Office

   300 N. Los Angeles St.

   Room 7516 Federal Building

   Los Angeles, CA 90012

   - Relevant Cases heard with George S. Cardona
     * no Relevant Cases found *

     ▪ All Locations

   - Relevant Cases heard with United States Attorney's Office

     ▪ All Locations

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

6/10/2014                                                                                                                    9

**JAMS, Inc.**

| MKT016C | Disclosure of Activity in Arbitration, Med-Arb, and Court Reference cases (hereafter referred to as "Relevant Cases") from 06/10/2009 through 06/10/2014. Panelist: James L. Smith. Insurance company employees and firms are included. All branches of counsel firms are included. |

6/10/2014                                                                                      200 - Orange  06/10/2014

United States of America vs. McGraw-Hill Companies, Inc., et al.

* no Relevant Cases found *

☐ Stuart Delery
  United States Department of Justice
  Civil Division
  PO Box 261 Ben Franklin Station
  Washington, DC 20044

  ▪ Relevant Cases heard with Stuart Delery                                  ▪ All Locations
    * no Relevant Cases found *

  ▪ Relevant Cases heard with United States Department of Justice            ▪ All Locations
    * no Relevant Cases found *

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

6/10/2014                                                                                                        10

## PROOF OF SERVICE BY U.S. MAIL

Re: United States of America vs. McGraw-Hill Companies, Inc., et al.
Reference No. 1200048789

I, Gina Monteiro, not a party to the within action, hereby declare that on  June 11, 2014 I served the

attached DISCLOSURE on the parties in the within action by depositing true copies thereof enclosed in sealed

envelopes with postage thereon fully prepaid, in the United States Mail, Orange, CALIFORNIA, addressed as

follows:

George S. Cardona Esq.
United States Attorney's Office
300 N. Los Angeles St.
Room 7516 Federal Building
Los Angeles, CA   90012
   Parties Represented:
   United States of America

Leon W. Weidman Esq.
Department of Justice
Civil Fraud
300 N. Los Angeles St. Suite 7516
Los Angeles, CA   90012-3335
   Parties Represented:
   Unites States of America

Anoiel Khorshid Esq.
Richard E. Robinson Esq.
United States Attorney's Office
300 N. Los Angeles St.
Room 7516, Federal Building (Civil Div.)
Los Angeles, CA   90012
   Parties Represented:
   United States of America

Andre Birotte, Jr. Esq.
U.S. Department of Justice
300 N. Los Angeles St.
Room 7516 Federal Building
Los Angeles, CA   90012
   Parties Represented:
   Unites States of America

John W. Keker Esq.
Elliot R. Peters Esq.
Steven Taylor Esq.
Keker & Van Nest
633 Battery St.
San Francisco, CA   94111
   Parties Represented:
   McGraw-Hill Companies, Inc.
   Standard & Poor's Financial Services LLC

Paven Malhotra Esq.
Keker & Van Nest
633 Battery St.
San Francisco, CA   94111
   Parties Represented:
   McGraw-Hill Companies, Inc.
   Standard & Poor's Financial Services LLC

Floyd Abrams Esq.
Penny Windle Esq.
Brian Markley Esq.
Cahill Gordon & Reindel LLP
80 Pine St.

Dean Ringel Esq.
Cahill Gordon & Reindel LLP
80 Pine St.
New York, NY   10005
   Parties Represented:

New York, NY  10005
    Parties Represented:
    McGraw-Hill Companies, Inc.
    Standard & Poor's Financial Services LLC

Jennifer L. Keller Esq.
Keller Rackauckas LLP
18300 Von Karman Ave.
Suite 930
Irvine, CA  92612
    Parties Represented:
    McGraw-Hill Companies, Inc.
    Standard & Poor's Financial Services LLC


James T. Nelson Esq.
Bradley Cohen Esq.
Jennie Kneedler Esq.
United States Department of Justice
Civil Division
PO Box 261 Ben Franklin Station
Washington, DC  20044
    Parties Represented:
    United States of America

McGraw-Hill Companies, Inc.
Standard & Poor's Financial Services LLC


Stuart Delery Esq.
Arthur R. Goldberg Esq.
Michael S. Blume Esq.
United States Department of Justice
Civil Division
PO Box 261 Ben Franklin Station
Washington, DC  20044
    Parties Represented:
    United States of America

Sondra L. Mills Esq.
Thomas D. Zimpleman Esq.
Maame Ewusi-Mensah Frimpong Esq.
United States Department of Justice
Civil Division
PO Box 261 Ben Franklin Station
Washington, DC  20044
    Parties Represented:
    United States of America
    Unites States of America


    I declare under penalty of perjury the foregoing to be true and correct. Executed at Orange,

CALIFORNIA, on  June 11, 2014.


Gina Monteiro