KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (*pro hac vice*)
fabrams@cahill.com
S. PENNY WINDLE (*pro hac vice*)
pwindle@cahill.com
80 Pine Street
New York, New York 10005-1702
Telephone: 212 701 3000
Facsimile: 212 269 5420

KELLER RACKAUCKAS LLP
JENNIFER L. KELLER (SBN 84412)
keller@krlawllp.com
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants THE MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>Defendants. | Case No. CV 13-0779 DOC (JCGx)<br><br>**DEFENDANTS' SUPPLEMENTAL NOTICE OF DEPOSITIONS OF NON-PARTIES PURSUANT TO 6.9.2014 ORDER RE: DEPOSITIONS (DKT. 194)**<br><br>Judge:    Honorable David O. Carter<br><br>Complaint filed February 4, 2013 |

TO: THE COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that, pursuant to Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, Defendants McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC, by their counsel, will take the depositions of the non-parties specified below.

This Notice is being submitted in compliance with the Court's June 9, 2014 Order re: Depositions (Dkt. 194). This notice supplements the Notice filed on June 16, 2014, which noticed three depositions. Accordingly, the depositions noticed below are numbered 4 through 12. The information provided herein is based upon Defendants' knowledge as of the time of this filing.

| **Deposition 4** | **Date/Time** | **Location** |
|---|---|---|
| Former S&P employee who was interviewed by the DOJ during its FIRREA investigation. | July 17, 2014<br>9:00 AM | Cahill Gordon & Reindel LLP<br>1990 K Street, N.W. Suite 950<br>Washington, D.C. 20006 |
|  |  |  |
|  | *Special Master assigned:* | James L. Smith |
|  | *Attorneys who will be present for Plaintiff:* | James T. Nelson, Dep't of Justice |
|  | *Attorneys who will be present for Defendants:* | Thomas Kao, Keller Rackauckas LLP |

| **Deposition 5** | **Date/Time** | **Location** |
|---|---|---|
| Former Nomura employee who was interviewed by DOJ during its FIRREA investigation. | July 22, 2014<br>9:30 AM | Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005 |
| | | |
| | *Special Master assigned:* | James L. Smith |
| | *Attorneys who will be present for Plaintiff:* | George S. Cardona, Dep't of Justice<br>James T. Nelson, Dep't of Justice |
| | *Attorneys who will be present for Defendants:* | Paven Malhotra, Keker & Van Nest LLP |

| **Deposition 6** | **Date/Time** | **Location** |
|---|---|---|
| Former employee at Western Corporate Credit Union who was interviewed by DOJ during its FIRREA investigation. | July 24, 2014<br>9:30 AM | Keller Rackauckas LLP<br>18300 Von Karman Ave., Suite 930<br>Irvine, California 92612 |
| | | |
| | *Special Master assigned:* | Robert C. O'Brien |
| | *Attorneys who will be present for Plaintiff:* | Anoiel Khorshid, Dep't of Justice |
| | *Attorneys who will be present for Defendants:* | Adam S. Mintz, Cahill Gordon & Reindel LLP |

| **Deposition 7** | **Date/Time** | **Location** |
|---|---|---|
| Former S&P analyst who was interviewed by the DOJ during its FIRREA investigation. | August 6, 2014<br>9:30 AM | Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005 |
| | | |
| | *Special Master assigned:* | James L. Smith |
| | *Attorneys who will be present for Plaintiff:* | Anoiel Khorshid, Dep't of Justice<br>James T. Nelson, Dep't of Justice |
| | *Attorneys who will be present for Defendants:* | Michael Scavelli, Cahill Gordon & Reindel LLP |

| **Deposition 8** | **Date/Time** | **Location** |
|---|---|---|
| Former employee at GSC Group who was interviewed by DOJ during its FIRREA investigation. | August 7, 2014<br>8:00 AM | Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005 |
| | | |
| | *Special Master assigned:* | James L. Smith |
| | *Attorneys who will be present for Plaintiff:* | Anoiel Khorshid, Dep't of Justice<br>James T. Nelson, Dep't of Justice |
| | *Attorneys who will be present for Defendants:* | Khari Tillery, Keker & Van Nest LLP |

3
DEFENDANTS' SUPPLEMENTAL NOTICE OF DEPOSITIONS OF NON-PARTIES
PURSUANT TO 6.9.2014 ORDER RE: DEPOSITIONS (DKT. 194)
CASE NO. CV 13-0779 DOC (JCGX)

| **Deposition 9** | **Date/Time** | **Location** |
|---|---|---|
| Former S&P employee who was interviewed by the DOJ during its FIRREA investigation. | August 7, 2014<br><br>2:00 PM | Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005 |
| | | |
| | *Special Master assigned:* | James L. Smith |
| | *Attorneys who will be present for Plaintiff:* | Anoiel Khorshid, Dep't of Justice<br>James T. Nelson, Dep't of Justice |
| | *Attorneys who will be present for Defendants:* | Khari Tillery, Keker & Van Nest LLP |

| **Deposition 10** | **Date/Time** | **Location** |
|---|---|---|
| Former employee at Zais Group who was interviewed by DOJ during its FIRREA investigation. | August 8, 2014<br><br>9:00 AM | The Short Hills Hilton<br>41 John F. Kennedy Parkway<br>Short Hills, NJ 07078 |
| | | |
| | *Special Master assigned:* | James L. Smith |
| | *Attorneys who will be present for Plaintiff:* | Anoiel Khorshid, Dep't of Justice<br>James T. Nelson, Dep't of Justice |
| | *Attorneys who will be present for Defendants:* | Andrew Dawson, Keker & Van Nest LLP |

| **Deposition 11** | **Date/Time** | **Location** |
|---|---|---|
| Former Fortress Investment Group employee who was interviewed by DOJ during its FIRREA investigation. | August 14, 2014<br>9:30 AM | Serpe Ryan LLP<br>1115 Broadway, 11th Floor<br>New York, NY 10010 |
| | | |
| | *Special Master assigned:* | Robert C. O'Brien |
| | *Attorneys who will be present for Plaintiff:* | George S. Cardona, Dep't of Justice |
| | *Attorneys who will be present for Defendants:* | Michelle Ybarra, Keker & Van Nest LLP |
| | *Attorneys who will be present for Deponent:* | Silvia Serpe, Serpe Ryan LLP |

| **Deposition 12** | **Date/Time** | **Location** |
|---|---|---|
| Former S&P employee who was interviewed by DOJ during its FIRREA investigation. | August 16, 2014<br>10:00 AM | Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005 |
| | | |
| | *Special Master assigned:* | Robert C. O'Brien |
| | *Attorneys who will be present for Plaintiff:* | George S. Cardona, Dep't of Justice |
| | *Attorneys who will be present for Defendants:* | Michelle Ybarra, Keker & Van Nest LLP |

Dated: July 3, 2014                          CAHILL GORDON & REINDEL LLP

                                   By: */s/ Floyd Abrams*
                                        Floyd Abrams