CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (pro hac vice)
S. PENNY WINDLE (pro hac vice)
BRIAN T. MARKLEY (pro hac vice)
80 Pine St., New York, NY 10005-1702

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

United States of America

PLAINTIFF(S)

v.

McGraw-Hill Companies, Inc., and Standard & Poor's
Financial Services, LLC

DEFENDANT(S).

CASE NUMBER:

2:13-cv-00779-DOC(JCX)

**NOTICE OF MANUAL FILING**
**OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,

and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

(1) Defendants' Application to File Materials Under Seal
(2) [Proposed] Order Granting Defendants' Application to File Under Seal
(3) [Unredacted] Declaration of Brian T. Markley - Redacted Confidential or Highly Confidential Information
Filed Pursuant to Protective Order

**Reason:**

☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated:        June 10, 2014
☐ Administrative Record
☐ Other:

August 7, 2014
Date

/s/ Brian T. Markley
Attorney Name

Defendants McGraw-Hill and Standard & Poor's
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)                    NOTICE OF MANUAL FILING OR LODGING