KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (*pro hac vice*)
fabrams@cahill.com
S. PENNY WINDLE (*pro hac vice*)
pwindle@cahill.com
BRIAN T. MARKLEY (*pro hac vice*)
bmarkley@cahill.com
80 Pine Street
New York, New York 10005-1702
Telephone: 212 701 3000
Facsimile: 212 269 5420

KELLER RACKAUCKAS LLP
JENNIFER L. KELLER (SBN 84412)
keller@krlawllp.com
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants MCGRAW HILL FINANCIAL, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**DEFENDANTS' APPLICATION TO FILE MATERIALS UNDER SEAL**<br><br>L.R. 79-5.1<br><br>Complaint filed February 4, 2013 |

On July 25, 2014, Third Party National Credit Union Administration ("NCUA") filed its Motion for a Protective Order. (Dkt. 249) On August 4, 2014, Defendants McGraw Hill Financial, Inc., and Standard & Poor's Financial Services, LLC (collectively, "S&P") filed Defendants' Opposition to Third Party NCUA's Motion for a Protective Order (Dkt. 261) as well as a Notice of Manual Filing accompanied by the [Redacted] Declaration of Brian T. Markley – Redacted Confidential or Highly Confidential Information Filed Pursuant to Protective Order. (Dkt. 262) It also attempted to manually file under seal the [Unredacted] Declaration of Brian T. Markley – Redacted Confidential or Highly Confidential Information Filed Pursuant to Protective Order ("Unredacted Markley Declaration"), which contained material designated as Confidential by the Department of Justice under the Protective Order in place in this action.

S&P believed that under the terms of the June 10, 2014 Revised Protective Order ¶ E9, (Dkt. 196), it was not required to submit an application and proposed order to file under seal. S&P has since been informed that an application to file under seal and a proposed order are required.

Accordingly, S&P now requests leave to file under seal the Unredacted Markley Declaration to which, appended thereto as Exhibit A, is a true and correct copy of a document entitled "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" directed to NCUA and dated October 22, 2013 with an accompanying cover letter. S&P seeks to file this document under seal as it was produced to S&P by the Department of Justice in this action and was designated as Confidential pursuant to the terms of the Protective Order entered in this action.

S&P hereby applies for an order to file the Unredacted Declaration of Brian T. Markley under seal pursuant to Local Rule 79-5.1.

1
2
3  Dated: August 7, 2014                    CAHILL GORDON & REINDEL LLP
4
                                            By:    /s/ Brian T. Markley
5                                                     Brian T. Markley
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28