KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (*pro hac vice*)
fabrams@cahill.com
S. PENNY WINDLE (*pro hac vice*)
pwindle@cahill.com
BRIAN T. MARKLEY (*pro hac vice*)
bmarkley@cahill.com
80 Pine Street
New York, New York 10005-1702
Telephone: 212 701 3000
Facsimile: 212 269 5420

KELLER RACKAUCKAS LLP
JENNIFER L. KELLER (SBN 84412)
keller@krlawllp.com
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants THE MCGRAW HILL
FINANCIAL, INC., and STANDARD & POOR'S
FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV13-779 DOC (JCGx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL** |
| v. | |
| MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC, | |
| Defendants. | Honorable David. O. Carter |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendants McGraw-Hill Financial, Inc. and Standard & Poor's Financial Services LLC application for an Order granting leave to file materials under seal is approved, and that the following document shall be filed under seal: the "[Unredacted] Declaration of Brian T. Markley – Redacted Confidential or Highly Confidential Information Filed Pursuant to Protective Order."

Dated:

_____
Honorable David O. Carter
UNITED STATES DISTRICT JUDGE