CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (pro hac vice)
S. PENNY WINDLE (pro hac vice)
BRIAN T. MARKLEY (pro hac vice)
80 Pine St., New York, NY 10005-1702

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br><br>v.<br><br>McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services, LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:13-cv-00779-DOC(JCX)<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☐ Lodged:  **(List Documents)**

(1) Defendants' Application to File Under Seal Redacted Confidential or Highly Confidential Information Filed Under Seal Pursuant to Protective Order
(2) [Proposed] Order Granting Defendants' Application to File Under Seal Redacted Confidential or Highly Confidential Information Filed Under Seal Pursuant to Protective Order
(3) [Unredacted] Memorandum in Support of Defendants' Motions to Compel Discovery of United States and Timothy F. Geithner Relating to Defendants' First Amendment Retaliation / Selective Prosecution Affirmative Defense
(4) [Unredacted] Declaration of Floyd Abrams

**Reason:**

☑  Under Seal and/or In Camera
☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐  Electronic versions are not available to filer
☑  Per Court order dated:   June 10, 2014
☐  Administrative Record
☐  Other:

August 12, 2014
Date

/s/ Floyd Abrams
Attorney Name

Defendants McGraw-Hill and Standard & Poor's
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)                    NOTICE OF MANUAL FILING OR LODGING