1

2

3                 **UNITED STATES DISTRICT COURT**

4                **CENTRAL DISTRICT OF CALIFORNIA**

5          **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

6                      – – – – – – –

7   UNITED STATES OF AMERICA,        )
                                     )
8              PLAINTIFF,            )
                                     )
9       VS.                          )   NO. 2:13-CV-0779-DOC
                                     )
10  MCGRAW-HILL COMPANIES, INC.,     )
    AND STANDARD & POOR'S FINANCIAL  )
11  SERVICES, LLC,                   )
                                     )
12             DEFENDANTS.           )
    _____)

13

14

15

16          REPORTER'S TRANSCRIPT OF PROCEEDINGS

17                 HEARING ON MOTIONS

18                SANTA ANA, CALIFORNIA

19              TUESDAY, AUGUST 20, 2014

20

21  SHARON SEFFENS
    FEDERAL OFFICIAL COURT REPORTER
22  UNITED STATES DISTRICT COURT
    411 WEST 4TH STREET, ROOM 1-053
23  SANTA ANA, CALIFORNIA 92701
    (714) 543-0870
24

25

1    **APPEARANCES:**

2
     FOR THE UNITED STATES OF AMERICA:
3

4         OFFICE OF UNITED STATES ATTORNEY
          CIVIL DIVISION – FEDERAL BUILDING
5         BY:  ANOIEL KHORSHID
               ASSISTANT UNITED STATES ATTORNEY
6         300 NORTH LOS ANGELES STREET
          ROOM 7616
7         LOS ANGELES, CALIFORNIA 90012
          213-894-6086
8
     FOR DEFENDANT MCGRAW HILL COMPANIES, INC. AND STANDARD &
9    POOR'S FINANCIAL SERVICES LLC:

10
          KELLER RACKAUCKAS UMBERG ZIPSER LLP
11        BY:  JENNIFER L. KELLER
               ATTORNEY AT LAW
12        18300 VON KARMAN AVENUE
          SUITE 930
13        IRVINE, CALIFORNIA 92612
          949-476-8700
14

15        CAHILL GORDON AND REINDEL LLP
          BY:  ADAM S. MINTZ
16             ATTORNEY AT LAW
          80 PINE STREET
17        NEW YORK, NEW YORK 10005
          202-862-8900
18

19        CAHILL GORDON AND REINDEL LLP
          BY:  BRIAN T. MARKLEY
20             ATTORNEY AT LAW
          80 PINE STREET
21        NEW YORK, NEW YORK 10005
          202-701-3000
22

23

24

25

1   **APPEARANCES (CONTINUED):**

2
    ALSO PRESENT:
3

4    FOR NON-PARTY NATIONAL CREDIT UNION ADMINISTRATION (NCUA):

5       KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
        BY:  ANDREW M. HETHERINGTON
6            PETER S. RATNER
             ATTORNEYS AT LAW
7       1615 M STREET, N.W.
        SUITE 400
8       WASHINGTON, D.C. 20036
        202-326-7900
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
02:42   1   SANTA ANA, CALIFORNIA; WEDNESDAY, AUGUST 20, 2014; 3:24 P.M.
03:24   2         THE COURT:  WE ARE ON THE RECORD IN THE MATTER
03:24   3   OF -- WELL, COUNSEL, WHY DON'T YOU HAVE A SEAT FOR JUST A
03:24   4   MOMENT.  WHY DON'T YOU MAKE YOUR APPEARANCES.
03:24   5         MR. HETHERINGTON:  GOOD AFTERNOON, YOUR HONOR.
03:24   6   ANDREW HETHERINGTON FOR NCUA.  I HAVE MY COLLEAGUE PETE
03:24   7   RATNER HERE.
03:24   8         THE COURT:  A PLEASURE, GENTLEMEN.  IT'S GOOD TO
03:24   9   SEE YOU.
03:24  10         MR. HETHERINGTON:  AND FROM THE AGENCY, JOHN LEONE
03:24  11   AND --
03:24  12         THE COURT:  I DON'T KNOW WHO THAT IS.
03:24  13         MR. LEONE:  JOHN LEONE, YOUR HONOR.
03:24  14         THE COURT:  GREAT.  THANK YOU VERY MUCH.
03:24  15         MR. HETHERINGTON:  AND TO HIS LEFT EAN MIRENNA,
03:24  16   ALSO FROM THE GENERAL COUNSEL'S OFFICE.
03:24  17         THE COURT:  PLEASURE.  IT'S NICE SEEING YOU.
03:24  18         MR. KHORSHID:  GOOD AFTERNOON, YOUR HONOR.
03:24  19   ASSISTANT UNITED STATES ATTORNEY ANOIEL KHORSHID ON BEHALF
03:24  20   OF THE UNITED STATES.
03:24  21         THE COURT:  THANK YOU VERY MUCH.  IT'S GOOD SEEING
03:24  22   YOU.
03:24  23         MR. MARKLEY:  GOOD AFTERNOON, YOUR HONOR.  BRIAN
03:24  24   MARKLEY FROM CAHILL GORDON ON BEHALF OF DEFENDANT STANDARD &
03:24  25   POOR'S.
```

03:25  1          MR. MINTZ:  YOUR HONOR, IT'S ADAM MINTZ OF CAHILL

03:25  2  GORDON AND REINDEL ON BEHALF OF DEFENDANTS MCGRAW-HILL AND

03:25  3  STANDARD & POOR'S.

03:25  4          THE COURT:  OKAY.  THANK YOU.

03:25  5          MS. KELLER:  AND JENNIFER KELLER ALSO FROM KELLER

03:25  6  RACKAUCKAS ON BEHALF OF THE MCGRAW-HILL COMPANIES AND

03:25  7  STANDARD & POOR'S.

03:25  8          THE COURT:  THANK YOU VERY MUCH.

03:25  9          NOW, JUST ONE MOMENT.

03:25  10          (PAUSE IN PROCEEDINGS)

03:25  11          THE COURT:  WE HAVE COPIES OF SOME TENTATIVES, BUT

03:25  12  I'M NOT CERTAIN I AM GOING TO HAND THOSE OUT TO YOU.  I

03:25  13  WOULD LIKE TO HEAR YOUR POSITIONS FIRST AND SEE IF I NEED TO

03:25  14  RETHINK THIS.  EVEN IF I DON'T BELIEVE I DO, I'M GOING TO

03:25  15  GIVE YOU A COPY AFTER YOUR ARGUMENTS.

03:25  16          THAT WAY, YOU CAN GO WHEREVER YOU WANT; YOU CAN

03:25  17  MAKE WHATEVER POINTS YOU WANT.  AND THEN I'M GOING TO HAND

03:25  18  OUT THE TENTATIVE AND HAVE YOU PICK IT APART.

03:25  19          SO, COUNSEL, YOU'RE THE MOVING PARTY.

03:26  20          MR. HETHERINGTON:  THANK YOU, YOUR HONOR.

03:26  21          I WOULD LIKE TO BEGIN BY PLACING THE DOCUMENTS

03:26  22  THAT WE'RE TALKING ABOUT IN A LITTLE BIT OF CONTEXT, WHICH I

03:26  23  THINK IS HELPFUL.  WHEN A CREDIT UNION -- HERE WE'VE BEEN

03:26  24  TALKING ABOUT THE WESTERN CORPORATE CREDIT UNION, COMMONLY

03:26  25  ABBREVIATED TO WESCORP.  WHEN A CREDIT UNION SUFFERS A

03:26  1   MATERIAL LOSS, THE LAW REQUIRES NCUA'S OFFICE OF THE

03:26  2   INSPECTOR GENERAL, WHICH IS AN INDEPENDENT BODY WITHIN NCUA,

03:26  3   TO PREPARE A MATERIAL LOSS REVIEW OR AN MLR IN WHICH IT MUST

03:26  4   MAKE A FORMAL POLICY RECOMMENDATION TO NCUA AIMED AT

03:26  5   AVOIDING A SIMILAR LOSS IN THE FUTURE.

03:26  6          AFTER WESCORP SUFFERED SUCH A LOSS, OIG PREPARED A

03:26  7   MATERIAL LOSS REVIEW.  THAT DOCUMENT IS PUBLIC.  S&P HAS A

03:26  8   COPY OF THAT DOCUMENT.  IN THE PROCESS OF PREPARING THE MLR,

03:27  9   AN OIG AUDITOR REVIEWED A NUMBER OF WESCORP CREDIT MEMOS

03:27  10  WHICH ARE TWO- OR THREE-PAGE DOCUMENTS IN WHICH WESCORP

03:27  11  EVALUATED AND JUSTIFIED ITS PURCHASE OF A SECURITY.  THERE'S

03:27  12  ONE DOCUMENT FOR EACH SECURITY.

03:27  13         THOSE DOCUMENTS ALSO HAVE BEEN PRODUCED TO S&P.

03:27  14  IN OTHER WORDS, THEY HAVE OIG'S REPORT IN WHICH IT LAYS OUT

03:27  15  ITS CONCLUSIONS AND RECOMMENDATIONS.

03:27  16         THE COURT:  I'M SORRY.  I'M GOING TO INTERRUPT YOU

03:27  17  FOR A MOMENT.

03:27  18         (BRIEF INTERRUPTION)

03:27  19         MR. HETHERINGTON:  SO THERE ARE THREE SETS OF

03:29  20  DOCUMENTS AT ISSUE HERE.  THERE IS THE MATERIAL LOSS REVIEW

03:29  21  ITSELF IN WHICH OIG SET FORTH ITS CONCLUSIONS AND

03:29  22  RECOMMENDATIONS.  THERE ARE THE CREDIT MEMOS THAT OIG

03:29  23  REVIEWED AND ON WHICH IT BASED THE RECOMMENDATIONS AND

03:29  24  CONCLUSIONS.  THOSE HAVE ALL BEEN PRODUCED.

03:30  25         IN THE MIDDLE, WHILE THE OIG AUDITOR WAS REVIEWING

03:30   1   THE CREDIT MEMOS, HE TOOK NOTES.  HE MADE NOTES ABOUT THE

03:30   2   PURPOSE OF HIS PROJECTS, ABOUT WHAT HE BELIEVED WERE THE

03:30   3   SIGNIFICANT FACTS IN THE CREDIT MEMOS.

03:30   4           HE ALSO MADE AD HOC MISCELLANEOUS NOTES

03:30   5   THROUGHOUT.  THOSE NOTES ARE ALL THAT HAVE BEEN REDACTED

03:30   6   HERE.  AS SET FORTH IN OUR MOVING PAPERS -- AND AS I AM

03:30   7   HAPPY TO TALK ABOUT TODAY -- THOSE NOTES ARE PROTECTED BY

03:30   8   THE DELIBERATIVE PROCESS PRIVILEGE, AND WE DO NOT BELIEVE

03:30   9   THAT S&P HAS MADE THE REQUIRED STRONG SHOWING OF NEED TO

03:30 10   OVERCOME THAT PRIVILEGE.

03:30 11           AS THE NINTH CIRCUIT HAS EXPLAINED, YOUR HONOR,

03:30 12   THE DELIBERATIVE PROCESS PRIVILEGE ENCOURAGES THE FORTHRIGHT

03:30 13   AND CANDID EXCHANGE OF IDEAS WITHIN AN AGENCY.

03:30 14           THE COURT:  IS THIS AN EXCHANGE OF IDEAS WHEN

03:30 15   NOTES ARE TAKEN?

03:30 16           MR. HETHERINGTON:  I BELIEVE THAT THE EXCHANGE OF

03:31 17   IDEAS IS MADE POSSIBLE BECAUSE THE PARTICIPANTS --

03:31 18           THE COURT:  POSSIBLE, BUT I DON'T KNOW OF ANY

03:31 19   EXCHANGE OF IDEAS.  THESE ARE NOTES; AREN'T THEY?

03:31 20           MR. HETHERINGTON:  YES, THEY ARE NOTES.

03:31 21           THE COURT:  HOW CAN THEY BE AN EXCHANGE OF IDEAS,

03:31 22   THEN?

03:31 23           MR. HETHERINGTON:  I BELIEVE THAT'S WHAT THEY MAKE

03:31 24   POSSIBLE.  WITHOUT THE AUDITOR'S COMFORT THAT HE CAN MAKE

03:31 25   THESE NOTES, WHICH COME IN THE MIDDLE OF A PROCESS, SO HE

03:31  1   CAN MAKE THE NOTES ON ONE CREDIT REVIEW MEMO.  HE MIGHT

03:31  2   CHANGE HIS MIND AFTER REVIEWING ANOTHER 50.  HE MIGHT ANSWER

03:31  3   A QUESTION THAT HE HAD POSED IN HIS NOTES.  AND FOR HIM TO

03:31  4   FEEL THAT THOSE NOTES SUBSEQUENTLY EITHER ARE GOING TO BE

03:31  5   ATTRIBUTED TO OIG WHEN OIG IN FACT HAS REACHED A DIFFERENT

03:31  6   CONCLUSION IN THE MLR, OR USED AGAINST THE AGENCY IS GOING

03:31  7   TO HAVE A SIGNIFICANT CHILLING EFFECT ON THE AUDITOR'S

03:31  8   REVIEW PROCESS.

03:31  9          HE IS NOT GOING TO BE ABLE TO MAKE ANY NOTES

03:31  10  BECAUSE THOSE NOTES ARE GOING TO BE HELD AGAINST HIM AND

03:32  11  AGAINST THE AGENCY.  WITHOUT BEING ABLE TO MAKE THOSE NOTES,

03:32  12  HE IS NOT GOING TO BE ABLE TO DEBATE WITH HIS COLLEAGUES.

03:32  13         I ALSO DON'T THINK THAT ALTHOUGH THAT PARTICULAR

03:32  14  CASE USES THE PHRASE "EXCHANGE OF IDEAS," I THINK IT IS

03:32  15  CLEAR FROM THE OTHER CASES THAT WE CITE THAT NOTES ARE

03:32  16  PROTECTED BY THE DELIBERATIVE PROCESS PRIVILEGE EVEN THOUGH

03:32  17  THEY ARE NOT THEMSELVES AN EXCHANGE OF IDEAS.

03:32  18         WE BELIEVE, YOUR HONOR, THAT NCUA HAS SATISFIED

03:32  19  THE PROCEDURAL REQUIREMENTS OF THE PRIVILEGE HERE BY

03:32  20  SUBMITTING A SWORN DECLARATION BY THE HEAD OF THE RELEVANT

03:32  21  DEPARTMENT WITHIN THE AGENCY IN WHICH HE EXPLAINS WITH

03:32  22  SPECIFICITY WHY THE DOCUMENTS THAT HE HAD REVIEWED ARE

03:32  23  PRIVILEGED AND EXPLAINS THAT IN HIS MANY YEARS OF

03:32  24  EXPERIENCE, THE DISCLOSURE OF THOSE DOCUMENTS, THE NOTES,

03:32  25  WOULD HAVE A CHILLING EFFECT ON THE ABILITY OF THE AUDITORS

03:32  1    TO DO THEIR JOB.

03:33  2         WE BELIEVE THAT THE REDACTED PORTIONS OF THE

03:33  3    DOCUMENTS ALSO MEET THE SUBSTANTIVE REQUIREMENTS OF THE

03:33  4    PRIVILEGE.  THE NOTES HERE, YOUR HONOR, WE BELIEVE SERVED A

03:33  5    VERY SIMILAR PURPOSE TO DOCUMENTS THAT THE NINTH CIRCUIT

03:33  6    HELD WITH PRIVILEGE IN THE MARICOPA CASE INVOLVING THE

03:33  7    FORESTRY SERVICE.

03:33  8         THE POLICYMAKING ARM OF EACH AGENCY —— HERE, NCUA,

03:33  9    THE FOREST SERVICE —— RECEIVED POLICY RECOMMENDATIONS FROM

03:33  10   AN INDEPENDENT AUDITOR BASED ON THE AUDITOR'S REVIEW OF

03:33  11   SPECIFIC EVENTS.  IT'S THE SAME IN BOTH CASES.  THE OIG

03:33  12   AUDITOR'S NOTES, LIKE THE CONSULTANT'S REPORT IN THE

03:33  13   MARICOPA CASE, REPRESENT THE MENTAL IMPRESSIONS OF SOMEBODY

03:33  14   WHOSE VERY ROLE IS TO BE INDEPENDENT AND OBJECTIVE ABOVE THE

03:33  15   FRAY.  THE NOTES DON'T GET BROUGHT INTO PRIVATE LITIGATION.

03:33  16        BECAUSE THE DOCUMENTS ARE PRIVILEGED, S&P MUST

03:34  17   MAKE A STRONG SHOWING OF NEED TO OVERCOME THAT PRIVILEGE,

03:34  18   AND WE DON'T BELIEVE S&P HAS DONE SO.  IF YOU READ THE

03:34  19   OPPOSITION BRIEF THAT S&P FILED, ALL OF THE DOCUMENTS THAT

03:34  20   S&P ARGUES IT NEEDS HAVE ALREADY BEEN PRODUCED TO S&P.

03:34  21        ON PAGE 6 OF THE OPPOSITION BRIEF, S&P ARGUES IT'S

03:34  22   ENTITLED TO DOCUMENTS THAT, QUOTE, SHOW THE EXTENT TO WHICH

03:34  23   RATINGS WERE A FACTOR IN THE CREDIT UNION'S INVESTMENT

03:34  24   DECISIONS.  THAT'S SET FORTH IN THE CREDIT MEMOS THAT COME

03:34  25   FROM THE CREDIT UNION.  IT'S NOT SET FORTH IN THE AUDITOR'S

03:34    1    NOTES WHEN HE REVIEWED THEM.  S&P ALREADY HAS THOSE.

03:34    2         ON PAGE 7 OF ITS BRIEF S&P ARGUES IT'S ENTITLED TO

03:34    3    DISCOVER, QUOTE, WHAT INFORMATION LED NCUA TO CONCLUDE THAT

03:34    4    THE WESCORP CREDIT UNION MAY HAVE GIVEN MORE WEIGHT TO

03:34    5    CREDIT RATINGS THAN TO THEIR OWN RATIONAL ASSESSMENT OF THE

03:34    6    ACTUAL RISKS.  AND S&P QUOTES THAT ON PAGE 28 OF THE

03:34    7    MATERIAL LOSS REVIEW.

03:34    8         WHEN WE GO TO PAGE 28 OF THE MATERIAL LOSS REVIEW,

03:34    9    WE SEE THAT OIG EXPLAINS THAT IT REACHED THAT CONCLUSION

03:35   10    BASED ON ITS REVIEW OF THE CREDIT MEMOS WESCORP USED TO

03:35   11    JUSTIFY THE PURCHASE OF ITS RMBS.

03:35   12         ONCE AGAIN, THE EVIDENCE S&P SAYS IT NEEDS, IT

03:35   13    ALREADY HAS.  IT'S THE CREDIT MEMOS.  WHAT S&P NEVER

03:35   14    EXPLAINS IS WHY THE AUDITOR'S NOTES ARE SUFFICIENTLY

03:35   15    RELEVANT TO OVERCOME NCUA OIG'S SIGNIFICANT INTEREST IN

03:35   16    PROTECTING THE CONFIDENTIALITY OF THOSE DOCUMENTS.

03:35   17         IF THE AUDITOR'S NOTES MADE THEIR WAY INTO THE

03:35   18    MLR, S&P HAS THEM.  IF HIS NOTES WERE JUST PRELIMINARY AND

03:35   19    HE CHANGED HIS MIND, HE JOTTED DOWN A QUESTION, SUBSEQUENTLY

03:35   20    ANSWERED IT, BUT THAT QUESTION APPEARING ON A DOCUMENT

03:35   21    APPEARS TO BE SOMETHING THAT WAS UNANSWERED OR LEFT

03:35   22    UNANSWERED.

03:35   23         THEN, AS I SAID EARLIER, THAT IS GOING TO HAVE A

03:35   24    SIGNIFICANT CHILLING EFFECT ON HIM WRITING ANYTHING DOWN.

03:35   25    IT POTENTIALLY WOULD EXTEND BEYOND THESE NOTES BECAUSE THE

03:36  1  NEXT STEP IS TO TRY AND DISCOVER WHAT HE SAID TO HIS

03:36  2  COLLEAGUES ABOUT WHAT HE THOUGHT WAS IMPORTANT, ANY

03:36  3  QUESTIONS HE POSED TO THEM.

03:36  4      IT'S SLOWLY GOING TO SHUT DOWN THE DEBATE.  IT'S

03:36  5  GOING TO MAKE WHAT SHOULD BE AN OPEN AND CANDID PROCESS A

03:36  6  CONSTRAINED AND ARTIFICIAL PROCESS, AND IT WOULD REMOVE FROM

03:36  7  NCUA THE TOOL THAT IT HAS IN AN INDEPENDENT ARM THAT CAN

03:36  8  CANDIDLY EVALUATE THE PERFORMANCE OF THE AGENCY WITHOUT FEAR

03:36  9  OF BEING DRAGGED INTO CIVIL LAWSUITS THAT COME UP ANYTIME A

03:36  10  CREDIT UNION'S INVESTMENTS ARE CALLED INTO QUESTION.

03:36  11      WITH REGARD TO THE CHILLING EFFECT, YOUR HONOR, WE

03:36  12  BELIEVE THAT IT IS UNCONTROVERTED ON THE RECORD BEFORE YOU

03:36  13  THAT THE DISCLOSURE OF OIG'S DELIBERATING PROCESS WOULD HAVE

03:36  14  A CHILLING EFFECT ON THE ABILITY OF THE AUDITORS TO DO THEIR

03:37  15  JOB.  INSPECTOR GENERAL HAGEN SUBMITTED AN AFFIDAVIT IN

03:37  16  WHICH HE STATED THAT BASED ON HIS MANY YEARS OF EXPERIENCE,

03:37  17  IF THESE TYPE OF NOTES WERE DISCLOSED, THE AUDITOR AND HIS

03:37  18  COLLEAGUES WOULD FEEL CONSTRAINED IN DOING THEIR JOBS.

03:37  19      NOW, S&P DOES NOT TAKE ISSUE WITH THAT.  S&P'S

03:37  20  ONLY ATTEMPT TO REBUT THAT CLAIM BY MR. HAGEN IS TO OBSERVE

03:37  21  THAT WESCORP HAS BEEN LIQUIDATED AND THAT THERE WOULD NOT BE

03:37  22  A CHILLING EFFECT PRESUMABLY ON THE EMPLOYEES OF WESCORP,

03:37  23  WHICH IS NO LONGER IN BUSINESS.

03:37  24      WE BELIEVE THAT'S BESIDE THE POINT, YOUR HONOR.

03:37  25  THE CHILLING EFFECT AT ISSUE IS ON THE OIG AUDITOR.  HIS

| | | |
|---|---|---|
| 03:37 | 1 | NOTES WERE TAKEN.  HIS DISCUSSIONS WITH HIS COLLEAGUES TOOK |
| 03:37 | 2 | PLACE AFTER WESCORP HAD ALREADY FAILED. |
| 03:37 | 3 | FINALLY, YOUR HONOR, WE THINK IT BEARS EMPHASIS |
| 03:37 | 4 | THAT NCUA IS NOT A PARTY TO THIS CASE, HAS NOT BEEN ACCUSED |
| 03:37 | 5 | OF ANY MISCONDUCT.  NCUA'S INTENT IS NOT AT ISSUE IN THIS |
| 03:38 | 6 | CASE.  S&P HAS NOT EXPLAINED WHY THIS CASE IS ANY DIFFERENT |
| 03:38 | 7 | FROM ANY OTHER CASE IN WHICH A CIVIL LITIGANT WANTS TO |
| 03:38 | 8 | DISCOVER CONFIDENTIAL MATERIALS FROM THE OIG'S AUDIT |
| 03:38 | 9 | PROCESS.  IT'S NOT ON ANY LINE THAT WOULD DISTINGUISH THIS |
| 03:38 | 10 | CASE FROM ANY OF THESE OTHER CASES. |
| 03:38 | 11 | YOUR HONOR, WE BELIEVE THAT OPENING THE DOOR TO |
| 03:38 | 12 | OIG'S DELIBERATIVE WORK PAPERS, FORCING THEM TO OPERATE IN A |
| 03:38 | 13 | FISHBOWL, WOULD HAVE A SIGNIFICANT CHILLING EFFECT ON OIG, |
| 03:38 | 14 | AND WE BELIEVE THAT THE COURT SHOULD THEREFORE ALLOW OIG TO |
| 03:38 | 15 | CONTINUE TO WITHHOLD THE REDACTED MATERIALS. |
| 03:38 | 16 | IF YOUR HONOR HAS ANY QUESTIONS, I WOULD BE HAPPY |
| 03:38 | 17 | TO ANSWER THEM.  OTHERWISE, I WILL TAKE A SEAT. |
| 03:38 | 18 | THE COURT:  CHECK WITH YOUR COLLEAGUES AND MAKE |
| 03:38 | 19 | CERTAIN YOU'VE COVERED ALL THE POINTS THAT YOU'D LIKE TO. |
| 03:38 | 20 | SEE IF THERE IS ANYTHING YOU'D LIKE TO ADD AS A COURTESY. |
| 03:38 | 21 | JUST TAKE A MOMENT. |
| 03:39 | 22 | (PLAINTIFF COUNSEL CONFERRING) |
| 03:39 | 23 | MR. HETHERINGTON:  THANK YOU FOR THAT OPPORTUNITY, |
| 03:39 | 24 | YOUR HONOR.  I DON'T KNOW THAT THIS IS NEW GROUND, BUT |
| 03:39 | 25 | MR. LEONE REMINDS ME THAT A SIGNIFICANT PART OF THE CHILLING |

03:39   1    EFFECT HERE THAT I DID NEGLECT TO MENTION IS ON THE FUTURE

03:39   2    AUDITS.  THE OIG IS REQUIRED TO PRODUCE AN MLR AND GO

03:40   3    THROUGH THIS PROCESS EVERY TIME THE FUND SUFFERS A MATERIAL

03:40   4    LOSS CAUSED BY A CREDIT UNION.

03:40   5          THE FACT THAT WESCORP IS NOW OUT OF BUSINESS

03:40   6    DOESN'T MATTER BECAUSE FUTURE CREDIT UNIONS WILL SUFFER

03:40   7    MATERIAL LOSSES, AND THE FUTURE AUDITORS WILL BE CHILLED IN

03:40   8    DOING THEIR BUSINESS.

03:40   9          THANK YOU, YOUR HONOR.

03:40   10         THE COURT:  THANK YOU.

03:40   11         COUNSEL.

03:40   12         MR. MARKLEY:  GOOD AFTERNOON AGAIN, YOUR HONOR.

03:40   13   BRIAN MARKLEY FROM CAHILL GORDON AND REINDEL ON BEHALF OF

03:40   14   MCGRAW-HILL AND S&P.

03:40   15         YOUR HONOR, THE REPORTS AT ISSUE HERE, MATERIAL

03:40   16   LOSS REVIEWS, ARE SIMPLY NOT THE KIND OF INTERNAL AGENCY

03:40   17   DELIBERATIONS.  THIS IS NOT THE SORT OF DELIBERATIVE PROCESS

03:40   18   THAT THE CASE LAW SPEAKS ABOUT.  THESE REPORTS, WHICH WE

03:40   19   THINK HAVE BEEN MISCHARACTERIZED BY NCUA, ARE ESSENTIALLY

03:40   20   HISTORY REPORTS.  THEY HAVE CHERRY-PICKED IN THEIR REPLY

03:41   21   BRIEF ONE SENTENCE FROM A 41-PAGE DOCUMENT IN WHICH THE OIG

03:41   22   QUOTE, UNQUOTE, RECOMMENDED TO NCUA THAT THE AGENCY PROVIDE

03:41   23   MORE GUIDANCE TO CREDIT UNIONS IN THE FUTURE.

03:41   24         THEY SAY THAT BECAUSE OF THAT ONE REPORT, OR THAT

03:41   25   ONE SENTENCE RATHER, THIS ENTIRE REPORT IS PART OF A

03:41   1   DELIBERATIVE PROCESS THAT WENT INTO A FORMAL RULE-MAKING OR

03:41   2   PROMULGATION OF NEW RULES AND REGULATIONS.  IF ONE READS THE

03:41   3   REPORTS, IT'S CLEAR FROM THE EXECUTIVE SUMMARY ON PAGE 1 AND

03:41   4   PAGE 2 THAT THEY ARE NOTHING OTHER THAN BACKWARD-LOOKING

03:41   5   SUMMARIES AND ASSESSMENTS OF FACTS THAT ALREADY OCCURRED.

03:41   6          ON PAGE 1 THE REPORT SETS FORTH SPECIFICALLY THE

03:41   7   PURPOSE.  IT SAYS THAT THE OIG WENT OUT TO ANSWER TWO

03:41   8   SPECIFIC QUESTIONS.  THE FIRST IS:  WHY DID NCUA PLACE

03:41   9   WESCORP UNDER FEDERAL CONSERVATORSHIP?  AND THE SECOND IS:

03:41   10  HOW GOOD OR BAD WAS NCUA'S SUPERVISION OR REGULATION OF

03:42   11  WESCORP?  THESE ARE BOTH BACKWARD-LOOKING QUESTIONS THAT THE

03:42   12  OIG ANSWERED BY GATHERING FACTS AND SUMMARIZING THEM IN HIS

03:42   13  NOTES AND IN THE PUBLISHED REPORTS.

03:42   14         THE REPORTS ALSO SAY -- AND THIS IS WHY THEY ARE

03:42   15  SO RELEVANT AND WHY THE UNDERLYING NOTES ARE SO RELEVANT TO

03:42   16  US -- THAT THE CREDIT UNION ITSELF IS TO BLAME FOR THE

03:42   17  LOSSES BECAUSE IT FAILED TO IMPLEMENT APPROPRIATE RISK

03:42   18  MANAGEMENT STRATEGIES.  IT FAILED TO PUT LIMITS ON THE

03:42   19  AMOUNT OF RMBS IT WAS PURCHASING, AND IT BOUGHT TOO MANY

03:42   20  SECURITIES THAT WERE LINKED TO CALIFORNIA.

03:42   21         IT ALSO SAYS AMONG OTHER THINGS THAT THE

03:42   22  REGULATOR, NCUA ITSELF, DID A BAD JOB BY FAILING TO ADDRESS

03:42   23  THESE RISKS AND THE UNDUE CONCENTRATION OF THE INVESTMENTS.

03:42   24  THESE ARE ALL OBSERVATIONS OF WHAT WENT WRONG IN THE PAST,

03:42   25  AND THEY ARE THE OVERWHELMING FOCUS OF THIS REPORT.

03:42   1        THE REPORT AND PRESUMABLY THE UNDERLYING NOTES

03:42   2   ALSO ADDRESS CREDIT-RATING AGENCIES.  ON PAGE 28 OF THE

03:43   3   REPORT IT DOES INDEED SAY THAT THE OIG, QUOTE, CAN ONLY

03:43   4   CONCLUDE, END QUOTE, THAT WESCORP GAVE MORE WEIGHT TO CREDIT

03:43   5   RATINGS THAN ITS OWN PRUDENT DILIGENCE.  WE THINK THAT'S

03:43   6   RELEVANT, AND WE THINK WHAT THE INSPECTOR SAID ABOUT THAT IN

03:43   7   HIS NOTES IS RELEVANT.

03:43   8        AS WE HEARD FROM NCUA'S COUNSEL TODAY, THE

03:43   9   REDACTIONS HERE ARE REALLY OF ONE KIND.  THEY ARE THE COVER

03:43  10   MEMOS THAT THE OIG AFFIXED IN HIS WORK PAPERS TO THE

03:43  11   UNDERLYING INVESTMENT MEMOS.  THEY ARE HIS OBSERVATIONS OF

03:43  12   WHAT THOSE MEMOS SAY.

03:43  13        WHAT THOSE MEMOS SAY, OR WHAT THOSE MEMOS PROVIDE

03:43  14   RATHER, IS A LISTING OF THE CAUSES OF THE INVESTMENT LOSSES

03:43  15   THAT ARE BEING BLAMED IN THIS CASE SQUARELY AND SOLELY ON

03:43  16   S&P.  SO THEY ARE OF THE HIGHEST RELEVANCE TO OUR DEFENSE OF

03:43  17   THIS CASE, YOUR HONOR.  THE COURT HAS ALREADY HELD SO IN ITS

03:44  18   PRIOR OPINION REGARDING OUR MOTION TO COMPEL NCUA.

03:44  19        MR. HETHERINGTON TALKED ABOUT THE MARICOPA CASE.

03:44  20   THIS IS A NINTH CIRCUIT OPINION, AND THEY DISCUSS THE CASE

03:44  21   AT LENGTH IN THEIR REPLY.  THIS CASE SUPPORTS OUR POSITION,

03:44  22   AND IT IS CRYSTAL CLEAR AND IN THIS SENSE SEPARATES THE

03:44  23   NINTH CIRCUIT FROM SOME OTHER COURTS LIKE THE D.C. CIRCUIT.

03:44  24        WHAT IT SAYS, WHAT MARICOPA SAYS, IS THAT THERE

03:44  25   MUST BE A SPECIFIC AGENCY DECISION TO WHICH A DOCUMENT IS

03:44  1  PRE-DECISIONAL.  SO WHAT DOES THAT MEAN?  IF THERE IS A WORK

03:44  2  PAPER, IF THERE IS A NOTE, THEY HAVE AN OBLIGATION IN EVERY

03:44  3  SINGLE INSTANCE WITH RESPECT TO EVERY SINGLE REDACTION TO

03:44  4  CONNECT THAT NOTE TO A SPECIFIC DECISION OR DELIBERATION

03:44  5  MADE BY THE AGENCY.

03:44  6        AND WHAT MARICOPA AND ALL THE OTHER CASES WE HAVE

03:44  7  CITED SAY IS THAT IT'S NOT ENOUGH SIMPLY TO SAY THAT THIS

03:44  8  PROCESS OF CREATING THE MLRS WAS PART OF AN OVERALL GENERAL

03:45  9  EFFORT TO IMPROVE THE NATURE OF THE OVERSIGHT THAT THE

03:45  10  AGENCY PROVIDES.  THEY HAVE TO IDENTIFY A SPECIFIC DECISION.

03:45  11        THE CASES WHERE THE PRIVILEGE HAS BEEN FOUND TO

03:45  12  EXIST ARE REMARKABLY DIFFERENT.  MARICOPA IS THE

03:45  13  QUINTESSENTIAL ONE.  IN THAT CASE THE HEAD OF THE FORESTRY

03:45  14  SERVICE WAS PRESENTED WITH AN ALLEGATION THAT A REGIONAL

03:45  15  OFFICIAL BROKE THE LAW, BREACHED A SETTLEMENT AGREEMENT, AND

03:45  16  BEHAVED IN A RACIST MANNER.  HE SAID TO HIMSELF:  WHAT AM I

03:45  17  GOING TO DO ABOUT THIS?  HOW WILL I RESPOND?

03:45  18        HE WENT OUT AND HIRED AN INDEPENDENT INVESTIGATOR,

03:45  19  AND HE SAID TO HIM:  I WOULD LIKE YOU TO GO INVESTIGATE THIS

03:45  20  AND DRAFT A REPORT THAT INCLUDES A RECOMMENDATION TO ME OF

03:45  21  HOW I SHOULD RESPOND TO THIS ALLEGATION.  AND THEN IT

03:45  22  HAPPENED.

03:45  23        IN THAT CASE THERE WAS A SPECIFIC DECISION.  THE

03:45  24  HEAD OF THE FORESTRY SERVICE HAD TO DECIDE WHAT HE SHOULD

03:45  25  DO.  THIS IS VERY DIFFERENT.  THIS IS MUCH MORE LIKE THE

03:45  1   CASES WE'VE CITED WHERE COURTS HAVE SAID IT'S NOT ENOUGH TO

03:46  2   DO THIS WORK AS PART OF AN OVERALL EFFORT TO IMPROVE

03:46  3   REGULATION.  THERE HAS TO BE SOMETHING SPECIFIC.  IN HERE

03:46  4   THERE ISN'T.

03:46  5        I WON'T BELABOR THE POINT.  WE CITE OTHER CASES

03:46  6   THAT STAND FOR THE SAME PRINCIPLE, THE SPECIFIC DECISION

03:46  7   PRINCIPLE.  THE NRDC CASE IS ONE FROM THIS COURT, FROM THE

03:46  8   CENTRAL DISTRICT, THAT ALSO RECOGNIZES THE SAME THING.

03:46  9   INTERESTINGLY, THAT CASE ALSO SAYS THAT IF THE

03:46  10  RECOMMENDATION AT ISSUE -- HERE THEY SAY THE RECOMMENDATION

03:46  11  WAS THE PROVISION OF BETTER GUIDANCE -- IS ADOPTED BY THE

03:46  12  AGENCY OR MADE PUBLIC BY THE AGENCY, WHATEVER DELIBERATIVE

03:46  13  PROCESS PRIVILEGE MIGHT HAVE ATTACHED IS EVISCERATED.

03:46  14       HERE, OF COURSE, THE, QUOTE, UNQUOTE,

03:46  15  RECOMMENDATION THAT THEY'RE RELYING ON WAS PUBLISHED IN THE

03:46  16  REPORT.  SO THAT NRDC CASE IS DISPOSITIVE IN DETERMINING

03:46  17  THAT THERE IS NO PRIVILEGE.

03:46  18       WE ALSO CITE THE SEAFIRST CASE WHICH I WON'T

03:46  19  BELABOR BECAUSE WE'VE DISCUSSED IT AT LENGTH IN OUR BRIEFS,

03:46  20  YOUR HONOR.  I WILL CLOSE BY SAYING THAT TO THE EXTENT THERE

03:47  21  IS ANY PRIVILEGE HERE, IT'S OVERCOME.

03:47  22       THIS COURT RECOGNIZED IN ITS JUNE 13TH ORDER THAT

03:47  23  THIS DELIBERATIVE PROCESS PRIVILEGE SHOULD BE UPHELD

03:47  24  SELDOMLY WHERE THERE IS, QUOTE, ANY NEED, END QUOTE, FOR THE

03:47  25  INFORMATION.  HERE THERE IS MORE THAN ANY NEED.  I THINK

03:47  1  THERE IS A VERY SUBSTANTIAL NEED.

03:47  2  COUNSEL DID NOT TALK ABOUT THE PRIVILEGE ISSUE

03:47  3  THAT'S THE SUBJECT OF OUR BRIEFS.  I WON'T BELABOR THAT

03:47  4  EITHER EXCEPT TO SAY THAT THEIR ARGUMENTS WITH RESPECT TO

03:47  5  THE COMMON-INTEREST PRIVILEGE AND WAIVER OF THE DELIBERATIVE

03:47  6  PROCESS PRIVILEGE REALLY EXEMPLIFY THE UNFAIRNESS THAT I

03:47  7  THINK IS BEING FACED BY OUR CLIENT ON THESE ISSUES.

03:47  8  IN THAT SENSE LET'S CONSIDER HOW WE GOT HERE.

03:47  9  NCUA EXAMINED THE CAUSES OF CREDIT UNION LOSSES AND

03:47  10  IDENTIFIED ALTERNATIVE EXPLANATIONS FOR THOSE SEPARATE FROM

03:47  11  THE RATINGS -- THEIR OWN MISMANAGEMENT, THEIR OWN FAILURE TO

03:47  12  REGULATE PROPERLY.

03:48  13  SUBSEQUENT TO THAT THE GOVERNMENT SUES S&P AND

03:48  14  ALLEGES THAT THOSE LOSSES WHICH NCUA EXAMINED ARE OUR FAULT

03:48  15  ENTIRELY.  AND DURING THEIR INVESTIGATION LEADING TO THAT

03:48  16  LAWSUIT, THEY ASK NCUA FOR DOCUMENTS ABOUT ITS OWN

03:48  17  EXAMINATION, AND THE GOVERNMENT HAS HAD THOSE FOR SOME TIME.

03:48  18  WHEN S&P SEEKS THOSE DOCUMENTS IN THIS CASE

03:48  19  PURSUANT TO A RULE 45 SUBPOENA AND PURSUANT TO OUR REQUEST

03:48  20  DIRECTLY TO THE GOVERNMENT, WE ARE TOLD THAT SOME OF THEM

03:48  21  ARE PRIVILEGED BECAUSE NCUA AND DOJ HAVE A COMMON INTEREST

03:48  22  IN INVESTIGATING AND SUING S&P; THUS, THEY'RE NOT

03:48  23  DISCOVERABLE.  WE THINK THAT IS THE HEIGHT OF UNFAIRNESS.

03:48  24  WE DON'T THINK THAT THAT RESULT CAN STAND.

03:48  25  SO IN CLOSING, LET ME JUST BE CLEAR THAT THIS

```
03:48   1    ISSUE OF COMMON-INTEREST PRIVILEGE, WHILE I THINK IT IS

03:48   2    DUBIOUS, IS REALLY IRRELEVANT TO THE MATTER BEFORE THE

03:48   3    COURT.  I WANT TO BE CRYSTAL CLEAR ABOUT THAT, BECAUSE IF

03:48   4    THERE WAS NO UNDERLYING PRIVILEGE -- AND WE SAY FOR ALL THE

03:48   5    REASONS I HAVE OUTLINED TODAY AND SET FORTH IN OUR BRIEFS

03:48   6    THAT THERE IS NONE -- WE DON'T HAVE TO GET INTO THE QUESTION

03:49   7    OF WHETHER THERE WAS ANY WAIVER AND WHETHER THERE WAS ANY

03:49   8    COMMON INTEREST.

03:49   9           AT THE END OF THE DAY, YOUR HONOR, THESE ARE WORK

03:49   10   PAPERS THROUGH A HISTORY REPORT, AND WE THINK THEY'RE VERY

03:49   11   RELEVANT TO OUR DEFENSE OF THIS CASE.

03:49   12          THE COURT:  I WANT TO THANK BOTH COUNSEL.  BEFORE

03:49   13   YOUR RESPONSE, I THINK I WILL DISTRIBUTE A TENTATIVE.

03:49   14   REMEMBER THIS:  IT'S A TENTATIVE.  IT'S WHAT MY INITIAL

03:49   15   THOUGHTS WERE BEFORE YOUR ARGUMENTS.  I DIDN'T WANT TO

03:49   16   INTERRUPT YOU DURING YOUR ARGUMENTS.  NOW I THINK YOU CAN

03:49   17   FOCUS ON THE TENTATIVE.

03:49   18          HOW MANY COPIES DO WE HAVE?

03:49   19          THE CLERK:  FOUR.

03:49   20          THE COURT:  FOUR?  GIVE TWO TO EACH SIDE.  WELL, I

03:49   21   CAN GET AN EXTRA COPY.  JULIE, GIVE THREE TO EACH SIDE.

03:49   22   THEY CAN HAVE MY COPY.  I HAVEN'T MARKED THIS UP.  HERE'S

03:49   23   ANOTHER ONE FOR THE OTHER SIDE.  THAT WAY, COUNSEL, YOU WILL

03:49   24   EACH HAVE THREE.

03:49   25          I WILL BE BACK WITH YOU IN ABOUT FIVE MINUTES.
```

```
03:49    1              (RECESS TAKEN AT 3:49 P.M.;

03:53    2              PROCEEDING RESUMED AT 4:03 P.M.)

04:03    3         THE COURT:  ALL RIGHT.  COUNSEL ARE PRESENT.

04:03    4         COUNSEL, HAVE YOU HAD ENOUGH TIME FOR BOTH SIDES?

04:03    5    IF YOU HAVEN'T, THERE IS NO RUSH.  I MEAN, IF YOU WANT MORE

04:03    6    DISCUSSION AND MORE TIME, LET ME TAKE A RECESS.

04:03    7         MR. MARKLEY:  WE'RE OKAY, YOUR HONOR.

04:03    8         MR. HETHERINGTON:  I THINK WE COULD USE ANOTHER

04:03    9    TEN MINUTES.

04:03   10         THE COURT:  ABSOLUTELY.  ABSOLUTELY.  AS A

04:03   11    COURTESY, LET ME GET OFF THE BENCH.  WHY DON'T WE SAY AT 20

04:03   12    AFTER.  WOULD THAT BE OKAY?

04:04   13         MR. HETHERINGTON:  YES.  THANK YOU.

04:04   14         THE COURT:  OKAY.  THANK YOU VERY MUCH, COUNSEL.

04:04   15              (RECESS TAKEN AT 4:04 P.M.;

04:04   16              PROCEEDING RESUMED AT 4:36 P.M.)

04:36   17         THE COURT:  HAVE YOU HAD ENOUGH TIME FOR BOTH

04:36   18    SIDES?

04:36   19         MR. HETHERINGTON:  YES, YOUR HONOR.

04:36   20         THE COURT:  WE ARE BACK ON THE RECORD.  I WANT TO

04:36   21    WELCOME COUNSEL BACK.

04:36   22         THE COURT HAS TRIED TO GIVE ADEQUATE TIME TO

04:36   23    ABSORB THE TENTATIVE, WHICH IS STILL A TENTATIVE.

04:36   24    THEREFORE, COUNSEL, I WANT YOU TO STRENUOUSLY ARGUE AGAINST

04:36   25    IT.  DON'T BE POLITE ABOUT THAT.  TEAR THIS APART.  I WILL
```

| 04:36 | 1 | EITHER MAKE IT BETTER, OR I WILL REVERSE MYSELF.  BUT THIS |
| 04:36 | 2 | IS THE TIME TO TELL ME WHY I AM ABSOLUTELY WRONG. |
| 04:36 | 3 | MR. HETHERINGTON:  THANK YOU, YOUR HONOR. |
| 04:36 | 4 | WE APPRECIATE YOU GOING TO THE EFFORT OF PRODUCING |
| 04:36 | 5 | A TENTATIVE SO THAT WE CAN ADDRESS THIS WHILE WE ARE HERE. |
| 04:37 | 6 | AS WE UNDERSTAND, THE TENTATIVE OPINION IS THAT THE NOTES AT |
| 04:37 | 7 | ISSUE WERE NOT PRE-DECISIONAL.  THAT'S WHAT I AM GOING TO |
| 04:37 | 8 | ADDRESS. |
| 04:37 | 9 | YOUR HONOR, WHAT MARICOPA TEACHES US IS THAT |
| 04:37 | 10 | DOCUMENTS CREATED IN THE ORDINARY COURSE OF AN AGENCY'S |
| 04:37 | 11 | BUSINESS CANNOT RETROACTIVELY BE DEEMED OR BECOME |
| 04:37 | 12 | PRE-DECISIONAL DOCUMENTS FOR THE PURPOSES OF THE PRIVILEGE |
| 04:37 | 13 | MERELY BECAUSE SOMEWHERE DOWN THE LINE SOMEBODY MAKES A |
| 04:37 | 14 | DECISION, A POLICY DECISION, AND LOOKS BACK TO THOSE |
| 04:37 | 15 | DOCUMENTS.  WE DON'T DISPUTE THAT. |
| 04:37 | 16 | IN OTHER WORDS, THE PERSON WHO IS CREATING THE |
| 04:37 | 17 | DOCUMENT FOR THEM TO BE PRE-DECISIONAL MUST BE -- MUST |
| 04:37 | 18 | UNDERSTAND THAT THE PROJECT THEY ARE ENGAGED IN, THE REASON |
| 04:37 | 19 | FOR CREATING THE DOCUMENT, IS WITH REGARD TO SOME PARTICULAR |
| 04:38 | 20 | DECISION POINT. |
| 04:38 | 21 | THAT WAS THE CASE HERE.  THESE DOCUMENTS WERE NOT |
| 04:38 | 22 | CREATED IN THE ORDINARY COURSE OF THE AGENCY'S OR OIG'S |
| 04:38 | 23 | BUSINESS.  A VERY SPECIFIC FACTUAL EVENT, A MATERIAL LOSS TO |
| 04:38 | 24 | THE FUND CAUSED BY A CREDIT UNION, TRIGGERED A VERY SPECIFIC |
| 04:38 | 25 | STATUTORY REQUIREMENT.  THAT REQUIREMENT IS THAT OIG CREATE |

04:38   1   A MATERIAL LOSS REPORT THAT, AS YOUR HONOR QUOTES FROM THE

04:38   2   STATUTE, BOTH DESCRIBES THE REASON WHY THE PROBLEMS OF THE

04:38   3   CREDIT UNION RESULTED IN A MATERIAL LOSS AND MAKE

04:38   4   RECOMMENDATIONS FOR PREVENTING ANY SUCH LOSS IN THE FUTURE.

04:38   5   THAT'S THE POLICY DECISION POINT THAT IS THE FOCAL POINT OF

04:38   6   THE MLR.  THAT IS THE POLICY DECISION POINT THAT THE OIG

04:38   7   AUDITOR WAS WORKING TOWARDS WHEN HE MADE THESE NOTES

04:39   8   REVIEWING THE CREDIT MEMOS.

04:39   9           THE DECISION POINT IS NCUA'S.  OIG MAKES THE

04:39   10   RECOMMENDATION.  OIG DOES NOT MAKE THE DECISION.  IT MAKES

04:39   11   THE RECOMMENDATION NCUA SHOULD CHANGE ITS POLICIES AS

04:39   12   FOLLOWS.  THE DECISION IS THEN NCUA'S.  THAT'S WHAT THE

04:39   13   AUDITOR WAS LOOKING TO HERE.

04:39   14           YOUR HONOR, I BELIEVE THAT THE COURT RECOGNIZES

04:39   15   THAT IN FOOTNOTE 2 OF THE TENTATIVE OPINION WHEN IT

04:39   16   DESCRIBES THE NOTES AS PRE PRE-DECISIONAL.  WE DON'T BELIEVE

04:39   17   THAT THE EXTRA PRE DEFEATS THE DELIBERATIVE PROCESS HERE

04:39   18   WHEN THE DECISION POINT AT ISSUE IS WHY THE AUDITOR WAS

04:39   19   MAKING THESE NOTES.

04:39   20           THE MLR ITSELF AT PAGE 28 TIES ITS CONCLUSIONS

04:39   21   BACK TO THE WORK THAT HE DID.  IT SAYS:  WE BASE THESE

04:39   22   CONCLUSIONS ON THE REVIEW OF THE CREDIT MEMOS, THE

04:40   23   CONCLUSIONS THAT UNDERLIE THE POLICY RECOMMENDATION.

04:40   24           THE FACT THAT THE DECISION WAS NOT

04:40   25   BACKWARD-LOOKING DOES NOT DEFEAT THE PRIVILEGE.  YOUR HONOR

04:40    1    IN THE TENTATIVE STATES THAT THE MLR REPORT DID NOT INFORM A

04:40    2    DECISION REGARDING WHAT ACTION, IF ANY, NCUA WAS OBLIGATED

04:40    3    TO TAKE --

04:40    4           THE COURT:  WHOA, WHOA.  LET'S JUST STRIKE THAT

04:40    5    COMPLETELY AND DO THAT AGAIN.

04:40    6           MR. HETHERINGTON:  THE TENTATIVE OPINION STATES,

04:40    7    YOUR HONOR, THE WESCORP MLR REPORT DID NOT INFORM A DECISION

04:40    8    REGARDING WHAT ACTION, IF ANY, NCUA WAS OBLIGATED TO TAKE

04:40    9    AGAINST WESCORP.  THAT'S TRUE.  IT WAS NOT A

04:40   10    BACKWARD-LOOKING DECISION.  IT WAS A FUTURE-LOOKING

04:40   11    DECISION.

04:40   12           AGAIN, THE RECOMMENDATION BY OIG, WHICH LACKS THE

04:40   13    AUTHORITY TO MAKE THE DECISION, IS CHANGE YOUR POLICIES AS

04:40   14    FOLLOWS.  THE DECISION IS WHETHER TO CHANGE THE POLICIES.

04:41   15           WHAT MARICOPA ALSO TEACHES US IS THAT THE

04:41   16    PRIVILEGE IS NOT DEFEATED JUST BECAUSE WE CAN'T IDENTIFY A

04:41   17    SPECIFIC DECISION THAT WAS MADE ON THE BASIS OF THE

04:41   18    RECOMMENDATIONS.  NO DECISION WAS MADE IN MARICOPA.

04:41   19           MARICOPA ALSO TEACHES US THAT THE PRIVILEGE IS NOT

04:41   20    DEFEATED MERELY BECAUSE INTERVENING EVENTS OBVIATE THE NEED

04:41   21    TO MAKE THE DECISION AT ISSUE.  THERE THE PERSON WHO WAS THE

04:41   22    FOCAL POINT OF THE RECOMMENDATIONS HAD RESIGNED.

04:41   23           HERE, AS YOU NOTED EARLIER ON, YOUR HONOR, NCUA

04:41   24    HAD IN THE INTERIM MADE CERTAIN CHANGES THAT MAY HAVE

04:41   25    OBVIATED THE NEED TO MAKE THE DECISION, BUT THAT DOESN'T

04:41  1   ALTER THE FACT THAT WHEN THE AUDITOR WAS DOING HIS WORK, HE

04:41  2   WAS DOING IT TO COME UP WITH A RECOMMENDATION THAT WAS A

04:41  3   DECISION POINT THAT NCUA IN HIS MIND WOULD HAVE TO DECIDE

04:42  4   WHETHER OR NOT TO ADOPT.

04:42  5        THE CASES THAT ARE CITED ON PAGE 11 OF THE

04:42  6   TENTATIVE OPINION -- BAMBOOEY, MANSOURIAN, AND SEAFIRST --

04:42  7   YOUR HONOR, ARE DISTINGUISHABLE FROM THIS CASE FOR THE

04:42  8   SIMPLE REASON THAT IN THOSE THREE CASES THERE WAS NO

04:42  9   CONTEMPLATION OF A POLICY DECISION.

04:42  10       IN SEAFIRST, WHICH COMES THE CLOSEST, THE NATIONAL

04:42  11  BANK EXAMINERS HAD NO STATUTORY AUTHORITY TO EVEN MAKE A

04:42  12  POLICY RECOMMENDATION.  THEY HAD NO AUTHORITY TO CREATE A

04:42  13  DECISION POINT FOR THE AGENCY.  HERE OIG NOT ONLY HAD THE

04:42  14  STATUTORY AUTHORITY TO DO THAT, BUT IT HAD THE STATUTORY

04:42  15  OBLIGATION TO DO SO.

04:43  16           THE COURT:  HAVE YOU CONCLUDED?

04:43  17           MR. HETHERINGTON:  I HAVE, YOUR HONOR.

04:43  18           THE COURT:  CHAT WITH YOUR TEAM FOR JUST A MOMENT.

04:43  19           (PAUSE IN PROCEEDINGS)

04:43  20           MR. HETHERINGTON:  ONE POINT THAT IS NOT PART OF

04:43  21  MY ARGUMENT REGARDING YOUR HONOR'S REASONING AND CONCLUSION

04:43  22  BUT I THINK MAY BE INSTRUCTED NONETHELESS --

04:43  23           THE COURT:  UH-HUH.

04:43  24           MR. HETHERINGTON:  -- WITH REGARD TO THAT

04:43  25  ADDITIONAL PRE THAT NOTES TAKEN IN THE COURSE OF COMING UP

04:43   1   WITH A RECOMMENDATION THAT IN A CERTAIN SENSE ALSO IS

04:43   2   PRE-DECISIONAL IN A MORE IMMEDIATE WAY OR MORE IMMEDIATELY

04:44   3   ANTECEDENT TO THE DECISION POINT, I THINK ANY RULING THAT

04:44   4   BEING PRE PRE-DECISIONAL IS INCONSISTENT WITH THE PRIVILEGE

04:44   5   HERE POTENTIALLY WOULD HAVE QUITE SWEEPING IMPLICATIONS NOT

04:44   6   ONLY FOR THE DELIBERATIVE PROCESS PRIVILEGE BUT POTENTIALLY

04:44   7   FOR OTHER PRIVILEGES AS WELL.

04:44   8          THE SELF-CRITICAL ANALYSIS COMES TO MIND, WHICH IS

04:44   9   NOT AT ISSUE HERE, BUT THERE DOCUMENTS ARE CREATED THAT ARE

04:44   10  PROTECTED.  NOTES ARE GOING TO BE TAKEN IN THE COURSE OF

04:44   11  COMING UP WITH THAT DOCUMENT, AND FAILING TO PROTECT THE

04:44   12  NOTES REALLY IS GETTING AT THE CRUX OF WHAT THIS PRIVILEGE

04:44   13  IS INTENDED TO PROTECT BECAUSE THERE ARE A LOT OF REASONS

04:44   14  WHY NOTES NEVER MAKE IT INTO A FINAL DOCUMENT.

04:44   15         WE DISCUSSED THIS EARLIER.  YOU CHANGE YOUR MIND.

04:44   16  YOU SAY SOMETHING YOU REGRET.  IT'S NOT JUST AN OIG

04:44   17  DOCUMENT.  THE MLR COULD BE A LEGAL BRIEF.  I MAKE NOTES.  I

04:45   18  CHANGE MY MIND.  I SAY THINGS THAT, IF THOSE NOTES WERE

04:45   19  PRODUCED AND TAKEN OUT OF CONTEXT, WOULD CERTAINLY CHILL MY

04:45   20  ANALYSIS.

04:45   21         JUDICIAL OPINION I'M SURE COMES AFTER A LOT OF

04:45   22  NOTE-TAKING.  THOSE NOTES, IF THEY ARE NOT CONSISTENT WITH

04:45   23  THE FINAL PRODUCT, I DON'T THINK WOULD BE GERMANE.

04:45   24  OBVIOUSLY THEY ARE NOT DISCOVERABLE ANYWAY.

04:45   25         I WOULD CAUTION THE COURT AGAINST FINDING THAT

04:45  1   JUST BECAUSE THESE NOTES PRECEDED AN INTERVENING DOCUMENT,

04:45  2   THE MLR, IN WHICH THE DECISION POINT WAS PUT TO NCUA, THAT

04:45  3   THEY CAN'T BE PRIVILEGED.

04:45  4           THE COURT:  JUST A MOMENT.  CHECK WITH YOUR

04:45  5   COLLEAGUES FOR JUST A MOMENT.

04:45  6           (PLAINTIFF COUNSEL CONFERRING)

04:46  7           THE COURT:  COUNSEL.

04:46  8           MR. HETHERINGTON:  UNLESS YOU HAVE ANY QUESTIONS,

04:46  9   YOUR HONOR, I HAVE NOTHING FURTHER.

04:46  10          THE COURT:  LET ME TURN TO THE OTHER SIDE AND SEE

04:46  11  IF I DO.

04:46  12          COUNSEL.

04:46  13          MR. MINTZ:  YOUR HONOR, YES.  I WILL BE VERY

04:46  14  BRIEF, YOUR HONOR, AND WILL SAY ONLY THAT WE THINK THE

04:46  15  OPINION IS CORRECT.

04:46  16          THE COURT:  WHAT'S MISSING?  IN OTHER WORDS, FROM

04:46  17  YOUR POSITION IF I HELD TO THIS, WHAT'S WRONG WITH THIS

04:46  18  OPINION?  WHAT BOLSTERS THIS OPINION?  WHAT HAS THE COURT

04:46  19  MISREAD?  SO AS I PAID THE COURTESY TO THE OTHER SIDE BY

04:46  20  SAYING TAKE THIS OPINION APART, I'M SAYING TO YOUR SIDE:

04:46  21  WHAT'S THE COURT MISSING IN THIS OPINION?

04:47  22          MR. MINTZ:  WELL, I DON'T THINK IT'S MISSING

04:47  23  ANYTHING, YOUR HONOR.  I THINK IT'S A VERY GOOD OPINION.  I

04:47  24  DO THINK, HOWEVER, THAT THIS ISSUE MAY WELL COME BACK TO THE

04:47  25  COURT BECAUSE THERE ARE OTHER GOVERNMENTAL PRIVILEGES.  I AM

04:47  1   NOT SPEAKING HERE ABOUT PRIVILEGES INVOKED SPECIFICALLY OR

04:47  2   ONLY BY NCUA, BUT THERE ARE OTHER PRIVILEGES SUCH AS THE

04:47  3   BANK-EXAMINER PRIVILEGE.  THAT WAS NOT BEFORE THE COURT ON

04:47  4   THIS MOTION, BUT I AM PERSONALLY ENGAGED IN MEET-AND-CONFER

04:47  5   DISCUSSIONS WITH THE FDIC, WITH THE OCC, WITH THE FHFA.  AND

04:47  6   IN ALL THESE INSTANCES COUNSEL FOR THOSE AGENCIES HAVE

04:47  7   INDICATED THAT THEY WILL BE INVOKING GOVERNMENTAL PRIVILEGES

04:47  8   SUCH AS THE BANK-EXAMINER PRIVILEGE.

04:47  9        WE THINK THAT PRIVILEGE IS JUST LIKE THIS ONE.

04:47  10  THE CASE LAW TALKS ABOUT HOW THEY ARISE OUT OF THE SAME

04:47  11  PRINCIPLES.  WE THINK THE STANDARDS FOR ASSERTING THEM AND

04:47  12  OVERCOMING THEM ARE THE SAME.  SO I DO THINK THIS OPINION

04:47  13  WILL BE HELPFUL.

04:47  14        I'M HOPEFUL THAT THIS OPINION WILL BE HELPFUL IN

04:47  15  MY DISCUSSIONS WITH THOSE OTHER AGENCIES.  BUT THEY MAY WELL

04:47  16  COME BACK TO US AND SAY THIS IS TOO NARROW; IT DOESN'T APPLY

04:47  17  TO US.  THIS IS ABOUT THE DELIBERATIVE PROCESS PRIVILEGE AND

04:48  18  WHETHER THIS PARTICULAR WESCORP MLR WAS SUFFICIENTLY

04:48  19  FORWARD-LOOKING FOR THEM TO PROPERLY INVOKE THE PRIVILEGE.

04:48  20        SO I SAY THIS NOT BECAUSE I THINK THE OPINION

04:48  21  SHOULD NECESSARILY BE CHANGED, BECAUSE THOSE ISSUES WEREN'T

04:48  22  DIRECTLY BEFORE THE COURT, BUT TO SAY THAT WE MAY WELL BE

04:48  23  BACK HERE IN CONNECTION WITH GOVERNMENTAL PRIVILEGES.  IN

04:48  24  THAT RESPECT IT WOULD BE HELPFUL, I THINK, IF THE COURT WERE

04:48  25  OPEN TO A SIMILAR PROCESS WHEREBY S&P AND THE APPLICABLE

04:48  1  NONPARTY AGENCY COULD EXCHANGE LETTER BRIEFS LIKE WE DID

04:48  2  HERE -- I THINK THIS PROCESS WORKED VERY WELL -- AND PUT

04:48  3  THOSE ISSUES BEFORE THE COURT PROMPTLY.

04:48  4          THE COURT:  ANYTHING ELSE?

04:48  5          MR. MINTZ:  THAT'S ALL, YOUR HONOR.

04:48  6          THE COURT:  WHY DON'T YOU CHECK WITH YOUR TEAM

04:48  7  ALSO AND MAKE CERTAIN THAT THEY ARE SATISFIED WITH YOUR

04:48  8  ARGUMENT.

04:48  9          (DEFENSE COUNSEL CONFERRING)

04:49  10         MR. MINTZ:  NO, YOUR HONOR.  THAT'S ALL.

04:49  11         THE COURT:  ALL RIGHT.  I WANT TO THANK ALL OF

04:49  12  YOU.  YOU WILL HEAR FROM US WHEN YOU HEAR FROM US.

04:49  13         GOOD DAY.

04:49  14         MR. HETHERINGTON:  THANK YOU, YOUR HONOR.

04:49  15         MR. MINTZ:  THANK YOU, YOUR HONOR.

04:49  16             (PROCEEDING CONCLUDED AT 4:49 P.M.)

04:49  17                  *     *     *

04:49  18

04:49  19

04:49  20

04:49  21

04:49  22

04:49  23

04:49  24

04:49  25

CERTIFICATE


I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.


DATE:  AUGUST 21, 2014


/S/   SHARON A. SEFFENS  8/21/14
_____
SHARON A. SEFFENS, U.S. COURT REPORTER

/

/S [1]   29/16

## 0

053 [1]   1/22
0870 [1]   1/23

## 1

1-053 [1]   1/22
10005 [2]   2/17 2/21
11 [1]   24/5
13TH [1]   17/22
14 [1]   29/16
1615 [1]   3/7
18300 [1]   2/12

## 2

20 [3]   1/19 4/1 20/11
20036 [1]   3/8
2014 [3]   1/19 4/1 29/14
202-326-7900 [1]   3/8
202-701-3000 [1]   2/21
202-862-8900 [1]   2/17
21 [1]   29/14
213-894-6086 [1]   2/7
28 [5]   10/6 10/8 15/2 22/20
  29/8
2:13-CV-0779-DOC [1]   1/9

## 3

300 [1]   2/6
3000 [1]   2/21
3:24 [1]   4/1
3:49 [1]   20/1

## 4

400 [1]   3/7
41-PAGE [1]   13/21
411 [1]   1/22
45 [1]   18/19
4:03 [1]   20/2
4:04 [1]   20/15
4:36 [1]   20/16
4:49 [1]   28/16
4TH [1]   1/22

## 5

50 [1]   8/2
543-0870 [1]   1/23

## 6

6086 [1]   2/7

## 7

714 [1]   1/23
753 [1]   29/7
7616 [1]   2/6
7900 [1]   3/8

## 8

8/21/14 [1]   29/16
80 [2]   2/16 2/20
8700 [1]   2/13
8900 [1]   2/17

## 9

90012 [1]   2/7
92612 [1]   2/13
92701 [1]   1/23
930 [1]   2/12
949-476-8700 [1]   2/13

## A

ABBREVIATED [1]   5/25

ABILITY [2]   8/25 11/14
ABLE [3]   8/24 8/11 8/12
ABOUT [21]   2/22 5/24 7/1 7/2
  7/7 11/2 13/16 15/6 15/19
  16/17 18/2 18/16 19/3 19/25
  20/25 27/1 27/10 27/17
ABOVE [2]   9/14 29/10
ABOVE-ENTITLED [1]   29/10
ABSOLUTELY [3]   20/10 20/10
  21/2
ABSORB [1]   20/23
ACCUSED [1]   12/4
ACTION [2]   23/2 23/8
ACTUAL [1]   10/6
AD [1]   7/4
ADAM [2]   2/15 5/1
ADD [1]   12/20
ADDITIONAL [1]   24/25
ADDRESS [4]   14/22 15/2 21/5
  21/8
ADEQUATE [1]   20/22
ADMINISTRATION [1]   3/4
ADOPT [1]   24/4
ADOPTED [1]   17/11
AFFIDAVIT [1]   11/15
AFFIXED [1]   15/10
AFTER [6]   5/15 6/6 8/2 12/2
  20/12 25/21
AFTERNOON [4]   4/5 4/18 4/23
  13/12
AGAIN [4]   10/12 13/12 23/5
  23/12
AGAINST [6]   8/6 8/10 8/11
  20/24 23/9 25/25
AGENCIES [3]   15/2 27/6 27/15
AGENCY [16]   4/10 7/13 8/6 8/11
  8/21 9/8 11/8 11/8 13/16 13/22
  15/25 16/5 16/10 17/12 17/12
  24/13 28/1
AGENCY'S [2]   21/10 21/22
AGREEMENT [1]   16/15
AIMED [1]   6/4
ALL [13]   6/24 7/5 9/19 12/19
  14/24 16/6 19/4 20/3 27/6 28/5
  28/10 28/11 28/11
ALLEGATION [2]   16/14 16/21
ALLEGES [1]   18/14
ALLOW [1]   12/14
ALREADY [6]   9/20 10/1 10/13
  12/2 14/5 15/17
ALSO [17]   3/2 4/16 5/5 6/13
  7/4 8/13 9/3 14/14 14/21 15/2
  17/8 17/9 17/18 23/15 23/19
  25/1 28/7
ALTER [1]   24/1
ALTERNATIVE [1]   18/10
ALTHOUGH [1]   8/13
AM [7]   5/12 7/6 16/16 21/2
  21/7 26/25 27/4
AMERICA [2]   1/7 2/2
AMONG [1]   14/21
AMOUNT [1]   14/19
ANA [3]   1/18 1/23 4/1
ANALYSIS [2]   25/8 25/20
AND GO [1]   13/2
ANDREW [2]   3/5 4/6
ANGELES [2]   2/6 2/7
ANOIEL [2]   2/5 4/19
ANOTHER [3]   8/2 19/23 20/8
ANSWER [3]   8/2 12/17 14/7
ANSWERED [2]   10/20 14/12
ANTECEDENT [1]   25/3
ANY [19]   7/18 8/9 11/2 12/5
  12/6 12/7 12/9 12/10 12/16

17/21 17/24 17/25 19/7 19/7
  23/4 23/8 23/8 25/3 26/5
ANYTHING [4]   10/24 12/20 26/23
  28/4
ANYTIME [1]   11/9
ANYWAY [1]   25/24
APART [3]   5/18 20/25 26/20
APPEARANCES [3]   2/1 3/1 4/4
APPEARING [1]   10/20
APPEARS [1]   10/21
APPLICABLE [1]   27/25
APPLY [1]   27/16
APPRECIATE [1]   21/4
APPROPRIATE [1]   14/17
ARE [51]
AREN'T [1]   7/19
ARGUE [1]   20/24
ARGUES [3]   9/20 9/21 10/2
ARGUMENT [2]   24/21 28/8
ARGUMENTS [4]   5/15 18/4 19/15
  19/16
ARISE [1]   27/10
ARM [2]   9/8 11/7
ARTIFICIAL [1]   11/6
AS [18]   7/6 7/6 7/11 10/23
  12/20 15/8 17/2 20/10 21/6
  22/1 22/11 22/16 23/13 23/23
  25/7 26/19 27/2 27/8
ASK [1]   18/16
ASSERTING [1]   27/11
ASSESSMENT [1]   10/5
ASSESSMENTS [1]   14/5
ASSISTANT [2]   2/5 4/19
ATTACHED [1]   17/13
ATTEMPT [1]   11/20
ATTORNEY [6]   2/4 2/5 2/11 2/16
  2/20 4/19
ATTORNEYS [1]   3/6
ATTRIBUTED [1]   8/5
AUDIT [1]   12/8
AUDITOR [9]   6/9 6/25 9/10
  11/17 11/25 22/7 22/13 22/18
  24/1
AUDITOR'S [7]   7/24 8/7 9/10
  9/12 9/25 10/14 10/17
AUDITORS [3]   8/25 11/14 13/7
AUDITS [1]   13/2
AUGUST [3]   1/19 4/1 29/14
AUTHORITY [4]   23/13 24/11
  24/12 24/14
AVENUE [1]   2/12
AVOIDING [1]   6/5

## B

BACK [8]   19/25 20/20 20/21
  21/14 22/21 26/24 27/16 27/23
BACKWARD [4]   14/4 14/11 22/25
  23/10
BACKWARD-LOOKING [4]   14/4
  14/11 22/25 23/10
BAD [2]   14/10 14/22
BAMBOOEY [1]   24/6
BANK [3]   24/11 27/3 27/8
BANK-EXAMINER [1]   27/3 27/8
BASE [1]   22/21
BASED [4]   6/23 9/10 10/10
  11/16
BASIS [1]   23/17
BE [34]
BEARS [1]   12/3
BECAUSE [18]   7/17 8/10 9/16
  10/25 13/6 13/24 14/17 17/19
  18/21 19/3 21/13 23/16 23/20
  25/13 26/1 26/25 27/20 27/21

**B**

BECOME [2] 2/8 2/11
BEEN [9] 5/23 6/13 6/24 7/5 9/20 11/21 12/4 13/19 16/11
BEFORE [7] 11/12 19/2 19/12 19/15 27/3 27/22 28/3
BEGIN [1] 5/21
BEHALF [5] 4/19 4/24 5/2 5/6 13/13
BEHAVED [1] 16/16
BEING [5] 8/11 11/9 15/15 18/7 25/4
BELABOR [3] 17/5 17/19 18/3
BELIEVE [14] 5/14 7/8 7/16 7/23 8/18 9/2 9/4 9/18 11/12 11/24 12/11 12/14 22/14 22/16
BELIEVED [1] 7/2
BENCH [1] 20/11
BESIDE [1] 11/24
BETTER [2] 17/11 21/1
BEYOND [1] 10/25
BIT [1] 5/22
BLAME [1] 14/16
BLAMED [1] 15/15
BODY [1] 6/2
BOLSTERS [1] 26/18
BOTH [6] 9/11 14/11 19/12 20/4 20/17 22/2
BOUGHT [1] 14/19
BREACHED [1] 16/15
BRIAN [3] 2/19 4/23 13/13
BRIEF [6] 6/18 9/19 9/21 10/2 13/21 25/17 26/14
BRIEFS [4] 17/19 18/3 19/5 28/1
BROKE [1] 16/15
BROUGHT [1] 9/15
BUILDING [1] 2/4
BUSINESS [5] 11/23 13/5 13/8 21/11 21/23

**C**

CAHILL [5] 2/15 2/19 4/24 5/1 13/13
CALIFORNIA [7] 1/4 1/18 1/23 2/7 2/13 4/1 14/20
CALLED [1] 11/10
CAN [12] 5/16 5/16 7/21 7/24 8/1 11/7 15/3 18/24 19/16 19/21 19/22 21/5
CAN'T [2] 23/16 26/3
CANDID [2] 7/13 11/5
CANDIDLY [1] 11/8
CANNOT [1] 21/11
CARTER [1] 1/5
CASE [25] 8/14 9/6 9/13 12/4 12/6 12/6 12/7 12/10 13/18 15/15 15/17 15/19 15/20 15/21 16/13 16/23 17/7 17/9 17/16 17/18 18/18 19/11 21/21 24/7 27/10
CASES [9] 8/15 9/11 12/10 16/6 16/11 17/1 17/5 24/5 24/8
CAUSED [2] 13/4 21/24
CAUSES [2] 15/14 18/9
CAUTION [1] 25/25
CENTRAL [1] 1/4 17/8
CERTAIN [5] 5/12 12/19 23/24 25/1 28/7
CERTAINLY [1] 25/19
CERTIFICATE [1] 29/5
CERTIFY [1] 29/7
CHANGE [6] 8/2 22/11 23/13

23/14 25/15 25/18
CHANGED [2] 28/12 27/21
CHANGES [1] 28/25
CHAT [1] 7/16
CHECK [3] 12/18 26/4 28/6
CHERRY [1] 13/20
CHERRY-PICKED [1] 13/20
CHILL [1] 25/19
CHILLED [1] 13/7
CHILLING [9] 8/7 8/25 10/24 11/11 11/14 11/22 11/25 12/13 12/25
CIRCUIT [5] 7/11 9/5 15/20 15/23 15/23
CITE [3] 8/15 17/5 17/18
CITED [3] 16/7 17/1 24/5
CIVIL [3] 2/4 11/9 12/7
CLAIM [1] 11/20
CLEAR [5] 8/15 14/3 15/22 18/25 19/3
CLIENT [1] 18/7
CLOSE [1] 17/20
CLOSEST [1] 24/10
CLOSING [1] 18/25
CODE [1] 29/8
COLLEAGUE [1] 4/6
COLLEAGUES [6] 8/12 11/2 11/18 12/1 12/18 26/5
COME [6] 7/25 9/24 11/9 24/2 26/24 27/16
COMES [3] 24/10 25/8 25/21
COMFORT [1] 7/24
COMING [2] 24/25 25/11
COMMON [4] 18/5 18/21 19/1 19/8
COMMON-INTEREST [2] 18/5 19/1
COMMONLY [1] 5/24
COMPANIES [3] 1/10 2/8 5/6
COMPEL [1] 15/18
COMPLETELY [1] 23/5
CONCENTRATION [1] 14/23
CONCLUDE [2] 10/3 15/4
CONCLUDED [2] 24/16 28/16
CONCLUSION [3] 8/6 10/9 24/21
CONCLUSIONS [6] 6/15 6/21 6/24 22/20 22/22 22/23
CONFER [1] 27/4
CONFERENCE [1] 29/12
CONFERRING [3] 12/22 26/6 28/9
CONFIDENTIAL [1] 12/8
CONFIDENTIALITY [1] 10/16
CONFORMANCE [1] 29/11
CONNECT [1] 16/4
CONNECTION [1] 27/23
CONSERVATORSHIP [1] 14/9
CONSIDER [1] 18/8
CONSISTENT [1] 25/22
CONSTRAINED [2] 11/6 11/18
CONSULTANT'S [1] 9/12
CONTEMPLATION [1] 24/9
CONTEXT [2] 5/22 25/19
CONTINUE [1] 12/15
CONTINUED [1] 3/1
COPIES [2] 5/11 19/18
COPY [4] 5/15 6/8 19/21 19/22
CORPORATE [1] 5/24
CORRECT [2] 26/15 29/9
COULD [3] 20/8 25/17 28/1
COUNSEL [18] 4/3 5/19 12/22 13/11 15/8 18/2 19/12 19/23 20/3 20/4 20/14 20/21 20/24 26/6 26/7 26/12 27/6 28/9
COUNSEL'S [1] 4/16
COURSE [5] 17/14 21/10 21/22

24/25 25/10
COURT [19] 1/3 1/21 1/22 12/14 15/2 17/7 17/22 19/8 20/22 22/14 25/25 26/18 26/21 26/25 27/3 27/22 27/24 28/3 29/17
COURTESY [1] 12/20 20/11 26/19
COURTS [2] 15/23 17/1
COVER [1] 15/9
COVERED [1] 12/19
CREATE [2] 21/25 24/12
CREATED [3] 21/10 21/22 25/9
CREATING [3] 16/8 21/16 21/19
CREDIT [28] 3/4 5/23 5/24 5/25 6/9 6/22 7/1 7/3 8/1 9/23 9/24 9/25 10/4 10/5 10/10 10/13 11/10 13/4 13/6 13/23 14/16 15/2 15/4 18/9 21/24 22/3 22/8 22/22
CREDIT-RATING [1] 15/2
CRITICAL [1] 25/8
CRUX [1] 25/12
CRYSTAL [2] 15/22 19/3
CV [1] 1/9

**D**

D.C [2] 3/8 15/23
DATE [1] 29/14
DAVID [1] 1/5
DAY [2] 19/9 28/13
DEBATE [2] 8/12 11/4
DECIDE [2] 16/24 24/3
DECISION [30]
DECISIONAL [7] 16/1 21/7 21/12 21/17 22/16 25/2 25/4
DECISIONS [1] 9/24
DECLARATION [1] 8/20
DEEMED [1] 21/11
DEFEAT [1] 22/25
DEFEATED [2] 23/16 23/20
DEFEATS [1] 22/17
DEFENDANT [2] 2/8 4/24
DEFENDANTS [2] 1/12 5/2
DEFENSE [3] 15/16 19/11 28/9
DELIBERATING [1] 11/13
DELIBERATION [1] 16/4
DELIBERATIONS [1] 13/17
DELIBERATIVE [12] 7/8 7/12 8/16 12/12 13/17 14/1 17/12 17/23 18/5 22/17 25/6 27/17
DEPARTMENT [1] 8/21
DESCRIBES [2] 22/2 22/16
DETERMINING [1] 17/16
DID [8] 13/1 14/8 14/22 18/2 22/21 23/1 23/7 28/1
DIDN'T [1] 19/15
DIFFERENT [4] 8/5 12/6 16/12 16/25
DILIGENCE [1] 15/5
DIRECTLY [2] 18/20 27/22
DISCLOSED [1] 11/17
DISCLOSURE [2] 8/24 11/13
DISCOVER [3] 10/3 11/1 12/8
DISCOVERABLE [2] 18/23 25/24
DISCUSS [1] 15/20
DISCUSSED [2] 17/19 25/15
DISCUSSION [1] 20/6
DISCUSSIONS [3] 12/1 27/5 27/15
DISPOSITIVE [1] 17/16
DISPUTE [1] 21/15
DISTINGUISH [1] 12/9
DISTINGUISHABLE [1] 24/7
DISTRIBUTE [1] 19/13
DISTRICT [4] 1/3 1/4 1/22 17/8

**D**

DIVISION [1] 2/4
DO [14] 5/14 7/8 9/1 11/14
 16/17 16/25 17/2 19/18 23/5
 24/14 24/15 26/11 26/24 27/12
DOC [1] 1/9
DOCUMENT [12] 6/7 6/8 6/12
 10/20 13/21 15/25 21/17 21/19
 25/11 25/14 25/17 26/1
DOCUMENTS [19] 5/21 6/10 6/13
 6/20 8/22 8/24 9/3 9/5 9/16
 9/19 9/22 10/16 18/16 18/18
 21/10 21/12 21/15 21/21 25/9
DOES [5] 11/19 15/3 16/1 22/10
 22/25
DOESN'T [3] 13/6 23/25 27/16
DOING [4] 11/18 13/8 24/1 24/2
DOJ [1] 18/21
DON'T [18] 4/3 4/4 4/12 5/14
 7/18 8/13 9/15 9/18 12/24
 18/24 19/6 20/11 20/25 21/15
 22/16 25/23 26/22 28/6
DONE [1] 9/18
DOOR [1] 12/11
DOWN [4] 10/19 10/24 11/4
 21/13
DRAFT [1] 16/20
DRAGGED [1] 11/9
DUBIOUS [1] 19/2
DURING [2] 18/15 19/16
DVI [1] 1/9

**E**

EACH [5] 6/12 9/8 19/20 19/21
 19/24
EAN [1] 4/15
EARLIER [3] 10/23 23/23 25/15
EFFECT [9] 8/7 8/25 10/24
 11/11 11/14 11/22 11/25 12/13
 13/1
EFFORT [3] 16/9 17/2 21/4
EITHER [3] 8/4 18/4 21/1
ELSE [1] 28/4
EMPHASIS [1] 12/3
EMPLOYEES [1] 11/22
ENCOURAGES [1] 7/12
END [3] 15/4 17/24 19/9
ENGAGED [2] 21/18 27/4
ENGAGED IN [1] 21/18
ENOUGH [4] 16/7 17/1 20/4
 20/17
ENTIRE [1] 13/25
ENTIRELY [1] 18/15
ENTITLED [3] 9/22 10/2 29/10
ESSENTIALLY [1] 13/19
EVALUATE [1] 11/8
EVALUATED [1] 6/11
EVANS [1] 3/5
EVEN [3] 5/14 8/16 24/11
EVENT [1] 21/23
EVENTS [2] 9/11 23/20
EVERY [3] 13/3 16/2 16/3
EVIDENCE [1] 10/12
EVISCERATED [1] 17/13
EXAMINATION [1] 18/17
EXAMINED [2] 18/9 18/14
EXAMINER [2] 27/3 27/8
EXAMINERS [1] 24/11
EXCEPT [1] 18/4
EXCHANGE [8] 7/13 7/14 7/16
 7/19 7/21 8/14 8/17 28/1
EXECUTIVE [1] 14/3
EXEMPLIFY [1] 18/6

EXIST [1] 16/12
EXPERIENCE [2] 8/24 11/16
EXPLAINED [2] 7/11 12/6
EXPLAINS [1] 26/25
EXPLANATIONS [1] 18/10
EXTEND [1] 10/25
EXTENT [2] 9/22 17/20
EXTRA [2] 19/21 22/17

**F**

FACED [1] 18/7
FACT [4] 8/5 13/5 22/24 24/1
FACTOR [1] 9/23
FACTS [3] 7/3 14/5 14/12
FACTUAL [1] 21/23
FAILED [3] 12/2 14/17 14/18
FAILING [2] 14/22 25/11
FAILURE [1] 18/11
FAULT [1] 18/14
FDIC [1] 27/5
FEAR [1] 11/8
FEDERAL [3] 1/21 2/4 14/9
FEEL [2] 8/4 11/18
FHFA [1] 27/5
FIGEL [1] 3/5
FILED [1] 9/19
FINAL [2] 25/14 25/23
FINALLY [1] 12/3
FINANCIAL [2] 1/10 2/9
FINDING [1] 25/25
FIRST [2] 5/13 14/8
FISHBOWL [1] 12/13
FIVE [1] 19/25
FOCAL [2] 22/5 23/22
FOCUS [2] 14/25 19/17
FOLLOWS [2] 22/12 23/14
FOOTNOTE [1] 22/15
FORCING [1] 12/12
FOREGOING [1] 29/8
FOREST [1] 9/9
FORESTRY [3] 9/7 16/13 16/24
FORMAL [2] 6/4 14/1
FORMAT [1] 29/11
FORTH [6] 6/21 7/6 9/24 9/25
 14/6 19/5
FORTHRIGHT [1] 7/12
FORWARD [1] 27/19
FORWARD-LOOKING [1] 27/19
FOUND [1] 16/11
FOUR [2] 19/19 19/20
FRAY [1] 9/15
FUND [2] 13/3 21/24
FURTHER [1] 26/9
FUTURE [7] 6/5 13/1 13/6 13/7
 13/23 22/4 23/10
FUTURE-LOOKING [1] 23/10

**G**

GATHERING [1] 14/12
GAVE [1] 15/4
GENERAL [4] 4/16 6/2 11/15
 16/8
GENTLEMEN [1] 4/8
GERMANE [1] 25/23
GET [4] 9/15 19/6 19/21 20/11
GETTING [1] 25/12
GIVE [4] 5/15 19/20 19/21
 20/22
GIVEN [1] 10/4
GO [4] 5/16 10/8 13/2 16/19
GOING [16] 5/12 5/14 5/17 6/16
 8/4 8/6 8/9 8/10 8/12 10/23
 11/4 11/5 16/17 21/4 21/7

25/10
GOOD [9] 3/24/5 4/8 4/18 4/21
 4/23 13/12 14/10 26/23 28/13
GORDON [5] 2/15 2/19 4/24 5/2
 13/13
GOT [1] 18/8
GOVERNMENT [3] 18/13 18/17
 18/20
GOVERNMENTAL [3] 26/25 27/7
 27/23
GREAT [1] 4/14
GROUND [1] 12/24
GUIDANCE [2] 13/23 17/11

**H**

HAD [13] 8/3 8/22 12/2 16/24
 18/17 20/4 20/17 23/22 23/24
 24/11 24/12 24/13 24/14
HAGEN [1] 11/15 11/20
HAND [2] 5/12 5/17
HANSEN [1] 3/5
HAPPENED [1] 16/22
HAPPY [2] 7/7 12/16
HAS [20] 6/7 7/9 7/11 8/5 8/18
 9/18 10/1 10/13 10/18 11/7
 11/21 12/4 12/6 12/16 15/17
 16/11 17/3 18/17 20/22 26/18
HAVE [38]
HAVEN'T [2] 19/22 20/5
HE [27] 7/1 7/1 7/2 7/4 7/24
 7/25 8/1 8/2 8/3 8/9 8/12 8/21
 8/22 10/1 10/19 10/19 11/1
 11/2 11/3 11/6 11/6 16/16 16/18
 16/19 16/24 22/7 22/21 24/1
HEAD [3] 8/20 16/13 16/24
HEAR [3] 5/13 28/12 28/12
HEARD [1] 15/8
HEARING [1] 1/17
HEIGHT [1] 18/23
HELD [5] 8/10 9/6 15/17 26/17
 29/10
HELPFUL [4] 5/23 27/13 27/14
 27/24
HERE [27] 4/7 5/23 6/20 7/6
 8/19 9/4 9/8 13/1 13/15 15/9
 17/3 17/10 17/14 17/21 17/25
 18/8 21/5 21/21 22/13 22/17
 22/23 24/13 25/5 25/9 27/1
 27/23 28/2
HERE'S [1] 19/22
HEREBY [1] 29/7
HETHERINGTON [3] 3/5 4/6 15/19
HIGHEST [1] 15/16
HILL [5] 1/10 2/8 5/2 5/6
 13/14
HIM [4] 8/3 8/10 10/24 16/16
HIMSELF [1] 16/16
HIRED [1] 16/18
HIS [27] 4/15 7/2 8/2 8/3 8/12
 8/23 10/18 10/19 11/1 11/16
 11/17 11/25 12/1 12/1 14/12
 15/7 15/10 15/11 24/1 24/3
HISTORY [2] 13/20 19/10
HOC [1] 7/4
HONOR [40]
HONOR'S [1] 24/21
HONORABLE [1] 1/5
HOPEFUL [1] 27/14
HOW [7] 7/21 14/10 16/17 16/21
 18/8 19/18 27/10
HOWEVER [1] 26/24
HUBER [1] 3/5
HUH [1] 24/23

## I

IDEAS [1] 7/7 7/14 7/17 7/19
7/21 8/14 8/17
IDENTIFIED [1] 18/10
IDENTIFY [2] 16/10 23/16
IMMEDIATE [1] 25/2
IMMEDIATELY [1] 25/2
IMPLEMENT [1] 14/17
IMPLICATIONS [1] 25/5
IMPORTANT [1] 11/2
IMPRESSIONS [1] 9/13
IMPROVE [2] 16/9 17/2
INC [2] 1/10 2/8
INCLUDES [1] 16/20
INCONSISTENT [1] 25/4
INDEED [1] 15/3
INDEPENDENT [5] 6/2 9/10 9/14
11/7 16/18
INDICATED [1] 27/7
INFORM [2] 23/1 23/7
INFORMATION [2] 10/3 17/25
INITIAL [1] 19/14
INSPECTOR [3] 6/2 11/15 15/6
INSTANCE [1] 16/3
INSTANCES [1] 27/6
INSTRUCTED [1] 24/22
INTENDED [1] 25/13
INTENT [1] 12/5
INTEREST [5] 10/15 18/5 18/21
19/1 19/8
INTERESTINGLY [1] 17/9
INTERIM [1] 23/24
INTERNAL [1] 13/16
INTERRUPT [2] 6/16 19/16
INTERRUPTION [1] 6/18
INTERVENING [2] 23/20 26/1
INVESTIGATE [1] 16/19
INVESTIGATING [1] 18/22
INVESTIGATION [1] 18/15
INVESTIGATOR [1] 16/18
INVESTMENT [3] 9/23 15/11
15/14
INVESTMENTS [2] 11/10 14/23
INVOKE [1] 27/19
INVOKED [1] 27/1
INVOKING [1] 27/7
INVOLVING [1] 9/6
IRRELEVANT [1] 19/2
IRVINE [1] 2/13
IS [89]
ISN'T [1] 17/4
ISSUE [13] 6/20 11/19 11/25
12/5 13/15 17/10 18/2 19/1
21/7 22/18 23/21 25/9 26/24
ISSUES [3] 18/7 27/21 28/3
IT [29]
IT'S [21] 4/8 4/17 4/21 5/1
9/11 9/21 9/25 10/2 10/13 11/4
11/4 12/9 14/3 16/7 17/1 17/21
19/14 19/14 25/16 26/22 26/23
ITS [12] 6/11 6/15 6/21 10/2
10/10 10/11 15/5 15/17 17/22
18/16 22/11 22/20
ITSELF [4] 6/21 14/16 14/22
22/20

## J

JENNIFER [2] 2/11 5/5
JOB [3] 9/1 11/15 14/22
JOBS [1] 14/18
JOHN [2] 4/10 4/13
JOTTED [1] 10/19
JUDGE [1] 1/5

JUDICIAL [2] 25/21 29/12
JULIE [1] 19/21
JUNE [1] 1/20
JUNE 13TH [1] 17/22
JUST [13] 4/3 5/9 10/18 12/21
18/25 23/4 23/16 24/18 25/16
26/1 26/4 26/5 27/9
JUSTIFIED [1] 6/11
JUSTIFY [1] 10/11

## K

KARMAN [1] 2/12
KELLER [4] 2/10 2/11 5/5 5/5
KELLOGG [1] 3/5
KHORSHID [2] 2/5 4/19
KIND [2] 13/16 15/9
KNOW [3] 4/12 7/18 12/24

## L

LACKS [1] 23/12
LAW [8] 2/11 2/16 2/20 3/6 6/1
13/18 16/15 27/10
LAWSUIT [1] 18/16
LAWSUITS [1] 11/9
LAYS [1] 6/14
LEADING [1] 18/15
LED [1] 10/3
LEFT [2] 4/15 10/21
LEGAL [1] 25/17
LENGTH [2] 15/21 17/19
LEONE [3] 4/10 4/13 12/25
LET [4] 18/25 20/6 20/11 26/10
LET'S [2] 18/8 23/4
LETTER [1] 28/1
LIKE [10] 5/13 5/21 9/12 12/19
12/20 15/23 16/9 16/25 27/9
28/1
LIMITS [1] 14/18
LINE [2] 12/9 21/13
LINKED [1] 14/20
LIQUIDATED [1] 11/21
LISTING [1] 15/14
LITIGANT [1] 12/7
LITIGATION [1] 9/15
LITTLE [1] 5/22
LLC [2] 1/11 2/9
LLP [3] 2/10 2/15 2/19
LONGER [1] 11/23
LOOKING [7] 14/4 14/11 22/13
22/25 23/10 23/10 27/19
LOOKS [1] 21/14
LOS [2] 2/6 2/7
LOSS [6] 6/1 6/3 6/5 6/6 6/7
6/20 10/7 10/8 13/4 13/16
21/23 22/3 22/3 22/4
LOSSES [5] 13/7 14/17 15/14
18/9 18/14
LOT [2] 25/13 25/21

## M

MADE [11] 7/1 7/4 7/9 7/17
10/17 16/5 17/12 22/7 23/17
23/18 23/24
MAKE [12] 4/4 5/17 6/4 7/23
7/24 8/1 8/9 8/11 9/17 11/5
12/18 21/1 22/3 22/10 23/13
23/21 23/25 24/1 25/14 25/17
28/7
MAKES [3] 21/13 22/9 22/10
MAKING [2] 14/1 22/19
MANAGEMENT [1] 14/18
MANNER [1] 16/16
MANSOURIAN [1] 24/6
MANY [4] 8/23 11/16 14/19

19/18
MARICOPA [10] 3/7 8/23 15/19
15/24 16/6 16/12 21/9 23/15
23/18 23/19
MARKED [1] 19/22
MARKLEY [3] 2/19 4/24 13/13
MATERIAL [12] 6/1 6/3 6/7 6/20
10/7 10/8 13/3 13/7 13/15
21/23 22/1 22/3
MATERIALS [2] 12/8 12/15
MATTER [4] 4/2 13/6 19/2 29/10
MAY [6] 10/4 23/24 24/22 26/24
27/15 27/22
MCGRAW [5] 1/10 2/8 5/2 5/6
13/14
MCGRAW-HILL [4] 1/10 5/2 5/6
13/14
ME [7] 12/25 16/20 18/25 20/6
20/11 21/2 26/10
MEAN [2] 16/1 20/5
MEET [2] 9/3 27/4
MEET-AND-CONFER [1] 27/4
MEMO [1] 8/1
MEMOS [14] 6/9 6/22 7/1 7/3
9/24 10/10 10/13 15/10 15/11
15/12 15/13 15/13 22/8 22/22
MENTAL [1] 9/13
MENTION [1] 13/1
MERELY [2] 21/13 23/20
MIDDLE [2] 6/25 7/25
MIGHT [3] 8/1 8/2 17/13
MIND [6] 8/2 10/19 24/3 25/8
25/15 25/18
MINTZ [2] 2/15 5/1
MINUTES [2] 19/25 20/9
MIRENNA [1] 4/15
MISCELLANEOUS [1] 7/4
MISCHARACTERIZED [1] 13/19
MISCONDUCT [1] 12/5
MISMANAGEMENT [1] 18/11
MISREAD [1] 26/19
MISSING [3] 26/16 26/21 26/22
MLR [12] 6/3 6/8 8/6 10/18
13/2 22/6 22/20 23/1 23/7
25/17 26/2 27/18
MLRS [1] 16/8
MOMENT [7] 4/4 5/9 6/17 12/21
24/18 26/4 26/5
MORE [9] 10/4 13/23 15/4 16/25
17/25 20/5 20/6 25/2 25/2
MOTION [2] 15/18 27/4
MOTIONS [1] 1/17
MOVING [2] 5/19 7/6
MR [1] 15/19
MR. [2] 11/20 12/25
MR. HAGEN [1] 11/20
MR. LEONE [1] 12/25
MUCH [5] 4/14 4/21 5/8 16/25
20/14
MUST [5] 6/3 9/16 15/25 21/17
21/17
MY [7] 4/6 19/14 19/22 24/21
25/18 25/19 27/15
MYSELF [1] 21/1

## N

N.W [1] 3/7
NARROW [1] 27/16
NATIONAL [2] 3/4 24/10
NATURE [1] 16/9
NCUA [26] 3/4 4/6 6/2 6/4 8/18
9/8 10/3 10/15 11/7 12/4 13/19
13/22 14/8 14/22 15/18 18/9
18/14 18/16 18/21 22/11 23/2

## N

NCUA [15] 5/1 23/8 23/23 24/5
26/2 27/2
NCUA'S [6] 6/1 12/5 14/10 15/8
22/9 22/12
NECESSARILY [1] 27/21
NEED [8] 5/13 7/9 9/17 17/24
17/25 18/1 23/20 23/25
NEEDS [2] 9/20 10/12
NEGLECT [1] 13/1
NEVER [2] 10/13 25/14
NEW [6] 2/17 2/17 2/21 2/21
12/24 14/2
NEXT [1] 11/1
NICE [1] 4/17
NINTH [4] 7/11 9/5 15/20 15/23
NO [10] 1/9 11/23 17/17 19/4
20/5 23/18 24/8 24/11 24/12
28/10
NON [1] 3/4
NON-PARTY [1] 3/4
NONE [1] 19/6
NONETHELESS [1] 24/22
NONPARTY [1] 28/1
NORTH [1] 2/6
NOT [40]
NOT JUST [1] 25/16
NOTE [3] 16/2 16/4 25/22
NOTE-TAKING [1] 25/22
NOTED [1] 23/23
NOTES [43]
NOTHING [2] 14/4 26/9
NOW [4] 5/9 11/19 13/5 19/16
NRDC [2] 17/7 17/16
NUMBER [1] 6/9

## O

OBJECTIVE [1] 9/14
OBLIGATED [2] 23/2 23/8
OBLIGATION [2] 16/2 24/15
OBSERVATIONS [2] 14/24 15/11
OBSERVE [1] 11/20
OBVIATE [1] 23/20
OBVIATED [1] 23/25
OBVIOUSLY [1] 25/24
OCC [1] 27/5
OCCURRED [1] 14/5
OFF [1] 20/11
OFFICE [3] 2/4 4/16 6/1
OFFICIAL [2] 1/21 16/15
OIG [25] 6/6 6/9 6/21 6/22
6/25 8/5 8/5 9/11 10/9 11/25
12/13 12/14 13/2 13/21 14/7
14/12 15/3 15/10 21/25 22/6
22/9 22/10 23/12 24/13 25/16
OIG'S [6] 6/14 10/15 11/13
12/8 12/12 21/22
OKAY [4] 5/4 20/7 20/12 20/14
ONCE [1] 10/12
ONE [13] 5/9 6/12 8/1 13/21
13/24 13/25 14/2 14/9 16/13
17/7 19/23 24/20 27/9
ONLY [6] 11/20 15/3 24/13 25/6
26/14 27/2
OPEN [2] 11/5 27/25
OPENING [1] 12/11
OPERATE [1] 12/12
OPINION [16] 15/18 15/20 21/6
22/15 23/6 24/6 25/21 26/15
26/18 26/18 26/20 26/21 26/23
27/12 27/14 27/20
OPPORTUNITY [1] 12/23
OPPOSITION [2] 9/19 9/21

## ORDER

ORDER [1] 17/22
ORDINARY [2] 21/19 21/68
OTHER [16] 2/18 8/15 12/9
12/10 14/4 14/11 15/23 16/6
17/5 19/23 21/16 25/7 26/10
26/16 26/19 26/25 27/2 27/15
OTHERWISE [1] 12/17
OUR [11] 7/6 15/16 15/18 15/21
17/19 18/3 18/7 18/14 18/19
19/5 19/11
OUT [8] 5/12 5/18 6/14 13/5
14/7 16/18 25/19 27/10
OUTLINED [1] 19/5
OVERALL [2] 16/8 17/2
OVERCOME [4] 7/10 9/17 10/15
17/21
OVERCOMING [1] 27/12
OVERSIGHT [1] 16/9
OVERWHELMING [1] 14/25
OWN [5] 10/5 15/5 18/11 18/11
18/16

## P

P'S [1] 11/19
P.M [6] 4/1 20/1 20/2 20/15
20/16 28/16
PAGE [13] 6/10 9/21 10/2 10/6
10/8 13/21 14/3 14/4 14/6 15/2
22/20 24/5 29/11
PAID [1] 26/19
PAPER [1] 16/2
PAPERS [4] 7/6 12/12 15/10
19/10
PART [5] 12/25 13/25 16/8 17/2
24/20
PARTICIPANTS [1] 7/17
PARTICULAR [3] 8/13 21/19
27/18
PARTY [3] 3/4 5/19 12/4
PAST [1] 14/24
PAUSE [2] 5/10 24/19
PERFORMANCE [1] 11/8
PERSON [2] 21/16 23/21
PERSONALLY [1] 27/4
PETE [1] 4/6
PETER [1] 3/6
PHRASE [1] 8/14
PICK [1] 5/18
PICKED [1] 13/20
PINE [2] 2/16 2/20
PLACE [2] 12/2 14/8
PLACING [1] 5/21
PLAINTIFF [3] 1/8 12/22 26/6
PLEASURE [2] 4/8 4/17
PLLC [1] 3/5
POINT [14] 11/24 17/5 21/20
22/5 22/5 22/6 22/9 22/18
23/22 24/3 24/13 24/20 25/3
26/2
POINTS [2] 5/17 12/19
POLICIES [3] 22/11 23/13 23/14
POLICY [6] 6/4 9/9 21/14 22/5
22/6 22/23 24/9 24/12
POLICYMAKING [1] 9/8
POLITE [1] 20/25
POOR'S [5] 1/10 2/9 4/25 5/3
5/7
PORTIONS [1] 24/20
POSED [2] 8/3 11/3
POSITION [2] 15/21 26/17
POSITIONS [1] 5/13
POSSIBLE [3] 7/17 7/18 7/24
POTENTIALLY [3] 10/25 25/5
25/6

## PRE

PRE [11] 16/1 21/7 21/12 21/17
22/16 22/16 22/17 24/25 25/2
25/4 25/4
PRE-DECISIONAL [7] 16/1 21/7
21/12 21/17 22/16 25/2 25/4
PRECEDED [1] 26/1
PRELIMINARY [1] 10/18
PREPARE [1] 6/3
PREPARED [1] 6/6
PREPARING [1] 6/8
PRESENT [2] 3/2 20/3
PRESENTED [1] 16/14
PRESIDING [1] 1/5
PRESUMABLY [2] 11/22 15/1
PREVENTING [1] 22/4
PRINCIPLE [2] 17/6 17/7
PRINCIPLES [1] 27/11
PRIOR [1] 15/18
PRIVATE [1] 9/15
PRIVILEGE [30]
PRIVILEGED [4] 8/23 9/16 18/21
26/3
PRIVILEGES [6] 25/7 26/25 27/1
27/2 27/7 27/23
PROBLEMS [1] 22/2
PROCEDURAL [1] 8/19
PROCEEDING [3] 20/2 20/16
28/16
PROCEEDINGS [4] 1/16 5/10
24/19 29/10
PROCESS [22] 6/8 7/8 7/12 7/25
8/8 8/16 11/5 11/6 11/13 12/9
13/3 13/17 14/1 16/8 17/13
17/23 18/6 22/17 25/6 27/17
27/25 28/2
PRODUCE [1] 13/2
PRODUCED [4] 6/13 6/24 9/20
25/19
PRODUCING [1] 21/4
PRODUCT [1] 25/23
PROJECT [1] 21/18
PROJECTS [1] 7/2
PROMPTLY [1] 28/3
PROMULGATION [1] 14/2
PROPERLY [2] 18/12 27/19
PROTECT [2] 25/11 25/13
PROTECTED [3] 7/7 8/16 25/10
PROTECTING [1] 10/16
PROVIDE [2] 13/22 15/13
PROVIDES [1] 16/10
PROVISION [1] 17/11
PRUDENT [1] 15/5
PUBLIC [2] 6/7 17/12
PUBLISHED [2] 14/13 17/15
PURCHASE [2] 6/11 10/11
PURCHASING [1] 14/19
PURPOSE [3] 7/2 9/5 14/7
PURPOSES [1] 21/12
PURSUANT [3] 18/19 18/19 29/7
PUT [3] 14/18 26/2 28/2

## Q

QUESTION [5] 8/3 10/19 10/20
11/10 19/6
QUESTIONS [5] 11/3 12/16 14/8
14/11 26/8
QUINTESSENTIAL [1] 16/13
QUITE [1] 25/5
QUOTE [8] 9/22 10/3 13/22 15/3
15/4 17/14 17/24 17/24
QUOTES [2] 10/6 22/1

## R

RACIST [1] 16/16

**R**

RACKAUCKAS [2] 2/16 5/6
RATHER [2] 13/25 15/14
RATING [1] 15/2
RATINGS [4] 9/23 10/5 15/5
 18/11
RATIONAL [1] 10/5
RATNER [2] 3/6 4/7
REACHED [2] 8/5 10/9
READ [1] 9/18
READS [1] 14/2
REALLY [4] 15/9 18/6 19/2
 25/12
REASON [3] 21/18 22/2 24/8
REASONING [1] 24/21
REASONS [2] 19/5 25/13
REBUT [1] 11/20
RECEIVED [1] 9/9
RECESS [3] 20/1 20/6 20/15
RECOGNIZED [1] 17/22
RECOGNIZES [2] 17/8 22/14
RECOMMENDATION [12] 6/4 16/20
 17/10 17/10 17/15 22/10 22/11
 22/23 23/12 24/2 24/12 25/1
RECOMMENDATIONS [7] 6/15 6/22
 6/23 9/9 22/4 23/18 23/22
RECOMMENDED [1] 13/22
RECORD [3] 4/2 11/12 20/20
REDACTED [3] 7/5 9/2 12/15
REDACTION [1] 16/3
REDACTIONS [1] 15/9
REGARD [3] 11/11 21/19 24/24
REGARDING [4] 15/18 23/2 23/8
 24/21
REGIONAL [1] 16/14
REGRET [1] 25/16
REGULATE [1] 18/12
REGULATION [2] 14/10 17/3
REGULATIONS [2] 14/2 29/12
REGULATOR [1] 14/22
REINDEL [4] 2/15 2/19 5/2
 13/13
RELEVANCE [1] 15/16
RELEVANT [7] 8/20 10/15 14/15
 14/15 15/6 15/7 19/11
RELYING [1] 17/15
REMARKABLY [1] 16/12
REMEMBER [1] 19/14
REMINDS [1] 12/25
REMOVE [1] 11/6
REPLY [2] 13/20 15/21
REPORT [14] 6/14 9/12 13/24
 13/25 14/6 14/25 15/1 15/3
 16/20 17/16 19/10 22/1 23/1
 23/7
REPORTED [1] 29/9
REPORTER [2] 1/21 29/17
REPORTER'S [1] 1/16
REPORTS [6] 13/15 13/18 13/20
 14/3 14/13 14/14
REPRESENT [1] 9/13
REQUEST [1] 18/19
REQUIRED [2] 7/9 13/2
REQUIREMENT [2] 21/25 21/25
REQUIREMENTS [2] 8/19 9/3
REQUIRES [1] 6/1
RESIGNED [1] 23/22
RESPECT [3] 16/3 18/4 27/24
RESPOND [2] 16/17 16/21
RESPONSE [1] 19/13
RESULT [1] 18/24
RESULTED [1] 22/3
RESUMED [2] 20/2 20/16

RETHINK [1] 5/14
RETROACTIVELY [1] 21/11
REVERSE [1] 22/7
REVIEW [10] 6/9 6/7 6/20 8/1
 8/8 9/10 10/7 10/8 10/10 22/22
REVIEWED [4] 6/9 6/23 8/22
 10/1
REVIEWING [3] 6/25 8/2 22/8
REVIEWS [1] 13/16
RIGHT [2] 20/3 28/11
RISK [1] 14/17
RISKS [2] 10/6 14/23
RMBS [2] 10/11 14/19
ROLE [1] 9/14
ROOM [1] 1/22 2/6
RULE [2] 14/1 18/19
RULE-MAKING [1] 14/1
RULES [1] 14/2
RULING [1] 25/3
RUSH [1] 20/5

**S**

SAID [6] 10/23 11/1 15/6 16/16
 16/19 17/1
SAME [5] 9/11 17/6 17/8 27/10
 27/12
SANTA [3] 1/18 1/23 4/1
SATISFIED [2] 8/18 28/7
SAY [17] 13/24 14/14 15/3
 15/12 15/13 16/7 16/7 17/10
 18/4 19/4 20/11 25/16 25/18
 26/14 27/16 27/20 27/22
SAYING [3] 17/20 26/20 26/20
SAYS [7] 10/12 14/7 14/21
 15/24 15/24 17/9 22/21
SEAFIRST [3] 17/18 24/6 24/10
SEAT [2] 4/3 12/17
SECOND [1] 14/9
SECTION [1] 29/7
SECURITIES [1] 14/20
SECURITY [2] 6/11 6/12
SEE [5] 4/9 5/13 10/9 12/20
 26/10
SEEING [2] 4/17 4/21
SEEKS [1] 18/18
SEFFENS [3] 1/21 29/16 29/17
SELDOMLY [1] 17/24
SELF [1] 25/8
SELF-CRITICAL [1] 25/8
SENSE [3] 15/22 18/8 25/1
SENTENCE [2] 13/21 13/25
SEPARATE [1] 18/10
SEPARATES [1] 15/22
SERVED [1] 9/4
SERVICE [4] 9/7 9/16 14/6
 16/24
SERVICES [2] 1/11 2/9
SET [5] 6/21 7/6 9/24 9/25
 19/5
SETS [2] 6/19 14/6
SETTLEMENT [1] 16/15
SHARON [3] 1/24 29/16 29/17
SHOULD [7] 11/5 12/14 16/21
 16/24 17/23 22/11 27/21
SHOW [1] 9/22
SHOWING [2] 7/9 9/17
SHUT [1] 11/4
SIDE [6] 19/20 19/21 19/23
 26/10 26/19 26/20
SIDES [2] 20/4 20/18
SIGNIFICANT [6] 7/3 8/7 10/15
 10/24 12/13 12/25
SIMILAR [3] 6/5 9/5 27/25
SIMPLE [1] 24/8

SIMPLY [2] 13/16 16/7
SINGLE [2] 6/2 16/3
SLOWED [1] 11/4
SO [16] 5/19 6/19 7/25 9/18
 14/15 14/15 15/16 15/17 16/1
 17/16 18/25 21/5 24/15 26/19
 27/12 27/20
SOLELY [1] 15/15
SOME [5] 5/11 15/23 18/17
 18/20 21/19
SOMEBODY [2] 9/13 21/13
SOMETHING [3] 10/21 17/3 25/16
SOMEWHERE [1] 21/13
SORRY [1] 6/16
SORT [1] 13/17
SPEAKING [1] 27/1
SPEAKS [1] 13/18
SPECIFIC [11] 9/11 14/8 15/25
 16/4 16/10 16/23 17/3 17/6
 21/23 21/24 23/17
SPECIFICALLY [2] 14/6 27/1
SPECIFICITY [1] 8/22
SQUARELY [1] 15/15
STAND [2] 17/6 18/24
STANDARD [5] 1/10 2/8 4/24 5/3
 5/7
STANDARDS [1] 27/11
STATED [1] 11/16
STATES [12] 1/3 1/7 1/22 2/2
 2/4 2/5 4/19 4/20 23/1 23/6
 29/8 29/12
STATUTE [1] 22/2
STATUTORY [4] 21/25 24/11
 24/14 24/14
STENOGRAPHICALLY [1] 29/9
STEP [1] 11/1
STILL [1] 20/23
STRATEGIES [1] 14/18
STREET [5] 1/22 2/6 2/16 2/20
 3/7
STRENUOUSLY [1] 20/24
STRIKE [1] 23/4
STRONG [2] 7/9 9/17
SUBJECT [1] 18/3
SUBMITTED [1] 11/15
SUBMITTING [1] 8/20
SUBPOENA [1] 18/19
SUBSEQUENT [1] 18/13
SUBSEQUENTLY [2] 8/4 10/19
SUBSTANTIAL [1] 18/1
SUBSTANTIVE [1] 9/3
SUCH [4] 6/6 22/4 27/2 27/8
SUES [1] 18/13
SUFFER [1] 13/6
SUFFERED [1] 6/6
SUFFERS [2] 5/25 13/3
SUFFICIENTLY [2] 10/14 27/18
SUING [1] 18/22
SUITE [2] 2/12 3/7
SUMMARIES [1] 14/5
SUMMARIZING [1] 14/12
SUMMARY [1] 14/3
SUPERVISION [1] 14/10
SUPPORTS [1] 15/21
SURE [1] 25/21
SWEEPING [1] 25/5
SWORN [1] 8/20

**T**

TAKE [7] 11/19 12/17 12/21
 20/6 23/3 23/8 26/20
TAKEN [7] 7/15 12/1 20/1 20/15
 24/25 25/10 25/19
TAKING [1] 25/22

**T**

TALK [2] 7/10 18/2
TALKED [1] 15/19
TALKING [2] 5/22 5/24
TALKS [1] 27/10
TEACHES [3] 21/9 23/15 23/19
TEAM [2] 24/18 28/6
TEAR [1] 20/25
TELL [1] 21/2
TEN [1] 20/9
TENTATIVE [12] 5/18 19/13
 19/14 19/17 20/23 20/23 21/5
 21/6 22/15 23/1 23/6 24/6
TENTATIVES [1] 5/11
THAN [4] 10/5 14/4 15/5 17/25
THANK [15] 4/14 4/21 5/4 5/8
 5/20 12/23 13/9 13/10 19/12
 20/13 20/14 21/3 28/11 28/14
 28/15
THAT [162]
THAT ALTHOUGH [1] 8/13
THAT'S [11] 7/23 9/24 11/24
 15/5 18/3 21/7 22/5 22/12 23/9
 28/5 28/10
THEIR [12] 9/1 10/5 10/17
 11/14 11/18 13/8 13/20 15/21
 18/4 18/11 18/11 18/15
THEM [11] 10/1 10/18 11/3
 12/12 12/17 14/12 18/20 21/17
 27/11 27/12 27/19
THEMSELVES [1] 8/17
THEN [5] 5/17 7/22 10/23 16/21
 22/12
THERE [27] 6/19 6/20 6/22
 11/21 12/20 15/24 16/1 16/2
 16/23 17/3 17/4 17/17 17/20
 17/24 17/25 18/1 19/4 19/6
 19/7 19/7 20/5 23/21 24/8 25/9
 25/13 26/25 27/2
THERE'S [1] 6/11
THEREFORE [2] 12/14 20/24
THESE [17] 7/19 7/25 10/25
 11/17 12/10 13/18 14/11 14/23
 14/24 18/7 19/9 21/21 22/7
 22/19 22/21 26/1 27/6
THEY [29] 6/14 7/19 7/20 7/21
 7/23 8/17 13/20 13/24 14/4
 14/14 14/25 15/9 15/11 15/16
 15/20 16/2 16/10 17/10 18/16
 19/22 21/18 24/12 25/22 25/24
 26/3 27/7 27/10 27/15 28/7
THEY'RE [3] 17/15 18/22 19/10
THING [1] 17/8
THINGS [2] 14/21 25/18
THINK [29] 5/23 8/13 8/14 12/3
 13/19 15/5 15/6 17/25 18/7
 18/23 18/24 19/1 19/10 19/13
 19/16 20/8 24/22 25/3 25/23
 26/14 26/22 26/23 26/24 27/9
 27/11 27/12 27/20 27/24 28/2
THIS [53]
THOSE [26] 5/12 6/13 6/24 7/5
 7/7 8/4 8/10 8/11 8/24 10/1
 10/16 15/12 15/13 15/13 18/10
 18/14 18/17 18/18 21/14 24/8
 25/18 25/22 27/6 27/15 27/21
 28/3
THOUGH [1] 8/16
THOUGHT [1] 11/2
THOUGHTS [1] 19/15
THREE [5] 6/10 6/19 19/21
 19/24 24/8
THREE-PAGE [1] 6/10

THROUGH [2] 13/3 19/10
THROUGHOUT [1] 16/7
THUS [1] 18/22
TIES [1] 22/23
TIME [7] 13/3 18/17 20/4 20/6
 20/17 20/22 21/2
TITLE [1] 29/8
TODAY [3] 7/17 15/8 19/5
TODD [1] 3/5
TOLD [1] 18/20
TOO [2] 14/19 27/16
TOOK [2] 7/1 12/1
TOOL [1] 11/7
TOWARDS [1] 22/7
TRANSCRIPT [3] 1/16 29/9 29/11
TRIED [1] 20/22
TRIGGERED [1] 21/24
TRUE [2] 23/9 29/8
TRY [1] 11/1
TUESDAY [1] 1/19
TURN [1] 26/10
TWO [3] 6/10 14/7 19/20
TYPE [1] 11/17

**U**

U.S [1] 29/17
UH [1] 24/23
UH-HUH [1] 24/23
UMBERG [1] 2/10
UNANSWERED [2] 10/21 10/22
UNCONTROVERTED [1] 11/12
UNDER [1] 14/9
UNDERLIE [1] 22/23
UNDERLYING [4] 14/15 15/1
 15/11 19/4
UNDERSTAND [2] 21/6 21/18
UNDUE [1] 14/23
UNFAIRNESS [2] 18/6 18/23
UNION [11] 3/4 5/23 5/24 5/25
 9/25 10/4 13/4 14/16 18/9
 21/24 22/3
UNION'S [2] 9/23 11/10
UNIONS [2] 13/6 13/23
UNITED [10] 1/3 1/7 1/22 2/2
 2/4 2/5 4/19 4/20 29/8 29/12
UNLESS [1] 26/8
UNQUOTE [2] 13/22 17/14
UP [5] 11/9 19/22 24/2 24/25
 25/11
UPHELD [1] 17/23
US [8] 14/16 21/9 23/15 23/19
 27/16 27/17 28/12 28/12
USE [1] 20/8
USED [2] 8/6 10/10
USES [1] 8/14

**V**

VERY [14] 4/14 4/21 5/8 9/5
 9/14 16/25 18/1 19/10 20/14
 21/23 21/24 26/13 26/23 28/2
VON [1] 2/12

**W**

WAIVER [2] 18/5 19/7
WANT [9] 5/16 5/17 19/3 19/12
 19/15 20/5 20/20 20/24 28/11
WANTS [1] 12/7
WAS [32]
WASHINGTON [1] 3/8
WAY [4] 5/16 10/17 19/23 25/2
WAY OR [1] 25/2
WE [47]
WE'RE [2] 5/22 20/7
WE'VE [3] 5/23 17/1 17/19

WEDNESDAY [1] 4/1
WEIGHT [2] 9/4 15/4
WELCOME [1] 20/21
WELL [8] 4/3 19/20 25/7 26/22
 26/24 27/15 27/22 28/2
WENT [4] 14/1 14/7 14/24 16/18
WERE [11] 7/2 9/23 10/18 11/17
 12/1 14/20 19/15 21/7 21/21
 25/18 27/24
WEREN'T [1] 27/21
WESCORP [16] 5/25 6/6 6/9 6/10
 10/4 10/10 11/21 11/22 12/2
 13/5 14/9 14/11 15/4 23/7 23/9
 27/18
WEST [1] 1/22
WESTERN [1] 5/24
WHAT [28] 7/2 7/23 10/3 10/13
 11/1 11/2 11/5 14/24 15/6
 15/12 15/13 15/13 15/24 15/24
 16/1 16/6 16/16 16/24 19/14
 21/7 21/9 22/12 23/2 23/8
 23/15 25/12 26/18 26/18
WHAT'S [3] 26/16 26/17 26/21
WHATEVER [2] 5/17 17/12
WHEN [12] 5/23 5/25 7/14 8/5
 10/1 10/8 18/18 22/7 22/15
 22/18 24/1 28/12
WHERE [3] 16/11 17/1 17/24
WHEREBY [1] 27/25
WHEREVER [1] 5/16
WHETHER [5] 19/7 19/7 23/14
 24/4 27/18
WHICH [24] 5/22 6/2 6/3 6/10
 6/10 6/14 6/21 6/23 7/25 8/21
 9/22 11/16 11/23 12/7 13/18
 13/21 15/25 17/18 18/14 20/23
 23/12 24/10 25/8 26/2
WHILE [3] 6/25 19/1 21/5
WHO [3] 4/12 21/16 23/21
WHOA [2] 23/4 23/4
WHOSE [1] 9/14
WHY [14] 4/3 4/4 8/22 10/14
 12/6 14/8 14/14 14/15 20/11
 21/2 22/2 22/18 25/14 28/6
WILL [16] 12/17 13/6 13/7
 16/17 17/20 19/13 19/23 19/25
 20/25 21/1 26/13 26/14 27/7
 27/13 27/14 28/12
WITHHOLD [1] 12/15
WITHIN [3] 6/2 7/13 8/21
WITHOUT [3] 7/24 8/11 11/8
WON'T [3] 17/5 17/18 18/3
WORDS [3] 6/14 21/16 26/16
WORK [7] 12/12 15/10 16/1 17/2
 19/9 22/21 24/1
WORKED [1] 28/2
WORKING [1] 22/7
WOULD [19] 5/13 5/21 8/25
 10/25 11/6 11/13 11/18 11/21
 12/9 12/13 12/16 16/19 20/12
 24/3 25/5 25/19 25/23 25/25
 27/24
WRITING [1] 10/24
WRONG [3] 14/24 21/2 26/17

**Y**

YEARS [2] 8/23 11/16
YES [4] 7/20 20/13 20/19 26/13
YORK [4] 2/17 2/17 2/21 2/21
YOU [49]
YOU'D [2] 12/19 12/20
YOU'RE [1] 5/19
YOU'VE [1] 12/19
YOUR [56]

Z

ZIPSER [1]  2/10