STUART DELERY
Assistant Attorney General
JONATHAN OLIN
MICHAEL S. BLUME
ARTHUR R. GOLDBERG
JAMES T. NELSON
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS (CA Bar No. 090723)
THOMAS D. ZIMPLEMAN
United States Department of Justice, Civil Division
   P.O. Box 261, Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 616-2376
   Facsimile: (202) 514-8742
   Email: James.Nelson2@usdoj.gov

STEPHANIE YONEKURA
Acting United States Attorney
GEORGE S. CARDONA (CA Bar No. 135439)
LEON W. WEIDMAN (CA Bar No. 104078)
ANOIEL KHORSHID (CA Bar No. 223912)
Assistant United States Attorneys
   Room 7516 Federal Building
   300 N. Los Angeles St.
   Los Angeles, California 90012
   Telephone: (213) 894-8323/6086
   Facsimile: (213) 894-7819 [Main]
   Email: George.S.Cardona@usdoj.gov / Anoiel.Khorshid@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-CV-00779-DOC (JCGx) |
| Plaintiff, | APPLICATION TO FILE EXHIBITS 1-31 TO DECLARATIONS OF JAMES T. NELSON AND ANOIEL KHORSHID *IN CAMERA* AND UNDER SEAL |
| v. | |
| MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC, | [L.R. 79-5.1] |
| Defendants. | Hearing:   September 9, 2014<br>Time:      3:00 pm<br>Courtroom: 9D<br><br>Hon. David O. Carter. |

On August 12, 2014, defendants McGraw-Hill Companies, Inc., and Standard & Poor's Financial Services, LLC (collectively, "S&P") filed S&P's "Notice of Motion and Motion to Compel Discovery of United States Relating to Defendants' First Amendment Retaliation / Selective Prosecution Affirmative Defense." [Dkt. 273 & 275]. In support of its opposition to S&P's motion to compel discovery, the United States has publicly filed the Declarations of James T. Nelson and Anoiel Khorshid. The 31 exhibits referenced in these declarations are: (a) five documents that were withheld from production to defendants on the basis that they contain opinion work product that does not support defendants' asserted affirmative defense; and (b) unredacted versions of 26 documents that were produced to defendants in redacted form, with the produced redacted documents designated by the United States as Confidential Information pursuant to the Revised Protective Order in place in this case. These 31 exhibits must be filed *in camera* and under seal because they reveal information that was not produced to defendants, that information being provided to the Court to assist in its determining whether that information must be disclosed to defendants. Accordingly, the United States seeks leave to file these 31 exhibits under seal and *in camera*, without service on defendants.[1]

///

///

---

[1] S&P's memorandum in support of its motion to compel makes clear that it opposes the submission of any documents for *in camera* review by the Court. *See* Dkt. 275 at 20, lines 5-11. By submitting these 31 exhibits to the Court *in camera* and under seal for the Court's review, the United States does not waive any claim of privilege or the protection of any doctrine.

The United States hereby applies pursuant to Local Rule 79-5.1 for an order authorizing the filing of Exhibits 1-31 *in camera* and under seal.

Dated: August 25, 2014

| | |
|---|---|
| STUART F. DELERY | STEPHANIE YONEKURA |
| Assistant Attorney General | Acting United States Attorney |
| United States Department of Justice | |
| Civil Division | |
| JONATHAN OLIN | |
| Deputy Assistant Attorney General | /S//George S. Cardona/ |
| MICHAEL S. BLUME | GEORGE S. CARDONA |
| Director, Consumer Protection Branch | LEON W. WEIDMAN |
| ARTHUR R. GOLDBERG | ANOIEL KHORSHID |
| Assistant Director, Fed.Prog.Branch | Assistant U.S. Attorneys |
| JAMES T. NELSON | |
| BRADLEY COHEN | |
| JENNIE KNEEDLER | |
| SONDRA L. MILLS | |
| THOMAS D. ZIMPLEMAN | |
| Trial Attorneys, Civil Division | |