STUART DELERY
Assistant Attorney General
JONATHAN OLIN
MICHAEL S. BLUME
ARTHUR R. GOLDBERG
JAMES T. NELSON
BRADLEY COHEN
JENNIE KNEEDLER
SONDRA L. MILLS (CA Bar No. 090723)
THOMAS D. ZIMPLEMAN
United States Department of Justice, Civil Division
   P.O. Box 261, Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 616-2376
   Facsimile: (202) 514-8742
   Email: James.Nelson2@usdoj.gov

STEPHANIE YONEKURA
Acting United States Attorney
GEORGE S. CARDONA (CA Bar No. 135439)
LEON W. WEIDMAN (CA Bar No. 104078)
ANOIEL KHORSHID (CA Bar No. 223912)
Assistant United States Attorneys
   Room 7516 Federal Building
   300 N. Los Angeles St.
   Los Angeles, California 90012
   Telephone: (213) 894-8323/6086
   Facsimile: (213) 894-7819 [Main]
   Email: George.S.Cardona@usdoj.gov / Anoiel.Khorshid@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-CV-00779-DOC (JCGx) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER RE: APPLICATION TO FILE EXHIBITS 1-31 TO DECLARATIONS OF JAMES T. NELSON AND ANOIEL KHORSHID *IN CAMERA* AND UNDER SEAL |
| MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC, | |
| Defendants. | Hon. David O. Carter. |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the United States' application for an Order granting leave to file materials *in camera* and under seal is approved, and that "EXHIBITS 1-31 TO DECLARATIONS OF JAMES NELSON & ANOIEL KHORSHID" shall be filed *in camera* and under seal.

DATED:

_____
Honorable David O. Carter
UNITED STATES DISTRICT JUDGE