LOEB & LOEB LLP
DANIEL G. MURPHY (SBN 141006)
Email: dmurphy@loeb.com
AURELE DANOFF
Email: adanoff@loeb.com (SBN 253043)
10100 Santa Monica Boulevard
Suite 1900
Los Angeles, California 90067
Telephone:  (310) 282-2215
Facsimile:  (310) 919-3895

DEBEVOISE & PLIMPTON LLP
JOHN S. KIERNAN (*pro hac vice*)
Email: jskierna@debevoise.com
NICHOLAS C. TOMPKINS (*pro hac vice*)
Email:  ntompkins@debevoise.com
919 Third Avenue
New York, NY  10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836

*Attorneys for Non-Party Timothy F. Geithner*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MCGRAW-HILL COMPANIES, INC.,<br>and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>            Defendants. | No.  2:13-cv-00779-DOC (JCGx)<br><br>**NON-PARTY TIMOTHY F. GEITHNER'S APPLICATION TO FILE MATERIAL UNDER SEAL**<br><br><br>Honorable David O. Carter |

On August 12, 2014, Defendants McGraw-Hill Companies, Inc., and Standard & Poor's Financial Services, LLC (collectively "S&P") filed S&P's Motion to Compel Discovery of Timothy Geithner. [Dkt. 273.] Non-party Timothy F. Geithner seeks to file his unredacted opposition to that motion under seal because it contains information that has been designated as Confidential Information pursuant to the protective order in this case. Accordingly, Mr. Geithner respectfully applies pursuant to Local Rule 79-5.1 for an order to file the unredacted Memorandum of Non-Party Timothy F. Geithner in Opposition to Motion to Compel Discovery under seal. Mr. Geithner will file a publicly available redacted version of his opposition.[1]

Dated: New York, New York
August 25, 2014

>Respectfully submitted,
>
>DEBEVOISE & PLIMPTON LLP
>
>By: ___/s/ John S. Kiernan___
>
>John S. Kiernan
>Nicholas C. Tompkins
>Daniel G. Murphy
>Aurele Danoff
>
>*Attorneys for Non-party Timothy F. Geithner*

---

[1] Mr. Geithner will be submitting a separate application for an order to file certain exhibits submitted in support of his opposition *in camera* and under seal.

2