LOEB & LOEB LLP
DANIEL G. MURPHY (SBN 141006)
Email: dmurphy@loeb.com
AURELE DANOFF
Email: adanoff@loeb.com (SBN 253043)
10100 Santa Monica Boulevard
Suite 1900
Los Angeles, California 90067
Telephone:  (310) 282-2215
Facsimile:  (310) 919-3895

DEBEVOISE & PLIMPTON LLP
JOHN S. KIERNAN (*pro hac vice*)
Email: jskierna@debevoise.com
NICHOLAS C. TOMPKINS (*pro hac vice*)
Email:  ntompkins@debevoise.com
919 Third Avenue
New York, NY  10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836

*Attorneys for Non-Party Timothy F. Geithner*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>MCGRAW-HILL COMPANIES, INC.,<br>and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>              Defendants. | No.  2:13-cv-00779-DOC (JCGx)<br><br>**[PROPOSED] ORDER RE: NON-PARTY TIMOTHY F. GEITHNER'S APPLICATION TO FILE MATERIAL UNDER SEAL**<br><br><br>Honorable David O. Carter |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that non-party Timothy F. Geithner's application for an Order granting leave to file material under seal is approved, and that the Memorandum of Non-Party Timothy F. Geithner in Opposition to Motion to Compel Discovery shall be filed under seal.

Dated:

                                                  Honorable David O. Carter
                                                  UNITED STATES DISTRICT JUDGE