LOEB & LOEB LLP
DANIEL G. MURPHY (SBN 141006)
Email: dmurphy@loeb.com
AURELE DANOFF
Email: adanoff@loeb.com (SBN 253043)
10100 Santa Monica Boulevard
Suite 1900
Los Angeles, California 90067
Telephone:  (310) 282-2215
Facsimile:  (310) 919-3895

DEBEVOISE & PLIMPTON LLP
JOHN S. KIERNAN (*pro hac vice*)
Email: jskierna@debevoise.com
NICHOLAS C. TOMPKINS (*pro hac vice*)
Email:  ntompkins@debevoise.com
919 Third Avenue
New York, NY  10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836

*Attorneys for Non-Party Timothy F. Geithner*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MCGRAW-HILL COMPANIES, INC.,<br>and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>Defendants. | No.  2:13-cv-00779-DOC (JCGx)<br><br>**NON-PARTY TIMOTHY F. GEITHNER'S APPLICATION TO FILE EXHIBITS A-D *IN CAMERA* AND UNDER SEAL**<br><br>Honorable David O. Carter |

On August 12, 2014, Defendants McGraw-Hill Companies, Inc., and Standard & Poor's Financial Services, LLC (collectively "S&P") filed S&P's Motion to Compel Discovery of Timothy Geithner. [Dkt. 273.] In support of Mr. Geithner's opposition to S&P's motion, Mr. Geithner is publicly filing the Declaration of John Kiernan in Support of Memorandum of Non-Party Timothy Geithner in Opposition to Motion to Compel Discovery; Exhibits A–D ("Kiernan Declaration"). Mr. Geithner seeks to file the four exhibits attached to the Kiernan Declaration *in camera* and under seal because they contain information that has been designated as Confidential Information pursuant to the protective order in this case, and because they reveal information that was not produced to S&P but is being provided to the Court to assist in its determination of whether that information must be disclosed to S&P. Accordingly, Mr. Geithner respectfully applies pursuant to Local Rule 79-5.1 for an order to file Exhibits A–D to the Kiernan Declaration *in camera* and under seal, without service on S&P.

Dated: New York, New York
August 25, 2014

                              Respectfully submitted,

                              DEBEVOISE & PLIMPTON LLP

                              By:    /s/ John S. Kiernan

                                    John S. Kiernan
                                    Nicholas C. Tompkins
                                    Daniel G. Murphy
                                    Aurele Danoff

                              *Attorneys for Non-Party Timothy F. Geithner*