LOEB & LOEB LLP
DANIEL G. MURPHY (SBN 141006)
Email: dmurphy@loeb.com
AURELE DANOFF
Email: adanoff@loeb.com (SBN 253043)
10100 Santa Monica Boulevard
Suite 1900
Los Angeles, California 90067
Telephone:  (310) 282-2215
Facsimile:  (310) 919-3895

DEBEVOISE & PLIMPTON LLP
JOHN S. KIERNAN (admitted *pro hac vice*)
Email: jskierna@debevoise.com
NICHOLAS C. TOMPKINS (admitted *pro hac vice*)
Email:  ntompkins@debevoise.com
919 Third Avenue
New York, NY  10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836

*Attorneys for Non-Party Timothy F. Geithner*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MCGRAW-HILL COMPANIES, INC.,<br>and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>        Defendants. | No.  2:13-cv-00779-DOC (JCGx)<br><br>**DECLARATION OF JOHN KIERNAN IN SUPPORT OF MEMORANDUM OF NON-PARTY TIMOTHY F. GEITHNER IN OPPOSITION TO MOTION TO COMPEL DISCOVERY; EXHIBITS A-D**<br><br>Honorable David O. Carter |

JOHN S. KIERNAN declares:

1. I am an attorney with Debevoise & Plimpton LLP, counsel for non-party Timothy F. Geithner. I have been admitted *pro hac vice* to appear before the Court in this action. I submit this declaration to place before the Court certain documents and information in support of Mr. Geithner's opposition to S&P's motion to compel discovery.

2. Attached to this declaration, for *in camera* review by the Court, are unredacted versions of the four documents previously submitted to the Court by S&P that were produced by Mr. Geithner.

3. Attached as **Exhibit A** is an unredacted version of the document submitted by S&P as Abrams Ex. A-13.

4. Attached as **Exhibit B** is an unredacted version of the document submitted by S&P as Abrams Ex. A-14.

5. Attached as **Exhibit C** is an unredacted version of the document submitted by S&P as Abrams Ex. A-15.

6. Attached as **Exhibit D** is an unredacted version of the document submitted by S&P as Abrams Ex. A-6.

7. The passages within these four documents that are surrounded by black boxes were produced to S&P in redacted form. The passages that are not surrounded by black boxes were produced to S&P without redaction.

I declare under penalty of perjury that the foregoing is true and correct.

                                      /s/ John S. Kiernan
                                        John S. Kiernan

Executed: New York, New York
        August 25, 2014