1    LOEB & LOEB LLP
2    DANIEL G. MURPHY (SBN 141006)
     Email: dmurphy@loeb.com
3    AURELE DANOFF
4    Email: adanoff@loeb.com (SBN 253043)
     10100 Santa Monica Boulevard
5    Suite 1900
6    Los Angeles, California 90067
     Telephone:  (310) 282-2215
7    Facsimile:  (310) 919-3895

8
9    DEBEVOISE & PLIMPTON LLP
     JOHN S. KIERNAN (*pro hac vice*)
10   Email: jskierna@debevoise.com
     NICHOLAS C. TOMPKINS (*pro hac vice*)
11   Email: ntompkins@debevoise.com
12   919 Third Avenue
     New York, NY  10022
13   Telephone:  (212) 909-6000
     Facsimile:  (212) 909-6836
14

15   *Attorneys for Non-Party Timothy F. Geithner*

16

17           **UNITED STATES DISTRICT COURT**
     **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
18                **SOUTHERN DIVISION**

19   UNITED STATES OF AMERICA,

20                          **No.  2:13-cv-00779-DOC (JCGx)**

           Plaintiff,           **PROOF OF SERVICE**
21

22           v.

23   MCGRAW-HILL COMPANIES,
24   INC.,
     and STANDARD & POOR'S           Honorable David O. Carter
25   FINANCIAL SERVICES LLC,

26

           Defendants.
27

28

# PROOF OF SERVICE

I, EVE THOMPSON, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On August 25, 2014, I served a true copy of the Memorandum of Non-Party Timothy F. Geithner in Opposition to Motion to Compel Discovery on the parties in this cause as follows:

[X]   (VIA FEDERAL EXPRESS) by placing the above named document in a sealed envelope addressed as set forth below and by then placing said envelope for collection and overnight delivery via Federal Express, in accordance with Loeb & Loeb's ordinary business practices.

| | |
|---|---|
| George S. Cardona<br>United States Department of Justice<br>Civil Division<br>PO Box 261 Ben Franklin Station<br>Washington, DC 20044 | Attorneys for plaintiff<br>United States of America |
| Brian T. Markley<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005-1702 | Attorneys for defendant<br>Standard and Poors Financial<br>Services LLC |

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

2

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 25, 2014, at Los Angeles, California.

EVE THOMPSON

3