KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (*pro hac vice*)
fabrams@cahill.com
S. PENNY WINDLE (*pro hac vice*)
pwindle@cahill.com
BRIAN T. MARKLEY (*pro hac vice*)
bmarkley@cahill.com
80 Pine Street
New York, New York 10005-1702
Telephone: 212 701 3000
Facsimile: 212 269 5420

KELLER RACKAUCKAS LLP
JENNIFER L. KELLER (SBN 84412)
keller@krlawllp.com
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants MCGRAW HILL FINANCIAL, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**DEFENDANTS' APPLICATION TO FILE UNDER SEAL REDACTED CONFIDENTIAL OR HIGHLY CONFIDENTIAL INFORMATION FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**<br><br>L.R. 79-5.1<br><br>Complaint filed February 4, 2013 |

Pursuant to Civil Local Rule 79-5.1, Defendants McGraw Hill Financial, Inc. (formerly The McGraw-Hill Companies, Inc.) and Standard & Poor's Financial Services, LLC (collectively, "S&P") hereby submit this application for an order to file under seal the following two documents:

- **[Unredacted] Reply Memorandum in Further Support of Defendants' Motions to Compel Discovery of United States and Timothy F. Geithner Relating to Defendants' First Amendment Retaliation / Selective Prosecution Affirmative Defense**
- **[Unredacted] Reply Declaration of Floyd Abrams**

The two documents listed above reference or contain materials that United States or Timothy F. Geithner designated as Confidential pursuant to the protective order in this case (Dkt. 196).

S&P files these two documents in further support of two separate motions: (i) S&P's Motion to Compel Discovery of United States Relating to Defendants' First Amendment Retaliation / Selective Prosecution Affirmative Defense and (ii) S&P's Motion to Compel Discovery of Timothy F. Geithner Relating to Defendants' First Amendment Retaliation / Selective Prosecution Affirmative Defense.

For the foregoing reasons, S&P respectfully requests the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: September 3, 2014                 CAHILL GORDON & REINDEL LLP

                                         By:   /s/ Floyd Abrams
                                               Floyd Abrams