KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (*pro hac vice*)
fabrams@cahill.com
S. PENNY WINDLE (*pro hac vice*)
pwindle@cahill.com
BRIAN T. MARKLEY (*pro hac vice*)
bmarkley@cahill.com
80 Pine Street
New York, New York 10005-1702
Telephone: 212 701 3000
Facsimile: 212 269 5420

KELLER RACKAUCKAS LLP
JENNIFER L. KELLER (SBN 84412)
keller@krlawllp.com
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants MCGRAW HILL
FINANCIAL, INC. and STANDARD & POOR'S
FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL REDACTED CONFIDENTIAL OR HIGHLY CONFIDENTIAL INFORMATION FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**<br><br>Date:<br>Dept.:      Courtroom 9D<br>Judge:     Honorable David O. Carter<br><br>Complaint filed February 4, 2013 |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendants McGraw Hill Financial, Inc., (formerly The McGraw-Hill Companies, Inc.) and Standard & Poor's Financial Services, LLC's Application to File Under Seal Redacted Confidential or Highly Confidential Information Filed Under Seal Pursuant to Protective Order dated September 3, 2014 is **GRANTED**, and that the following two documents shall be filed under seal: (i) "[Unredacted] Reply Memorandum in Further Support of Defendants' Motions to Compel Discovery of United States and Timothy F. Geithner Relating to Defendants' First Amendment Retaliation / Selective Prosecution Affirmative Defense;" and (ii) "[Unredacted] Reply Declaration of Floyd Abrams."

**IT IS SO ORDERED.**

Dated:

By: _____

Hon. David O. Carter
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL REDACTED CONFIDENTIAL OR HIGHLY CONFIDENTIAL INFORMATION FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER - CASE NO.  CV13-779 DOC (JCGX)