CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (pro hac vice)
S. PENNY WINDLE (pro hac vice)
BRIAN T. MARKLEY (pro hac vice)
80 Pine St., New York, NY 10005-1702

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br><br>v.<br><br>McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services, LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:13-cv-00779-DOC(JCX)<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

(1) [Unredacted] Reply Memorandum in Further Support of Defendants' Motions to Compel Discovery of United States and Timothy F. Geithner Relating to Defendants' First Amendment Retaliation / Selective Prosecution Affirmative Defense, filed in connection with Application to File Under Seal (Dkt. 302) and [Proposed] Order (Dkt. 302-1)

(2) [Unredacted] Reply Declaration of Floyd Abrams, filed in connection with Application to File Under Seal (Dkt. 302) and [Proposed] Order (Dkt. 302-1)

**Reason:**

[✓] Under Seal and/or In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Electronic versions are not available to filer
[✓] Per Court order dated:   June 10, 2014
[ ] Administrative Record
[ ] Other:

| | |
|---|---|
| September 3, 2014<br>Date | /s/ Floyd Abrams<br>Attorney Name<br><br>Defendants McGraw-Hill and Standard & Poor's<br>Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)   NOTICE OF MANUAL FILING OR LODGING