KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (*pro hac vice*)
fabrams@cahill.com
S. PENNY WINDLE (*pro hac vice*)
pwindle@cahill.com
BRIAN T. MARKLEY (*pro hac vice*)
bmarkley@cahill.com
80 Pine Street
New York, New York 10005-1702
Telephone: 212 701 3000
Facsimile: 212 269 5420

KELLER RACKAUCKAS LLP
JENNIFER L. KELLER (SBN 84412)
keller@krlawllp.com
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for Defendants MCGRAW HILL FINANCIAL, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>      v.<br><br>MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC,<br><br>Defendants. | Case No. CV13-779 DOC (JCGx)<br><br>**[REDACTED] REPLY DECLARATION OF FLOYD ABRAMS**<br><br>Date:      September 9, 2014 3:00 p.m.<br>Dept.:     Courtroom 9D<br>Judge:    Honorable David O. Carter<br><br>Complaint filed February 4, 2013 |
|---|---|

I, FLOYD ABRAMS, declare under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of the State of New York and a member of the firm of Cahill Gordon & Reindel LLP, counsel for Defendants McGraw Hill Financial, Inc. (formerly The McGraw-Hill Companies, Inc.) and Standard & Poor's Financial Services LLC ("S&P") in this action. I have been admitted *pro hac vice* to appear before the Court in this action. I submit this declaration to place before the Court certain documents and information in support of the Reply Memorandum in Further Support of Defendants' Motion to Compel Discovery of United States and Timothy F. Geithner Relating to Defendants' First Amendment Retaliation / Selective Prosecution Affirmative Defense (the "Reply Declaration").[1]

2. Annexed hereto as <u>Exhibit D</u> is an excerpt from a true and correct copy of "United States' Responses to Defendants' First Set of Interrogatories; Exhibits 1-3," dated May 1, 2014.

3. Annexed hereto as <u>Exhibit E</u> is a true and correct copy of a document produced to S&P by Timothy F. Geithner in this action bearing the Bates range GEITHNER-SP-0000136 - GEITHNER-SP-0000142 and entitled "Interview of Timothy Geithner." <u>Exhibit E</u> was designated by Timothy F. Geithner as Confidential pursuant to the terms of the Protective Order entered in this action.

---

[1] Some of the documents annexed hereto have been designated or otherwise contain information that has been designated as Confidential under the Court's Protective Order and accordingly this Declaration and its exhibits are being lodged under seal pending this Court's action on Defendants' Application to File Under Seal Redacted Confidential or Highly Confidential Information Filed Under Seal Pursuant to Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

                        /s/ Floyd Abrams
                           Floyd Abrams

Executed:   New York, New York
               September 3, 2014

REPLY DECLARATION OF FLOYD ABRAMS
CASE NO. CV13-779 DOC (JCGX)

# Exhibit D Filed Under Seal

# Exhibit E Filed Under Seal