KEKER & VAN NEST LLP
JOHN KEKER (SBN 49092)
jkeker@kvn.com
ELLIOT R. PETERS (SBN 158708)
epeters@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS
fabrams@cahill.com
S. PENNY WINDLE
pwindle@cahill.com
80 Pine Street
New York, New York 10005-1702
Telephone:  212 701 3000
Facsimile:   212 269 5420

KELLER RACKAUCKAS LLP
JENNIFER L. KELLER (SBN 84412)
jkeller@krlawllp.com
THOMAS H. KAO (SBN 241528)
tkao@krlawllp.com
18300 Von Karman Avenue, Suite 930
Irvine, California  92612
Telephone:  (949) 476-8700
Facsimile:   (949) 476-0900

Attorneys for Defendants THE MCGRAW-HILL
COMPANIES, INC., and STANDARD & POOR'S
FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          vs.<br><br>MCGRAW-HILL COMPANIES, INC.<br>and STANDARD & POOR'S<br>FINANCIAL SERVICES LLC,<br><br>                          Defendants. | Case No.  CV13-779 DOC (JCGx)<br><br>**STIPULATION REGARDING MOTION TO COMPEL DISCOVERY FROM WELLS FARGO BANK, N.A.**<br><br>Date:         January 27, 2015, 8:30 a.m.<br>Time:         Courtroom 9D<br>Judge:       Honorable David O. Carter<br><br>Complaint filed February 4, 2013 |

WHEREAS, Defendants McGraw Hill Financial, Inc. and Standard & Poor's Financial Services LLC (together, "S&P") and non-party Wells Fargo Bank, N.A. ("Wells Fargo") attended the hearing on January 27, 2015 (the "Hearing") for S&P's motion to compel discovery from Wells Fargo (the "Motion").

WHEREAS, S&P and Wells Fargo conferred and agreed before the discovery master, the Hon. James L. Smith (Ret.), to resolve certain of the discovery disputes at issue in the Motion, as set forth below.

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties that:

**A.   Communications**

1.  For Wells Fargo communications at issue in the Motion, S&P will send Wells Fargo, within 2 days of the Hearing, the deal names and CUSIP numbers to use as search terms for the communications of certain key custodians.

2.  Within 7 days of the Hearing, Wells Fargo will provide a list of names for the key custodians — the vice presidents, relationship managers, and the most senior analysts involved in each Security at issue in the Motion.

3.  Within 2 days of Wells Fargo providing the list of key custodians, S&P will respond to Wells Fargo with the names from the list for which it requests production.

4.  Within 21 days of the Hearing, Wells Fargo will provide a search result list for the custodians S&P selects.

5.  Within 30 days of the Hearing, Wells Fargo will begin a rolling production of documents for the custodians S&P selects, as well as communications from shared drives, and will complete production within 60 days of the Hearing.

6.  S&P and Wells Fargo will submit a status report to Judge Smith 30 days

- 1 -

after the Hearing.

7.  Because of the compressed timeline and the expectation that discovery will need to be completed in May, there is no indication from Wells Fargo that there will be any difficulty in scheduling depositions in April.

**B.     Deal Files And Policies**

1.  For deal files and policies at issue in the Motion, Wells Fargo will produce policies for document retention, conflict of interests relating to the trustee department, or the performance of trustee functions relating to RMBS or CDOs.

2.  Wells Fargo will provide deal files from its shared drives for each Security.

3.  Wells Fargo will produce the deal files and policies within 45 days of the Hearing.

**C.     Litigation Documents**

1.  For litigation documents at issue in the Motion, Wells Fargo will produce to S&P, consistent with the Court's January 27, 2015 Order (Dkt. 365), copies of productions within 7 days of making the production in other matters; or it will make a motion to Judge Smith within 7 days of such production to withhold certain productions or parts of the productions based on further objections. Such motion will be heard on the letter brief schedule pursuant to the Court's September 24, 2014 Order. (Dkt. 327.) The parties will agree to any expedited schedule set by Judge Smith or Judge Carter.

**D.     Further Disputes**

1.  S&P and Wells Fargo will contact Judge Smith to resolve any disputes for this agreement.

1  Dated:  January 29, 2015          KELLER RACKAUCKAS LLP

2

3                                                */s/ Thomas H. Kao*

4                                 By: _____
                                      Thomas H. Kao

5                                     Counsel for Defendants
                                      MCGRAW-HILL COMPANIES, INC.
6                                     and STANDARD & POOR'S FINANCIAL
                                      SERVICES LLC
7

8  Dated:  January 29, 2015          MUNGER TOLLES & OLSON LLP

9

10                                               */s/ David Fry*

     By: _____
11                                    David Fry

12                                    Counsel for Wells Fargo Bank, N.A.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28